# EXHIBIT 15

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 1 of 167

# Ronald M. Bukowski MD Expert Report

## Report Overview

I have been requested to review the current status of clinical trials in medical oncology, including types, conduct and analysis, in order to provide a background for a review of the bisphosphonates Aredia® and Zometa®. As an introduction, my credentials are reviewed, followed by a general discussion of clinical trials, their design, analysis and reporting. This is followed by a review of the clinical trials that preceded the Food and Drug Administration (FDA) regulatory approvals of Aredia® and then Zometa®, with a focus on studies in the cancer patient population. Finally, recent analyses of the accumulating safety data bases for these agents by both Novartis and the FDA are reviewed, with a focus on osteonecrosis of the jaw (ONJ).

## Credentials

I attended Northwestern University School of Medicine in Chicago, Illinois, and graduated in 1967 with a Doctor of Medicine degree. I then served an internship (1967-1968) and a residency in internal medicine (1968-1969; 1972-1973) at the Cleveland Clinic. This included three years (1969-1972) as a major in the United States Army Medical Corps. I completed a fellowship in medical oncology and hematology (Cleveland Clinic Foundation) in 1975, and became board certified in internal medicine, medical oncology, and hematology. From 1975 through 2008, I was a staff physician in the Department of Medical Oncology and Hematology, and I currently hold an appointment as an emeritus staff consultant at the Cleveland Clinic Taussig Cancer Center, and Professor of Medicine, Cleveland Clinic Lerner College of Medicine, Case Western Reserve University. My current curriculum vitae is attached as Attachment A.

Recent appointments also included Acting Director (2002-2004) and subsequently Deputy Director (2004-2008) of the Cleveland Clinic Taussig Cancer Center, in Cleveland, Ohio, Director of Experimental Therapeutics at the Cleveland Clinic Taussig Cancer Center, and holder of the James Zito Chair in Cancer Research (2001 to 2008). Society memberships include fellowship in the American College of Physicians, the Southwestern Oncology Group, the American Society of Clinical Oncology, and the American Association of Cancer Research. I was a member of the FDA Oncology Advisory Committee from 2004 to 2008.

Confidential – Produced pursuant to Protective Order    1
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 2 of 167

My clinical and research interests have included the biology and treatment of advanced malignancy, with a focus on anticancer drug development, especially in the area of genitourinary cancers. In the 1980s, this focused on the treatment of advanced renal cell carcinoma (RCC). The studies of RCC included a variety of clinical and translational investigations into the immunobiology of RCC, use of biologic response modifiers, targeted therapy, and development of novel drugs for treatment of this neoplasm.

During the last 40 years, I have contributed over 950 articles, abstracts, book chapters, and monographs to the medical literature, including over 190 peer reviewed articles on various aspects of RCC, as well as editing seven books on RCC. I serve on the editorial boards of *URO*, *Investigational New Drugs*, *Nowotwory*, *Journal of Oncology*, *Clinical Cancer Research*, *American Journal of Urology Review*, and *Kidney Cancer Journal*, and have been the Editor-in-Chief of the *Journal of Genitourinary Malignancies* (2006-2011). In addition to these editorial duties, I serve as a reviewer for multiple journals, including the *New England Journal of Medicine*, *Journal of Clinical Oncology*, *Lancet Oncology*, *Urology*, *Journal of Urology*, *Archives of Internal Medicine*, *Cancer*, *Cancer Research*, *Journal of Immunotherapy*, and *International Journal of Cancer*.

Finally, I was a practicing medical oncologist for over 35 years, focusing on the clinical treatment of patients with advanced genitourinary cancers, as well as having an academic focus on RCC. During the past 20 years, my practice contained predominantly patients with advanced RCC.

My experience in the design and conduct of clinical trials in cancer patients spans a period of over 35 years. I have been the principal investigator of several large phase III pivotal studies, one which resulted in regulatory approval of the targeted agent sorafenib for the treatment of advanced RCC. Finally, during the last five years I have either chaired or been a member of 10 different data safety monitoring (DSM) committees/boards charged with independent monitoring and review of phase II or III clinical trials.

Confidential – Produced pursuant to Protective Order    2
entered in case 3:06-MD-1760 (M.D. Tenn.)

## Opinions

The opinions I plan to offer in this matter will include opinions set forth in this report, opinions that may be elicited from me in discussing or elaborating on those areas and/or responding to the testimony of plaintiffs' experts, and any opinions formed based upon further literature review and review of additional medical records.

My opinions are based on my review of the relevant scientific literature, materials specifically related to this case and related proceedings, and my education, training, research, and experience. A list of materials I have considered in forming my opinions is attached as Attachment B.

I am compensated in connection with this matter at my customary rate of $400 per hour. In the last four years, I have not testified as an expert other than in the cases of *Terry Anderson* v. *Novartis Pharmaceuticals Corporation* and *Dearman v. Samad MD et al*. Unless otherwise stated, all of my opinions expressed in this report are to a reasonable degree of medical or scientific certainty. I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available.

## Clinical Trials

The clinical trial mechanism has been developed to allow critical assessment of various health interventions (e.g., drugs, diagnostics, and devices) (1, 2). The most commonly performed trials evaluate new drugs, medical devices, biologics, or other interventions. Such trials are now required routinely before a national regulatory authority approves marketing of the drug or device, or a new dose of the drug, for use in patients.

The history of clinical trials is not short. As early as the eleventh century, the need to develop rules and principles for the testing of new medicines and/or treatments was recognized by Persian philosophers. One of the most famous early clinical trials was James Lind's demonstration in 1747 that citrus fruits cure scurvy. He compared the effects of different substances, ranging from vinegar to cider, on groups of sailors with scurvy, and found that the group who were given oranges and lemons recovered from scurvy after six days (3). A clinical trial represents a way to test a new treatment to prove that it is safe, effective, and possibly

Confidential – Produced pursuant to Protective Order     3
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D     Document 114     Filed 03/14/14     Page 4 of 167

better than what is considered standard therapy. It may evaluate a new drug, a new combination of existing treatments, a new approach to radiation or surgery, or new methods of cancer prevention.

a) Classification of clinical trials:

Clinical trials can be classified in several ways; the first involves how the research group functions. In an observational study, the investigators observe the subjects and measure their outcomes. The researchers do not actively manage the study or the patients. The information may be collected prospectively or more commonly, retrospectively. The most common trial is the interventional study, in which investigators treat research subjects with a particular medicine or other intervention. In this type of trial, a new or experimental medication or device may be tested in patient groups to determine whether the novel therapy improves the efficacy of treatment for a specific condition. A more common way of classifying clinical trials is by their purpose. The U.S. National Institute of Health (NIH) organizes them into six different types: 1) prevention, 2) screening, 3) diagnostic, 4) treatment, 5) quality of life, and 6) expanded access trials.

The design of a clinical trial is crucial in determining how the data and results are interpreted (1, 2). A fundamental distinction in evidence-based medicine exists between observational studies and randomized controlled trials: observational studies employed by epidemiologists, such as the cohort study and the case-control study, provide less compelling evidence than the prospective randomized controlled trial. In observational studies, the investigators only observe associations (correlations) between the treatments experienced by participants and their health status or diseases. A randomized controlled trial is the study design that can provide the most compelling evidence that the study treatment causes the expected effect on human health, and can change the standards of clinical care. This type of trial has become the standard level of evidence required to definitively demonstrate an effect on the natural history of a disease such as cancer.

b) Clinical trial phases:

Confidential – Produced pursuant to Protective Order    4
entered in case 3:06-MD-1760 (M.D. Tenn.)
Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 5 of 167

Clinical trials are conducted in phases, and each phase has a different purpose and answers different questions (4). Preclinical studies are indispensible before a new therapy or drug can be given to patients. A drug may first be developed by scientists to either stimulate or inhibit a known disease mechanism. This is generally based on previous knowledge of the disease and how the drug can alter various biologic functions in a cell. Recently, the molecular mechanism(s) underlying a disease or a cancer have been studied and well characterized. Drug development for disease treatment is now a targeted approach based on an understanding of the molecular and/or genetic abnormalities responsible for a disease. The underlying hypothesis explaining how a new therapy works is first studied under controlled, artificial conditions in a laboratory. This stage is part of preclinical research. It is a crucial component of drug development, and it can take years to develop a useful therapy. If the preclinical research is successful, the sponsor of the clinical trial files an Investigational New Drug (IND) application with the U.S. Food and Drug Administration (FDA) requesting permission to begin trials in people. If the IND application is approved, researchers can begin to investigate the new therapy, which includes an array of studies to determine whether there is enough evidence to support advancement to the next phase of investigation.

c)  Phase I:

A phase I clinical trial is the first step for testing a drug in patients or normal volunteers. The goal of this type of study is to prove a new drug or treatment, which appears to be safe and potentially efficacious in animal models (preclinical research), may also be given safely to people. Data on the optimal dose, timing, and safety of the treatment is collected. People who participate in these trials are often the first to receive a new therapy or a new combination of therapies. In a phase I trial, the dose of an investigational drug is gradually increased to determine the optimal safe dose. The first participants are given a small dose of the drug (determined by the preclinical studies), and depending on side effects, the next group is given higher amounts of the drug until the optimal dose with the fewest side effects is found. During phase I trials, data on how the drug is absorbed, processed, and spread throughout the body is collected (pharmacokinetic and pharmacodynamic studies)(5). A phase I trial may last several

Confidential – Produced pursuant to Protective Order    5
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 6 of 167

months to a year, and usually involves small numbers of patients, usually no more than 10 to 20. The purpose of this type of trial is to determine safety and the immediate adverse event profile of a new drug. Generally, patients whose cancers have not responded to prior treatment often participate. Sometimes, a person's cancer will respond or improve during phase I treatment, but this is rare.

There are several different kinds of phase I trials (6). Single ascending dose studies involve small groups of subjects given a single dose of the drug while they are observed and tested. If they do not exhibit adverse side effects, and the pharmacokinetic data (regarding drug levels in the blood) is roughly in line with predicted safe values, the dose is escalated, and a new group of subjects then receives a higher dose. This is continued until pre-calculated drug levels in the blood or urine levels are reached, or intolerable side effects are seen. At this time, the drug is said to have reached the maximum tolerated dose (MTD). Multiple Ascending Dose studies are conducted to better understand the pharmacokinetics and pharmacodynamics of multiple doses of the drug. Finally, for oral drugs, a short trial designed to investigate any differences in absorption by the body caused by eating may be conducted.

d) Phase II:

Once a drug or treatment is shown to be safe, preliminary clinical studies of efficacy are started. The phase II clinical trial is designed to provide more detailed information about the safety of a new drug, but also, importantly, evaluates its efficacy (4). These clinical trials focus on determining whether the new treatment has an effect for a specific cancer, such as shrinking a tumor or improving blood test results. Phase II clinical trials require approximately two years to complete and usually involve about 20 to 40 patients. In selected instances, phase II trials may be slightly larger and include randomization to the new drug or a standard therapy. The response rate or other surrogate of efficacy studied in this phase should be equal to or higher than the standard treatment in order to proceed with further development and study of the new drug. In situations where no effective therapy is available, and the new drug is very effective in shrinking tumors or controlling their growth, phase II results may be sufficient to request approval by a regulatory agency such as the FDA. Most commonly however, if the new

Confidential – Produced pursuant to Protective Order   6
entered in case 3:06-MD-1760 (M.D. Tenn.)

drug looks promising, large scale clinical trials called phase III are required to completely study and characterize its effects.

e) Phase III:

The most crucial step in drug development is the phase III clinical trial (7). The goal of a phase III study is to investigate a promising new treatment and compare it with the current standard of care for that specific disease or cancer. In this phase, data are gathered from large numbers of patients to determine whether the new treatment is more effective and possibly less toxic than the current standard treatment. Phase III clinical trials are usually randomized, meaning that patients are assigned to receive either the investigational treatment or the standard treatment in a random fashion, like the flip of a coin. Although phase III clinical trials focus on patients with a specific disease, they typically include patients of various ages, multiple ethnicities, and both genders so that the results, once obtained, may be applicable to a large number of people (8, 9).

The number of people enrolled in a phase III clinical trial can range in the hundreds to thousands depending upon the disease under study and the magnitude of the effect. A very crucial component of the phase III trial involves the statistical modeling and analysis of the data. When designing the study, the number of patients required to demonstrate an effect must be determined. The goal is to obtain a statistically significant result that shows a significant difference in outcome (e.g., improvement in survival or time to progression of a cancer with a new or novel treatment). The number of patients required to produce a statistically significant result depends on the primary endpoint and the effectiveness of the new drug. In a non-curable disease, such as metastatic kidney cancer, fewer patients are required than in a highly curable disease, such as seminoma (a variety of testicular cancer).

The number of patients enrolled in a study, or the sample size, is related to whether it can reliably detect the effects of the study drug (9). This is described as the "power" of the trial. The larger the sample size or number of participants, the greater the statistical power. This must be balanced with the fact that large patient numbers or sample size make a study impractical. It must also be balanced with the fact that larger trials typically require a longer

Confidential – Produced pursuant to Protective Order     7
entered in case 3:06-MD-1760 (M.D. Tenn.)

period of time to complete, thereby potentially depriving patients of a beneficial therapy. The power of a trial is not a single, unique value; it estimates the ability of a trial to detect a difference of a particular magnitude between the investigational drug and the control (placebo or standard treatment) group.

During a clinical trial, the sponsor is responsible for accurately informing investigators of the known safety of the drug being tested, and of any known interactions of the new treatment(s) with already approved medications. The sponsor and FDA are also responsible for monitoring the results of the study as the trial proceeds. The collection of adverse event reports from study investigators is also very important. The study investigators actually see the clinical trial participants and record all adverse events reported by the patients, regardless of whether they are suspected to be drug related. Study investigators are then periodically updated regarding any safety signals emerging in clinical trials.

In large clinical studies such as a phase III trial, a Data Monitoring Committee (DMC) or Data Safety Monitoring Board (DSMB) may be utilized. This is an independent group of clinicians and statisticians which meets periodically to review unblinded data that the sponsor has received. The DMC has the power to recommend termination of the study based on its review. These recommendations are based on whether a study treatment is causing more deaths than the standard treatment, seems to be causing unexpected and study-related serious adverse events, or has met the conditions of early stopping rules for efficacy or futility.

Stopping rules are often developed for phase III clinical trials (9). The principles behind these allow a trial to be terminated in one of three cases: harm, efficacy or futility. The statistical method of conditional power can be used to assess if an early unfavorable trend can still reverse itself and ultimately show a statistically significant favorable trend when the study is completed. Because the analysis allows assessment of how likely the early trend might reverse, it is helpful in situations involving either unfavorable or early beneficial trends. Stopping rules also assist to determine if a trial should be extended.

When a randomized clinical trial identifies a larger than expected treatment effect, investigators may decide before completing the trial that one treatment is superior to the other

Confidential – Produced pursuant to Protective Order     8
entered in case 3:06-MD-1760 (M.D. Tenn.)
Case 5:11-cv-00680-D     Document 114     Filed 03/14/14     Page 9 of 167

(9, 10). Early stopping rules assist the DSM or sponsor in assessing results during planned interim analyses of a study. Phase II studies may also have stopping rules. These assist investigators in determining whether a treatment is likely to be successful during early phases of patient accrual.

f) New drug approval:

If a drug proves to be a success in a phase III clinical trial, and the study has met its primary endpoint, the manufacturer can submit an application to FDA for marketing approval. The primary endpoint in a phase III trial is generally chosen to demonstrate clinical benefit. This can include improvement in patient survival, control of disease progression, or improvement in symptoms. If data from the clinical trials meet the FDA's standards, the treatment will be approved for a specified use, reflected in the drug labeling. Most drugs approved on the basis of Phase III clinical trials can be marketed utilizing FDA recommendations and guidelines. Adverse effects however, are continually reported and collected post-marketing to more fully characterize the long term safety profile of a new drug. Accordingly, drug labeling is updated based on post-marketing experience.

g) Phase IV (Post-Marketing):

After regulatory approval of a new drug, studies of its efficacy and safety must continue. A phase IV trial, also known as a post marketing surveillance trial, may be initiated. Phase IV trials involve the safety surveillance (pharmacovigilance) and ongoing technical support of a drug after it receives marketing approval. Phase IV studies may be required by regulatory authorities or may be undertaken by the sponsoring company to identify additional therapeutic indications for the drug or for other reasons (for example, the drug may not have been tested for interactions with other drugs, or on certain population groups such as patients with severe impairment of kidney function, who are unlikely to subject themselves to trials). This type of surveillance is designed to detect any rare or long-term adverse effects in a much larger patient population and over a longer time period than was possible during the phase I-III clinical trials.

h) Clinical Trial Management:

Confidential – Produced pursuant to Protective Order   9
entered in case 3:06-MD-1760 (M.D. Tenn.)

The clinical trial is only one segment of the research that goes into developing a new treatment. Potential drugs first have to be discovered, purified, characterized, and tested in labs (in cell and animal studies) before ever undergoing clinical trials. In all, about 1,000 potential drugs are tested before just one reaches the point of being tested in a clinical trial. For example, a new cancer drug has, on average, 6 years of research behind it before it enters clinical testing. The major delay in making new cancer drugs available is due to how long it takes to complete clinical trials. On average, it requires over 8 years from the time a cancer drug enters clinical trials until it receives approval from FDA.

The complexity of clinical trials has increased substantially over the past 10 years. Trials designed by a local investigator and federally funded studies may be administered by an individual researcher who designed the study. More commonly, clinical trials involving new drugs are administered by a pharmaceutical company or a contract research organization (CRO) hired by the company. A CRO is a company that may be contracted to perform all the administrative work on a clinical trial. It recruits participating researchers, provides supplies, coordinates study administration and data collection, sets up meetings, monitors compliance with the clinical protocol, and ensures that the sponsor receives audited or validated data from every site.

Clinical trials are closely supervised by local groups called Institutional Review Boards (IRBs). Most IRBs are located at the local investigator's hospital or institution, but some institutions utilize a central IRB. At research sites, research assistants (often nurses) are utilized to coordinate clinical trials. This individual provides the local IRB with the documentation necessary to obtain its permission to conduct the study, assists with study start-up, identifies eligible patients, obtains consent from patients, administers study treatment(s), collects and completes data forms, maintains and updates data files during follow-up, and communicates with the IRB, as well as the sponsor and the CRO.

i) Patient informed consent (11):

For ethical reasons, researchers must obtain informed consent from participating human subjects. A local IRB may certify researchers and their staff before they can conduct

Confidential – Produced pursuant to Protective Order    10
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 11 of 167

clinical trials, to ensure they understand the federal patient privacy (HIPAA) law and good clinical practice. Responsibility for subject safety in a clinical trial is shared between the research sponsor, the investigators, the responsible IRB that supervise the study, and FDA.

## Clinical Development of Aredia® and Zometa®

During the past several decades, Aredia® and Zometa® have been developed to treat patients with hypercalcemia associated with malignancy (HCM) and/or bone metastases from solid tumors and multiple myeloma (12, 13). Pamidronate (Aredia®) was approved by the FDA for treatment of HCM in 1991, for multiple myeloma bone lesions in 1995, and for osteolytic bone metastases from breast cancer in 1996. Aredia® has not been approved for the treatment of patients with bone metastases from other solid tumors. Zoledronic acid (Zometa®) was approved for HCM in August of 2001, and as treatment for bone metastases in February of 2002. Zometa® inhibits bone resorption and is the most effective therapy for HCM and prevention of complications associated with multiple myeloma and osseous metastases in patients with advanced solid tumors. Bisphosphonates bind to bone minerals, which localizes their action to the target tissue. Bisphosphonates are not metabolized and are rapidly cleared from the circulation via renal excretion, which minimizes exposure of all other organs. By inhibiting bone turnover, Aredia® and Zometa® reduce fracture risk and improve bone architecture. The development of these two drugs proceeded logically during this time period.

a) **Development of Aredia®** (14, 15):

In the 1970s, Fleisch and colleagues studied the effects of various pyrophosphate compounds on bone metabolism (16). Bisphosphonates are analogs of pyrophosphate, are adsorbed to hydroxyapatite crystals in bone, and inhibit bone resorption. During the 1980s, three bisphosphonates were studied in patients: etidronate sodium, clodronate, and Aredia®. These agents were developed to treat a variety of disorders which included HCM and Paget's disease of the bone.

In patients with advanced cancer, hypercalcemia was commonly seen and was considered one of the most common and serious metabolic complications of advanced malignancy (17, 18). The associated symptoms were generally severe and included weakness, nausea, vomiting, frequent urination, confusion, coma, and death. In the 1980s treatment of

Confidential – Produced pursuant to Protective Order 11
entered in case 3:06-MD-1760 (M.D. Tenn.)

this complication was largely ineffective. The mainstay was hospitalization, hydration, and administration of drugs such as corticosteroids and mithramycin. Treatment was poor, and generally decreased and/or controlled calcium levels in less than 30% of patients with HCM. In this setting, early observations with Aredia® suggested a single infusion could normalize calcium levels in 70 to 100% of patients. The drug was administered as a slow intravenous infusion, in part because of concerns about potential renal toxicity and the possibility effectiveness would be increased by this approach. These reports were uncontrolled, and a series of clinical trials were initiated to clarify the dose, schedule, and adverse effects of Aredia®.

The initial studies were sponsored by Ciba-Geigy, and involved investigation of the pharmacokinetics of various doses and schedules of Aredia® (14, 15). One trial involved patients with metastatic cancer and no history of HCM, who were randomized to receive 60 mg of Aredia® intravenously over either 4 or 24 hours. A second study conducted in England investigated the pharmacokinetics of this drug in 13 patients with Paget's disease of bone. These trials demonstrated Aredia® was well tolerated, with only mild adverse events (in 60% of patients) such as headache, fever, or phlebitis at the site of infusion noted. No differences between the doses or schedules were recognized, and importantly the infusion rate did not appear to influence the retention or pharmacokinetics of the drug.

Confidential – Produced pursuant to Protective Order 12
entered in case 3:06-MD-1760 (M.D. Tenn.)

| Table 1: Randomized Controlled Trials with Aredia® in HCM (21, 22) | | | |
|---|---|---|---|
| Protocol | Dose Aredia® (mg IV over 24 hrs) | Control Arm | Number Patients |
| 01 | 30 mg | N/A | 15 |
| | 60 mg | | 20 |
| | 90 mg | | 17 |
| 03 | 60 mg | Etidronate 7.5 mg daily x 3 (2 hr infusion) | Aredia® : 30 |
| | | | Etidronate: 34 |

The previous effects noted in patients with HCM provided the rationale for development of two controlled clinical trials utilizing Aredia® in patients with HCM (protocols 01 and 03). Table 1 summarizes the design and patient accrual to these studies. In protocol 01 the optimal dose of Aredia® was investigated, and in protocol 03, a positive control etidronate (another bisphosphonate) was utilized. The drug etidronate was the first bisphosphonate approved in the United States (19, 20). These two controlled trials (21, 22) demonstrated the safety of Aredia®, and, in protocol 03, its superiority compared to etidronate. Calcium levels either decreased or normalized in 78 to 100% of patients treated with 60 or 90 mg of Aredia® given as a 24 hour infusion. Aredia® was safe and well tolerated when given as a single intravenous infusion. Only one patient developed an adverse event (hypocalcemia) that required Aredia® discontinuation. When the adverse event profiles of Aredia® and etidronate were compared, they appeared similar. Extension protocols were then developed to permit retreatment of patients. Nineteen patients in protocol 01 and eight in protocol 03 were registered. These clinical trials were utilized to develop a new drug application (NDA) which was submitted to the FDA (12/20/89) requesting approval of Aredia® to treat HCM. This NDA was approved on 10/31/91. In 1992, a supplement to the Aredia® NDA was submitted to the FDA to support a change of the infusion time to 4 hours. The treatment of hypercalcemia associated with advanced malignancy was substantially enhanced by this drug, and the morbidity associated with HCM greatly diminished.

Bone metastases are frequent in patients with solid tumors such as breast cancer and prostate cancer (23, 24, 25). The morbidity of bone metastases and of multiple myeloma is often severe, and includes pain, bones fractures, spinal cord compression, and hypercalcemia. Palliative treatment included narcotics for pain, surgery for stabilization of affected bones, and

Confidential – Produced pursuant to Protective Order    13
entered in case 3:06-MD-1760 (M.D. Tenn.)

radiation therapy. The development of Aredia® and Zometa® provided a new and dramatic improvement in the treatment of cancer metastatic to bone in patients with solid tumors and multiple myeloma.

A series of phase II randomized clinical trials was designed (1988) to assess the effects of intravenous Aredia® in patients with either breast cancer or prostate cancer having painful bone metastases (table 2). These were multicenter trials, in which the primary outcome measurement was the effect on a pain score calculated utilizing the intensity and frequency of each patient's pain over a 3 month period. Secondary endpoints included a narcotic use score, the frequency of hypercalcemic episodes, pathologic fractures, development of spinal cord compression, and need for radiation therapy.

| Table 2: Aredia® Phase II Randomized Trials (14, 15) | | | | | |
|---|---|---|---|---|---|
| Protocol No. | Total Patients | Aredia® Dose/Schedule: Number of Patients | | | |
| | | 30 mg IV q2wks | 60 mg IV q2wks | 60 mg IV q4wks | 90 mg IV q4wks |
| 06 (metastatic breast cancer) | 60 | 14 | 14 | 18 | 15 |
| 07 (metastatic prostate cancer) | 58 | 12 | 13 | 16 | 17 |

In protocol 06, patient pain scores improved for those receiving either 60 or 90 mg of Aredia®, with no definitive effect on the secondary endpoints. In protocol 07, there was no clear evidence of an effective dose or schedule when pain scores or secondary endpoints were examined. Comparisons within treatment groups demonstrated that only the 90 mg q4 week group had a statistically significant lowering of pain scores at all time points. There was a high discontinuation rate in this study, and patients had far advanced metastatic disease, perhaps complicating its interpretation.

A series of clinical trials investigating the pharmacokinetics and pharmacodynamics of Aredia® were conducted (1989 to 1993). These are summarized in table 3.

Confidential – Produced pursuant to Protective Order    14
entered in case 3:06-MD-1760 (M.D. Tenn.)

| Table 3: Phase I and II Clinical Trials Investigating Aredia® Pharmacokinetics and Pharmacodynamics (14, 15) | | | |
|---|---|---|---|
| Protocol | Number Patients | Aredia® Dose(s) | Schedule |
| 05 | 20 | 60 mg | 4 or 24 hrs |
| 09 | 36 | 30, 60, or 90 mg | 4 or 24 hrs |
| 27 | 19: 4 groups dependent upon renal function – creatinine clearance > 90, 61-90, 30-60, and < 30 ml/min | 90 mg | 4 hrs |
| BC6 | 20 | 60 mg | 1 or 24 hrs |
| BC9 | 44 | 15, 30, 60, 90, or 120 mg | Infusion rate 15 mg/hr |
| KF1 | 10 | 90 mg | 2 infusions over 1.5 hrs q3weeks |
| KF2 | 12 | 90 mg | 4 infusions over 1 hr q1week |

This series of studies demonstrated the following:

1) Infusion rates did not affect the urinary excretion or retention of Aredia®.

2) The amount of Aredia® excreted in the urine was independent of dose.

3) The pharmacokinetic behavior was consistent regardless of infusion rate.

4) The presence of bone metastases does not affect the excretion or retention of Aredia®.

5) The renal clearance of Aredia® is related to renal function and creatinine clearance.

6) No dose reduction of Aredia® for severe renal impairment is required in view of the interval between infusions.

7) Infusions once weekly for four weeks were well tolerated, indicating a reasonable safety margin for schedules employing less frequent infusions.

8) Suppression of bone resorption was seen at doses of 30 mg or higher.

9) The results support a 3 to 4 week infusion schedule in patients with bone metastases.

These results demonstrated Aredia® had an acceptable safety profile, and additional studies in patients with bone metastases were designed. Two different settings were chosen: patients with metastatic breast cancer and bone metastases, and patients with multiple myeloma. Four phase III trials were conducted, and are summarized in table 4. The protocol

Confidential – Produced pursuant to Protective Order entered in case 3:06-MD-1760 (M.D. Tenn.)

15

designs and endpoints utilized were different.

| Table 4: Aredia® Randomized Trials in Breast Cancer and Multiple Myeloma | | | | | | | |
|---|---|---|---|---|---|---|---|
| Protocol Number: Patients Eligible | Protocol Design | No. Pts | Study Cohorts | | | | Primary End Point |
| | | | Aredia® | Control | Infusion Rate | Duration Therapy | |
| B10: breast Ca with bone mets receiving ChemoRx (15) | Open label, randomized | 295 | 45 mg q3wks | None | 1 hr | Until progression | Time to progression in bone (scans, Xrays) |
| B18: breast Ca with osteolytic bone mets receiving hormones (26) | Double-blind, placebo controlled randomized | 372 | 90 mg q4wks | Saline q4wks | 2 hrs | 12 mos | Skeletal related event (SRE) rate |
| B19: breast Ca with osteolytic bone mets receiving ChemoRx (27) | Double-blind, placebo controlled randomized | 382 | 90 mg q4wks | Saline q4wks | 2 hrs | 12 mos | Skeletal related event (SRE) rate |
| B12: Stage III multiple myeloma (28) | Double-blind, placebo controlled, randomized | 392 | 90 mg q4wks | Saline q4wks | 4 hrs | 9 mos | Skeletal related event (SRE) rate |

After discussions with regulatory agencies, a composite endpoint was designed which could assess the potential effects of treatment that would decrease the morbidity and complications of bone metastases. This was referred to as the skeletal related event (SRE) rate. Skeletal events were defined as: 1) pathologic fractures, 2) spinal cord compression, 3) radiation or surgery to bone for treatment or prevention of pathologic fractures or spinal cord compression, 4) radiation to bone for pain relief, and 5) hypercalcemia (sometimes). The primary efficacy endpoint was the skeletal morbidity rate (SMR), which was the ratio of the number of SREs divided by the time on trial for each patient. The studies were designed to demonstrate the clinical benefit of Aredia® therapy utilizing a relevant endpoint. A series of other efficacy variables were also examined, and included the SMR at 3, 6, and 9 months ± hypercalcemia, time to first occurrence of any SRE, pain scores, and quality of life.

Protocol 12 completed accrual in April, 1994. The results clearly demonstrated

significant clinical benefit for the regimen of monthly infusions of 90 mg of Aredia® over 9 months. A significant improvement in the Aredia® treated myeloma patients for the following was noted: 1) any SMR, 2) any SRE ± hypercalcemia, and 3) longer time to development of first SRE. The safety profile of Aredia® was excellent, and the adverse events were characterized as mild. Overall survival was similar for the patients receiving Aredia® or placebo. An extension of protocol 12 was activated, and patients were treated for a total of 21 months. An NDA for the approval of Aredia® treatment of bone metastases in patients with multiple myeloma was submitted to the FDA on 2/28/95, and was approved on 9/1/95.

Protocols 18 and 19 assessed the effectiveness of Aredia® in patients with metastatic breast cancer and osteolytic bone lesions. The results in protocol 19 were very similar to those found in patients with multiple myeloma. A significant decrease in the SRE rate, the SMR, and time to first SRE was found. A pooled analysis of protocols 18 and 19 demonstrated Aredia® treated patients had a lower SMR or SRE (minus hypercalcemia) rate, a smaller proportion of any patients developing an SRE, and a longer time to first SRE. An extension protocol in which patients were treated for a total of 24 months was then activated. The safety profile of Aredia® remained excellent, and the extension studies in both myeloma and breast cancer patients demonstrated the safety of long term therapy (21 and 24 months respectively) (29, 30). A supplemental NDA for the approval of Aredia® for the treatment of breast cancer with bone metastases was submitted on 1/12/96, and was approved by the FDA on 7/16/96.

The development and approval of Aredia® in patients with hypercalcemia, and subsequently for multiple myeloma or breast cancer and osteolytic lesions changed the treatment paradigm for these patients, and decreased the morbidity associated with the complications of their cancers. Aredia® had an excellent safety profile, and the risk benefit ratio was very favorable. Additionally, a new approach for evaluating the palliation associated with this type of therapy emerged, and provided the model for future studies in this area.

Confidential – Produced pursuant to Protective Order 17
entered in case 3:06-MD-1760 (M.D. Tenn.)

### b) Development of Zometa®:

1) Preclinical studies (31):

Zometa® is a heterocyclic imidazole and represents a third-generation bisphosphonate. Of all the bisphosphonates tested, Zometa® had the largest therapeutic ratio between the desired inhibition of bone resorption and the unwanted inhibition of bone mineralization. Various toxicology studies also showed that the compound appeared safe. These pre-clinical data formed the rationale to begin Phase I and Phase II trials in human subjects.

2) Phase I Clinical Trials (32, 33):

Phase I evaluation of Zometa® was initiated in 1993. A series of four trials was performed to study the toxicity and optimal dose, and are summarized in table 5.

| Table 5: Phase I Zometa® Clinical Trials | | | | |
|---|---|---|---|---|
| Protocol No. | Patient Group | No. Pts. | Zometa® Dose Levels | Infusion Time (s) |
| CJ/HC1 (34) | HCM | 33 | 0.002, 0.005, 0.01, 0.02, 0.04 mg/kg | 20 minutes |
| 003 (35) | Osteolytic bone metastases | 59 | 0.1, 0.2, 0.4, 0.8, 1.5, 2.0, 4.0, 8.0 mg | 5 to 30 minutes |
| J001 (36) | Osteolytic bone metastases | 9 | 2.0, 4.0, 8.0 mg | 5 minutes |
| 503 (36) | Osteolytic bone metastases | 23 | 4.0, 8.0, 16.0 mg | 5 to 15 minutes |

The first phase I Zometa® trial (CJ/HC1) was conducted in patients with HCM. The median time to normalization of serum calcium was two days and the median duration was 33 days. These data were consistent with a rapid onset and a longer duration of action than any other bisphosphonate tested clinically. Zometa® was also well tolerated. In the 15 patients treated at 0.04 mg/kg, six had a transient hypophosphatemia and three transient hypocalcemia. The only clinically detectable side effect was an increase in body temperature in 30% of patients.

A second open-label phase I trial (003) of Zometa® was conducted in normocalcemic patients with osteolytic bone metastases utilizing a rapid (5 to 30 minutes) intravenous infusion. Eight dose levels were evaluated (0.1 to 8 mg) and the infusions were repeated three

Confidential – Produced pursuant to Protective Order    18
entered in case 3:06-MD-1760 (M.D. Tenn.)
Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 19 of 167

times at 4 week intervals. The study endpoints were safety and effects on markers of bone resorption. Fifty-nine patients (6 to 10 per dose level) were treated. The diagnoses were predominantly multiple myeloma (n =36) or breast carcinoma (n= 19). At 12 weeks, the median reduction from baseline ranged from 0–42% and from 4–53% for fasting urinary hydroxyproline and deoxypyridinoline (biochemical parameters of bone resorption), respectively. The median decrease in serum osteocalcin for the same 4 dose levels ranged from 24–68% after 12 weeks. A retrospective comparison with the effects of a 90 mg Aredia® infusion suggested that even a relatively low dose of 2 mg of Zometa® had greater effects on parameters of bone resorption than did Aredia®. An analgesic effect was observed at some of the tested dose levels, most consistently with the highest dose of 8 mg. Zometa® was well tolerated and the main adverse events noted were transient skeletal pain (six patients), fever (three patients), flu-like syndrome (three patients), conjunctivitis (two patients), scleritis (one patient), hypocalcemia (one patient), and hypophosphatemia (one patient). No evidence of renal toxicity was seen, even at the highest dose tested. Adverse events did not appear to be dose dependent; three were rated as severe.

Protocol 503 investigated the pharmacokinetics and pharmacodynamics of a single dose of Zometa® in patients with bone metastases. Zometa® plasma concentrations declined rapidly after intravenous administration, but low concentrations were detectable for 29 days after dosing. Significant reductions in urinary pharmacodynamic markers of bone resorption were also seen, with 8.0 mg producing the greatest changes.

As suggested by the preclinical studies, Zometa® appeared to be a bisphosphonate with an acceptable adverse event profile (37, 38). The initial human data indicated Zometa® could be safely administered as convenient short intravenous infusion.

### 3) Clinical Trials - Hypercalcemia of Malignancy:

The phase I trials in patients with HCM suggested Zometa® was safe and potentially effective in this patient group. Additionally, the data from patients with bone metastases demonstrated doses up to 8.0 mg infused over 5 minutes were well tolerated. Two prospective randomized trials were then initiated. Their designs are summarized in table 6. The two trials

Confidential – Produced pursuant to Protective Order   19
entered in case 3:06-MD-1760 (M.D. Tenn.)

were similar, and included double-blind and double-dummy blinding of the three arms. The need for a positive control arm was discussed with noted, and a treatment arm receiving Aredia® was included.

| Table 6: Randomized Double-blind Trials of Zometa® vs. Aredia® in Hypercalcemia of Malignancy (39, 40) | | | | | | |
|---|---|---|---|---|---|---|
| Protocol | Dates | Patients with HCM | Patient No. | Therapy | | |
| | | | | Arm 1 Zometa® | Arm 2 Zometa® | Arm 3 Aredia® |
| 036 | 12/97 to 10/99 | $Ca^{++} \geq 12.0$ mg/dL after hydration | 149 | 4 mg IV | 8 mg IV | 90 mg IV |
| 037 | 1/98 to 10/99 | $Ca^{++} \geq 12.0$ mg/dL after hydration | 138 | 4 mg IV | 8 mg IV | 90 mg IV |

Zometa® was infused over 5 minutes, and Aredia® over 2 hours. The results of these studies demonstrated that a single intravenous infusion of Zometa® of either 4.0 or 8.0 mg was highly effective as initial treatment for HCM. It was safe and well tolerated (41). The overall safety profiles of either the 4.0 or 8.0 mg doses were similar to the 90 mg Aredia® control group. Adverse events were reported in 71.4% to 95.9% of Zometa® treated patients, and in 92.2% of Aredia® treated patients. The most frequently adverse events included fever, anemia, nausea, constipation, and dyspnea, all of which are expected in patients with HCM. The results of these two studies are summarized in table 7.

| Table 7: Results of Randomized Trials of Zometa® versus Aredia® in HCM (Stage 1) (39, 40) | | | | | | |
|---|---|---|---|---|---|---|
| Parameter | Protocol 036 | | | Protocol 037 | | |
| | Zometa® 4 mg (n=46) | Zometa® 8 mg (n=48) | Aredia® 90 mg(n=50) | Zometa® 4 mg (n=40) | Zometa® 8 mg (n=47) | Aredia® 90 mg (n=51) |
| CR by day 10 (%) | 41 (89.1%) | 43 (89.6%) | 37 (74%) | 35 (87.5%) | 39 (83.3%) | 33 (65.3%) |
| Med. time to relapse (days) | 36 | 40 | 20 | 29 | 35 | 16 |
| Med. Duration response (days) | 33 | 40 | 22 | 26 | 39 | 22 |
| Med. duration of CR (days) | Not reached | 43 | 22 | 27 | 39 | 14 |
| Pts. With refractory HCM (%) | 0 (-) | 1 (2.1%) | 6 (12%) | 1 (2.5%) | 3 (7.1%) | 4 (8.2) |

Confidential – Produced pursuant to Protective Order entered in case 3:06-MD-1760 (M.D. Tenn.)

20

Following initial treatment (stage 1), patients who were refractory, or relapsed after initial treatment were treated with 8.0 mg of Zometa (stage 2). In this patient group, retreatment with Zometa® produced significant responses. The complete response rates were 48.6% (35 patients), and 55.9% (34 patients). The pooled data demonstrate Zometa® is safe and well tolerated at doses of either 4.0 or 8.0 mg given as a 5 minute infusion. Follow-up in these trials was only 56 days, so long term effects on bone density, fracture rates, and tolerance could not be determined. A dose of 4.0 mg was recommended by these results, which also provided a wide margin of safety. Based on the data from these two clinical trials and from the phase I studies with Zometa®, and its favorable safety profile, an NDA for Zometa® treatment of HCM was submitted to the FDA on 12/21/99. This was ultimately approved on 8/22/01.

4) Clinical Trials - Patients with Bone Metastases:

The clinical trials with Zometa® in patients with HCM demonstrated its efficacy and excellent safety profile during short term administration. These were accompanied by a series of studies in patients with bone metastases from a wide range of cancers. These trials combined Zometa® with various types of systemic chemo- or hormonal therapy, and investigated whether Zometa® was more effective than a placebo or Aredia® in reducing skeletal morbidity as measured by the number of skeletal-related events (SRE). A variety of secondary endpoints including quality of life, analgesic use, performance status, and biochemical markers of bone turnover were also assessed.

a) Phase I/II Trials:

A series of clinical trials investigated the safety, effects on markers of bone mineralization, and in a preliminary fashion the efficacy of various doses and infusion schedules of Zometa® in patients with bone metastases (42, 43). These studies provided preliminary data and rationale for the design of a series of pivotal trials. Issues of the optimal Zometa® dose, therapy interval, and effects on pharmacodynamic markers of bone resorption were investigated. This series of clinical protocols are summarized in table 8.

Confidential – Produced pursuant to Protective Order
entered in case 3:06-MD-1760 (M.D. Tenn.)

| Table 8: Phase I/II Trials  Zometa® in Patients with Metastatic Bone Disease (44) | | | | | | |
|---|---|---|---|---|---|---|
| Protocol No. | Patients | | Treatment Arms | Infusion Time(s) | Dosing Interval | Therapy Duration |
| | Eligible | Number | | | | |
| 007 (Phase II) | Breast Ca, Myeloma | 280 | Zometa®: 0.4, 2.0, 4.0 mg | 5 minutes | q 4weeks | 9 months |
| | | | Aredia® 90 mg | 2 hours | q 4 weeks | 9 months |
| 035 (Phase I) | Prostate Ca Lung Ca, any solid tumor | 44 | Zometa®: 1.0, 2.0, 4.0, 8.0, 16.0 mg | 30 to 60 seconds | Single dose | Additional doses q4 weeks in pts benefiting |

Protocol 007 was a randomized multicenter study in patients with osteolytic bone lesions secondary to either metastatic breast cancer or multiple myeloma comparing several different Zometa® doses with 90 mg of Aredia®. The primary endpoint was the proportion of patients receiving radiation therapy over the 10 month treatment/observation period. This was compared to predefined criteria for effectiveness, which required ≤ 30% of patients in a group receive/require radiation. A variety of other endpoints including time to first skeletal event, changes in bone mineral density, and incidence of various adverse events were also examined. 280 patients were randomized. All of the treatment groups met the predefined efficacy criterion except for 0.4 mg of Zometa®. Adverse events appeared similar in the Zometa® and Aredia® groups, including the renal adverse events. When secondary endpoints were examined, it appeared that the 4.0 mg Zometa® and 90 mg Aredia® groups were similar. Although results for the primary efficacy criterion (proportion of patients receiving radiation to bone) were similar for the 2.0 and 4.0 mg doses, skeletal events as a whole and pathologic fractures occurred less frequently in patients treated with the 4.0 mg than with the 2.0 mg dose. The 4.0 mg Zometa® group was the only one in which no patient developed HCM during the 10 months of the study.

Protocol 035 provided additional data on safety of a variety of Zometa® doses, as well as effects on various biochemical markers of bone turnover.

Confidential – Produced pursuant to Protective Order   22
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 23 of 167

b) Phase III Trials (45, 46):

The phase III clinical trials investigating Zometa® as therapy for bone metastases when given in addition to standard anticancer therapy compared its efficacy to either a placebo control, or Aredia®. The potential advantages of Zometa® included a shorter infusion time (15 minutes), and equivalent or enhanced efficacy. The phase III trials of Zometa® versus Aredia® in HCM suggested that Zometa® was more effective. The development program for Zometa® treated patients with bone metastases from a range of different primary cancers, and utilized precedents established during evaluation of Aredia®. In this setting, and utilizing the data from the previous clinical trials with Zometa®, three pivotal trials were designed. These are summarized in table 9. Zometa® dose selection for these trials utilized data from the phase II trial 007. In this study, the 4.0 mg Zometa® dose was superior, and therefore 4.0 mg of Zometa® was selected for further development. The infusion time (15 minutes versus 5 minutes) did not appear to affect efficacy, and the pharmacodynamic data demonstrated an infusion interval of 3 to 4 weeks should result in continued inhibition of bone resorption. Therefore the pivotal trials utilized a short infusion time for Zometa®, which was administered every 3 to 4 weeks.

| Table 9: Zometa® Phase III Prospective Controlled Trials in Patients with Bone Metastases | | | | | | |
|---|---|---|---|---|---|---|
| Protocol No. (Rx Duration) | Treatment Arms | | | Study Dates | Study Design | Patient Entry | Efficacy Measure |
| | A | B | Control | | | | |
| 011 (47) N = 773 (21 mos) | Zometa® 4.0 mg | Zometa® 8.0 mg | Placebo | 10/16/98 – 3/1/02 | Double-blind | Cancer with bone mets except breast Ca, myeloma, prostate Ca | Pts with SRE (exclusive of HCM) |
| 039 (48) N = 643 (25 mos) | Zometa® 4.0 mg | Zometa® 8.0 mg | Placebo | 8/27/98 – 1/13/02 | Double-blind | Prostate Ca with bone mets | Pts with SRE (exclusive of HCM) |
| 010 (49) N = 1648 (25 mos) | Zometa® 4.0 mg | Zometa® 8.0 mg | Aredia® 90 mg | 6/22/98 – 2/1/02 | Double-blind, double-dummy | Breast Ca or myeloma with bone mets | Pts with SRE (exclusive of HCM) |

The core pivotal studies (protocols 010, 011 and 039) provided efficacy and safety data for 12 months in patients with myeloma/breast cancer, up to 9 months in patients with lung cancer and other solid tumors, and up to 15 months in patients with prostate cancer. Three

Confidential – Produced pursuant to Protective Order 23
entered in case 3:06-MD-1760 (M.D. Tenn.)

extension protocols (010E, 011E, 039E) were designed to assess long-term treatment with Zometa® (50, 51, 52). The maximum per-protocol treatment duration (core + extension) was 21 months in study 011, and 24 months in studies 010 and 039. The distribution and disposition of patients in the core and extension protocols 010, 011, and 039 are summarized in table 10.

| Table 10: Patient Treatment in Zometa® Protocols 010, 011, 039 (Core and Extension) (45, 46) | | | | | |
|---|---|---|---|---|---|
| Patient Group | Zometa® 4 mg | Zometa® 8/4 mg | Aredia® 90 mg | Placebo | Total Patients |
| Randomized | 1031 | 1007 | 556 | 455 | 3049 |
| Core Completed | 503 | 439 | 338 | 128 | 1408 |
| Entered Extension | 321 | 274 | 205 | 93 | 893 |
| Completed Extension | 180 | 152 | 123 | 44 | 499 |
| Exposure > 12 mos. | 46.2% | 39.6% | 59.5% | 23.7% | --------- |
| Med. Duration Exposure (mos) | 10.57 | 9.11 | 12.41 | 5.42 | --------- |

Skeletal relate events (SREs) were defined as follows:

- Radiation therapy to bone: palliation of pain, treat or prevent pathologic fracture, treat or prevent spinal cord compression, use of IV radioisotopes to treat metastatic bone pain
- Pathologic bone fractures: vertebral or non-vertebral
- Spinal cord compression
- Change in antineoplastic therapy to treat bone pain (protocol 039)
- Hypercalcemia of malignancy: included in some of the secondary efficacy analyses.

The intent to treat analyses for studies 011 and 039 are summarized in tables 11 and 12. In protocol 010 (breast cancer/myeloma), the proportion of patients with any SRE (-HCM) up to 25 months was 51%, 47%, and 49% for the Aredia®, Zometa® 4 mg, and Zometa® 8/4 mg groups respectively. In this protocol, where Zometa® 4 mg was compared to Aredia® 90 mg, the overall primary efficacy results were similar for these two groups, though subgroup analyses reflected that Zometa® was superior, particularly in patients with breast cancer.

Confidential – Produced pursuant to Protective Order    24
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 25 of 167

| Table 11: Protocol 011- SRE Proportions (-HCM) up to Month 21 and Median Time to First SRE | | |
|---|---|---|
| Treatment Arm | Proportion with Any SRE | Med. Time to 1st SRE |
| Placebo | 114/250 (46%) | 163 days |
| Zometa® 4 mg | 100/257 (39%) | 236 days |
| Zometa® 8/4 mg | 95/266 (36%) | 219 days |

| Table 12: Protocol 039 - SRE Proportions (-HCM) up to Month 24 and Median Time to First SRE | | |
|---|---|---|
| Treatment Arm | Proportion with Any SRE | Med. Time to 1st SRE |
| Placebo | 101/208 (49%) | 321 days |
| Zometa® 4 mg | 81/214 (38%) | 488 days |
| Zometa® 8/4 mg | 91/221 (41%) | 383 days |

Trials 011 and 039 demonstrated patients in either Zometa® group when compared to the placebo treated patients had smaller proportion of SREs. In both studies, Zometa® also significantly prolonged the time to first SRE. Times to multiple occurrences of SREs were analyzed using the Andersen-Gill approach, which is not restricted to measuring only first events. A statistically significant difference between the 4.0 mg Zometa® and placebo groups in the time to multiple occurrence of the events in favor of the Zometa® treated group was found. The risk reduction was 28% in lung cancer and other solid tumors, and 36% in prostate cancer. The results of these prospective controlled trials clearly demonstrate Zometa® is effective in the treatment of osteolytic, osteoblastic, and mixed metastatic bone lesions in a broad patient population. A comprehensive evaluation of safety was conducted for the patients treated in the three pivotal trials, which included 3049 patients, 2038 of whom received Zometa®. The long term safety data show the 4.0 mg dose of Zometa® given as a 15 minute intravenous infusion every 3 to 4 weeks was well tolerated in the targeted population of cancer patients (53).

A supplemental NDA for the use of Zometa® in patients with bone metastases was submitted to the FDA on 8/21/01, and approved on 2/22/02.

c)   Post-marketing Studies:

Following the approval of Zometa® for the treatment of bone metastases, a series of additional trials, including post-marketing studies, have been completed and provide additional information on the adverse event profile and efficacy of this therapy. A selected group is summarized in table 13. Protocol 1501 was conducted as a registration trial in Japan, and was a

Confidential – Produced pursuant to Protective Order   25
entered in case 3:06-MD-1760 (M.D. Tenn.)
Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 26 of 167

randomized double-blind study, where, because no bisphosphonate was approved in Japan, a placebo control was utilized. SREs decreased in the Zometa® treated individuals.

| Table 13: Clinical Trials with Zometa® in Patients with Cancer ± Bone Metastases | | | | | |
|---|---|---|---|---|---|
| Protocol (study) | Patient No. | Patients Eligible | Treatment Arms | | Results/Efficacy |
| | | | Zometa® | Control | |
| 1501 (Japan) (54) | 228 | Breast Ca with bone mets | 4.0 mg | Placebo | Increased frequency SREs in placebo (41.6%) vs. Zometa® group (34.2%). Well tolerated |
| US 16 | 638 | Breast Ca, myeloma, prostate Ca with bone mets | 4.0 mg (max # 4) | No control arm | Investigated quality of life and improvement in bone pain |
| 705 (55) | 116 | Prostate Ca – receiving androgen deprivation Rx | 4.0 mg | Placebo | Primary endpoint: BMD in lumbar spine |
| Z-FAST and Zo-FAST (56, 57) | 1667 | Breast Ca : receiving adjuvant Letrozole | 4.0 mg q6mos up to 5 yrs | Delayed Zometa® | Primary endpoint: BMD – increased in immediate Zometa® group. Secondary endpoint : Zometa® improved DFS by 43% (p=0.0183) |
| ABCCGS-12 (58) | 1803 | Breast Ca (Stage I/II) – postmenopausal patients Tamoxifen vs. Anastrozole Second randomization to Zometa® vs. no Zometa® | 4.0 mg q6mos for 3 yrs | No Zometa® | Improved DFS in Zometa treated patients, HR 0.64  (p = 0.019) |
| BIG 1-04 (AZURE) (59, 60) | 3208 | Breast Cancer – receiving adjuvant or neoadjuvant therapy | 4.0 mg Q3-4 wks x6, q12 wks x 8, q 6 mos until 5 yrs | No Zometa® | 1665 patients received Zometa®. 377 events in Zometa® arm, 375 events in control. HR 0.98, no effect seen |

The exploration of the effects of Zometa® on bone mineral density in breast cancer patients receiving hormonal therapy or in prostate cancer patients treated with androgen deprivation was also initiated. The Zo-FAST and Z-FAST trials, and ABCCGS-12 are three large randomized trials in breast cancer patients The most important findings from these studies related to the effect of Zometa® in the adjuvant setting. In both trials, patients receiving Zometa® demonstrated improved disease free and progression free survival, confirming the suggestions from preclinical trials that bisphosphonates may have antitumor activity. The BIG 1-

Confidential – Produced pursuant to Protective Order 26
entered in case 3:06-MD-1760 (M.D. Tenn.)

04 trial is a large randomized open label study in which over 3000 patients with stages II/III breast cancer who were receiving adjuvant/neoadjuvant therapy, were randomized to receive either no treatment or 5 years of Zometa®. The preliminary results were presented in December 2010, and suggested there were benefits in selected subgroups for the Zometa®-treated women.

Two studies in progress (see table 14) and a recently completed NSABP Adjuvant trial which included treatment with a bisphosphonate will provide additional information about the effects of Zometa® on breast cancer outcomes. Protocol 2352 is investigating frequency of Zometa® dosing in breast cancer patients. SWOG 0307 is the largest postoperative adjuvant breast cancer trial investigating the effect of various bisphosphonates.

| Table 14: Breast Cancer Trials in Progress Utilizing Zometa® | | | | | | |
|---|---|---|---|---|---|---|
| Protocol | Patients Eligible | Patient No. | Treatment Arms | | | Endpoints |
| | | | Group 1 | Group 2 | Group 3 | |
| 2352 (61) | Breast Ca with bone mets – prior Zometa® (min. 9 doses) | 705 | Zometa® 4 mg q 4 weeks | Zometa® 4 mg q 12 weeks | ----------- | Proportion of patients with 1st SRE |
| SWOG 0307 (62) | Breast Ca Stages I to III receiving standard adjuvant therapy | 5400 | Zometa® 4 mg q4wk x 6 mos, then q3mos x 2.5 yrs | Clodronate daily x 35 months | Ibandronate daily x 35 months | Compare DFS and overall survival |

d) Post-Marketing Surveillance:

Post-marketing studies, such phase IV trials provide additional information concerning a drug's risks, benefits, and optimal use.

In late 2002 and 2003, Novartis received reports of osteonecrosis of the jaws (ONJ) from clinicians and oral surgeons in association with bisphosphonate use. The first case of ONJ in a patient receiving a bisphosphonate was reported to Novartis in 2002. Clinically, ONJ is a poorly characterized entity with an uncertain etiology. In the clinical trial database for Zometa® and Aredia®, no adverse events reported as ONJ were noted. As an example, in the 2038/3049 patients who received Zometa® in protocols 010, 011, and 039, no episodes were reported by the investigators as ONJ. The DSM responsible for reviewing safety in these studies, noted a

Confidential – Produced pursuant to Protective Order    27
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 28 of 167

higher incidence of renal failure, but did not report a signal for ONJ. Dentists and/or oral surgeons were not involved in design or analysis of these studies because available data and studies did not predict ONJ would be seen. The first case reports of ONJ in bisphosphonate-treated patients appeared in medical journals in 2003, after Zometa® had been approved by the FDA (63, 64).

  e) Osteonecrosis of the Jaw and Bisphosphonates:

ONJ is a vague entity, with an unclear etiology and pathogenesis. It is apparent that multiple risk factors are involved, and include a diagnosis of cancer, recent dental surgery, various concomitant therapies such as chemotherapy, radiation, and steroids, and co-morbid conditions such as infection, pre-existing dental disease, anemia, and coagulation defects (65). The current definition of bisphosphonate-related ONJ includes the following (66):

- Current or previous bisphosphonate treatment;
- Exposed, necrotic bone in the maxillofacial region that has persisted for more than 8 weeks; and
- No history of radiation therapy to the jaws.

The widespread use of bisphosphonates, the clinical reports appearing in 2003 and 2004, and the increasing recognition of ONJ prompted Novartis to collect more detailed information on this entity, and to enhance the awareness by the FDA, the healthcare profession, and patients. In September 2003, Novartis added language to the packet inserts for Zometa® and Aredia® regarding ONJ. In July, 2004, a meeting with the FDA was held to discuss ONJ, risk factors, and the available data. The package inserts for Zometa® and Aredia® were revised to include information and precautions regarding ONJ. Additionally, patient informed consents for ongoing clinical trials with Zometa® were revised, a patient brochure on ONJ was developed for distribution, and a letter to physicians (9/24/04) was mailed. The available data on ONJ were reviewed and analyzed, and a meeting (3/4/05) of the FDA Oncologic Drug Advisory Committee was convened to review the issues of ONJ and bisphosphonates (67).

Prior to this meeting, Novartis had reviewed its bisphosphonate pivotal clinical trial data base from 11 clinical trials, which contained over 5200 patients. In this group, 2647 patients received Zometa®, 1334 Aredia®, and 1234 placebo. Since ONJ was not a recognized MedDRA

Confidential – Produced pursuant to Protective Order   28
entered in case 3:06-MD-1760 (M.D. Tenn.)

term, the search utilized 18 terms that could potentially identify ONJ. Six potential cases of ONJ were found, one associated with Aredia®, one with Aredia®/Zometa®, and four with Zometa® treatment. These were discussed and presented at the ODAC meeting, and are summarized in table 15.

In addition to surveying the pivotal trial data base, the same search criteria were applied to a total of 31 Zometa® or Aredia® studies sponsored by Novartis involving over 8000 patients. Six cases of potential ONJ were found, and appeared identical to those found when searching the pivotal trial data base.

| Table 15: Potential ONJ Cases Identified in Pivotal Zometa® or Aredia® Trials (67) | | | | | | |
|---|---|---|---|---|---|---|
| Case # | Year of Event | Protocol No. | Diagnosis | Site/Description | Agent | Time to Event |
| 1 | 1992 | 012 | Myeloma | Jaw/osteomyelitis | Aredia® | 14 mos |
| 2 | 1999 | 007 | Myeloma | Mandible/aseptic necrosis bone | Aredia®, Zometa® | 28 mos |
| 3 | 1999 | 037 | Head & Neck Ca | Maxilla/osteonecrosis | Zometa® | <1 mo. |
| 4 | 1998 | 007 | Myeloma | Mandible/osteomyelitis | Zometa® | 18 mos |
| 5 | 2001 | 010 | Myeloma | Jaw/osteomyelitis | Zometa® | 22 mos |
| 6 | 2002 | 704 | Prostate Ca | Jaw/osteomyelitis | Zometa® | 27 mos |

None of the clinical trial investigators who saw these six patients reported their jaw problems as related to Aredia® or Zometa®. These six potential cases of ONJ were reported over a decade in six different clinical trials sites. The patients involved in these clinical trials were extremely ill and medically compromised due to their advanced malignancies and cancer treatments.

It is noteworthy that three of these six patients did not have any evidence of exposed bone. Further, all of these patients had multiple potential risk factors for osteonecrosis of the jaws. These potential risk factors included: chemotherapy, anemia, infection, corticosteroids, diabetes, tooth extraction, florid osseous dysplasia, other dental problems, and/or diabetes. I also reviewed clinical trial documents relating to a breast cancer patient, No. 20593, who was diagnosed with osteoradionecrosis of the mandible. This patient had chemotherapy, steroids, diabetes, and a tooth extraction.

Confidential – Produced pursuant to Protective Order 29
entered in case 3:06-MD-1760 (M.D. Tenn.)

In summary, each of the seven above-mentioned patients had multiple possible risk factors for ONJ. There is no scientifically reliable way to quantify the causal impact, if any, attributable to each of these possible risk factors. Importantly, these jaw problems did not represent a safety signal in the clinical development of Aredia® and Zometa®.

f) Prospective Data on the Incidence of ONJ associated with Bisphosphonates:

Retrospective analyses and hindsight can be misleading, and to fully characterize ONJ, prospective studies are essential. Several sources of data are now available that address the issue of ONJ development in patients receiving bisphosphonates. These include clinical trials comparing denosumab to Zometa® in patients with metastatic bone lesions, the breast cancer adjuvant studies utilizing Zometa®, and clinical trials of bisphosphonates in women with osteoporosis. Many of these trials involved adjudication committees to assess the reported cases of ONJ and determine if they could be validated.

1) Denosumab (68) clinical trials:

Denosumab inhibits osteoclastic bone resorption by its inhibition of RANKL, and was studied in three international, randomized, double-blind controlled trials. It was compared to Zometa® in patients with metastatic breast cancer, castrate resistant prostate cancer, multiple myeloma, or other solid tumors all of whom had bone metastases (69, 70, 71, 72). A total of 5723 patients were randomized, of which 2836 received Zometa®. ONJ associated with denosumab administration was confirmed in 1.8% of patients, and in 1.3% of patients in the Zometa® groups. Risk factors included a history of dental extraction, poor oral hygiene, and use of a dental appliance. These trials demonstrate that ONJ is uncommon in advanced cancer patients receiving bisphosphonates.

2) Breast cancer adjuvant trials (56-60):

Three postoperative adjuvant breast cancer trials have been reported in which patients were prospectively randomized to from 3 to 5 years of Zometa® administered every 6 months. In the patients randomized to receive Zometa® (n = 1732), the incidence of ONJ was examined. In the ABCSG-12 trial, 3 potential cases of ONJ were reported that were found not to be ONJ upon review. In the preliminary presentation of the AZURE trial, approximately one percent of patients who received Zometa® were reported as developing ONJ.

Confidential – Produced pursuant to Protective Order entered in case 3:06-MD-1760 (M.D. Tenn.)

3) Osteoporosis clinical trials (HORIZON-PFT Trial) (73):

The increases of bone density produced by an infusion of Zometa® in postmenopausal women with osteoporosis, suggested it should be examined in a clinical study in this setting. A double-blind, placebo-controlled study was initiated in which 7765 postmenopausal women with osteoporosis were randomized to receive zoledronic acid 5 mg intravenously by 15 minute infusion once yearly for 3 years (n = 3889), or a placebo (n = 3876). The primary endpoint was the occurrence of vertebral or hip fractures, with safety a secondary end point. Zoledronic acid infusions significantly decreased the risk of vertebral, hip, and other fractures by 70% (relative risk 0.30). Adverse events were similar in both groups. Maxillofacial events that were possibly related to a diagnosis of ONJ were searched for, and adjudicated based on a definition requiring exposed bone for more than 6 weeks (74). No spontaneous reports of ONJ were received. Blinded adjudication of the data base revealed two cases, one each in the Zometa® and placebo arms. In a different publication, the cases of ONJ in this trial were reported, the composition and functions of the committee described, and the methodology reviewed. Again the two cases were described. There were also 209 patients who had previously received bisphosphonates for 4 years or more. No cases of ONJ were reported in the group. The results of this study demonstrated Zometa® administered once yearly is safe, and ONJ is rare in this setting. The risk benefit ratio is excellent.

The study, the published manuscripts, and the report from the adjudication committee were reviewed by Dr. Fletcher in his report on the way ONJ cases were adjudicated in the HORIZON-PFT study (75, 76). He compared the two publications previously discussed, and indicated "It is disturbing that the published account of the HORIZON-PFT Study differed in important ways from the most unbiased source, the report of a blinded Adjudication Committee, and that reasons for the difference were not made explicit." The issue of what a possible case refers to is discussed in detail, and Dr. Fletcher suggests that the publication of the results in the Journal of the American Dental Association is "...likely to have had the most influence over the medical/dental community...". The primary publication of this trial was in the *New England Journal of Medicine*, probably one of the most respected and highly rated medical journals. Several issues should be discussed in the context of these remarks.

Confidential – Produced pursuant to Protective Order    31
entered in case 3:06-MD-1760 (M.D. Tenn.)
Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 32 of 167

- The safety results of the HORIZON-PFT trial do not differ in any meaningful way in the two publications.
- The risk-benefit ratio for Zometa® in this trial was excellent, and the two cases of ONJ do not modify this.
- The issue of possible versus definite ONJ is of interest for the Adjudication Committee, however, the terminology utilized in the manuscripts is acceptable, and does not change the overall results, safety data, or any analysis in a significant fashion.
- The clinical importance and conclusions supported by this trial are not altered by inclusion or exclusion of one case of possible or definite ONJ.
- The *New England Journal of Medicine* clearly has more impact on the medical community than a journal such as the *JADA*.

## Summary

The bisphosphonates Aredia® and Zometa® have been developed for clinical use over a period of 30 years (77, 78). These compounds were studied in preclinical investigations, and their potential effects on bone resorption noted. This was followed by development of a series of clinical trials that provided optimal information on safety and efficacy. These studies conformed to the standards for clinical trials, and utilized the randomized and double-blind trial to clearly demonstrate the effects of both Aredia® and Zometa®. Approval of these two drugs changed the therapy of the metabolic complication of malignancy, hypercalcemia, and provided a new treatment paradigm for metastatic bone disease. The morbidity of both complications was significantly reduced.

During the continued development and marketing of Aredia® and Zometa®, reports of an unusual and uncommon adverse event appeared. The entity of ONJ in patients receiving bisphosphonates was first reported to Novartis in 2002. The lack of a definite etiology and underlying mechanism, and diagnostic criteria provided a challenge. As additional reports appeared, Novartis responded appropriately, and began to investigate its data base, notify the FDA, patients, and health care professionals, and included a description with recommendations in the package insert for Zometa®. The presentation and discussion at an ODAC session convened by the FDA demonstrate the comprehensive response of Novartis.

Confidential – Produced pursuant to Protective Order    32
entered in case 3:06-MD-1760 (M.D. Tenn.)

Over the last five years (2005 to 2010), the incidence of ONJ has been more fully elucidated; however, questions concerning its biology, etiology, risk factors and therapy remain. Zometa® remains a critical drug in the treatment of patients with malignancy that has significantly decreased the morbidity associated with bone metastases, and has a favorable safety profile (79, 80, 81, 82). Continued development has suggested the potential of significant antitumor activity in patients with breast cancer and multiple myeloma (83).

**March 21, 2011**

Ronald M. Bukowski MD
Emeritus Staff and Consultant
Cleveland Clinic Taussig Cancer Center
Professor of Medicine
CCF Lerner College of Medicine of CWRU

Confidential – Produced pursuant to Protective Order    33
entered in case 3:06-MD-1760 (M.D. Tenn.)

# References

1) Chow SC and Liu JP: <u>Design and Analysis of Clinical Trials: Concepts and Methodologies,</u> 2004. ISBN 0-471-24985-8

2) Pocock SJ: <u>Clinical Trials: A Practical Approach</u>, John Wiley & Sons, 2004, ISBN 0-471-90155-5

3) "James Lind: A Treatise of the Scurvy (1754)", 2001. <u>http://www.bruzelius.info/Nautica/Medicine/Lind(1753).html</u>.

4) Green S, Benedetti J, Crowley J: "<u>Clinical trials in oncology</u>". CRC Press, 2003. ISBN 1-58488-302-2.

5) Rang HP, Dale MM, Ritter JM, Moore PK: <u>Pharmacology</u> 5 ed. Edinburgh: Churchill Livingstone, 2003. ISBN 0-443-07145-4.

6) Potter PM: Adaptive dose finding for phase I clinical trials of drugs used for chemotherapy of cancer. Statist Med, 21:1805–1823, 2002 (DOI: 10.1002/sim.1141)

7) Dilts D M, Cheng SK, Crites JS, Sandler AB, Doroshow JH: Phase III Clinical Trial Development: A Process of Chutes and Ladders. Clin Can Res, November 9, 2010; DOI:10.1158/1078-0432.CCR-10-1273

8) Peduzz P i, Kyriakides T, O'Connor TZ, et al: Methodological Issues in Comparative Effectiveness Research: Clinical Trials. Am J Med, 123, e8-e15, 2010.

9) Meinert CL, Tonascia S: <u>Clinical trials: design, conduct, and analysis</u>. Oxford University Press, USA, 1986. ISBN 978-0195035681.

10) Moss A J, Francis CW, Ryan D: Collaborative Clinical Trials - Perspective. N Engl J Med, 364;789-91, 2011.

11) What is informed consent? US National Institutes of Health. Clinicaltrials.gov.

12) US Food and Drug Administration: FDA-approved label: Aredia, pamidronate disodium packet insert. http:// <u>www.accessdata.fda.gov/drugsatfda_docs/label/2008/020036s035lbl.pdf</u>

13) US Food and Drug Administration: FDAapproved label: Zoledronic acid packet insert. http:// <u>www.accessdata.fda.gov/drugsatfda_docs/label/2009/021223s018lbl.pdf</u>

14) Ciba-Geigy: Investigational Drug Brochure Orientation Data CGP-23339A. January, 1990.

15) Ciba Pharmaceuticals, Basle, Switzerland: Investigational Drug Brochure Orientation Data Aredia. September, 1993.

16) Fleisch H: Bisphosphonates: New class of drugs in diseases of bone and calcium metabolism. Rec Res Cancer Res 116:1-28, 1989.

Confidential – Produced pursuant to Protective Order      34
entered in case 3:06-MD-1760 (M.D. Tenn.)

17) Mundy GR, Wilkinson R, Heath DA: Comparative study of available medical therapy for hypercalcemia of malignancy. Am J Med 74:421-432, 1983.

18) Martin TJ: Humoral hypercalcemia of malignancy. Bone Miner 4:83-89, 1988.

19) Ryzen E, Martodam RR, Troxell M, et al: Intravenous etidronate in the management of malignant hypercalcemia. Arch Intern Med 145:449-452, 1985.

20) Hasling C, Charles P, Mosekilde L: Etidronate disodium for treating hypercalcemia of malignancy: A double-blind, placebo controlled study. Eur J Clin Invest 16:433-437, 1986.

21) Body JJ, Dumon JC: Treatment of tumor-induced hypercalcaemia with the bisphosphonate pamidronate: Dose–response relationship and influence of the tumor type. Ann Oncol 5:359–363, 1994.

22) Gucalp R, Ritch P, Wiernik PH, et al: Comparative Study of Pamidronate Disodium and Etidronate Disodium in the Treatment of Cancer-Related Hypercalcemia. J Clin Oncol 10: 134-142, 1992.

23) Coombes RC, Dady P, Parsons C, et al: Assessment of response of bone metastases to systemic treatment in patients with breast cancer. Cancer 52:610-4, 1983.

24) Coleman RE: Metastatic bone disease: Clinical features, pathophysiology and treatment strategies. Cancer Treat Rev 27:165-176, 2001.

25) Hortobagyi GN: Systemic therapy for bone metastasis: Past, present, and future. Am Soc Clin Oncol Education Book, 1-7, 2010.

26) Theriault RL, Lipton A, Hortobagyi GN, et al, for the Protocol 18 Aredia BreastCancer Study Group: Pamidronate reduces skeletal morbidity in women with advanced breast cancer and lytic bone lesions: A randomized, placebo-controlled trial. J Clin Oncol 17:846-854, 1999.

27) Hortobagyi GN, Theriault RL, Porter L, et al: Efficacy of pamidronate in reducing skeletal complications in patients with breast cancer and lytic bone metastases: Protocol 19 Aredia Breast Cancer Study Group. N Engl J Med 335:1785-1791, 1996.

28) Berenson JR, Lichtenstein A, Porter L, et al for the Myeloma Aredia Study Group: Long-term pamidronate treatment of advanced multiple myeloma patients reduces skeletal events. J Clin Oncol 16:593–602, 1998.

29) Hortobagyi GN, Theriault RL, Lipton A, Porter L, Blayney D, and the Breast Cancer Study Group: Long-term prevention of skeletal complications of metastatic breast cancer with pamidronate. J Clin Oncol 16:2038–2044. 1998

30) Lipton A, Theriault RL, Hortobagyi GN, et al: Pamidronate prevents skeletalcomplications and is effective palliative treatment in women with breast carcinoma and osteolytic bone metastases: Long term follow-up of two randomized, placebo- controlled trials. Cancer 88:1082-1090, 2000.

Confidential – Produced pursuant to Protective Order    35
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 36 of 167

31) Green JR, Muller K, Jaeggi KA: Preclinical Pharmacology of CGP 42'446, a New, Potent, Heterocyclic Bisphosphonate Compound. J Bone and Mineral Res, 9:745-51, 1994.

32) Ciba-Geigy Pharma Division, Basle, Switzerland: International Investigator's Brochure CGP 42446 (Bisphosphonic Acid). October, 1994.

33) Novartis Pharmaceuticals Corporation: Investigators' Brochure CGP 42446 (a.k.a. ZOL446) Zoledronate - Intravenous Formulation. November 4, 1998.

34) Body JJ, Lortholary A, Romieu G,. Vigneron AM, Ford J: A Dose-Finding Study of Zoledronate in Hypercalcemic Cancer Patients. J Bone and Mineral Res, 14: 1557-61, 1999.

35) Berenson JR, Lipton A, Rosen LS, et al: Phase I clinical study of a new bisphosphonate, zoledronate (CGP-42446), in patients with osteolytic bone metastases. Blood 88 (Suppl 1):586a, 1996.

36) Novartis Pharma AG: Zometa® (zoledronic acid) (CGP 42446, ZOL446) - Integrated Summary of Efficacy. December 8, 1999.

37) Novartis Pharmaceuticals Corporation: Zometa® (zoledronic acid, CGP42446, ZOL446) - Integrated Summary of Safety. December 3, 1999.

38) Body JJ, Bartl R, Burckhardt P, Delmas PD, Diel IJ, Fleisch H, Kanis JA, Kyle RA, Mundy GR, Paterson AHG, Rubens RD, for the International Bone and Cancer Study Group: Current use of bisphosphonates in oncology. J Clin Oncol 16:3890–3899, 1998.

39) Major PP, Lortholary A, Romieu G, et al: Zoledronic acid is superior to pamidronate in the treatment of hypercalcemia of malignancy - A pooled analysis of two randomized, controlled clinical trials. J Clin Oncol, 19:558-67, 2001.

40) Novartis Pharmaceuticals Corporation: Investigators' Brochure Zometa® (Zoledronic acid) (a.k.a. zoledronic acid, CGP 42446, ZOL446) - Intravenous Formulation. November 29, 2000.

41) Major PP, Coleman RE: Zoledronic acid in the treatment of hypercalcemia of malignancy: results of the International Clinical Development Program. Semin Oncol, 28:17-24, 2001.

42) Vogel CL, Yanagihara RH, Wood AJ, et al: Safety and pain palliation of zoledronic acid in patients with breast cancer, prostate cancer, or multiple myeloma who previously received bisphosphonate therapy. Oncologist 9:687-695, 2004.

43) Coleman RE, Major P, Lipton A, et al: Predictive value of bone resorption and formation markers in cancer patients with bone metastases receiving the bisphosphonate zoledronic acid. J Clin Oncol 23:4925-4935, 2005.

44) Novartis Pharmaceuticals Corporation: Investigators' Brochure Zometa® (Zoledronic acid) (a.k.a. zoledronate, CGP 42446, ZOL446) - Intravenous Formulation. February 28,

Confidential – Produced pursuant to Protective Order    36
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 37 of 167

2002.

45) Novartis: Investigators' Brochure Zoledronic Acid (zoledronate, CGP 42446, ZOL446) - Intravenous Formulation. August 12, 2005.

46) Novartis: Investigators' Brochure Zometa®/Zoledronic Acid (zoledronate, CGP 42446, ZOL446) - Intravenous Formulation. August 31, 2006.

47) Rosen LS, Gordon D, Tchekmedyian NS, et al: Long-term efficacy and safety of zoledronic acid in the treatment of skeletal metastases in patients with nonsmall cell lung carcinoma and other solid tumors: A randomized, Phase III, double-blind, placebo-controlled trial. Cancer 100:2613-2621, 2004.

48) Saad F, Gleason DM, Murray R, et al: A randomized, placebo-controlled trial of zoledronic acid in patients with hormone-refractory metastatic prostate carcinoma. J Natl Cancer Inst 94:1458- 1468, 2002.

49) Rosen LS, Gordon D, Kaminski M, et al: Zoledronic acid versus pamidronate in the treatment of skeletal metastases in patients with breast cancer or osteolytic lesions of multiple myeloma: A phase III, double-blind, comparative trial. Cancer J 7:377-387, 2001.

50) Rosen LS, Gordon D, Kaminski M, et al: Long-term efficacy and safety of zoledronic acid compared with pamidronate disodium in the treatment of skeletal complications in patients with advanced multiple myeloma or breast carcinoma: A randomized, double-blind, multicenter, comparative trial. Cancer 98:1735-1744, 2003.

51) Saad F, Gleason DM, Murray R, et al: Long-term efficacy of zoledronic acid for the prevention of skeletal complications in patients with metastatic hormone-refractory prostate cancer. J Nat Can Inst, 96:879-82, 2004.

52) Rosen LS, Gordon DH, Dugan W Jr, et al: Zoledronic acid is superior to pamidronate for the treatment of bone metastases in breast carcinoma patients with at least one osteolytic lesion. Cancer 100:36-43, 2004.

53) Lipton A. The safety of zoledronic acid. Expert Opin Drug Saf; 6: 305–13, 2007.

54) Kohno N, Aogi K, Minami H, et al: Zoledronic acid significantly reduces skeletal complications compared with placebo in Japanese women with bone metastases from breast cancer: A randomized, placebo controlled trial. J Clin Oncol 23:3314-3321, 2005.

55) Saad F, Gleason D, Murray R, et al. Zoledronic acid significantly reduces bone pain in patients with advanced prostate cancer metastatic to bone [abstract]. 3rd North American Symposium: Skeletal Complications of Malignancy; April 25-27, 2002; Bethesda, Maryland.

56) Smith IE: Do BIG1-98 and ZOFAST demand a change in guidelines for endocrine therapy? Breast Cancer Research 11(Suppl 3):S18, 2009.

57) Brufsky AM, Bosserman LD, Caradonna RR, et al: Zoledronic Acid Effectively Prevents

Confidential – Produced pursuant to Protective Order    37
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 38 of 167

Aromatase Inhibitor– Associated Bone Loss in Postmenopausal Women with Early Breast Cancer Receiving Adjuvant Letrozole: Z-FAST Study 36-Month Follow-up Results. Clin Breast Cancer, 9(2):77-85, 2009.

58) Gnant M, Mlineritsch B, Schippinger W, et al: Endocrine Therapy plus Zoledronic Acid in Premenopausal Breast Cancer. N Eng J Med, 360: 679-91, 2009.

59) Winter MC, Syddall SP, Cross SS, et al: A randomized neoadjuvant biomarker study investigating the anti-tumor acxtivity of the addition of zoledronic acid to chemotherapy in breast cancer. San Antonio Breast Cancer Conference, 12/9/10 (abstract P1-11-01).

60) Coleman RE, Thorpe HC, Cameron DS, et al: Adjuvant treatment with zoledronic acid in stage II/III breast cancer. The AZURE Trial (BIG 01/04). San Antonio Breast Cancer Conference, 2010 (abstract S4-5).

61) SWOG 0307: Zoledronate, Clodronate, or Ibabdronate in treating women who have undergone surgery for stage I, stage II, or Stage III Breast Cancer. Clinicaltrials.gov: NCT00127205.

62) Efficacy and safety of Zoledronic acid (every 4 weeks vs. every 12 weeks) in Patients with documented bone metastases from breast cancer. Cl;inicaltrials.gov: NCT003320710

63) Marx RE: Pamidronate (Aredia) and zoledronate (Zometa) induced avascular necrosis of the jaws: a growing epidemic. J Oral Maxillofac Surg, 61:1115-17, 2003.

64) Ruggiero SL, Mehrotra B, Rosenberg TT, Engroff SL: Osteonecrosis of the jaws associated with the use of bisphosphonates: a review of 63 cases. J Oral Maxillofac Surg, 62:527-34, 2004.

65) Hoff AO, Toth BB, Altundag K, et al: The frequency and risk factors associated with osteonecrosis of the jaw in cancer patients treated with intravenous bisphosphonates. J Bone Min Res 23:826-836, 2008.

66) American Association of Oral and Maxillofacial Surgeons Position Paper on Bisphosphonate=related Osteonecrosis of the Jaws. J Oral Maxillofac Surg, 65:369-376, 2007.

67) Food and Drug Administration Oncologic Drugs Advisory Committee, March 4, 2005: Novartis Pharmaceutical and FDA Briefing Materials.

68) US Food and Drug Administration: FDA-approved label: Xgeva (denosumab). http://www.accessdata .fda.gov/drugsatfda_docs/label/2010/125320s007lbl.pdf

69) Henry DH, Costa L, Goldwasser F, et al: Randomized, double-blind study of denosumab versus zoledronic acid in the treatment of bone metastases in patients with advanced cancer (excluding breast and prostate cancer) or multiple myeloma. J Clin Oncol 29:1125-1132, 2011.

Confidential – Produced pursuant to Protective Order    38
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 39 of 167

70) Stopeck AT, Lipton A, Body J-J, et al: Denosumab compared with zoledronic acid for the treatment of bone metastases in patients with advanced breast cancer: A randomized, double-blind study. J Clin Oncol 28:5132-5139, 2010.

71) Fizazi K, Carducci MA, Smith MR, et al: A randomized phase III trial of denosumab versus zoledronic acid in patients with bone metastases from castration resistant prostate cancer. J Clin Oncol 28:951s, 2010 (suppl; abstr LBA4507).

72) West H: Denosumab for Prevention of Skeletal-Related Events in Patients With Bone Metastases From Solid Tumors: Incremental Benefit, Debatable Value. J Clin Oncol, DOI: 10.1200/JCO.2010.33.5596; published online ahead of print at www.jco.org on February 22, 2011.

73) Black DM, Delmas PD, Eastell R, et al: Once-yearly zoledronic acid for treatment of postmenopausal osteoporosis. N Eng J Med, 356:1809-22, 2007.

74) Grbic JT, Landesberg R, Lin SQ, et al: Incidence of osteonecrosis of the jaw in women with postmenopausal osteoporosis in the Health Outcomes and Reduced Incidence with Zoledronic Acid Once Yearly Pivotal Fracture Trial. JADA, 139:32-40, 2008.

75) Fletcher RH: Expert Report of Robert H. Fletcher, MD, M.Sc in Aredia and Zometa Products Liability Litigation. US District Court Middle District of Tennessee, Nashville Division. Docket No. 3:06-MD-1760.

76) Clinical development Aclasta/Reclast® (zoledronic acid) injection: CZOL446H - Postmenopausal osteoporosis. Special Expert Evaluation Report (SpEER) of maxillofacial adverse events of 5 mg zoledronic acid given once yearly. Grbic J, Landesberg, Jan 3, 2007.

77) Novartis: Investigators' Brochure Zometa®/Aclasta®/Reclast® (zoledronic acid, CGP 42446, ZOL446). December 14, 2007.

78) Novartis: Investigator's Brochure Zometa®/Aclasta®/Reclast® (zoledronic acid, CGP 42446, ZOL446). November 17, 2008.

79) Hillner BE, Ingle JN, Berenson JR, et al for the American Society of Clinical Oncology Bisphosphonates Expert Panel: American Society of Clinical Oncology Guideline on the Role of Bisphosphonates in Breast Cancer. J Clin Oncol 18:1378-1391, 2000.

80) Hillner BE, Ingle JN, Chlebowski RT, et al: American Society of Clinical Oncology 2003 Update on the Role of Bisphosphonates and Bone Health Issues in Women With Breast Cancer. J Clin Oncol 21:4042-4057, 2003.

81) Van Poznak CH, Temin S, Yee GC, et al: American Society of Clinical Oncology Executive Summary of the Clinical Practice Guideline Update on the Role of Bone-Modifying Agents in Metastatic Breast Cancer, jco.ascopubs.org/cgi/doi/10.1200/JCO.2010.32.5209.

82) Hortobagyi GN: Commentary: Role of Bone-Modifying Agents in Metastatic Breast

Confidential – Produced pursuant to Protective Order    39
entered in case 3:06-MD-1760 (M.D. Tenn.)

Case 5:11-cv-00680-D     Document 114     Filed 03/14/14     Page 40 of 167

Cancer. J Oncology Practice, DOI: 10.1200/JOP.2011.000218, 2011.

83) Morgan GJ, Davies FE, Gregory WM, et al on behalf of the National Cancer Research Institute Haematological Oncology Clinical Study Group: First-line treatment with zoledronic acid as compared with clodronic acid in multiple myeloma (MRC Myeloma IX): a randomised controlled trial. Lancet 376: 1989–99, 2010.

Confidential – Produced pursuant to Protective Order     40
entered in case 3:06-MD-1760 (M.D. Tenn.)

# Attachment A

# CURRICULUM VITAE

## RONALD M. BUKOWSKI, M.D.

**HOME ADDRESS:**

28099 Gates Mills Blvd.
Pepper Pike, Ohio   44124
(216) 464-5731
(216) 832 6019 (cell)
(216) 464-1645 (FAX)

**OFFICE ADDRESSES:**

1) Bukowski Consulting, LLC
   28099 Gates Mills Blvd
   Pepper Pike, Oh  44124
   (216)-464-5731
   (216)-464-1645 (FAX)
   Email: bukow464@sbsglobal.net
          bukow464@msn.com

2) The Cleveland Clinic Foundation
   One Clinic Center
   9500 Euclid Avenue
   Cleveland, Ohio  44195
   (216) 464-5731
   Email: bukowsr@ccf.org

**DATE OF BIRTH:**   August 31, 1942

**PLACE OF BIRTH:**   Chicago, Illinois

**CITIZENSHIP:**   USA

**SEX:**   Male

**MARITAL STATUS:**   Married, 1 child

**SOCIAL SECURITY NO.:**   ------------------

## EDUCATION AND PROFESSIONAL EXPERIENCE:
Northwestern University, Evanston, Illinois  - B.S., 1963

Northwestern University, Evanston, Illinois - M.D., 1967
Cleveland Clinic, Cleveland, Ohio - Internship, 1967-1968
Internal Medicine, Cleveland Clinic, Cleveland, Ohio - Medical Resident 1968-1969, 1972-1973
Major, United States Army Medical Corps., 1969-1972
Hematology and Oncology, Cleveland Clinic, Cleveland, Ohio, Fellowship, 1973-1975
Hematology and Medical Oncology, Cleveland Clinic, Cleveland, Ohio, Staff Member, 1975-2008
Immunology & Cancer, Cleveland Clinic, Cleveland, Ohio, Staff Member, 1986-1988
General Medical Sciences, Section of Immunology, Research Institute, Cleveland Clinic, 1989-92
Department of Immunology, Research Institute, Cleveland Clinic, 1992-2008
Associate Director Clinical Research, Cleveland Clinic Cancer Center, 1988-2008
Director, Biologic Response Modifier Program, Cleveland Clinic, 1985- 2008
Director, Experimental Therapeutics Program, Cleveland Clinic Cancer Center, 1990-2008
Acting Director, Cleveland Clinic Cancer Center, 1990-1992, 2003-2004.
Emeritus Staff Consultant Cleveland Clinic, 2008 - present
Professor of Medicine, Ohio State University Medical School, 1992-2003
Professor of Medicine, CCF Lerner College of Medicine of CWRU, 2004-present

**HONORS**
James Zito Chair in Cancer Research, CCF Taussig Cancer Center, 2001- 2008

**BOARD CERTIFICATION**:
National Board Medical Examiners, 1968
American Board Internal Medicine, 1974
Medical Oncology, 1975
American Board of Hematology, 1976

**LICENSURE**:
Ohio, 1968 #30732

**PROFESSIONAL SOCIETIES:**
Fellow, American College of Physicians (1976-present)
Ohio State Medical Association (1975-1990)
Southwestern Oncology Group (1975-2008)
American Society Clinical Oncology (1976-present)
American Society Hematology (1976-2009)
American Association Cancer Research (1976-present)
American Medical Association (1975-1990)
American Federation Clinical Research (1975-2000)
American Pancreatic Association (1978-1990)
Northeastern Ohio Oncology Association (1980-1990)
Cleveland Academy of Medicine (1975-1990)
American Society Clinical Pharmacology & Therapeutics (1981-1990)
Gastrointestinal Tumor Study Group (1983-1986)

American Society Internal Medicine (1980-1990)
National Bladder Cancer Study Group (1985-1986)
American Urologic Association (1988-2000)
International Society Interferon Research (1992-2000)
Society Urologic Oncology, (1988-2000)
Society Biologic Therapy (1996-2004)


## MEDICAL JOURNAL EDITORIAL BOARDS:
URO - Associate Editor, (1996-present)
Investigational New Drugs - Associate Editor (1999 - 2011)
Nowatwory - Associate Editor (2001-present)
Clinical Cancer Research (2003-present)
American Journal of Urology Review (2004-present)
Kidney Cancer Journal (2004-present)
Journal Genitourinary Malignancies - Editor-in-Chief (2006-2009)
Oncology Reviews – Advisory Board 2007
Immunotherapy (2008 – present)
British J Cancer (2011 – present)

## MEDICAL JOURNAL REVIEWER:
Reviewer, New England Journal of Medicine, 1983-present
Reviewer, Blood, 1980-present
Reviewer, Archives of Internal Medicine, 1980-present
Reviewer, Cancer, 1986-present
Reviewer, Cancer Research, 1990-present
Reviewer, Journal of Clinical Oncology, 1990-present
Reviewer, Cleveland Clinic Journal of Medicine, 1988- 2008
Reviewer, Journal of Immunotherapy, 1991-present
Reviewer, Journal of Leukocyte Biology, 1995
Reviewer, Immunopharmacology, 1994
Reviewer, International Journal of Cancer, 1995 - present
Reviewer, Cancer Chemotherapy and Pharmacology, 2000 - present
Reviewer, Annals of Oncology, 2000 - present
Reviewer, Diseases of the Colon & Rectum, 2000
Reviewer, British J Urology, 2009 - present

## COMMITTEES, Cleveland Clinic:
Member, Research Project Committee, Cleveland Clinic, 1976-79
Co-chairman, Urologic Oncology Task Force, Cleveland Clinic, 1984-2006
Member, Biologic Response Modifier Task Force, Cleveland Clinic, 1985-2008
Member, Cancer Center Executive Committee, Cleveland Clinic, 1988-1990, 1993 - 2008

Member, Quality Research Standards Task Force, 1990
Member, Research Project Committee, 1985-2007
Chairman, CCF ACS Committee, 1993-2002
Co-Chairman, RPC Committee, 1995-2007
Chairman, Clinical Trial Review Committee, 1996-2003
Chairman, Cancer Study Section, RPC Committee, 1992-2003
Member, Genomics Task Force, 2000-2001
Member, Cancer Center Director Search Committee, 2003
Member, Appointments and Promotions Committee CCFLCM, 2005-2008
Member, Staff Benefits Committee, 2004-2006

**COMMITTEES, National and Local:**
Member, Board of Governors, SWOG, 1983
Member, Executive Committee, GITSG, 1983-86
Member, GI and GU Committees, SWOG, 1976-2008
Member, Quality Control Committee, SWOG, 1978
Chairman, Toxicity Committee, GITSG, 1985-86
Member, Medical Advisory Committee, Kidney Cancer Association 1991-present
      Chairman, Medical Steering Committee, 1994-present
      Member, Board of Directors, 1994-present
      Chairman Board of Directors 2010 - present
Chairman, Ohio Cancer Advisory Committee, 1991-1996
Secretary, Cancer Data Systems Cuyahoga County, 1993-1998
Member, Board of Trustees, Ohio Cancer Associates, 1998 - 2003
Member, American Cancer Society Institutional Grant Review Committee, 2000-2004
Member, PRG Renal and Bladder Cancer, NCI, 2001-2002
FDA Oncology Advisory committee, 2004-2008

**NCI/NIH SITE VISITS:**
1986 - Sloan-Kettering, Solid Tumor Program
1988, 1989 - Sloan-Kettering, Monoclonal Antibody Program Project
1990 - University Wisconsin, Solid Tumor Program Project
1991 - Colon Polyp Prevention RFA
1992 - Chairman, Gene Therapy RFA Review
1993 - O'Brien Renal Centers, Program Review
1994 - U.S. Army Breast Cancer Research Initiative, Reviewer
1994 - Gene Therapy Program Project, Baylor University, 1994
1994 - Ad Hoc Review Committee, R-21 Investigator Initiated Projects, 1994
1995 - Molecular Approaches to Cancer Immunotherapy, Johns Hopkins, 1995
1995 - Program Project Review, Rush Medical School
1996 - Cancer Center Site Visit, Winship Cancer Center, Emory University
1997 - Investigator Initiated R21 Awards, Clinical Research - Chairman

5

1998 - Tumor Specific T-cells: Clinical and Experimental Studies Program Project Review,   Chiles Research Institute - Portland OR
2005 - GCRC Site Visit - University of Chicago

**Data Safety Monitoring Committees:**

2006 - CRAD001C2204: Record 1 Trial, Novartis Pharmaceuticals  (1/06 to 2/08)   Chairman
2007- S-TRAC Trial, Pfizer (10/7 to 10/10)   Chairman
2008- VEG108844: Comparz Trial, Glaxo Smith Kline (9/08 to current)   Member
2009- AG0137360: Axis Trial, Pfizer (3/09 to 10/10)   Member
2009- A6181120: Aixitinib + Prednisone vs Prednisone (Prostate Ca), Pfizer (1/09 to 10/10)   Chairman
2009- Bayer 14295: Sorafenib in Thyroid Carcinoma, Bayer Pharmaceuticals (10/9 to current)   Member
2009- CRAD001L2202: Record 3 trial, Novartis Parmeceuticals (6/09 to current)  Member
2010- Dendreon P07-2: Phase 2 trial prostate cancer vaccine (5/10 to current)  Chairman
2010- VEG113387: Votrient vs Placebo Adjuvant Trial in RCC, Glaxo Smith Kline (11/10 to current) Member
2010- TKI258A2302: TKI 258 in Recurrent RCC, Novartis Pharmeceuticals (12/10 to current) Chairman

**RESEARCH INTERESTS:**

1.     Biology & treatment renal cell carcinoma:
       a.     Program project - principal investigator (1992-1995)
       b.     Phase I/II/III trials - industry/NCI sponsored

2.     New drug development/investigation:
       a.     Phase I trials
       b.     Mechanisms drug resistance and reversal

**GRANTS AND CONTRACTS**: Principal Investigator
a)     Peer Reviewed:

Master agreement clinical evaluation of biologic response modifiers for the treatment of cancer.  Phase I/II:  R.M. Bukowski, Principal Investigator.

NCI-CM-47673-01 - Phase I/II:  Trial of R24 and interferon in malignant melanoma, $134,000, 1986-87.

GITSG:  Clinical studies in gastrointestinal cancer, $16,000, 1985-1990.

NCI-CM-47673-02 - Phase IA/IB trial R24 and CDDP in malignant melanoma, $131,000, 1988-1990.

6

CA 49567-01-Symposium on immunobiology of renal cell carcinoma, $7,000, 1989.

NCI-CM-47673-03 - Phase I trial TILs $\pm$ IL2 in renal carcinoma, $331,000, 1987-1989.

NCI-CM-47673-04 - Phase IA/IB trial GM-CSF in lung cancer, $306,000, 1988-1990.

87-421-63-R: Development of an adoptive immunotherapy program (Cleveland Foundation), $180,000, 1987-1990.

NCI-CM-4763 - Phase I evaluation of biologic response modifiers, $2,502,559, 1989-1994.

ACS IRG - 1992 to 2002, $60,000 to $75,000 per year, PI.

P01 - CA48919-01A2 - Biology of renal cell carcinoma, $1,200,000, 1991-94.

CA 62270-01 International renal cell carcinoma symposium, $7,500, 1994.

RPC 3424 - Second international symposium on the immunobiology of renal cell carcinoma, $7,000, 1992-93 (NCI).

RO1CA56937-01 - T cell unresponsiveness in human tumors (co-investigator with Dr. James Finke), $110.000 yr, 1992-1995.

RO1CA56937-04 - T cell unresponsiveness in human tumors (co-investigator with Dr. James Finke), $122,000/yr, 1995-1998.

RO1CA56937-11 - T cell unresponsiveness in human tumors (co-investigator with Dr. James Finke), $225,000/yr, 2003-2008.

Altered T cell signaling in renal cell carcinoma (co-investigator with Dr. James Finke), Kidney Cancer Association, $85,000/yr, 2000-2003.

RO1CA/AI90995 Ganglioside regulation of NFκB and apoptosis (co-investigator with Dr. James Finke), $225,000/yr, 2001-2006.

RO1CA/57840-9 - Dendritic cell strategy to elicit tumor reactive T cells (PI- Walter Strokus, University of Pittsburgh School of Medicine, Pittsburgh, PA). Total direct cost (CCF portion) $36,340/yr, 2002-2007.

RO1CA/93871-01 - Chemoresistance in renal cell carcinoma (PI-J. Au, OSU). Total direct cost $250,000/yr, 2002-2005.

7

IRB 6101 Phase I/II trial 5-FU and suramin in renal cell carcinoma (funded by R01CA/93871), 1/04-2/2008.

b)      Industry Supported:

Bristol Laboratories - Phase II:  Trial of I.A., M-VAC in bladder cancer, $60,000, 1986-1988.

Bristol Laboratories - Phase I:  Trial of intravesical A daunomycin A, $42,000, 1986-1987.

Biogen - Phase III:  Trial of gamma IFN vs. Depo-provera in renal carcinoma, $33,000, 1985-1986.

Hoffman LaRoche - Phase I:  Trials of IFN and IL-2, $35,000, 1987-1990.

Schering Laboratories:  Phase III trial of interferon in lung cancer, $180,000, 1987-1989.

Burroughs Wellcome Co.  -  Phase II:  Investigations of piritrexim, $26,000, 1987-1989.

Biogen - Phase II:  Trials of gamma IFN in renal cell carcinoma, $15,000, 1987-1990.

RPC 3619:  Ortho Laboratories:  Clinical trials with human erythropoietin, 40,000, 1988-1991 (Ortho Biotech).

Litton Biometrics - Active specific immunotherapy trials in colon cancer, $150,000, 1988-91.

RPC 3017: GM-CSF in non-Hodgkin lymphomas, $25,000, 1989-90 (Schering).

RPC 3209 - Phase II trial of TIL's in human renal carcinoma, $290,000, 1990-92 (Sterling).

RPC 4094:  Phase I trial of IL-4 in melanoma, $162,000, 1992-94 (Schering).

RPC 4096:  Immunologic studies in patients receiving IL-4, $65,000, 1992-1994 (Schering).

RPC 3878: Phase I trials rhIL-6, $64,000, 1992-94 (Sandoz).

RPC 3913: Phase III trial GM-CSF in patients with febrile neutropenia following chemotherapy, $5,000, 1992-1993 (Immunex).
RPC 3990: Phase II trial of elsamitrucin in NHL, $20,000, 1992-1994 (Bristol-Squibb).

CA 131 011 004 Randomized comparison of etoposide and 4 dose levels of etoposide phosphate, $64,000, 1992-1994 (Bristol-Squibb).

8

Phase III trial of melacine vs chemotherapy in malignant melanoma, $18,000, 1992-94 (Ribi Immunochem.).

RPC 4591: Phase III prospective randomized trial of ALT versus interferon alpha in treatment of metastatic renal cell carcinoma, $30,000, 1994-present (Cellcor).

RPC 3380: Phase II trial GM-CSF in patients with renal cancer, $15,000, 1990-94 (Schering).

RPC 4723: Phase III trial of GM-CSF for prophylaxis of postop infections in cancer patients, $60,000, 1994-1996 (Immunex).

RPC 4723: Phase II study of tallimustine in renal cell carcinoma, $15,000, 1994-1995 (Pharmacia).

RPC 4904: FUDR by a 14 day continuous infusion vs chronobiologic timed infusion in metastatic renal cancer - Phase III, $5,000 1994-1995(Albany Med College/NCI).

RPC 4920: Phase II trial of G 1147211 in metastatic colorectal cancer, $15,000, 1994-1996 (Glaxo).

RPC 4935: Randomized study of Sandostatin - LAR vs subcutaneous Sandostatin in malignant carcinoid syndrome, $32,000, 1995-1996 (Sandoz).

RPC 4980: Phase I trial of once weekly IL-12 in patients with renal cell cancer, $150,000, 1995-1997. (Hoffman LaRoche).

RPC 5049: Phase II/III trial of CD8+ TIL and IL-2 in metastatic renal cancer, $30,000, 1995-1996 (Applied Immune Sciences).

RPC 5074: Phase III trial of IFNα2b in patients with intermediate or high-grade NHL in complete or partial remission following salvage therapy, $15,000, 1994-1997 (Schering).

RPC 5380: Pilot study of rIL-2 as adjuvant therapy in RCC, $50,000, 1996-1998 (Chiron).

RPC 5377: Phase I trial IL-4/5FU/LV in GI malignancy, $80,000, 1996-1997 (Schering).

RPC 5186: Phase II trial 776C851/5FU in colon cancer, $25,000, 1995-1996 (Burroughs Welcome).

IRB 1664 Phase I investigation of autologous renal cell carcinoma vaccines, $80,000, 1996-97 (Immunotherapy).
IRB 1739: Phase III trial of capecitabine vs 5FU/LV in colorectal cancer, $25,000, 1997-98 (Hoffmann LaRoche).

9

Doxil Phase II program, $50,000, 1996-98 (Sequus)

IRB 1754:  Phase I trial capecitabine/IFNα, $50,000, 1997-98 (Hoffmann LaRoche).

RPC 5330:  Phase III trial 5FU $\pm$ LAR in pancreatic cancer, 1996-98 (Sandoz).

IRB 1561:  Procrit in cancer associated anemia, $30,000, 1997-98 (Ortho).

IRB 2134:  Phase I trial PEG-Intron, $75,000, 1997-1998 (Schering).

RPC 2381   Phase I trial PEG-Intron and rIL-2, $50,000 (1998 Schering).

IRB 1936  Phase I trial GM-CSF/IFNα/rIL-2 in RCC, $60,000, 1997-1998 (Schering)

IRB 2542 Phase II trials 9AC in solid tumors, $25,000.

IRB 2718 Phase I trial Taxotere/Gemzar (E. Lilly), $50,000.

IRB 2827 Phase I trial IFNα/Gemzar in RCC patients (E. Lilly), $60,000.

IRB 2825 Phase I trial CIFN in RCC (Amgen), $100,000.

IRB 1792 Phase II trial oxaliplatin in CR Ca (Sanofi), $75,000.

IRB 2209 Phase III trial 5-FU/776C85 vs. 5-FU/LV (Glaxo), $50,000.

IRB 2584 Phase III trial 5-FU/LV vs. 5-FU/IFNβ; $40,000.

IRB 2837 Phase II trial Gemzar vs. SCH 66336 (Schering Plough), $25,000.

IRB 2898 Phase III trial leuprolide, $60,000.

IRB 2543 Phase I trial IL-11 in patients with mucositis (Wyeth), $30,000.

IRB 3108 Phase I trial HMR 1275, taxol and carboplatin in lung cancer (HMR), $150,000.

IRB 3104 Phase I trial peldesine in solid tumors (Biocryst), $30,000.

IRB 3087 Phase I trial NESP in anemia chronic disease (Amgen), $60,000.

10

IRB 3260 Phase I trial intralesional S. Typhimurium (Vion), $160,000, 11/00-5/02

IRB 3663 Phase I trial intravenous S. Typhimurium (Vion), $250,000, 8/00-5/02

IRB 3410 Phase I trial taxol and SCH66336 (Schering Plough), $70,000, 7/00-2/02

IRB 3272 Phase I trial cIFN in renal cell cancer (Amgen), $200,000, 12/99-12/00

IRB 3063 Phase I trial IL-12 and IFNα in RCC/malignant melanoma (Schering Plough), $50,000, 1/00-12/03

IRB 3440 Phase II trial capecitabine and IFNα (Roche), $100,000, 1/01-12/03

IRB 3664 Phase III trial AE-941 vs placebo in RCC (Aeterna), $225,000, 5/00-6/03

IRB 3252 ILIAD trial-SQ IL-2 in RCC (Chiron), $20,000, 8/00-8/02

IRB 4180-S Phase I trial BMS-310705 (epothilone) (BMS), $450,000, 4/01-6/03

IRB 4269-S Phase I trial phenoxidiol (Novogen), $250,000, 7/01-8/02

IRB 4595-S Phase I trial S3304 in solid tumor patients (Shinogi), $179,932, 1/02-6/04

IRB 4360-S Phase II trial ABX-EGF in renal cancer (Abgenix), $229,973, 8/01-08/03

IRB 4432-S Phase III of adjuvant oncophage in RCC (Antigenics), $25,000, 1/02-12/05

IRB 4045-S Phase II trial of taxoprexin in RCC (Protarga), $60,000, 5/01-3/03

IRB 3950-S Phase II trial GD0039 in RCC (Glycodesign), $61,275, 12/01-8/03

IRB 4762-S Phase I trial EKB 569 and gemcitabine (Wyeth), $50,000, 1/02-12/03

IRB 4516 Phase I/II trial CPG7909 (Coley Pharmeceuticals), $45,000, 2/02-01/04

IRB 4852 Phase I trial HTI-286 (Wyeth), $348,555, 1/02-12/03

IRB 4980 Phase I trial albuleukin (HGS), $87,306, 6/02-4/04

IRB 4818 Phase III trial ISIS 3521 in NCSL Ca (Isis Pharmaceuticals), $80,285, 1/01-10/03

11

IRB 4962 Phase II trial EPO 2207 in RCC (Novartis), $43,341, 4/02-1/04

IRB 4840 Phase I trial PEG Intron and IL-2 (Schering Plough), $488,000, 1/01-10/03

IRB 5666 Phase I trial HTI-286 and carboplatin (Wyeth), $150,000, 2/03-12/04

IRB 5564 Phase II trial of IGN301 (Igeneon), $307,549, 1/03-12/04

IRB 5737 Phase I trial oral MAC 321 (Wyeth), $40,000, 1/03-5/04

IRB 5626 Phase II trial GTI 2040 and capecitabine in RCC (Lorus) $60,000, 2/03-11/03

IRB 5403 Phase I trial allogeneic dendritic cells in stage IV RC (Genzyme), $300,000, 12/02-8/03

IRB 6595 Phase II trial AG-013736 in RCC (Pfizer), $250,000, 10/03-09/05

IRB 6189 Phase III trial CCI-779 and IFN in RCC (Wyeth), $89,597, 5/03-04/06

IRB 5909 Phase I trial BCX 1777 in solid tumor (Biocryst) $300,000, 5/03-4/04

IRB 6631 Phase I trial ascending oral HKI-272 (Wyeth) $100,000, 2/04-01/06

IRB 6632 Phase III randomized trial BAY 43-9006 in advanced RCC (Bayer), $201,506, 4/04-8/08 (study PI)

RPC 5775 Phase II IL-2/thalidomide in RCC (Celgene), $40,000, 5/03-04/06

RPC 6695 Phase II Gemzar/Irinotecan in RCC (Lilly), $97,500, 5/04

RPC 6936 SUO 11248 in RCC (phase II), (Pfizer) $334,600, 5/04-10/04

RPC 6954 Phase II randomized trial Avastin $\pm$ OSI 774 in RCC (Genetech), $97,475, 5/04-02/08

RPC 7165 Phase II Cc-5013 in RCC (Celgene), $97,475, 8/04-07/06

RPC 7060 Phase I MST-997 formulated in Intralipid (Wyeth), $225,000, 5/04-04/06

RPC 7794 Phase I TTI-237 in solid tumor patients (Wyeth), $200,000, 3/05

RPC 7495 Randomized trial MG98 + IFNα vs IFNα alone in RCC (Methyl Gene), $150,000, 2/05-01/06

12

RPC 7331 Phase II trial Lactoferrin in RCC (Aggenix), $90,000, 9/04-3/05

RPC 7636 Phase II trial M200 in RCC (PDL), $150,000, 12/04-12/05
RPC 7895 Phase II trial SUO11248 in Bevacizumab refractory RCC (Pfizer), $120,000, 3/05-02/08

RPC 7752 Phase II trial IFNα 1b in RCC (NCI), 3/05-02/07

RPC 7282 AMG 162 in subjects with solid tumors receiving bisphosphonate currently (Amgen), $200,000, 11/04-10/06

RPC 7557 Procrit in patients receiving chemotherapy (Ortho), $100,000, 2/05-01/06

## BIBLIOGRAPHY

### Articles

1. Bukowski RM, Noguchi S, Deodhar S, Hewlett JS: Lymphocytic subpopulations in Hodgkin's disease. Am J Clin Pathol. 65:31-39, 1976.

2. Bukowski RM, Hewlett JS, Harris JW, Hoffman GC, Battle JD, Silverblatt E, Yang I: Exchange transfusions in the treatment of thrombotic thrombocytopenia purpura. Sem Hematol 13:219-232, 1976.

3. Noguchi S, Bukowski RM, Deodhar S, Hewlett JS: T and B lymphocytes in non-Hodgkin's lymphoma: A comparison of tumor-derived cells and peripheral blood lymphocytes. Cancer 37:2247-2254, 1976.

4. Bukowski RM, Deodhar S, Hewlett JS: Transfer factor immunotherapy of human neoplasms. Second Workshop on Basic Properties and Clinical Applications of Transfer Factor, Academic Press Inc, pp. 543-551, 1976.

5. Bukowski RM, Barna B, Deodhar S, Hewlett JS: Nonspecific lymphocyte cytotoxicity in patients with malignant melanoma, renal cell carcinoma, sarcomas, and non-tumor patients. Cancer 38:1962-1967, 1976.

6. Montie JE, Bukowski RM, et al: Immunotherapy of disseminated renal cell carcinoma with transfer factor. J Urol, 117-553, 1977.

7. Bukowski RM, King JW, Hewlett JS: Plasmapheresis in the treatment of thrombotic thrombocytopenic purpura. Blood 50:413, 1977.

13

8. Bukowski RM, et al: Transfer factor therapy of stage II malignant melanoma. In: <u>Adjuvant Therapy of Cancer,</u> SE Salmon & SE Jones (editors), 1977.

9. Bukowski RM, et al: Immunotherapy of renal cell carcinoma with transfer factor and BCG in neoplasm immunity. In: <u>Solid Tumor Therapy</u>, R Crispen (editor), 1977.

10. Seligman M, Bukowski RM, et al: Chemotherapy of metastatic gastrointestinal neoplasms with 5-fluorouracil and streptozotocin. Cancer Treat Rep 61:1375, 1977.

11. Vanek JA, Cook SA, Bukowski RM: Hepatic uptake of Tc-99m-Labeled diphosphonate in amyloidosis: A case report. J Nucl Med 18:1086, 1977.

12. Chernicoff D, Bukowski RM, et al: Raynaud's phenomenon as a complication of treatment with Bleomycin and Velban. Cancer Treat Rep 62(4):570-571, April 1978.

13. Bukowski RM, Hewlett JS: Circulating immune complexes in TTP. Blood 51:559, 1978. (letter to editor).

14. Bukowski RM, Hewlett JS, et al: Plasmapheresis in TTP. Blood 51;561, 1978. (letter to editor).

15. Goodman A, Ramos R, Petrelli M, Hirsch S, Bukowski RM, Harris JW: Gingival biopsy in TTP. Ann Intern Med 89:501-504, 1978.

16. Rothmann-Hamburger S, Finke J, Laffay D, Bukowski RM, et al: Aplastic anemia effect of antithymocyte globulin in erythroid colony formation. Clev Clin Q 281-286, Fall 1978.

17. Valenzuela R, Govindarajan S, Tubbs R, Deodhar S, Bukowski RM: IgD myeloma: Report of a case with unusual clinical and immunologic features. Am J Clin Path. 72(2):246-250, August 1979.

18. Bukowski RM, Hewlett JS, Deodhar S: Transfer factor immunotherapy of state II malignant melanoma and metastatic static renal cell carcinoma. Third International Symposium on Transfer Factor, October 1978.

19. Sheibani K, Bukowski RM, et al: Acute nonlymphocytic leukemia in patients receiving chemotherapy for non-malignant diseases. Hum Pathol., pp. 175-179, March 1980.

20. Bukowski RM, Hewlett JS, Deodhar SH: Immunotherapy of stage II malignant melanoma and renal cell carcinoma with transfer factor: Clinical results. In: <u>Immune Regulators in Transfer Factor</u>, Khan, Kirkpatrick and Hill (editors), pp. 581-590, 1979.

14

21. Chernicoff D, Bukowski RM, et al: Combination chemotherapy for islet cell carcinoma and metastatic carcinoid tumors with 5FU and streptozotocin. Cancer Treart Rep 63:795-796, 1979.

22. Brandman J, Bukowski RM et al: Prognostic factors affecting remission, remission duration, and survival in adult acute non-lymphocytic leukemia. Cancer 44:1062-1065, 1979.

23. Bukowski RM: Auguidine in gastrointestinal malignancies - A phase II study (SWOG 7735). Phase I Work Group Minutes, pp. 75-79, February 1979.

24. Budd GT, Bukowski RM, et al: Prostacyclin therapy of TTP. The Lancet 2:32, 1980.

25. Mortimer J, Reimer R, Greenstreet R, Groppe C, Bukowski RM: The influence of estrogen receptor status on response to combination chemotherapy for recurrent breast cancer. Cancer Treat Rep 65:763-766, 1981.

26. Reimer R, Gahbauer R, Bukowski RM, et al: Simultaneous treatment with cis-platinum and radiation therapy for advanced solid tumors: A pilot study. Cancer Treat Rep 65:219-222, 1981.

27. Bukowski RM, Hewlett JS, et al: Therapy of thrombotic thrombocytopenic purpura: An overview. Sem Thromb Hemostas 7:1-8, 1981.

28. Bukowski RM, Abderholden RT, et al: Phase II trial of SMF in adenocarcinoma of the pancreas. Cancer Clin Trials 3:321-324, 1980.

29. Bukowski RM, LoBuglio A, et al: Phase II trial of Bakers antifol in metastatic renal cell carcinoma. Cancere Treat Rep 64:1387-88, 1980.

30. Bukowski RM, et al: Phase II study of anguidine in gastrointestinal malignancies. Cancere Treat Rep. 64: 1480-83, 1980

31. Bukowski RM, Schacter LP, et al: Phase II trial of FAM-S in pancreatic carcinoma. Cancer 50:197-200, 1982.

32. Bukowski RM, Legha S, et al: Phase II trial of m-AMSA in hepatocellular carcinoma - A SWOG study. Cancer Treat Rep 66:1651-52, 1982.

33. Rothmann SA, Streeter RR, Bukowski RM, et al: Treatment of severe aplastic anemia with antithymocyte globulin. Exp Hematol 10:811-818, 1982.

15

34. Bukowski RM, Gahbauer R, et al: Mixed beam radiotherapy and combination chemotherapy in localized pancreatic adenocarcinoma - Preliminary results. Int J Radiat Oncol Biol Phys 8:1231-33, 1982.

35. Theodors A, Bukowski RM, et al: Intermittent regional infusion of chemotherapy for pancreatic adenocarcinoma. Cancer Clin Trials 5:555-558, 1982.

36. Theodors A, Bukowski RM, et al: Hepatic artery infusion with 5FU and mitomycin-C in metastatic colorectal carcinoma Phase II study. Med Pediatr Oncol 10:463-470, 1982.

37. Bukowski RM, Balcerzak SR, et al: Randomized trial of 5FU and mitomycin-C with or without streptozotocin for advanced pancreatic cancer - A SWOG study. Cancer 52:1577, 1983.

38. Bukowski RM, Leichman L, et al: Phase II trial of m-AMSA in gallbladder and cholangiocarcinoma - A SWOG study. Eur J Cancer Clin Oncol 19:721-23, 1983.

39. Bukowski RM, McCracken JD, et al: Phase II study of chlorozotocin in islet cell carcinoma - A SWOG study. Cancer Chemother Pharmacol 11:48, 1983.

40. Haas CD, Mansfield CM, Leichman LP, Considine B, Bukowski RM: Combined non-simultaneous radiation therapy and chemotherapy with 5FU, doxorubicin, and mitomycin-C for residual localized gastric adenocarcinoma. Cancer Treat Rep 67:421, 1983.

41. Montie JE, Bukowski RM, et al: A critical review of immunotherapy of disseminated renal adenocarcinoma. J Surg Oncol 21:5-8, 1982.

42. Bukowski RM, Deodhar S, et al: Randomized controlled trial of transfer factor in stage II malignant melanoma. Cancer 51:269-72, 1983.

43. Mortimer J, Bukowski RM, et al: VP-161-213, cis-platinum and adriamycin salvage therapy of refractory and/or recurrent nonseminomatous germ cell neoplasms. Cancer Chemother Pharmacol 7:215-218, 1982.

44. Bukowski RM, Savage RA, et al: Prolonged survival of a patient with Richter's syndrome - Report of a ten year followup. Cleve Clin Q 48:341-44, 1981.

45. Wilke WS, Currie TE, Tubbs RR, Bukowski RM, et al: T-Cell lymphoma occurring in Sjogren's syndrome. Arthritis Rheu 27:951-955, 1984.

46. Bukowski RM, Brown L, et al: Combination chemotherapy of metastatic thyroid cancer. Cancer Clin Trials 6:579, 1983.

16

47. Bukowski RM: Anemia and heart valves. Consultant, p. 17, December 1982.

48. Haas CD, McCracken JD, Vaughn CB, Stephens RL, Bukowski RM: Chlorozotocin: Results in colorectal carcinoma treated with high and low doses. IND 2:401-404, 1984.

49. Bukowski RM, Sheeler L, et al: Successful combination chemotherapy of metastatic parathyroid carcinoma. Arch Intern Med 144:399, 1984.

50. Bukowski RM, Hermann RE, et al: Combination chemotherapy for metastatic carcinoma of the ampulla of vater - Report of 3 cases. J Surg Oncol 25:284-286, 1984.

51. Knight WA, Drelichman A, Fabian C, Bukowski RM: Methyl-glyoxal bis-guanylhydrazone (MGNG, methyl-GAG) in advanced renal carcinoma: A phase II trial of the SWOG. Cancer Treat Rep 67:1139, 1983.

52. Maatman T, Bukowski RM, Montie JE: Late retroperitoneal recurrence of germinal cancer of the testis. Cancer 54:1962-1964, 1984.

53. Smith GW, Bukowski RM, et al: Hepatic artery infusion of 5FU and mitomycin-C in cholangiocarcinoma and gallbladder carcinoma. Cancer 55:480-84, 1985.

54. Budd GT, Bukowski RM, et al: Phase I trial of ultra-pure (TM) human leukocyte interferon in human malignancy. Cancer Chemother Pharmacol 12:39, 1984.

55. Bukowski RM, Montie J: Intra-arterial chemotherapy as an adjuvant to surgery in transitional cell bladder cancer. 13th International Congress Chemotherapy 240:111, 1983.

56. Bukowski RM, Montie J: Alternating combination chemotherapy including VP-16 in poor prognosis germ cell tumors. 13th International Congress Chemotherapy 241:14-18, 1983.

57. Gupta MK, Arsuaga R, Bocci L, Tubbs R, Bukowski RM, Deodhar SD: Measurement of a monoclonal antibody defined antigen (CA19-9) in the serum of patients with malignant and non-malignant disease. Cancer 56:277-283, 1985.

58. Bukowski RM, Vidt DG: Chemotherapy trials in malignant pheochromocytoma: Report of two patients and review of the literature. J Surg Oncol 27:89-92, 1984.

59. Bukowski RM, Cunningham J: Efficacy of 5FU in combination leucovorin in patients with colorectal carcinoma - continuous infusion low doses. Current status of 5FU - Leucovorin Calcium Combination, pp 69-72, 1985.

17

60. Cunningham J, Bukowski RM, et al: 5-fluorouracil and folinic acid: A phase I-II trial in gastrointestinal malignancy. IND 2:6065, 1985.

61. Bukowski RM: Why the lethargy? Consultant, pp 23-24, August 1984.

62. Ganapathi, R, Gulick P, Miller R, Grabowski D, Turinic R, Valenzuela R, Fishleder A, Bukowski RM: Heterogeneity in daunorubicin accumulation by human leukemic cells. IND 3:273-277, 1985.

63. Petras RE, Hart WR, Bukowski RM: Gastric epithelial atypia associated with hepato-arterial infusion chemotherapy: Its distinction from early gastric carcinoma. Cancere 57:386, 1986.

64. Cunningham JR, Bukowski RM, et al: Immunohistologic studies of peripheral blood lymphocytes and lymph nodes in Hodgkin's disease patients - preliminary report. Cleve Clin Q 52:69-72, 1987.

65. Smith AS, Weinstein MA, Modic MT, Pavlick W, Rogers LR, Budd TG, Bukowski RM, et al: Magnetic resonance with marked T-2 - Weighted images for increased visualization of brain lesions and differentiation of tumor and edema. AJNR 6:691-697, 1985.

66. Stephens RL, Kirby R, Crawford ED, Bukowski RM, et al: High Dose AZQ in renal cancer: A SWOG phase II study. IND 4:57-59, 1985.

67. Maatman T, Montie J, Bukowski RM, et al: Intra-arterial chemotherapy as an adjuvant to surgery in transitional cell carcinoma of the bladder. J Urol 135:256-260, 1986.

68. Bukowski RM, Smith GW, Montie JE: Combination chemotherapy including VP-16 for poor prognosis germ cell neoplasms. Urol 31:403-407, 1988.

69. Miller RL, Sheeler LR, Bauer TW, Bukowski RM: Erdheim-Chester disease: Case report and review of the literature. Am J Med 80:1230-1236, 1986.

70. Budd GT, Bukowski RM, et al: 5FU and folinic acid in the treatment of metastatic colorectal cancer - A randomized comparison of 2-dose schedules. J Clin Oncol 5:272-277, 1987.

71. Bukowski RM: Plasma exchange in the thrombotic microangiopathies. J Clin Apheresis 2:282-286, 1985.

72. Lederman RJ, Bukowski RM, Nickerson P: Carcinoid Myopathy. Cleve Clin J Med 54(4):299-303, 1987.

18

73. Miller RL, Bukowski RM, Andresen S, Gahbauer R:  Phase II - Evaluation of sequential hepatic artery infusion of 5FU and hepatic irradiation in metastatic colorectal carcinoma. J Surg Oncol 37:1-4, 1988.

74. Bukowski RM, Johnson KG, Peterson RF, et al:  Phase II Trial of combination chemotherapy in patients with metastatic carcinoid tumors:  A SWOG study.  Cancer 60:2891, 1987.

75. Bukowski RM:  Clinical trials in colorectal cancer: Experience of the GITSG and SWOG. Int J Colorectal Dis 2:100-106, 1987.

76. Shepard KV, Bukowski RM:  The treatment of TTP with exchange transfusions, plasma infusions, and plasma exchange.  Sem Hematol 24:178, 1987

77. Budd GT, Schreiber MT, Steiger E, Bukowski RM, et al: Phase I - Trial of intraperitoneal chemotherapy with 5FU and citrovorum factor.  IND 4:155-148, 1986.

78. Bukowski RM, Theodors A, Purvis JD, et al:  Phase II - Trial of sequential chemotherapy and radiotherapy in advanced gastric adenocarcinoma:  A SWOG pilot study. Am J Clin Oncol 10:376, 1987.

79. Gupta MK, Arciga R, Bukowski RM, Gaur P:  CA-195; A new sensitive monoclonal antibody defined tumor marker for pancreatic cancer:  J Tumor Marker, 2:201, 1989

80. Murthy S, Bukowski RM:  Systemic Therapy for Metastatic Breast Cancer:  a review. Controversies in Breast Disease-diagnosis and Management, Eds. S. Grundfest & C. Esselstyn, pp. 425-438, 1988.

81. Oishi N, Berenberg B, Blumenstein B, Johnson K, Rankin S, Bukowski RM, et al:  Teniposide in Metastatic Renal and Bladder Cancer:  A SWOG Study, Cancer Treatment Reports, 71:1307, 1987.

82. GITSG:  Phase II Trials of the Single Agents Bakers Antifol, Diaziquone and Epirubicin in Advanced Pancreatic Cancer.  Cancer Treatment Reports, 71:865, 1987.

83. Miller RL, Bukowski RM, et al:  Clinical Modulation of Doxorubicin Resistance by the Calmodulin Inhibitors, Trifluoperazine:  A Phase I/II Trial. J Clin Oncol. 6:880, 1988.

84. Bukowski RM, Theodors A, et al:  Phase II trial of  Sequential Chemotherapy and Low dose Radiotherapy in Advanced Gastric Adenocarcinoma.  Am J Clin Oncol 10:376-379, 1987.

19

85. Caulfield M, Murthy S, Tubbs, R, Sergi J, Bukowski R: Immunotherapy of a Patient with CLL with a Tumor-specific Monoclonal Antibody. Cleve Clinic J Med 56:182-188, 1989.

86. Thomassen MJ, Barna B, Wiedemann H, Farmer M, Bukowski RM, Ahmad M: Immunologic Studies of Alveolar Macrophages From Patients With Renal Cell Carcinoma. Ann Rev Respir Dis 141:1256-58, 1990.

87. Goldfarb DA, Lorig R, Zelch M, Patrons P, Bukowski RM, Pontes JE: Right renal mass with vena caval thrombus. J Urol 143:574-76, 1990.

88. Galetti T, Pontes JE, Montie J, Medendorp S, Bukowski R: Neoadjuvant intra-arterial chemotherapy in the treatment of advanced transitional cell carcinoma of the bladder: results and follow-up. J. Urol 142:1211-1215, 1989.

89. Goodman GE, Crowley JJ, Blasko JC, Livingston RB, Beck TM, Demattia MD, Bukowski RM: Treatment of limited small-cell lung cancer with Etoposide and cisplatin alternating with vincristine, doxorubicin, and cyclophosphamide vs. concurrent Etoposide, vincristine, doxorubicin and cyclophosphamide and chest radiotherapy: a SWOG study. J Clin Oncol 8:39-47, 1990.

90. Petrelli N, Douglass HO, Herrera L, Russell D, Stablein D, Bruckner H, Meyer R, Schinella R, Green MD, Muggia FM, Megebow A, Greenwald ES, Bukowski RM, et al: The modulation of fluorouracil with leucovorin in metastatic colorectal carcinoma: a prospective randomized Phase III trial. J Clin Oncol 7:1419-1426, 1989.

91. Fishleder AJ, Finke JH, Tubbs R, Bukowski RM: Induction by Interleukin-2 of oligoclonal expansion of culture tumor infiltrating lymphocytes. J. Nat. Cancer Inst. 82:124-128, 1990.

92. Gastrointestinal Tumor Study Group: Ifosfamide is an inactive substance in the treatment of pancreatic carcinoma. Cancer 64:2010-2013, 1989.

93. Barna BP, Thomassen MJ, Sergi J, Murthy S, Bukowski RM: Phase II trial of interferon gamma in renal cell carcinoma: modulation of immune parameters. Oncology, 48:464-468, 1991.

94. Bukowski RM, Goodman P, Crawford D, Sergi J, Redman BG, Whitehead R: Phase II trial of high dose intermittent interleukin-2 in metastatic renal cell carcinoma: a SWOG study, J. Natl. Cancer Inst. 1990.

20

95. Budd GT, Osgood B, Barna B, Boyett, JM, Finke J, Medendorp S, Murthy S, Novak C, Sergi J, Tubbs, R, Bukowski RM: Phase I clinical trial of interleukin-2 and alpha-interferon: toxicity and immunologic effects. Can Res 49:6432-36, 1989.

96. Alexander J, Rayman P, Edinger M, Tubbs R, Bukowski R, Pontes E, Finke J. TIL from renal cell carcinoma: Restimulation with tumor influences proliferation and cytolytic activity. Int J Cancer 45:119-123, 1990.

97. Finke, JH, Rayman P, Alexander J, Edinger M, Tubbs R, Connelly R, Pontes E, Bukowski R: Characterization of the cytolytic activity of CD4+ and CD8+ TIL subsets in human renal cell carcinoma. Can Res. 50: 1990.

98. Taylor S, Fleming T, VanHoff D, McCracken JD, Bukowski RM, et al: Phase II evaluation of mitoxantrone in advanced pancreatic carcinoma: a SWOG study. IND 8:77-80, 1990.

99. Montie J, Bukowski RM, et al: "Intra-arterial chemotherapy for localized carcinoma of the bladder" in Systemic Therapy for Genitourinary Cancer, ed. D. Johnson, Year Book Med. Pub., Publ., Chicago, Ill., 1989, pp 115-128.

100. Budd GT, Garcia R, Medendorp S, Shepard K. Purvis J, Bukowski R: Alternating non-cross-resistant chemotherapy for metastatic hormone independent breast cancer. Am J Clin Oncol 11:440-444, 1988.

101. Bukowski RM, Murthy S, et al: Tumor infiltrating lymphocytes (TIL) with or without recombinant interleukin-2 (IL-2) in human metastatic renal cell carcinoma. Biological Agents in the Treatment of Cancer, 30-39, 1990. (Hersey P. Ed.)

102. Bukowski, RM, Caulfield MJ, et al: Phase I trial of an anti-GD3 monoclonal antibody (R24) and interferon alpha (rHu IFNα2a) in patients with malignant melanoma. Biological Agents in the Treatment of Cancer, 323-29, 1990. (Hersey P. Ed.).

103. Rustin RM, Vogt DP, Bukowski RM, Shepard KV: Hepatic artery infusion chemotherapy for colorectal liver metastases. Cleve Clinic J Med 57:592-696, 1990.

104. Budd GT, Jayaray A, Grabowski D, Adelstein D, Bauer L, Boyett J, Bukowski R, Murthy S, Weick J: Phase I trial of dipyridamole with 5FU and folinic acid. Can Res 50:7206-7211, 1990.

105. Gastrointestinal Tumor Study Group: A prospective trial of recombinant human interferon alpha 2B in previously untreated patients with hepatocellular carcinoma. Cancer 66:135-139, 1990.

21

106. Bukowski RM. The Problem of Metastases. In Montie JE, Pontes JE, Bukowski RM, Eds. Clinical Management of Renal Cell Cancer. Year Book Medical Publishers, Chicago, 1990.

107. Bukowski RM, Murthy S, Sergi J, et al: Phase I trial of continuous infusion recombinant interleukin-2 and intermittent recombinant interferon α2a clinical effects. J. Biol Resp Mod; 9:(6), 538-545, 1990.

108. Budd GT, Sergi JS, Finke J, Tubbs R, Boyett J, Murthy S, Gibson V, Bukowski RM. Interleukin-2 and IFN-α2a: Cleveland Clinic Experience in Renal Cell Carcinoma. _Biological Agents in the Treatment of Cancers_ 394-401, 1990. (Hersey p, Ed.)

109. Budd GT, Sergi J, Finke J, Barna B, Boyett J, Medendorp S, Murthy S, Tubbs R, Gibson V, Pontes E, Bukowski RM. Combination Therapy of Renal Cell Carcinoma with Interleukin-2 and Interferon-α: The Cleveland Clinic Experience. In F.J. Debruyne, RM Bukowski, et al, Eds., Immunotherapy of Renal Cell Carcinoma_, Springer-Verlag, Heidelberg pp 113-118, 1990.

110. Bukowski RM, Sergi JS, Sharfman WJ, Barna B, Yen-Lieberman B, Medendorp S, Gibson V, Murthy S, Budd GT, Bauer L, Valenzuela R. Phase I Trial of Natural Human Interferon Beta (nHuIFN-B) in Metastatic Malignancy. CANCER RES. 51:836-846, 1991.

111. Finke J, Murthy S, Alexander J, Rayman P, Tubbs R, Pontes E, Sergi J, Bukowski R. Tumor Infiltrating Lymphocytes in Human Renal Cell Carcinoma: Adoptive Immunotherapy and Characterization of Interleukin-2 Expanded Tumor Infiltrating Lymphocytes. In F.J. Debruyne, RM Bukowski, et al, Eds. "Immunotherapy of Renal Cell Carcinoma", Springer-Verlag, Heidelberg, pp 119-130, 1990.

112. Caulfield M, Barna M, Murthy S, Tubbs R, Sergi J, Medendorp S, Bukowski RM. Phase IA/IB Trial of Monoclonal Anti-GD$_3$ Antibody (R24) in Combination with Interferon Alpha in Patients with Disseminated Melanoma: Clinical and immunologic results. J BIOL RESP MOD 9:319-328, 1990.

113. Shepard KV, Fishleder A, Lucas FV, Goormastic M, Bukowski RM: Thrombotic Thrombocytopenic purpura treated with plasma exchange or exchange transfusions. Western J. Med 154:410-413, 1991.

114. Finke J, Raymond P, Edinger M, Tubbs RR, Stanley J, Klein E, Bukowski R. Characterization of a human renal cell carcinoma specific cytotoxic CD8 + T-cell line. J Immunotherapy, 11:1-10, 1992.

115. Post A, Flak GW, Bukowski RM. Acute colonic pseudo - obstruction associated with interleukin-2 therapy. Am J Gastoenterology, 86:1539-41, 1991.

22

116. Bukowski RM, Inoshita G, et al. Phase I trial of fluorouracil, folinic acid and interferon alpha - 2a in patients with metastatic colorectal carcinoma. Cancer, 69:889-92, 1992.

117. Tubbs RR, Berkley V, Valenzuela R, McMahon JT, Gephardt GN, Fishleder AJ, Nally JV, Pohl MA, Bukowski RM, Lichtin AE: Pseudogamma heavy chain. ($IgG_4$ lambda) deposition disease. Mod Path, 5:185-90, 1992.

118. Budd GT, Murthy S, Finke J, Sergi J, Gibson V, Medendorp S, Barna B, Boyett J, Bukowski RM: Phase I trial of high dose bolus IL-2 and $IFN\alpha2a$ in patients with metastatic malignancy. J Clin Oncol 10:804-809, 1992.

119. Bukowski RM, Sharfman W, Murthy S, et al. Clinical results and characterization of tumor-infiltrating lymphocytes with or with out recombinant interleukin-2 in human metastatic renal cell carcinoma. Can Res, 51:4199-4205, 1991.

120. Bukowski RM, Sergi J, et al. Phase I trial of continuous infusion interleukin-2 and doxorubicin in patients with refractory malignancies. J Immunotherapy, 10:432-39, 1991.

121. The Gastrointestinal Tumor Study Group: The concept of locally advanced gastric cancer. Cancer 66:2324-2330, 1990.

122. Crawford ED, Sauers, Baker LH, Constanzi JH, Bukowski RM. Gallium nitrate in advanced bladder carcinoma. Southwest Oncology Group Study. Urology, 1991.

123. Bukowski RM, Murthy S, Sergi J, et al: Phase I Trial of Recombinant Granulocyte - Macrophage Colony Stimulating Factor in Lung Cancer Patients: Clinical and Immunologic Effects. J. Immunotherapy, 13:267-274, 1993.

124. Bukowski RM, Tangen C, Lee R, et al: Phase II Trial of Chlorozotocin and Fluorouracil in Islet Cell Carcinoma: A Southwest Oncology Group Study. J Clin Oncol 12:1914-1918, 1992.

125. Bukowski RM, Fleming TR, Macdonald J, et al: Evaluation of Combination Chemotherapy and Phase II Agents in Pancreatic Adenocarcinoma: A Southwest Oncology Group Study, Cancer 71:322-25, 1993.

126. Gastrointestinal Tumor Study Group: Adjuvant Therapy With Hepatic Irradiation Plus Fluorouracil in Colon Carcinoma. Int J Radiation Oncol Biol Phys 21:1151-1156, 1991.

23

127. Finke J, Rayman P, Edinger M, Tubbs R, Klein E, Bukowski R: "Characterization of TIL Lines Derived From Renal Cell Carcinoma: Demonstration of T Cells That Display Either Specific or Selective Response to Tumor." in Renal Cell Carcinoma - Immunotherapy and Cellular Biology. Eds: Klein E, Bukowski RM, Finke J. Marcel Dekker, NY, NY. 1993, pp 115-126.

128. Budd GT, Murthy S, Finke J, Tubbs R, Alexander J, Gautam S, Sergi J, Bukowski R: IL-2 Based Combination Therapy of Malignant Disease: Summary of Phase I Experience at the Cleveland Clinic, in Combination Therapies - Biologic Response Modifiers in the Treatment of Cancer and Infectious Diseases, eds A. Goldstein and E. Garaci, 1992, pp 49-55.

129. Splinter T.A.D., Scher HI, Denis L, Bukowski R, et al: The Prognostic Value of the Pathologic Response to Combination Chemotherapy Before Cystectomy in Patients with Invasive Bladder Cancer. J UROL 147:606-608, 1992.

130. Bukowski RM: Management of Advanced and Extragonadal Germ Cell Tumors. Urologic Clinics No Am, 20:153-160, 1993.

131. Alexander J, Melsop P, Hamilton T, Kudok S, Edinger M, Tubbs R, Sica D, Klein E, Bukowski RM, Finke J: T Cells Infiltrating Renal Cell Carcinoma Are Selectively Unresponsive to IL-2 and/or Anti-CD3. Cancer Res 53:1380-87, 1993.

132. Sica D, Rayman P, Stanley J. Edinger M, Tubbs R, Klein E, Bukowski R, Finke J: Interleukin 7 Enhances the Proliferation and Effector Function of Tumor Infiltrating Lymphocytes from Renal Cell Carcinoma. Int J Cancer, 53:941-947, 1993.

133. Case D, Bukowski R, Carey R, et al: Recombinant Human Erythropoietin Therapy for Anemic Cancer Patients on Combination Chemotherapy. J Natl Cancer Inst 85:801-806, 1993.

134. Bukowski RM, Wolfe M, Levine H, et al: Phase II Trial of Mitotane (o,p 'DDD) and Cisplatin in Patients With Adrenal Carcinoma: A Southwest Oncology Group Study. J Clin Oncol, 11:161-165, 1993.

135. Bukowski RM, Young J, Goodman G, Meyers F, et al: Polyethylene Glycol Conjugated Interleukin-2: Clinical and Immunologic Effects in Patients With Advanced Renal Cell Carcinoma. Invest New Drugs, 11:211-217, 1993.

136. Laufman L, Bukowski R, et al: A Randomized, Double-Blind Trial of Fluorouracil Plus Placebo vs Fluorouracil Plus Oral Leucovorin in Patients With Metastatic Colorectal Cancer J Clin Oncol 11:1888-1893, 1993.

24

137. Finke JH, Rayman P, Hart L, Alexander J, Edinger M, Tubbs RR, Klein E, Bukowski RM. Characterization of TIL Subsets From Human Renal Cell Carcinoma: Specific Reactivity Defined by Cytotoxicity, IFNγ Secretion, and Proliferation. J Immunotherapy, 15:91-104, 1994.

138. Ganapathi R, Budd T, Bukowski RM. _Modulation of Clinical Doxorubicin Resistance: Application of Laboratory Concepts and Future Directions." in The Mechanism of New Approaches to Drug Resistance of Cancer Cells. Eds: Miyazaki T, Takaku F, Sakurada K. Elsevier Science Publishers, Breast Cancer, Amsterdam, Netherlands. 1993, pp 267-278.

139. Bukowski RM, Gibson V, et al. "Phase II Trial of Fluorouracil, Leucovorin and Interferon Alpha" in Cancer Treatment an Update. Eds: Barzert P, Holland JF, Khayst D, Weil M, Springer-Verlag, Paris France. 1994, pp 428-432.

140. Bukowski RM, Budd GT, et al. Phase I Trial of Subcutaneous Recombinant Macrophage Colony Stimulating Factor: Clinical and Immunomodulatory Effects. J Clin Oncol 12:97-105, 1994.

141. Budd GT, Ganapathi R, Bauer L, Murthy S, Adelstein D, Weick J, Gibson V, McLain D, Sergi J, Bukowski RM. Phase I Study of WR2721 and Carboplatin. Eur J Cancer 29A:112-117, 1993.

142. Bukowski RM, McLain D, Olencki T, Budd GT, Murthy SA. Interleukin-2: Use in Solid Tumors. Stem Cells, 1:26-32, 1993.

143. Bukowski RM, Issacs R, et al. Hematologic Effects of Recombinant Human Interleukin-6 (rIL-6) in Patients With Sarcomas: Phase I Trial. Cancer Treatment an Update. Eds: Barzert P, Holland JF, Khayst D, Weil M. Springer-Verlag, Paris, France. 1994, pp 875-879.

144. Bukowski RM, Murthy SR, et al. "Tumor Infiltrating Lymphocytes in Metastatic Renal Cell Carcinoma: The Cleveland Clinic Experience" in Renal Cell Carcinoma - Immunotherapy and Cellular Biology. Eds: Klein E, Bukowski RM, Finke J. Marcel Dekker, Inc., NY, NY. 1993, pp 127-138.

145. Janik JE, Sznol M, Urba W, Figlin R, Bukowski RM, et al. Erythropoietin Production a Marker for IL-2/Interferon-responsive Tumors. Cancer, 72:2656-2659, 1993.

146. Bukowski RM, Wolf M, Kulander B, et al. Alternating Combination Chemotherapy in Patients With Extragonadal Germ Cell Tumors: A Southwest Oncology Group Study. Cancer, 71:2631-2638, 1993.

147. Adelstein DJ, Rice TJ, Boyce GA, Sivak MA, Van Kirk M, Kirby TJ, von Stolk R, Bukowski RM. Adenocarcinoma of the Esophagus and Gastroesophageal Junction: Clinical and Pathologic Assessment of Response to Induction Chemotherapy. Am J Clin Oncol 17:14-18, 1994.

25

148. Thomassen MJ, Antal JM, Connors MJ, Meeker DP, Budd GT, Bukowski RM. Immunomodulatory Effects of Recombinant Interleukin-3 Treatment on Human Alveolar Macrophages and Monocytes. J Immunotherapy, 14:43-50, 1993.

149. Bhatia A, Rice T, McLain D, Herzog P, Budd GT, Murthy S, Bukowski RM. A Phase I Study of Intrapleural Recombinant Human Interferon Alpha 2b (rHuINFα2b) for the Treatment of Malignant Pleural Effusions. J Cancer Res Clin Oncol, 120:169-172, 1994.

150. Budd GT, Bukowski RM, eta al: Phase II trial of doxorubicin and trifluoperazine in metastatic breast cancer. Invest New Drugs, 11:75-79, 1993.

151. Budd GT, Finke J, Tubbs R, Edinger M, Stanley J, Murthy S, Sergi J, Medendorp S, Gibson V, Bauer L, Bukowski RM: _Phenotypic and functional analysis of lymphoid cells in peripheral blood and tumor of cancer patients treated with recombinant interleukin-2 plus interferonα, Renal Cell Carcinoma - Immunotherapy and Cellular Biology. Eds: Klein E, Bukowski RM, Finke J. Marcel Dekker Inc., NY, NY. 1993, pp 273-296.

152. Bukowski RM, Tangen CM, et al: Phase II trial of dimethyl triazeno imidazole carboxamide in patients with metastatic carcinoid: A SWOG Study. Cancer 73:1505-1508, 1994.

153. Klein E, Finke J, Bukowski RM: Progress in biologic research in renal cell carcinoma. Current Opinion in Urol 3:348-353, 1993.

154. Sonouchi K, Hamilton TA, Tannenbaum CS, Tubbs RR, Bukowski RM, Finke J: Cytokine gene expression in Renca tumors following treatment in vivo with IFNα and IL-2. Am J Path 44:747-755, 1994.

155. Finke J, Zea AH, Stanley J, Longo DL, Mizoguchi H, Tubbs R, Wiltrout RH, O'Shea JJ, Kudoh S, Klein E, Bukowski RM, Ochoa AC: Loss of T-cell receptor zeta-chain and p56[lck] in T-cells infiltrating human renal cell carcinoma. Can Res 53:5613-5616, 1993.

156. Bukowski RM, Murthy SA, et al: Phase I trial of cisplatin, WR 2721, and the murine monoclonal antibody R24 in patients with metastatic melanoma: Clinical and biologic effects. J Immunotherapy 15:273-282, 1994.

157. Sampaio C, McLain D, Klein E, Bukowski RM: Renal masses simulating primary renal cell carcinoma in patients with advanced malignancies. J Urol 151:1505-1508, 1994.

26

158. Rackley R, Novick A, Klein E, Bukowski RM, McLain D, Goldfarb D: The impact of adjuvant nephrectomy on multimodality treatment of metastatic renal cell carcinoma. J Urol 152:1399-1403, 1994.

159. Bukowski RM: Biologic therapy in patients receiving salvage treatment. Semin Oncol 21, (Suppl 7): 96-99, 1994.

160. Sampaio C, Olencki T, Murthy S, Budd GT, McLain D, Lorenzi V, Tuason L, Bukowski RM: Phase II trial of circadian infusion of the antimetabolite floxuridine in patients with metastatic renal cell carcinoma. J Infusional Chemotherapy 4:100-103, 1994.

161. Bukowski RM: Role of chemotherapy in patients with adenocarcinoma of the pancreas. Advances in Oncology 11, No.1:25-29, 1994.

162. Karnik PT, Kulkarni S, Liu X, Budd GT, Bukowski RM. Estrogen receptor mutations in tamoxifen-resistant breast cancer. Cancer Res 54:349-353, 1994.

163. Trockman MS, Erozan Y, Gupta PK, Piantodosi S, Mulshine JL, Ruckeleschel JC, LCEDWG Investigators: The early detection of second primary lung cancers by sputum immunostaining. Chest 106 (suppl): 3855-3905, 1994.

164. Bukowski RM: Clinical Efficacy of recombinant human erythropoietin (r-HuEPO) in treatment of anaemia associated with cancer. Erythropoiesis 5:108-114, 1994.

165. Bukowski RM, Olencki T, et al: Pleiotropic effects of cytokines: clinical and preclinical studies. Stem Cells 12 (suppl 1): 129-141, 1994.

166. Li X, Liu J, Park J, Hamilton TA, Rayman P, Klein E, Edinger M, Tubbs R, Bukowski R, Finke J: T-cells from renal cell carcinoma patients exhibit an abnormal pattern of KB-specific DNA-binding activity: a preliminary report. Cancer Res 54:5424-29, 1994.

167. Kalaycioglu M, Bukowski R: Clinical status of the new cytoprotective agent amifostine. Oncology 8:15-23, 1994.

168. Olencki T, Finke J, Bukowski RM: Interleukin-6: Potential clinical applications in cancer therapy. Clin Immunother, 2:278-94, 1994.

169. Budd GT, Lorenzi V, Ganapathi R, Adelstein D, Pelley R, Olencki T, McLain D, Bukowski RM: Amifostine: Potential for clinically useful cytoprotection. Support Care Cancer 2:380-384, 1994.

27

170. Budd, GT, Herzog P, Bukowski RM: Phase I/II trial of dipyridamole, 5-fluorouracil, leucovorin, and mitoxantrone in metastatic breast cancer. Investigational New Drugs 12:283-287, 1994.

171. Kudoh S, Stanley J. Edinger M, Tubbs RR, Klein E, Bukowski RM, Finke J: T lymphocytes infiltrating renal cell carcinoma have a defect in transferrin receptor expression. Int J Cancer, 58:369-375, 1995.

172. Kudok S, Wang Q, Hidalgo O, Rayman P, Tubbs RR, Edinger MG, Panuto J, Bukowski RM, Finke JH: Responses to TCR/CD3 and IL-2 receptor stimulation are altered in T cells infiltrating B cell Non-Hodgkin's lymphomas. Cancer Immunol Immunoth 41:175-184, 1995.

173. Wang Q, Redovan C, Tubbs R, Olencki T, Klein E, Kudoh S, Finke J, Bukowski RM: Selective cytokine gene expression in renal cell carcinoma tumor cells and tumor infiltrating lymphocytes. Int J Cancer 61:780-785, 1995.

174. Bukowski RM: Diagnostic and Management issues in gallbladder carcinoma - Article review. Oncology 9:24-27, 1995.

175. Wang Q, Stanley J, Kudoh S, Myles J, Tubbs R, Bukowski R, Finke J: T cells infiltrating non-Hodgkin's B cell lymphomas show altered tyrosine phosphorylation pattern even through TCR/CD3- associated kinases are present. J Immunol 155:1383-92, 1995.

176. Rice TW, Tubbs RR, Hoeltge MD, Kirby, Bukowski RM, et al: Expression of blood group antigen A by stage I non-small cell lung carcinomas. Ann Thorac Surg 59(3):568-572, 1995.

177. Kaul S, Jgvemezie LN, Stewarrt DJ, Fields SZ, Kosty M, Levithan N, Bukowski R, wt al: Pharmacokinetics and bioequivalence of Etoposide following intravenous administration of Etoposide phosphate and Etoposide in patients with solid tumors. J Clin Oncol 13:2835-2841, 1995.

178. Zippe, C, Bukowski RM, Angermeier K, et al: Role of neoadjuvant chemotherapy in the surgical management of squamous cell carcinoma of the penis. J Urol 153:1918, 1995.

179. Bukowski RM, Olencki T, Gunn H, et al: Phase I trial of subcutaneous IL-3 in patients with refractory malignancy: hematologic, immunologic, and pharmacodynamic findings. Clin Cancer Res, 2:347-357, 1996.

180. Olencki T, Finke J, Tubbs R, Tuason L, McLain D, Herzog P, Stanley J, Edinger M, Budd GT, Murthy S, Bukowski RM. Phase IA/IB Trial of Interleukin-2 and Interleukin-4 in Patients With Refractory Malignancies. J Immunotherapy, 19:69-80, 1996.

28

181. Varella D, Tuason L, Proffitt MR, Escaleira N, Aldovar A, Bukowski RM: HIV infection among Brazilian transvestites in a prison population. AIDS Patient Care & STDS, 10:299-302, 1996.

182. Wos E, Olencki T, Tuason L, Budd GT, Peereboom D, Sandstrom K, McLain D, Finke J, Bukowski RM: Phase II trial of subcutaneously administered granulocyte-macrophage colony stimulating factor in patients with metastatic renal cell carcinoma. Cancer 77:639-644, 1996.

183. Kawamura KT, Grabowski D, Weizer K. Bukowski R, Ganapathi R: Modulation of vinblastine cytotoxicity by dilantin or the protein phosphatase inhibitor okadaic acid involves the potentiation of antimitotic effects and induction of apoptosis in human tumor cells. Brit J Cancer 73:183-188, 1996.

184. Tannenbaum C, Wicker N, Armstrong D, Tubbs, R, Finke J, Bukowski RM, Hamilton TA: Cytokine and chemokine expression in tumors of mice receiving systemic therapy with IL-12. J Immunol 156:693- 699, 1996.

185. Ganapathi MK, Weizer AK, Kawamura K, Bukowski RM, et al: Resistance to interleukin 6 in human non-small cell lung carcinoma: role of receptor components. Cell Growth & Diff 7:923-929, 1996.

186. Allen SL, Schacter LP, Lichtman SM, Bukowski R, et al: Phase II study of elsamitrucin (BMY-28090) for the treatment of patients with refractory/relapsed non-Hodgkin's lymphoma. IND, 14:213-217, 1996.

187. Krishnamurthi V, Novick A, Bukowski RM: Nephron-sparing surgery in patients with metastatic renal cell carcinoma. J Urol 156:36-39, 1996.

188. Bukowski RM: The need for cytoprotection. Eur J Cancer 22A: 2-4, 1996.

189. Bukowski RM: Amifostine: dosing, administration and patient management guidelines. Eur J Cancer, 32A: 46-69, 1996.

190. Bukowski RM: Current approaches in cytoprotection: the role of Amifostine (Ethyol) in altering and ameliorating toxicities in cancer therapy. Eur J Can 32A:1-2, 1996.

191. Bukowski RM: Natural history and therapy of metastatic renal cell carcinoma: Role of interleukin-2. Cancer 80:1198-220, 1997.

192. Bukowski RM, Novick A: Clinical Practice Guidelines: : renal cell carcinoma. Cleve Clinic J Med, Urol 64, Suppl 1, 1997.

29

193. Kolenko V, Wang Q, Reidy MC, O'Shea, Ritz J, Tubbs R, Edinger M, Novick A, Bukowski R, Finke J: Tumor induced suppression of T-lymphocyte proliferation coincides with inhibition of JAK3 expression and IL2R signaling: role of soluble products from human renal cell carcinomas J Immunol 159:3057-3067, 1997.

194. Kudoh S, Redovan C, Edinger M, Tubbs RR, Novick A, Finke JH, Bukowski RM: Defective granzyme B gene expression and lytic response in T lymphocytes infiltrating human renal cell carcinoma. J Immunotherapy, 20:79-87, 1997.

195. Bukowski RM, Olencki T, Peereboom D, et al: Phase II trial of interleukin-2 and interferon alpha in patients with renal cell carcinoma: clinical results, immunologic correlates of response, and the role of immune defects. J Immunotherapy 20:301-11, 1997.

196. Glaspy J, Bukowski R, Steinberg D, et al: The impact of therapy with epoetin alfa on clinical outcomes during cancer chemotherapy in community oncology practice. J Clinic Oncol 15:1218-1234, 1997.

197. Budd GT, Ganapathi R, Adelstein D, Pelley R, Olencki T, Petrus J, Lorenzi V, Murthy S, McLain D, Tuason L, Conlon J, Cappizi R, Bukowski RM: Randomized trial of carboplatin and amifostine vs carboplatin alone in patients with advanced solid tumors. Cancer 80, 1134-40, 1997.

198. Bukowski RM: Phase II trial of mitotane and cisplatin in patients with adrenal carcinoma: a SWOG study. Update. Classic papers and Current Comments: Highlights of Clinical GU cancer Research. 2:161-65, 1997.

199. Krishnamurthi V, Novick AC, Bukowski RM: Adjuvant surgery following biological response modifier therapy extends survival in patients with metastatic renal cell carcinoma. Urology 51:933-37, 1998.

200. Aoyama M, MacIsaac D, Bukowski R, et al: Interleukin-6 potentiates the antitumor effects of Taxol in the human myeloma cell line, U266. Clin cancer Res 4:1039-45, 1998.

201. Bennett CL, Golub R, Lurian S, Weinstein J, Medio F, Bukowski RM: Cost-utility assessment of amifostine in first-line therapy for ovarian cancer. Int J Gynecol Cancer 8:64-72, 1998.

202. Bukowski RM, Redovan C, McLain D, et al: Signal transduction abnormalities in T-lymphocytes from patients with advanced renal cell carcinoma: increases during cytokine therapy Clin Can Res 4:2337-47, 1998.

30

203.  Aoyama M, Grabowski DR, Isaacs RJ, Krivacic KA, Rybicki L, Bukowski RM, Ganapathi MK, Hickson D, Ganapathi R: Altered expression and activity of topoisomerase during all-trans retinoic acid-induced differentiation of HL-60 cells.  Blood, 8:2863-2870, 1998.

204.  Motzer RJ, Rakhit A, Schwartz LH, Olencki T, Maline TM, Sandstrom K, Nadeau R, Parmar H, Bukowski R: Phase I trial of subcutaneous recombinant human interleukin-12 in patients with advanced renal cell carcinoma.  Clin Cancer Res 4:1183-1191, 1998.

205.  Rajagopalon K, Peereboom D, Budd GT, Olencki T, Murthy S, Elson P, McLain D, Bukowski R: Phase II trial of circadian infusion of floxuridine (FUDR) in hormone refractory, metastatic prostate cancer.  Invest New Drugs, 16:255-258, 1999.

206.  Ling W, Rayman P, Kim HJ, Hamilton T, Tubbs R, Novick A, Bukowski R, Finke J: Impaired activation of NfκB in T-cells from a subset of renal cell carcinoma patients coincides with initiation of phosphorylation and degradation of the inhibitor, IκBα.  Blood, 92:1334-41, 1998.

207.  Budd GT, Adamson PC, Gupta M, Homayoum P, Sandstrom K, Murphy RF, McLain D, Tauson L, Peereboom D, Bukowski RM, Ganapathi R: Phase I/II trial of all trans retinoic acid and tamoxifen on patients with advanced breast cancer.  Clin Cancer Res, 4:635-42, 1998.

208.  Ulchaker J, Panuto J, Rayman P, Novick A, Elson P, Tubbs R, Finke JH, Bukowski RM:  Effects of IL-12 on IFNγ production by peripheral blood and tumor infiltrating T-lymphocytes from renal cell carcinoma patients: evidence of impaired production. J Immunotherapy, 22:71-79, 1999.

209.   Bukowski R: Cytoprotection in the treatment of pediatric cancer:  Review of current strategies in adults and their application of children.  Med & Pediatric Oncol, 32:124-134, 1999.

210.  Bukowski RM, Rayman P et al:  IP-10 and Mig induction during IL-12 administration to patients with renal cell carcinoma.  Clin Cancer Res 5:2780-89, 1999.

211.  Rubin J, Saltz L, Anjani J, Bukowski RM et al: Safety, tolerability and efficacy of octreotide long-activity release formulation randomized to multiple, double-blind dose levels vs. Open-label subcutaneous octreotide in malignant carcinoid syndrome.  J Clin Oncol 17:600-606, 1999.

212.  Olencki T, Finke J, Tubbs R, Tuason L, Greene T, McLain D, Herzog P, Redovan C, Welch S, Budd GT, Murthy S, Levitt D, Bukowski RM:  Phase I trial of rhIL-6 in patients with refractory malignancy:  Clinical immunologic and hematologic effects. J Immunotherapy 23:549, 2001.

213.  Tannenbaum CS, Tubbs R, Armstrong D, Finke JH, Bukowski RM, Hamilton TA: The CXC chemokines IP-10 and Mig are necessary for IL-12 mediated regression of the murine RENCA tumor.  J Immunol 161:927, 1998.

31

214. Plautz GE, Bukowski RM, Novick A, et al: T cell adoptive immunotherapy of metastatic renal cell carcinoma. Urology 54:617-623, 1999.

215. Bukowski RM: Immunotherapy in renal cell carcinoma. Oncology 13(6):801-810, 1999.

216. Uzzo RG, Clark PE, Rayman P, Bloom T, Rybicki L, Novick AC, Bukowski RM, Finke JH: Evidence that tumor inhibits NfB activation in T lymphocytes of patients with renal cell carcinoma. J Natl Cancer Inst 91:718-721, 1999

217. Uzzo R, Rayman p, Kolenko V, Clark PE, Bloom T, Ward M, Molto L, Tannenbaum C, Wordord LJ, Bukowski RM et al: Mechanisms of apoptosis in T cells from patients with renal cell carcinoma. Clin Cancer Res 5:1219-1229.

218. Bukowski RM: Role of immunotherapy in renal cell carcinoma. Medscape Oncology 21, 2000.

219. Bukowski RM: Treatment options for kidney cancer. Coping, (May/June), 1999, pp 49-49.

220. Rakhit A, Yeon M, Ferrante J, Nadesu R, Motzer R, Bukowski R, et al: Down-regulation of the pharmacokinetic/pharmacodynamic response to interleukin-12 during chronic dosing in patients with renal cell carcinoma and evaluation of the mechanisms of this adoptive response in mice. Clin Pharm & Therapeutics 65:615-629, 1999.

221. Budd GT, Ganapathi R, Wood L, Snyder J, McLain D, Bukowski RM. Approaches to managing carboplatin-induced thrombocytopenia: focus on the role of amifostine. Semin Oncol 26 (2 Suppl 7):41-40, Apr 1999.

222. Bukowski RM. Chemoimmunotherapy of metastatic renal cell carcinoma. Cancer Invest 17(6):460-461, 1999.

223. Figlin RA, Thompson JA, Bukowski RM, Vogelzang NJ, Novick AC, Lange P, Steinberg GD, Belldegrun AS. Multicenter, randomized, phase III trial of CD8(+) tumor-infiltrating lymphocytes in combination with recombinant interleukin-2 in metastatic renal cell carcinoma. J Clin Oncol 17(8):2521-2529, Aug 1999.

224. Grabowski DR, Holmes KA, Aoyama M, Ye Y, Rybicki LA, Bukowski RM, Ganapathi MK, Hickson ID, Ganapathi R. Altered drug interaction and regulation of topoisomerase II beta: potential mechanisms governing sensitivity of HL-60 cells to amsacrine and etoposide. Mol Pharmacol 56(6):1340-1345, Dec 1999.

32

225. Kolenko V, Bloom T, Rayman P, Bukowski R, Hsi E, Finke J. Inhibition of NF-kappa B activity in human T lymphocytes induces caspase-dependent apoptosis without detectable activation of caspase-1 and -3. J Immunol 163(2):590-598, Jul 15, 1999.

226. Kolenko V, Rayman P, Roy B, Cathcart MK, O=Shea J, Tubbs R, Rybicki L, Bukowski R, Finke J. Downregulation of JAK3 protein levels in T lymphocytes by prostaglandin E-2 and other cyclic adenosine monophosphate-elevating agents: impact on interleukin-2 receptor signaling pathway. Blood 93(7):2308-2318, April 1, 1999.

227. Kolenko V, Uzzo RG, Bukowski R, Bander NH, Novick AC, Hsi ED, Finke JH. Dead or dying: necrosis versus apoptosis in caspase-deficient human renal cell carcinoma. Cancer Res 59(12):2838-2842, June 15, 1999.

228. Uzzo RG, Rayman P, Kolenko V, Clark PE, Cathcart MK, Bloom T, Novick AC, Bukowski RM, Hamilton T, Finke JH. Renal cell carcinoma-derived gangliosides suppress nuclear factor-kappaB activation in T cells. J Clin Invest 104(6):769-776, Sept 1999.

229. Bukowski RM. Cytokine combinations: therapeutic use in patients with advanced renal cell carcinoma. Seminars in Oncology 27:204-212, 2000.

230. Aoyama M, Grabowski DR, Dubyak R, Constantinou AI, Rybicki LA, Bukowski RM, Ganapathi MK, Hickson ID, Ganapathi R. Attenuation of drug stimulated topoisomerase II-DNA cleavable complex formulation in wild-type IL-60 cells treated with an intracellular calcium buffer is correlated with decreased cytotoxicity and site-specific hypophosphorylation of topoisomerase IIA. Biochem J 336:727-33, 1998.

231. Pelley R, Ganapathi R, Wood L, Rybicki L, McLain D, Budd GT, Peereboom D, Olencki T, Bukowski RM. A phase II pharmacodynamic study of pyrazoloacridine in patients with metastatic colorectal cancer. Cancer Chemotherapy & Pharmacol 46:251-254, 2000.

232. Bukowski RM. Management of renal cell carcinoma - article reviewed. Oncology 14:34-35, 2000.

233. Schilsky RL, Bukowski R, Burres H, et al. A multicenter phase II study of a 5-day regimen of oral 5-FU plus eniluracil with or without leucovorin in patients with metastatic colorectal cancer. Ann Oncology 11:415-420, 2000.

234. Rayman P, Uzzo R, Kolenko V, Bloom T, Cathcart M, Molto L, Novick AC, Bukowski RM, Hamilton T, Finke J: Tumor induced dysfunction in interleukin-2 production and interleukin-2 receptor signaling: a mechanism of immune escape. The Cancer Journal of Scientific American 6 (supp 1):581-587, 2000.

33

235. Finke JH, Rayman P, George R, Tannenbaum CS, Kolenko V, Uzzo R, Novick A, Bukowski RM: Tumor induced sensitivity to apoptosis in T cells from patients with renal cell carcinoma; role of NFκB suppression in this process. Clin Can Res 7:9405, 2001.

236. Motzer RJ, Rakhit A, Thompson J, Neumunaitis J, Murphy B, Ellerhorst J, Schwartz LH, Berg WJ, Bukowski RM: Randomized multicenter phase II trial of subcutaneous recombinant interleukin-12 versus interferon-α 2a for patients with advanced renal cell carcinoma. J Interferon & Cytokine Res 21:257, 2001.

237. Olencki T, Peereboom D, Wood L, Budd GT, Novick A, Finke J, McLain D, Elson P, Bukowski RM: Phase I and II trials of subcutaneously administered rIL-2, interferon alpha 2a, and fluorouracil in patients with metastatic renal carcinoma. J Cancer Res Clin Oncol 127:319, 2001.

238. Chidiac T, Budd GT, Pelley R, Sandstrom K, McLain D, Elson P, Crownover R, Marks K, Muschler G, Joyce M, Zehr R, Bukowski R: Phase II trial of liposomal doxorubicin (Doxil) in advanced soft tissue sarcomas IND 18:253-259, 2000.

239. Aayama M, Grabowski D, Holmes K, Rybicki LA, Bukowski RM, Ganapathi MK, Ganapathi R: Cell cycle phase specificity in the potentiation of etoposide-induced DNA damage and apoptosis by KN-62, an inhibitor of calcium-calmodulin-dependent enzymes. Biochem Pharmacol 61:49-54, 2000.

240. Bukowski R, Tendler G, Cutler D, Rose E, Statkevich P: Treating cancer with PEG-Intron: Pharmacokinetic profile and dosing guidelines for an improved interferon alfa-2b formation. Cancer 95:389-396, 2002.

241. Bukowski RM: Overview of biologics in renal cell carcinoma. Adv in Oncology 2000.

242. Bukowski RM: The immunologic response to renal cancer and therapeutic role of interleukin-2. American Society Clin Oncol Educational Book, 2000, pp 651-659.

243. Mekhail T, Wood L, Bukowski R: Interleukin-2 in cancer therapy. Uses and Optimum Management of Adverse Effects. Bio drugs 14:299-318, 2000.

244. Tate J, Olencki T, Finke J, Kotke-Marchant C, Rybicki LA, Bukowski RM: Phase I trial of simultaneously administered GM-CSF and IL-6 in patients with renal-cell carcinoma: clinical and laboratory effects. Ann Oncol 12:1-5, 2001.

245. Bukowski RM: An oral fluoropyrimidine prodrug with activity in colorectal cancer. Current Oncology Reports. Evolving Therapies 3:129-31, 2001.

34

246. Uzzo RG, Kolenko V, Froelich C, Tannenbaum C, Molto L, Novick C, Bander NH, Bukowski R, Finke JH: The T cell death knell: immune-mediated tumor death in renal cell carcinoma. Cancer Res 7:3276, 2001.

247. Bukowski RM: Cytokine therapy for metastatic renal cell carcinoma. Sem Urol 19:148, 2001.

248. Bukowski R, Ernstoff M, Gore ME, et al: Pegylated interferon alfa-2b treatment for patients with solid tumors: a phase I/II study. J Clin Oncol 20:3841-3849, 2002.

249. Bukowski RM: An oral flucryopyrimidine prodrug with activity in colorectal cancer. Current Oncol Reports 3:129, 2001.

250. Bukowski RM: Development of novel signal transduction inhibitors: recent phase I trials. Current Oncol Reports 4:7, 2002.

251. Hussein MA, Sandstrom K, Elson P, Finke J, McLain D, Rayman P, Rybecki L, Bukowski RM: GM-CSF safety and effects in the management of advanced-refractory multiple myeloma patients: a phase I trial. J Cancer Res Clin Oncol 127:619, 2001.

252. Tabata M, Tabata R, Grabowski D, Bukowski RM, Ganapathi MK, Ganapathi R: Roles of NfκB and 265 proteosome in apoptotic cell death induced by topoisomerase I and II poisons in human nonsmall cell lung carcinoma. J Biol Chem 276:8029, 2001.

253. Tatsumi T, Kierstead L, Ranieri E, Finke JH, Bukowski RM, Brusic V, Sidney J, Sette A, Kasamon YL, Kirkwood J, Kwok W, Storkus WJ: Th1/Th2 CD4+ T cell responses against MAGE-6-derived epitopes in patients with renal cell carcinoma or melanoma. J Exp Med 96:619-628, 2002.

254. Vaziri S, Grabowski D, Holmes KA, Takigawa N, Bukowski R, Ganapathi MK, Ganapathi R: Downregulation of c-IAP2 by KN-62 in resistant cells potentiates etoposide-induced apoptosis. J Biol Chem (submitted).

255. Chang DZ, Olencki T, Budd GT, Peereboom D, Ganapathi R, Osterwalder B, Bukowski R: Phase I trial of capecitabine in combination with interferon alpha in patients with metastatic renal cancer: toxicity and pharmacokinetics. Cancer Chemother Pharmacol 48:493, 2001.

256. Mekhail T, Hutson TE, Elson P, Budd GT, Srkalovic G, Olencki T, Peereboom D, Pelley R, Bukowski RM: Phase I trial of weekly docetaxel and gemcitabine in patients with refractory malignancy. Cancer 97:170-178, 2003.

35

257. Smith RE, Jaiyesimi IA, Meza LA, Tchekmedyiam NS, Chan D, Griffith H, Brosman S, Bukowski R, et al: Novel erythropoiesis stimulating protein (NESP) for the treatment of anaemia of chronic disease associated with cancer. Brit J Cancer 84 (supp 1):24, 2001.

258. Hutson TE, Molto L, Mekhail T, Ekson P, Finke J, Tannenbaum C, Borden E, Dreicer R, Olencki T, Bukowski RM: Phase I trial of consensus interferon (CIFN) in patients with metastatic renal cell carcinoma. Clinical Cancer Research 9:1354-60, 2003.

259. Perez-Zincer F, Olencki T, Budd GT, Peereboom D, Elson P, Bukowski RM: A phase I trial of weekly gemcitabine and subcutaneous interferon alpha in patients with refractory renal cell carcinoma. Invest New Drugs 20:305-310, 2002.

260. Juturi J, Bukowski RM, Bocock K, Bloom T, Finke J, Hussein MA. High, intermittent dose of all-trans retinoic acid in combination with a-interferon for advanced multiple myeloma. Haematologica Jul; 86(7):776-777, 2001.

261. Kolenko VM, Uzzo RG, Dulin N, Hauzman E, Bukowski R, Finke JH. Mechanism of apoptosis induced by zinc deficiency in peripheral blood T lymphocytes. Apoptosis Dec; 6(6):419-429, 2001.

262. Uzzo RG, Dulin N, Bloom T, Bukowski R, Finke JH, Kolenko V. Inhibition of NFkappaB induces caspase-independent cell death in human T lymphocytes. Biochem Biophys Res Commun Oct 5; 287(4):895-899, 2001.

263. Kolenko VM, Uzzo RG, Bukowski R, Finke JH. Caspase-dependent and independent death pathways in cancer therapy. Apoptosis 5:17-20, 2000.

264. Kawanishi-Tabata R, Lopex F, Fratantonio S, Kim N, Goldblum J, Tubbs R, Elson P, Lavery I, Bukowski RM, Ganapathi R, Ganapathi MK. Telomerase activity in stage II colorectal carcinoma. Cancer 95(9):1834-1839, 2002.

265. Ng CS, Novick AC, Tannenbaum CS, Bukowski RM, Finke JH. Mechanisms of immune evasion by renal cell carcinoma: tumor-induced T-lymphocyte apoptosis and NFκB suppression. Urology 59(1):9-14, 2002.

266. Hussein MA, Sandstrom K, Elson P, Finke J, McLain D, Rayman P, Rybicki LA, Bukowski RM. GM-CSF safety and effects in the management of advanced/refractory multiple myeloma patients: a phase I trial. J CA Res & Clin Onc 127(10):619-624, 2001.

267. Bukowski RM. Clinical trials report. Current Oncology Reports 5:87-88, 2003.

36

268. Ganapathi R, Vaziri S, Tabata M, Takigawa N, Grabowski R, Bukowski RM, Ganapathi MK. Inhibition of NF-kB and proteosome activity in tumors: can we improve the therapeutic potential of topoisomerase I and topoisomerase II poisons. Current Pharm Design 8:1945-1958, 2002.

269. Hutson TE, Mekhail T, Vaziri S, Ganapathi R, Elson P, Olencki T, Peereboom D, Budd GT, Bukowski RM. Phase I/II trial of vinorelbine and diphenylhydantion in patients with refractory cancer. IND 22:277-84, 2004.

270. Hutson TE, Molto L, Mekhail T, Elson P, Finke J, Tannenbaum C, Bordon E, Dreicer R, Olencki T, Bukowski R. Phase I trial of consensus interferon in patients with metastatic renal cell carcinoma: Toxicity and immunological effects. Clin Can Res 9:1354-1360, 2003.

271. Tatsumi T, Kierstead LS, Ranieri E, Gesualdo L, Schena FP, Finke JH, Bukowski RM, Brusic V, Sidney J, Sette A, Logan T, Kasamon Y, Slingluff CL, Kirkwood JM, Storkus WJ. MAGE-6 encodes HLA-1-DR$\beta$1*0401- presented epitopes recognized by CD4+ T cells from patients with melanoma or renal cell carcinoma. Clin Can Res 9:947-954, 2003.

272. Chikamori K, Grabowski DR, Kinter M, Willard B, Satya Y, Aebersold RH, Bukowski RM, Hickson ID, Andersen AH, Ganapathi R, Ganapathi MK. Phosphorylation of serine 1106 in the catalytic domain of topoisomerase II$\alpha$ regulates enzymatic activity and drug sensitivity. J Biol Chem 278(15):12696-12702, 2003.

273. Tatsumi T, Herrem CJ, Olson WC, Finke JH, Bukowski RM, Kinch MS, Ranieri E, Storkus WJ. CD4+ and CD8+ T cell immunosurveillance of the receptor tyrosine kinase EphA2 in patients with renal cell carcinoma. Cancer Res 63:4481-9, 2003.

274. Foon KA, Yang X, Weiner LM, Belldegrun AS, Figlin RA, Crawford J, Rowinsky EK, Dutcher JP, Vogelzang NJ, Gollub J, Thompson JA, Schwartz G, Bukowski RM, Roskos LK, Schwab GM. Preclinical and clinical evaluations of ABX-EGF, a fully human anti-epidermal growth factor receptor antibody. Int J Rad Onc Biol Phys 58(3):984-90, 2004.

275. Cannady SB, Cavanaugh KA, Lee S, Bukowski RM, Olencki TE, Stevens GH, Barnett GH, Suh JH. Results of whole brain radiotherapy and recursive partitioning analysis in patients with brain metastases from renal cell carcinoma: A retrospective study. Int J Rad Onc Biol Phys 58(1):253-258, 2004.

276. Bukowski RM. Clinical trials report: New antiangiogenic agents for RCC: Bebvacuzimab. Current Onc Reports 6(2):85-87, 2004.

37

277. Majhail NS, Urbain JL, Albani JM, Kanvinde MH, Rice TW, Novick AW, Mekhail TM, Olencki TE, Elson P, Bukowski RM. F-18 fluorodeoxyglucose positron emission tomography in the evaluation of distant metastases from renal cell carcinoma. J Clin Onc 21(21):3995-4000, 2003.

278. Majhail NS, Elson P, Bukowski RM. Therapy and outcome of small cell carcinoma of the kidney. Report of two cases and a systematic review fo the literature. Cancer 97(6):1436-1441, 2003.

279. Thornton MV, Kudo D, Rayman P, Horton C, Tannenbaum CS, Molto L, Cathcart MK, Ng C, Paszkiewicz-Kozik E, Bukowski R, Finke JH. Degradation of NfκB in T cells by gangliosides expressed on renal cell carcinoma. J Immunol, 172:3480-90, 2004.

280. Mekhail TM, Tabata R, Tubbs R, Novick A, Elson P, Ganapathi M, Bukowski R. Renal cell carcinoma (RCC) and telomerase activity: Relationship to stage. Urologic Oncology 21:424-430, 2003.

281. Agrawal NR, Bukowski RM, Rybicki LA, Kurtzberg J, Cohen LJ, Hussein MA. A Phase I-II trial of polyethylene glycol-conjugated L-asparaginase in patients with multiple myeloma. Cancer 98(1):94-99, 2003.

282. Bukowski RM. AE-941 (Neovostat) a multifunctional antiangiogenic compound: Trials in renal cell carcinoma. Expert opinion on Investigational Drugs 12:1403-11, 2003.

283. Rowinski EK, Schwartz G, Gollob J, Thompson J, Vogelzang N, Figlin R, Bukowski R, Haas N, Lockbaum P, Li YP, roskos L, Foon KA, Schwab G, Dutcher J. Safety, pharmacokinetics and activity of ABX-EGF, a fully human anti-epidermal growth factor receptor monoclonal antibody in patients with metastatic renal cell cancer. J Clin Oncol 2:3003-15, 2004.

284. Grozav AG, Hutson TE, Zhou X, Bukowski RM, Ganapathi R, Xu Y. Facile analysis of docetaxel in human plasma by tandem mass spectrometry with online sample extraction. J Pharm & Biomed Analysis 36:125-31, 2004.

285. Bukowski RM. Ongoing clinical trials using IL-2 based combinations for metastatic renal cell carcinoma. Biologic Therapy of Cancer 1:7-10, 2003.

286. Bukowski RM. Treatment of metastatic renal cell carcinoma: Current status. Am J Urol Rev 1(1):30-34, 2003.

287. Murthy SC, Rice TW, Kim K, Rajeswaran J, DeCamp MM, Bukowski RM, Blackstone EH. Can we predict long-term survival following pulmonary metastasectomy for advanced renal cell carcinoma? Ann Thoracic Surgery 79:996-1003, 2005.

38

288. Hussein MA, Wood L, Hsi E, Srkalovic G, Karam M, Elson P, Bukowski RM. A phase II trial of pegylated liposomal doxorubicin, vincristine and reduced-dose dexamethasone combination therapy in newly diagnosed multiple myeloma. Cancer 95:2160-8, 2002.

289. Vaziri SA, Grabowski D, Holmes KA, Takigawa N, Bukowski R, Mahrukh K, Ganapathi MK, Ganapathi R. Downregulation of c-IAP2 by KN-62 in resistant cells potentiates etoposide-induced apoptosis. Anticancer Research 123:3657-61, 2003.

290. Finke JH, Rayman P, George R, Tannenbaum CS, Kolenko V, Uzzo R, Novick AC, Bukowski RM. Tumor induced sensitivity to apoptosis in T cells from patients with renal cell carcinoma: Role of NFκB suppression in this process. Clin Can Res 7:940S-46S, 2001.

291. Cutsem EV, Hoff PM, Harper P, Bukowski RM, Cunningham D, Dufour P, Graeven U, Lokich J, Madajewicz S, Maround JA, Marshall JL, Mitchell EP, Perex-Manga G, Rougier P, Schmiegel W, Schoelmerich J, Sobrero A, Schilsky RL. Oral capecitabine versus intravenous 5-fluorouracil and leucovorin: Integrated efficacy data and analyses from two large, randomised, phase III trials. Brit J Cancer 90:1190-7, 2004.

292. Molto L, Rayman P, Paszkiewicz-Kozik E, Thornton M, Reese L, Thomas JC, Das T, Kudo D, Bukowski R, Finke J, Tannenbaum C. The Bcl-2 transgene protects T cells from renal cell carcinoma-mediated apoptosis. Clin Cancer Res 9(11):4060-8, 2003.

293. Masci P, Bukowski RM, Patten PA, Osborn BL, Borden EC. New and modified interferon alfas: Preclinical and clinical data. Curr Onc Rep 5(2):108-113, 2003.

294. Bukowski RM. Pegylated interferon alfa 2b as treatment of solid tumors. Clinical Trials Report 5:80-82, 2003.

295. Bukowski RM. Interferon-alfa therapy of renal cell carcinoma. Report to FDA, 1/2003.

296. Alatrash G, Hutson TE, Richmond A, Nemec C, Mekhail T, Molto L, Elson P, Tannenbaum C, Finke J, Olencki T, Bukowski RM. Clinical and immunologic effects of subcutaneously administered IL-12 and IFN-a2b: Phase I trial in patients with metastatic renal cell carcinoma or malignant melanoma. J Clin Oncol 22:2891-900, 2004.

297. Baek JH, Agarwal, ML, Tubbs RR, Vladisavljevic A, tomita H, Bukowski RM, Milsom JW, Kim JM, Kwak JY. In vivo recombinant adenovirus-mediated p53 gene therapy in a syngeneic rat model for colorectal cancer. J Korean Med Sci 19(6):834-41, 2004.

298. Choueiri TK, Hutson TE, Bukowski RM. Evolving role of pegylated interferons in metastatic renal cell carcinoma. Expert Rev Anticancer Ther 3(6):89-95, 2003.

39

299. Kudo D, Rayman P, Horton C, Cathcart MK, Bukowski RM, Thornton M, Tannenbaum C, Finke JH. Gangliosides expressed by the renal cell carcinoma cell line SK-RC-45 are involved in tumor-induced apoptosis of T cells. Can Res 63:1676-1683, 2003.

300. Uyar D, Takigawa N, Mekhail T, Grabowski D, Markman M, Lee F, Canetta R, Peck R, Bukowski R, Ganapathi R. Apoptotic pathways of epothilone BMS 310705. Gyne Oncol 9:173-8, 2003.

301. Pelley RJ, Bukowski RM. Recent advances in diagnosis and therapy of neuroendocrine tumors of the gastrointestinal tract. Curr Opinion in Onc 9(1):68-74, 1997.

302. Pelley RJ, Bukowski RM. Recent advances in systemic therapy for gastrointestinal neuroendocrine tumors. Curr Opinion in Onc 11(1):32-7, 1999.

303. Bukowski RM. Novel antineoplastic agents. Curr Onc Reports 2(1):9-10, 2000.

304. Vaziri SA, Grabowski DR, Tabata M, Holmes KA, Sterk J, Takigawa N, Bukowski RM, Ganapathi MK, Ganapathi R. c-IAPI is overexpressedi n HL-60 cells selected for doxorubicin resistance: effects on etoposide-induced apoptosis. Anticancer Res 23(5A)3657-61, 2003.

305. Masci P, Bukowski RM, Patten PA, Osborn BL, Borden EC. New and modified interferon alfas: preclinical and clinical data. Curr Onc Rep 5(2):108-13, 2003.

306. Rayman P, Wesa AK, Richmond AL, Das T, Biswas K. Raval G, Storkus WJ, Tannenbaum C, Novick A, Bukowski R, Finke J. Effect of renal cell carcinomas on the development of type 1 T-cell responses. Clin Cancer Res 10:6360S-6S, 2004.

307. Mekhail TM, Abou-Jawde RM, Boumerhi G, Malhi S, Wood L, Elson P, Bukowski R. Validation and extension of the Memorial Sloan-Kettering prognostic factors model for survival in patients with previously untreated metastatic renal cell carcinoma. J Clin Onc 23(4):832-41, 2005.

308. Lipton A, Colombo-Berra A, Bukowski RM, Rosen L, Zheng M. Urganowitz G. Skeletal complications in patients with bone metastases from renal cell carcinoma and therapeutic benefits of zoledronic acid. Clin Can Res 10(18 Pt 2):6397S-403S, 2004.

309. Bukowski RM, Negrier S, Elson P. Prognostic factors in patients with advanced renal cell carcinoma: Development of an international kidney cancer working group. Clin Can Res 10(18 Pt 2):6310S-4S, 2004.

40

310. Atkins MB, Avigan DE, Bukowski RM, Childs RW, Dutcher JP, Eisen TG, Figlin RA, Finke JH, Flanigan RC, George DJ, Goldberg SN, Gordon MS, Iliopoulos O, Kaelin WG Jr., Linehan WM, Lipton A, Motzer RJ, Novick AC, Stadler WM, The BT, Yang JC, King L. Innovations and challenges in renal cancer: Consensus statement from the first international conference. Clin Can Res 10(18 Pt 2):6277S-81S, 2004.

311. Segota E, Bukowski RM. The promise of targeted therapy: Cancer drugs become more specific. Cleve Clin J Med 71(7):551-60, 2004.

312. Thornton MV, Kudo D, Rayman P, Horton C, Molto L, Cathcart MK, Ng C, Paszkiewicz-Kozik E, Bukowski R, Derweesh I, Tannenbaum CS. Finke JH. Degradation of NF-kappa B in T cells by gangliosides expressed on renal cell carcinomas. J Immun 172(6):3480-90, 2004.

313. Bukowski RM, Bro WP. Underlying pathophysiology of renal cell carcinoma: An essential primer on etiology, tumor cell growth and therapeutic targets. Kidney Cancer J 2:10-16, 2004.

314. Roddy M, Clemente M, Pozzio ED, Bukowski R, Thakkar S, et al. Heterogenous alterations in human alloimmunity associated with immunization. Transplantation 80:297-302, 2005.

315. Gemmell RM, Zhow M, Korch C, Bukowski RM, Grabkin HA. Synergistic rapamycin is modulated by VHL mutations in clear cell renal carcinoma. Brit J. Cancer 92:2266-77, 2005.

316. Raval G, Biswas S, Rayman P, Biswas K, Thornton M, Bukowski R, Tannenbaum C, Finke JH. TNF$\alpha$ induction of GM2 expression on renal cell carcniomas promotes T cell dysfunction. Cancer Res 65:1067-73, 2005.

317. Shaheen PE, Stadler W, Elson P, Knox J, Winquest E, Bukowski RM. Phase II study of the efficacy and safety of oral GD0039 in patients with locally advanced or metastatic renal cell carcinoma. IND 23:577-81, 2005.

318. Olencki T, Malhi S, Mekhail T, Dreicer R, Elson P, Wood L, Bukowski RM. Phase I trial of thalidomide and interleukin-2 in patients with metastatic renal cell carcinoma. Invest New Drugs, 10:234-40, 2006.

319. Bukowski RM. The role of PET scanning in kidney cancer. Kidney Cancer J 2:20-24, 2004.

320. Bukowski RM. Epidermal growth factor receptor expression in renal cell carcinoma. Rationale for therapy. Current Oncology Reports 7:87-89, 2005.

321. Cooney MM, Ortiz J, Bukowski R, Remuck SC. Novel vascular targeting/disrupting agetns: Combretastatin A4 phosphage and related compounds. Current Oncology Reports 7:90-95, 2005.

41

322. Bukowski RM. Is nephrectomy indicated in advanced kidney cancer? AJUR 2:438-41, 2004.

323. Majhail N, Hussein M, Olencki TE, Budd GT, Wood L, Elson P, Bukowski RM. Phase I trial of continuous infusion recombinant human interleukin-4 in patients with cancer. IND 22:421-26, 2004.

324. Herrem CJ, Tatsumi T, Olson KS, Shirai K, Finke JH, Bukowski RM, Zhou M, Richmond AL, Derweesh I, Kinch MS, Storkus WJ. Expression of EphA2 is prognostic of disease-free interval and overall survival in surgically treated patients with renal cell carcinoma. Clin Can Res 11(1):226-31, 2005.

325. Cooney, MM, Bukowski RM, Tolcher A, Remick SC. Current development of novel vascular targeting agents. Am Soc Clin Oncol Educational Book 2005, pp 212-217.

326. Bukowski RM, Figlin RA, Motzer RJ. Novel targeted approaches to treatment of advanced renal cell caracinoma. Am Soc Clin Oncol Educational Book 2005, p-385-91.

327. Bukowski RM. Renal cell carcinoma: A new era? Clin Genitourin Can 2005, 4:155.

328. Escudier B, Eisen T, Stadler WM, Szczylik C, Oudard S, Siebels M, Negrier S, Chevreau C, Solska E, Desai A, Rolland F, Demkow T, Hutson T, Gore M, Freeman S, Schwartz B, Shan M, Simantov R, Bukowski RM for the Sorafenib TARGETs Clinical Trial Grouo. Treatment · approaches in renal cancer global evaluation trial (TARGETs): A randomized double-blind, placebo-controlled phase III trial of sorafenib, an oral multi-kinase inhibitor in advanced renal cell carcinoma. New Eng J Med 2007, 356:11-20.

330. Bukowski RM. Small steps towards winning the battle. Research: The Bayer Scientific Magazine - 17th edition. 2005, pp 58-59.

331. Shaheen PE, Bukowski RM. Expert opinion: Emerging drugs for renal cell carcinoma. Expert Opinion on Emerging Drugs 10:1-23, 2005.

333. Shaheen PE, Bukowski RM. Targeted therapy for renal cell carcinoma: A new therapeutic paradigm. Cancer Invest, 24:640-56, 2006.

334. Ready NE, Lipton A, Zhu Y, Statkevich P, Curtis D, Bukowski RM. Phase I study of the farnesyltransferase inhibitor lonafarnib with weekly paclitaxel in solid tumors. Clin Can Res, 13:576-83, 2007.

42

335. Motzer RJ, Rini BI, Bukowski RM, Curti BD, George DJ, Hudes GR, Redman BG, Margolin KA, Merchan JR, Wilding G, Ginsberg MS, Bacik J, Kim ST, Baum CM, Michaelson MD. Pivotal study of sunitinib malate (SU11248) shows efficacy in patients with metastatic renal cell carcinoma. JAMA 295:2516-24, 2006.

336. Choueiri TK, Bukwoski RM, Rini BI. The current role of angiogenesis inhibitors in the treatment of renal cell carcinoma. Sem Onc, 33:596-606, 2006.

337. Choueiri TK, Mekhail T, Hutson TE, Ganapathi R, Kelly GE, Bukowski RM. Phase I trial of phenoxodiol delivered by continuous intravenous infusion in patients with solid cancer. Ann Onc, 17:860-65.

338. Cella D, Yount S, Du H, Dhanda R, Gondek K, Langefeld K, George J, Bro WP, Kelly C, Bukowski R. Development and validation of the functional assessment of cancer therapy-kidney symptom index (FKSI)8. J Supportive Onc 4:191-9, 2006.

339. Segota E, Mekhail T, Olencki T, Hutson T, Dreicer R, Wacker B, Osterwalder B, Elson P, Zhou M, Bukowski RM. Phase II trial of capecitabine and rHuIFN-alpaha2a in patients with metastatic renal cell carcinoma. Urol Oncol 25:46-52, 2007.

340. Shaheen PE, Rini BI. Bukowski RM. Clinical activity of sorafenib and sunitinib in renal cell carcinoma refractory to prior VEGF-targeted therapy: Two case reports. Clin Genitour Cancer 5:78-81, 2006.

342. Majhail NS, Wood L, Elson P, Finke J, Olencki T, Bukowski RM. Adjuvant subcutaneous interleukin-2 in patients with resected renal cell carcinoma: A pilot study. Clin Genitour Cancer 5:50-56, 2006.

343. Halbert RJ, Figlin RA, Atkins MB, Bernal M, Bukowski RM, Gearhart BL, Hutson TE, Khan KD, Motzer RJ, Uzzo RG, Wood CG, Dubois R. Treatment of patients with metastatic renal cell cancer: A Rand appropriateness panel. Cancer 107:2375-83, 2006.

344. Vaziri SAJ. Hill J, Chikamori K, Grabowski DR, Takigawa N, Chawla-Sarkar M, Rybicki LR, Gudkov AV, Mekhail T, Bukowski RM, Ganapathi MK, Banapathi R. Sensitization of DNA damage-induced apoptosis by the proteasome inhibitor PS-241 is p53 dependent and involves target proteins 14-3-3o and survivin. Mol Can Ther 4(12):1880-90, 2005.

345. Lockhart AC, Bukowski R, Rothenberg ML, Wang KK, Cooper W, Grover J, Appleman L, Mayer PR, Shapiro M, Zhu AX. Phase I trial of oral MAC-321 in subjects with advanced malignant solid tumors. Cancer Chemotherapy and Pharmacology 2007, 28: 344-50.

43

346. Biswas K, Richmnd A, Rayman P, Biswas S, Thornton M, Sa G, Das T, Zhang R, Chahlavi A, Tannenbaum C, Novick A, Bukowski R, Finke JH. GM2 expression in renal cell carcinoma: Potential role in tumor-induced immune dysfunction. Can Res 26:1869-76, 2006.

347. Bukowski RM. Analyzing the impact and implications of Avertical inhibition@, new biomarkers, molecular markers and much more. Kidney Cancer 3:21-22, 2005.

348. Mekhail T, Kaur H, Ganapathi R, Budd GT, Elson P, Bukowski R. Phase I trial of anvirzel in patients with refractory solid tumors. IND 24:423-27, 2006.

349. Bukowski RM, Ganapathi MK, Ganapathi R, Mekhail T. Proteasome inhibition with bortezomib enhances activity of topoisomerase I-targeting drugs by NF-kappaB-independent mechanisms. Anticancer Research 1869-76, 2006.

350. Bukowski RM. Targeted therapy for cytokine-refractory metastatic renal cell carcinoma: Treatment in the community. Oncology, 20:25-8, 2006.

351. Reddy GK, Bukowski RM. Sorafenib: recent update on activity as a sigle agent and in combinationwith interferon-alpha2 in patients with advanced-stage renal cell carcinoma. Clin Genitourinary Cancer, 4:246-8, 2006.

352. Hutson TE, Bukowski RM. A phase II study of GW786034 using a randomized discontinuation design in patients with locally recurrent or metastatic clear-cell renal cell carcinoma. Clinical Genitourinary Cancer,4:296-8, 2006.

353. Motzer RJ, Hutson TE, Tomczak P, Michaelson MD, Bukowski RM, Rixe O, Oudard S, Negrier S, Szczylik C, Kim ST, Chen I, Bycott PW, Baum CM, Figlin RA. Sunitinib versus interferon alfa in metastatic renal cell carcinoma. New Eng J of Med 356 2:115-24, 2007.

354. Motzer RJ, Bukowski RM. Targeted therapy for metastatic renal cell carcinoma. J Clin Onc 24(35):5601-8, 2006.

355. Choueiri TK, Dreicer R, Rini BI,Elson P, Garcia JA, Thakkar SG, Baz RC, Mekhail TM, Jinks HA, Bukowski RM. Phase II study of lenalidomide in patients with metastatic renal cell carcinoma. Cancer 107(11):2609-16, 2006.

356. Suppiah R, Shaheen PE, Elson P, Misbah SA, Wood L, Motzer RJ, Negrier S, Andresen SW, Bukowski RM. Thrombocytosis as a prognostic factor for survival in patients with metastatic renal cell carcinoma. Cancer 107(8):1793-800, 2006.

44

357. Chikamori K, Hill JE, Grabowski DR, Zarkhin E, Grozav AG, Vaziri SA, Wang J, Gudkov AV, Rybicki LR, Bukowski RM, Yen A, Tanimoto M, Ganapathi MK, Ganapathi R. Downregulation of topoisomerase IIbeta in myeloid leukemia cell lines leads to activation of apoptosis following all-trans retinoic acid-induced differentiation/growth arrest. Leukemia 20(10):1809-18, 2006.

358. Kalmadi S, Davis M, Dowlati A, O'Keefe S, Cline-Burkhardt M, Pelley RJ, Borden E, Dreicer R, Bukowski R, Mekhail T. Phase I trial of three-weekly Docetaxel, Carboplatin and oral lenalidomide (Revlimid ®) in patients with advanced solid tumors. Invest New Drugs Nov 11, 2006.

359. Baek JH, Agarwal ML, Tubbs RH, Valadissroljec A, Tomita H, Bukowski RM, Milsom JW, Kim JM, Kwak JY: In vivo recombinant adenovirus-mediated p53 gene therapy in a syngeneic rat model for colorectal cancer. J Korean Med Sci, 19:834-41, 2004.

360. Bukowski EM: Kidney Cancer. Coping, Jan 2006.

361. Bukowski RM: Integrin inhibitors: rationale for development and clinical results in patients with solid tumors. Angiogenesis in Oncol, 1:11-14, 2005.

362. Bukowski RM Highlights: Fourth InternationalKidney Cancer Symposium. Kidney Cancer Journal, 3:21-22, 2005.

363. Stadler WM, Desai AA, Quinn D, Bukowski RM, et al: A phase I/II study of GTI-2040 and capecitabine in patients with renal cell carcinoma. Cancer Chemotherapy Pharmacology, 61:689-94, 2008.

364. Khasawneh M, Bukowski RM: Pathways of dysregulation in renal cell carcinoma: rationale approaches to development of novel treatment. Clin Genitourinary Cancer, S7-18, supplement, 2006.

365. Bukowski RM: Trends in renal cell carcinoma. Am J Hematology/Oncology 5:645-51, 2006.

366. Golshayan A, Bukowski RM: Is temsirolimus more safe and effective than interferon alfa for advanced renal cell carcinoma Nat Clin Prac Urol, 11:586-87, 2007.

367. Tamaskar I, Garcia J, Shaheen P, Rini B, Bukowski RM: Antitumor effects of sequential systemic therapy with either Sunitinib or Sorafenib in patients with metastatic renal cell carcinoma who have received prior therapy with anti-angiogenic agents. Urol, 179:81-86, 2008.

368. Laheru D, Croghan G, Bukowski R, Rudek M, Messersmith W, Erlichman C, Pelley R, Jimeno A, Donehower R, Boni J, Abbas R, Martins P, Zacharchuk C, Hidalgo M: A phase I study of EKB-

45

569 in combination with Capecitabine in patients with advanced colorectal cancer. Clin Cancer Res 2008; 14 (17): 5602-9.

369. Tamaskar I, Choueiri T, Sercia L, Rini B, Bukowski RM, Zhou M: Caveolin-1 expression in renal neoplasms Cancer, 110:776-82, 2007.

370. Fan K, Lindner D, Finke J, Bukowski R, Borden E, Yi T: IFNγ is induced in human peripheral blood immune cells in vitro by SSG/IL-2 and mediates its anti-tumor activity in vivo. J Immunology 2007,

371. Chiappoi, A, Eckhardt S, Bukowski R et al: A phase I pharmacokinetic and pharmacodynamic study of S-3304, a novel matrix metalloproteinase inhibitor in patients with advanced and refractory solid tumors. Clinical Cancer Res, 13:2091-99, 2007.

372. Bukowski RM, Kabbinavar F, Figlin R, Flaherty K, Srinivas S, Vaishampayan U, Drabkin H, Dutcher J, Ryba S, Xia Q, Scappaticci F, McDermott D: Randomized phase II study of Erlotinib combined with Bevacizumab compared with Bevacizumab alone in metastatic renal cancer. J Clin Oncol, 25:4536-41, 2007.

373. Avigan D, Vasir B, George D, Atkins M, Mcdermott D, Kantoff P, Figlin R, Vasconcelles M, Xu Y, Kufe D, Bukowski RM: Phase I/II study of vaccinationwith electrofused allogeneic dendritic cells/autologous tumor –derived cells in patients with stage IV renal cell carcinoma. J Immunotherapy, 30(7):749-61, 2007.

374. Tamaskar I, Bukowski R, Elson P, Ioachimescu A, Wood L, Rini B. Thyroid function test abnormalities in patients with metastatic renal cell carcinoma treated with sorafenib. Ann Oncol, 19:265-8, 2008.

375. Choueiri T, Plantade A, Escudier B, Negrier S, Ravaud A, Oudard S, Zhou M, Elson P, Rini B, Bukowski RM: Efficacy of sunitinib and sorafenib for metastatic papillary and chromophobe renal cell carcinoma. J Clin Oncol, 26:127-31, 2008.

376. Bukowski R, Cella D, Gondek K, Escudier B: Effects of Sorafenib on symptoms and quality of life results from a large randomized placebo-controlled study in renal cancer. Am J Clin Onc ; 30: 220-227 2007.

377. Motzer R, Michaelson M, Rosenberg J, Bukowski RM, Curti B, George D, Hudes G, Redman B, Margolin K, Wilding G: Sunitinib efficacy against advanced renal cell carcinoma J Urol, 178:1883-87, 2007.

46

378. Rixe O, Bukowski RM, Michaelson M, Wilding G, Hudes G, Bolte O, Motzer R, Bycott P, Liau K, Freddo J, Kim Sinil, Rini B: A phase II study of the multi-targeted receptor tyrosine kinase inhibitor axitinib, a potent inhibitor of the vascular endothelial growth receptor family in cytokine-refractory metastatic renal cell cancer. Lancet Oncol, 8:975-84, 2007.

379. Cella D, Yount S, Brucker P, Du H, Bukowski R, Vogelzang N, Bro W: Development and validation of a scale to measure disease related symptoms of kidney cancer. Value in Health (10): 285-293, 2007.

380. Choueiri T, Garcia J, Elson P, Khasawneh M, Usman S, Golshayan A, Baz R, Wood L, Rini B, Bukowski RM: Clinial factors associated with outcome in metastatic renal cell carcinoma patients treated with VEGF-targetd therapy. Cancer, 110:543-50, 2007.

381. Choueiri T, Vaziri S, Jaeger E, Elson P, Wood L, Bhalla I, Small E, Weinberg V, Stein N, Simko J, Golshayan A, Lercia L, Zhou M, Waldman F, Rini B, Bukowski RM, Ganapthi R: Von-Hippel Lindau status and response to vascular endothelial growth factor (VEGF)-targeted therapy for metastatic renal cell carcinoma. J Urol, 180:860-65, 2008.

382. Escudier B, Choueiri T, Oudard S, Szczylik C, Donovan M, Negrier S, Ravaud A, Chevreau C, Venner P, Champagne P, Croteau D, Dupont E, Hariton C, Bukowski RM: Prognostic factors in metastatic renal cell carcinoma after failure of immunotherapy: New paradigm from a large phase III trial with shark cartilage extract AE941. J Urol, 178:1901-5, 2007.

383. Bukowski R, Cella D, Gondek K, Escudier B: Effects of Sorafenib on symptoms and quality of life results from a large randomized placebo controlled study in renal cancer. Am J Clin Oncol 30: 220-27, 2007.

385. Ko J, Zea A, Rini B, Ireland J, Elson P, Cohen P, Golshayan A, Rayman P, Wood L, Garcia J, Dreicer R, Bukowski R, Finke J: Tyrosine kinase inhibitor – Sunitinib mediates reversal of myeloid suppressor cell accumulation in RCC patients. Clin Cancer Res, 15:2148, 2009.

386. Choueiri T, Bukowski RM, Rini BI. The current role of angiogenesis inhibitors in the treatment of renal cell carcinoma. Semin Oncol, 33:596-606, 2006.

387. Tamaskar I, Mekhail T, Dreicer R, Olencki T, Roman S, Elson P, Bukowski RM. Phase 1 trial of weekly docetaxel and dail temoszolomide in patients with metastatic disease. Invest New Drugs, 26:553-60, 2008.

388. Rini BI, Tamaskar I, Shaheen, Salas R, Garcia J, Wood L, Reddy S, Dreicer R, Bukowski RM. Hypothyroidism in patients with metastatic renal cell carcinoma treated with sunitinib. J Natl Cancer Inst, 99:81-83, 2007.

47

389. Masci P, Olencki T, Wood L, Rybicki L, Jacobs B, Williams B, Faber P, Bukowski R, Tong K, Borden EC: Gene modulatory effects pharmacokinetics and clinical tolerance of interferon-α1b: A second member of the interferon-α family. Nature Publishnig Group (81) 354-361, 2006

390. Bukowski RM, Ozols R, Markman M: The management of recurrent ovarian cancer: Seminars in Onc, 34 (Supp 2):S1-15, 2007.

391. Choueiri T, Rini BI, Garcia JA, Baz RC, Abou-Jawde M, Thakkar SG, Elson P, Mekhail TM, Zhou M, Bukowski RM: Prognostic factors associated with long-term survival in previously untreated metastatic renal cell carcinoma. Annals of Onc 18: 249-255, 2006.

392. Grothey E, Gibson T, Sartor O, Bukowski R: Highlights from: The 2008 meeting of the American Society of Clinical Oncology; May 30-June 3, 2009; Chicago, IL. Clin Genitourin Cancer. 2008. 6 (2): 65-72.

393. Motzer RJ, Bukowski RM, Figlin RA, Hutson TE, Michaelson MD, Kim ST, Baum, C, Kattan M: Prognostic nomogram for Sunitinib in patients with metastatic renal cell carcinoma. Cancer, 2008, 113 (7): 1552-8.

394. Tamaskar I, Bukowski RM: Bladder Cancer and Current Evidence for Treatment. Onc (21) 1691-1692, 2007

395. Bukowski R, Cella D, Gondek K, Escudier B; Sorafenib TARGETs Clinical Trial Group. Effects of sorafenib on symptoms and quality of life: results from a large randomized placebo-controlled study in renal cancer. Am J Clin Oncol. 2007 Jun;30(3):220-7.

396. Rini BI, Choueiri T, Elson P, Khasawneh MK, Cotta C, Unnithan J, Wood L, Mekhail T, Garcia J, Dreicer R, Bukowski RM. Sunitinib induced macrocytosis in patients with metastatic renal cell carcinoma. Cancer 2008, 113 (6): 1309-14.

397. Rini BI, Michaelson MD, Rosenberg JE, Bukowski RM, Sosman JA, Stadler WM, Hutson TE, Margolin K, Harman CS, DePrimo SE, Kim ST, Chen I, George DJ. Antitumor activity of sunitinib in patients with bevacizumab-refractory metastatic renal cell carcinoma. J Clin Oncol, 26:3743-8, 2008.

398. George S, Kasimis BS, Cogswell J, Schwarzenberger P, Shapiro GI, Fidias P, Bukowski RM. Phase 1 study of flavopiridol in combination with paclitaxel and carboplatin in patients with non-small-cell lung cancer. Clin Lung Cancer, 9:160-65, 2008.

48

399. Bukowski RM. Renal cell carcinoma a model system for novel drug development? Clin Genitourin Cancer, 6:7-8, 2008.

400. Jonasch E, Stadler WM, Bukowski RM, Hayes TG, Varadhachary A, Matik R, Figlin RA, Srinivas S. Phase 2 trial of talactoferrin in previously treated patients with metastatic renal cell carcinoma. Cancer, 113:72-77, 2008.

401. Rini BI, Bukowski RM. Targeted therapy for metastatic renal cell carcinoma : a home run or a work in progress? Oncology, 22:388-96, 2008.

402. Bukowski RM. Randomized trial of bevacizumab in advanced renal cell carcinoma. Curr Oncol Rep, 10:99-100, 2008.

403. Das T, Sa G, Paszkiewicz-Kozik K, Hilston G, Malto L, Rayman P, Kudo D, Biswas K, Bukowski RM, Finke JK, Tannenbaum CS. Renal cell carcinoma tumors induce T-cell apoptosis through receptor-dependent and receptor-independent pathways. J Immunol, 180:4687-96, 2008.

404. Heng DY, Rini BI, Garcia J, Wood L, Bukowski RM. Prolonged complete and near-complete responses to sunitinib in metastatic renal cell carcinoma. Clin Genitourin Cancer, 5:446-51, 2007.

405. Storkus WJ, Herrem C, Kawabe M, Cohen PA, Bukowski RM, Finke JH, Wesa AK. Improving immunotherapy by conditionally enhancing MHC class 1 presentation of tumor antigen-derived peptide epitopes. Crit Rev Immunol, 27:485-93, 2007.

406. George S, Bukowski RM. Biomarkers in clear cell carcinoma. Expert Rev Anticancer Ther. 7:1737-47, 2007.

407. Bukowski RM. Metastatic renal cell carcinoma: role of mammalian target of rapamycin inhibitors. Clin Genitourin Cancer, 5:359-61, 2007.

408. George S, Hutson TE, Mekhail T, Wood L, Finke JK, Elson P, Dreicer R, Bukowski RM. Phase 1 trial of PEG-interferon and recombinant interleukin-2 in patients with metastatic renal cell carcinoma. Cancer Chemother Pharmacol, 62:347-54, 2008.

409. Cohen D, Lane B, Jin T, Magi-Galluzzi C, Finke J, Rini BI, Bukowski RM, Zhou M. The prognostic significance of epidermal growth factor receptor expression in clear-cell-carcinoma: a call for standardized methods of immunohistochemical evaluation. Clin Genitourin Cancer, 5:264-70, 2007.

410. Bukowski RM. Sunitinib in advanced renal cell carcinoma: a new treatment option? Curr Oncol Rep, 9:85-86, 2007.

49

411. Ready NE, Lipton A, Zhu Y, Stakewck P, Frank E, Curtis D, Bukowski RM. Phase 1 study of the farnesyltransferase inhibitor lonafarnib with weekly paclitaxel in patients with solid tumors. Clin Cancer Res, 13:576-83, 2007.

412. Eisen T, Oudard S, Szczylik C, Gravis G, Heinzer H, Middleton R, Cihon F, Anderson S, Shah S, Bukowski R, Escudier B; TARGET Study Group. Sorafenib for older patients with renal cell carcinoma : subset analysis from a randomized trial. J Natl Cancer Inst, 100:1454-63, 2008.

413. Vakkalanka BK, Bukowski RM. Novel drugs for renal cell carcinoma. Expert Opin Investig Drugs, 17:1501-16, 2008.

414. George S, Dreicer R, Au J, Shen T, Rini B, Roman S, Cooney M, Mekhail T, Elson P, Wientjes GM, Ganapathi R, Bukowski RM. Phase I/II trial of 5-fluorouracil and a noncytotoxic dose level of suramin in patients with metastatic renal cell carcinoma. Clin Genitourinary Cancer, 6:79-85, 2008.

415. Stebbing J, Wood C, Atkins M, Bukowski R, Litwin S, Bowser M, Parsa A, Levitsky H. Cancer Vaccines: clinical development chasllenges and proposed regulatory approaches for patient access to promising treatments. Cancer, 2008; 112 (5): 955-61.

416. Grosav AG, Chikamori K, Kozuki T, Grabowski DR, Bukowski RM, Willard B, Kinter M, Andersen AH, Ganapathi R, Ganapathi MK : Caesin kinase 1 □/ε phosphorylates topoisomerase IIα at serine-1106 & modulates DNA cleavage activity. Nucleic Acid Res, 2008, 1-11.

417. Heng DYC, Xie WL, Regan MM, Warren MA, Golshayan AR, Sahi C, Eigl BJ, Cheng T, North S, Venner P, Knox JJ, Chi KN, Kollmannsberger C, McDeremott DF, Oh WK, Atkins MB, Bukowski RM, Rini BI, Choueiri TK : Prognostc factors for survival in patients with metastatic renal cell carcinoma treated with vascular endothelial growth factor (VEGF)-targeted agents : Results from a large multicenter study. J Clin Oncol 2009, 27 (34): 5794-99.

418. Schoffski P, Bukowski RM, Flodgren P. Ravaud A : Tyrosine kinase inhibitors in RCC and GIST : case reports. Ann Oncol, 2009 May, 20 Suppl 1: i25-i30.

419. Escudier B, Eisen T, Stadler WM, Szczylik C, Oudard S, Staehler M, Negrier S, Chevreau C, Solska E, Desai AA, Rolland F, Demkow T, Hutson TE, Gore M, Anderson S, Hofilena G, Shan M, Pena C, Bukowski RM: Saoafenib for treatment of renal cell carcinoma : final efficacy and safety results of the phase III TARGET study. J Clin Oncol, 27: 3312, 2009.

50

420. Motzer RJ, Hutson TE, Tomczak P, Michaelson D, Bukowski RM, et al : Overall survival and updated results for sunitinib versus interferon alfa in metastatic renal cell carcinoma. J Clin Oncol (accepted 2008).

421. Golshayan AR, George S, Heng DY, Elson P, Wood LS, Mekhail TM, Garcia JA, Aydin H, Zhou M, Bukowski RM, Rini BI. Metastatic sarcomatoid renal cell carcinoma treated with vascular endothelial growth factor-targeted therapy. J Clin Oncol. 27:235-241, 2008.

422. Escudier B, Szczylik C, Hutson TE Demkov T, Staehler T, Rolland R, Negrier S, Laferriere N, Scheuring UJ, Cella D, Shah S, Bukowski RM : Randomized phase II trial of first-line treatment with sorafenib versus interferon alfa-2a in patients with metastatic renal cell carcinoma. J Clin Oncol 27:1280-89, 2009.

423. Bukowski RM: Bevacizumab and Interferon-α in metastatic renal cell carcinoma. Nature Reviews 6:1-2, 2009.

424. Wong KK, Fracasso PM, Bukowski RM, Lynch TJ, Munster PN, Shapiro GI, Janne PA,, Eder JP, Naughton MJ, Ellis MJ, Jones SF, Mekhail T, Zacharchuk C, Vermette J, Abbas R, Quinn S, Powell C, Burris HA: A phase 1 study with Neratinib (HKI-272), an Irreversible Pan ErbB Receptor Tyrosine Kinase Ihibitor, in patients with solid tumors. Clin Cancer Res,15:2552, 2009.

425. Vaziri SA, Grabowski DR, Hill J, Rybicki LR, Burk R, Bukowski RM, Ganapathi MK, Ganapathi R: Inhibition of proteosome activity by Bortezomib in Renal Cancer Cells is p53 dependent and VHL independent. Anticancer Res, 29: 2961-70, 2009.

426. George S, Bukowski RM: Role of Everolimus in the Treatment of Renal Cell Carcinoma. Therapeutics & Clinical Risk Management, 5:699-706, 2009.

427. Thompson JA, Kuzel T, Drucker BJ, Urba WJ, Bukowski RM: Saftey and efficacy of PF-3512676 for treatment of stage IV renal cell carcinoma: an open-label, multicenter phase 1/II study. Clin Genitourinary Cancer, 7:E58-E65, 2009.

428. Wang-Gilliam A, Arnold SM, Bukowski RM, Rothenberg M, Cooper W, Wang KK, Gauthier E, Lockhart C: A phase 1 dose escalation study of TTI-237 in patients with advanced malignant solid tumors. IND 2010; Aug 10 [Epub ahead of print].

429. Gore ME, Szczylik C, Porta C, Bracarda S, Bjarnason G, Oudard S, Hariharan S, Lee SH, Haanen J, Castellano D, Vrdoljak E, Schoffski P, Mainwaring P, Nieto A, Yaun J, Bukowski RM: Safety and efficacy of sunitinib with subpopulation analysis in an expanded-access trial of metastatic renal cell carcinoma. Lancet Oncology, 10:757-63, 2009.

51

430. Murthy SC, Kim K, Feng J, Batizy LH, Rice TW, Mason DP, Bukowski RM, Blackstone EH: Determining indications for interventions by randomizing retrospection : renal cell pulmonary metastases as a prototype. (manuscript in preparation).

431. Mulders PF, Abrahamsson PA, Bukowski RM: The burden of metastatic bone disease from genitourinary malignancies. Expert Rev of Anticancer Therapy, 10 (11): 1721-33, 2010.

432. Bukowski RM: Treatment of metastatic renal cell carcinoma: targeted agents - the new standard of care. Int J Urol. 2010; 17(3):198-205.

433. Negrier S, Jager E, Porta C, McDermott D, Moore M, Bellmunt J, Anderson S, Cihon F, Lewis J, Escudier B, Bukowski RM: Efficacy and safety of sorafenib in patients with advanced renal cell carcinoma with and without prior cytokine therapy, a subanalysis of TARGET. Med Oncol, 2009; 27 (3): 899-906.

434. Garcia JA, Mekhail T, Elson P, Triozzi P, Nemec C, Dreicer R, Bukowski RM, Rini BI: Bevacizumab and low-dose interleukin-2 in patients with untreated metastatic renal cell carcinoma: results from a phase II trial. BJU Int 2010, Sept 14; doi:10.1111/j.1464-410X.2010.09573.x.[Epub ahead of print].

435. Khan G, Golshayan A, Elson P, Wood L, Garcia J, Bukowski RM, Rini B. Sunitinib and sorafenib in metastatic RCC patients with renal insufficiency. Ann Oncol, 2010; 10: 18-23.

436. Saby G, Brenner A, Sarantopoulos J, Bukowski RM: Rank Ligand: Effects of Inhibition. Current Oncol Reports, 12:80-86, 2010.

437. Bukowski RM: Clinical stage 1 nonseminomatous germ cell tumors: defining optimal management. AJHO, 9:40-42, 2010.

438. Bukowski RM: Is pazopanib safe and efficacious in patients with metastatic renal cell carcinoma? Current Oncol Reports, 12: 77-79, 2010.

439. Bukowski RM: Pazopanib : a multikinase inhibitor with activity in Renal Cell Carcinoma. Expert Rev of Anticancer Therapy, 10:635-646, 2010.

440. Bukowski RM: Systemic therapy for Metastatic Renal Cell Carcinoma: Risk Based Approach. Expert Opinion Pharmacotherapy. 11 (14):2010.

441. Chan H, Grossman AB, Bukowski RM: Everolimus in the treatment of renal cell carcinoma and neuroendocrine tumors. Adv Ther, 27 (7):2010.

52

442. Kollmannsberger C, Bjarnason G, Burnett P, Creel T, Davis M, Dawson N, Feldman D, George S, Hershman J, Lechner T, Potter A, Raymond E, Treister N, Wood L, Wu S, Bukowski R: Sunitinib in metastatic Renal Cell Carcinoma: recommendations for management of non-cardiovascular toxicity. Oncology (submitted 7/10).

443. Pena C, Lathia C, Shan M, Escudier B, Bukowski RM: Biomarkers predicting outcome in patients with advanced renal cell carcinoma: results fropm sorafenib phase III TARGET. Clin Can Res, July 22, 2010 (published online) 10.1158/1078-0432.CCR-09-3343.

444. George S, Shah SN, Bukowski RM. Stable disease in renal cell carcinoma after using signal transduction inhibitors. Rev Recent Clin Trials, 2010; 5 (2): 117-22.

445. Shepard DR, Cooney MM, Elson P, Bukowski RM, Dreicer R, Rini BI, Garcia JA. A phase II study of tandutinib (MLN518), a selective inhibitor of type III tyrosine receptor kinases, in patients with metastatic renal cell carcinoma. Invest New Drugs. 2010 Aug 14. [Epub ahead of print].

446. Hutson TE, Bukowski RM, Cowey CL, Figlin R, Escudier B, Sternberg CN. Sequential use of targeted agents in the treatment of renal cell carcinoma. Crit Rev Oncol Hematol. 2010 Aug 10. [Epub ahead of print].

447. Hutson TE, Bellmunt J, Porta C, Szczylik C, Staehler M, Nadel A, Anderson S, Bukowski R, Eisen T, Escudier B; For the Sorafenib TARGET Clinical Trial Group. Long-term safety of sorafenib in advanced renal cell carcinoma: Follow-up of patients from phase III TARGET. Eur J Cancer. 2010 Sep;46(13):2432-2440. Epub 2010 Jul 23.

448. Stadler WM, Figlin RA, McDermott DF, Dutcher JP, Knox JJ, Miller WH Jr, Hainsworth JD, Henderson CA, George JR, Hajdenberg J, Kindwall-Keller TL, Ernstoff MS, Drabkin HA, Curti BD, Chu L, Ryan CW, Hotte SJ, Xia C, Cupit L, Bukowski RM; ARCCS Study Investigators. Safety and efficacy results of the advanced renal cell carcinoma sorafenib expanded access program in North America. Cancer. 2010 Mar 1;116(5):1272-80.

449. Atkins MB, Bukowski RM, Escudier BJ, Figlin RA, Hudes GH, Kaelin WG Jr, Linehan WM, McDermott DF, Mier JW, Pedrosa I, Rini BI, Signoretti S, Sosman JA, Teh BT, Wood CG, Zurita AJ, King L. Innovations and challenges in renal cancer: summary statement from the Third Cambridge Conference. Cancer. 2009 May 15;115(10 Suppl):2247-51.

450. Zhou M, Kort E, Hoekstra P, Westphal M, Magi-Galluzzi C, Sercia L, Lane B, Rini B, Bukowski R, Teh BT. Adult cystic nephroma and mixed epithelial and stromal tumor of the kidney are the same disease entity: molecular and histologic evidence. Am J Surg Pathol. 2009 Jan;33(1):72-80.

451. Wesa AK, Herrem CJ, Mandic M, Taylor JL, Vasquez C, Kawabe M, Tatsumi T, Leibowitz MS, Finke JH, Bukowski RM, Bruckheimer E, Kinch MS, Storkus WJ. Enhancement in specific CD8+

53

T cell recognition of EphA2+ tumors in vitro and in vivo after treatment with ligand agonists. J Immunol. 2008 Dec 1;181(11):7721-7.

452. Wood C, Srivastava P, Bukowski R, Lacombe L, Gorelov AI, Gorelov S, Mulders P, Zielinski H, Hoos A, Teofilovici F, Isakov L, Flanigan R, Figlin R, Gupta R, Escudier B; C-100-12 RCC Study Group. An adjuvant autologous therapeutic vaccine (HSPPC-96; vitespen) versus observation alone for patients at high risk of recurrence after nephrectomy for renal cell carcinoma: a multicentre, open-label, randomised phase III trial. Lancet. 2008 Jul 12;372(9633):145-54. Epub 2008 Jul 3.

453. Das T, Sa G, Hilston C, Kudo D, Rayman P, Biswas K, Molto L, Bukowski R, Rini B, Finke JH, Tannenbaum C. GM1 and tumor necrosis factor-alpha, overexpressed in renal cell carcinoma, synergize to induce T-cell apoptosis. Cancer Res. 2008 Mar 15;68(6):2014-23.

454. Rini BI, Michaelson MD, Rosenberg JE, Bukowski RM, Sosman JA, Stadler WM, Hutson TE, Margolin K, Harmon CS, DePrimo SE, Kim ST, Chen I, George DJ, Antitumoir activity and biomarker analysis of sunitinib in patients with bevacizumab-refractory metastastic renal cell carcinoma. J Clin Oncol. 2008; 26 (22): 3743-8.

455. Heng DY, Chi KN, Murray N, Jin T, Garcia JA, Bukowski RM, Rini BI, Kollmannsberger C. A population-based study evaluating the impact of sunitinib on overall survival in the treatment of patients with metastatic renal cell cancer. Cancer, 2009;115(4):776-83.

456. Bukowski RM, Stadler WM, McDermott DF, et al. Safety and efficacy of sorafenib in elderly patients treated in the North American advanced RCC sorafenib expanded access program. Oncology, 2010; 78:340-347.

457. Garcia JM, Mekhail T, Elson P, Wood L, Bukowski RM, Dreicer R, Rini BI: Phase I-II Trial of subcutaneous IL-2, GM-CSF and IFN-α in Patients with Metastatic Renal Cell Carcinoma (mRCC). BJU (accepted 10/10).

458. Bukowski RM: Pazopanib: an Overview of its Development as Therapy for Patients with metastatic Renal Cell Carcinoma. CML - Kidney Cancer, 3(1): 1-11, 2011

459. Escudier BJ, Dutcher JP, Hutson TE, Wilhelm S, Lewis J, Eisen T, Riedl B, Bukowski RM: Sorafenib: the first Targeted Therapy in RCC - History and the Future (in preparation).

460. Bukowski RM: Biomarkers in Renal Cell Carcinoma: What Next? Current Oncology Reports, 13:87-89, 2011.

461. Manola J, Royston R, Elson P, Bacik McCormack J, Mazumdar M, Négrier S, Escudier B, Eisen T, Dutcher J, Atkins M,. Heng D, Choueiri TK, Motzer R, Bukowski RM, for the International Kidney Cancer Working Group: Prognostic Model for Survival in Patients with Metastatic Renal

54

Cell Carcinoma: Results from the International Kidney Cancer Working Group. Clin Can Res, 17(16); 1–8, 2011. DOI:10.1158/1078-0432.CCR-11-0553

462. Bukowski RM: Renal Cell Carcinoma: Immunotherapy Revisited. Therapy, 8: 335-38, 2011.

463. Bukowski RM: Critical appraisal of pazopanib as treatment for patients with advanced metastatic renal cell carcinoma. Cancer Management and Research. August 2011 Volume 2011:3 Pages 273 – 285 DOI: http://dx.doi.org/10.2147/CMR.S15557

## Abstracts

1. Bukowski RM, Noguchi S, Deodhar S, Hewlett JS: T and B lymphocytes in Hodgkin's disease and non-Hodgkin's lymphomas. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 15:113, 1974. (Abstract)

2. Noguchi S, Bukowski RM, Deodhar S, Hewlett JS: Functional and morphologic studies of T and B cells in patients with lymphoma. Lab Invest 30:402-403, 1974. (Abstract)

3. Bukowski RM, Barna B, Deodhar S, Hewlett JS: Lymphocyte cytotoxicity and serum blocking activity: Specificity in patients with malignant melanoma, sarcomas and renal carcinoma. Proc Am Assoc Center Research and Am Soc Clin Oncology 16:44, 1975. (Abstract)

4. Montie JE, Bukowski RM, Deodhar S, Hewlett JS, Stewart BH, Straffon RA: Immunotherapy of disseminated renal cell carcinoma with transfer factor. Proc Am Urol Assoc 1976. (Abstract)

5. Seligman M. Bukowski RM, Groppe CW, Hewlett JS, Weick JK: Streptozotocin and 5-fluorouracil treatment of gastrointestinal adenocarcinoma. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 17:283, 1976. (Abstract)

6. Bukowski RM, Hewlett JS, Deodhar S: Lymphocyte function in untreated Hodgkin's disease and non-Hodgkin's lymphomas: Role of suppressor cells. Am Soc Hemat p. 184, 1975. (Abstract)

7. Bukowski RM, Hewlett JS, Deodhar S: PHA and mixed leukocyte culture reactivity of splenic lymphocytes in Hodgkin's disease. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 17:81, 1976. (Abstract)

55

8.  Bukowski RM, Cooperman A, Hermann RE, Hewlett JS: Combination chemotherapy of pancreatic adenocarcinoma with streptozotocin, 5-fluorouracil, and mitomycin C. American Pancreatic Study Group, 1976. (Abstract)

9.  Abderholden RT, Bukowski RM, Groppe CW, Hewlett JS: Streptozotocin (STZ) and 5-fluorouracil (5FU) with and without mitomycin C (Mito) in the treatment of pancreatic adenocarcinoma. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 18:301, 1977. (Abstract)

10. Bukowski RM, Deodhar SD, Hewlett JS: Transfer factor (TF) immunotherapy in stage II malignant melanoma. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 18:119, 1977. (Abstract)

11. Bukowski RM, King JW, Hewlett JS: Transfer factor (TF) immunotherapy in stage II malignant melanoma. Proc Am Assoc Cancer Research and Am Soc Clin Oncology 18:119, 1977. (Abstract)

12. Bukowski RM, Hewlett JS, Deodhar SH: Immunotherapy of renal cell carcinoma with transfer factor (TF), and bacillus calmette-guerin (BCG): A preliminary report. Clinical Research 25:405A, 1977. (Abstract)

13. Schacter L, Braun WE, Bukowski R, et al: HLA-B7 association with low spontaneous cell mediated cytotoxicity to renal cell carcinoma lines. Am Assoc Clin Histocompatibility Testing, 1977. (Abstract)

14. Goodman A, Ramos R, Petrelli M, Hirsch SA, Bukowski RM, Harris JW: Value and limitation of gingival biopsy in thrombotic thrombocytopenic purpura. ACP Proc 1977. (Abstract)

15. Brandman J, Bukowski RM, et al: Prognostic factors in acute non-lymphocytic leukemia. Blood 50:194, 1977. (Abstract)

16. Bukowski RM, et al: Characteristics of acute leukemia in patients with non-malignant disease receiving alkylating agent therapy. Blood 50:185, 1977. (Abstract)

17. Hoeltge GA, Bukowski RM, et al: Platelet factor 3 deficiency. Clinical Research 26:323, 1978. (Abstract)

18. Chernicoff DP, Bukowski RM, et al: Streptozotocin and 5-FU in the treatment of islet cell carcinoma of the pancreas and carcinoid. Proc AACR 19:86, 1978. (Abstract)

56

19. Chernicoff D, Bukowski RM, et al: Chemotherapy of islet cell carcinoma with 5FU and streptozotocin. Am Pancreatic Study Group, 1977. (Abstract)

20. Bukowski RM, et al: Plasmapheresis in the treatment of thrombotic thrombocytopenic purpura. Clinical Research 25:334A, 1977.

21. Bukowski RM, et al: Immunotherapy of renal cell carcinoma with transfer factor and BCG: A preliminary report. Clinical Research 25:405A, 1977.

22. Bukowski RM: Immunotherapy of colo-rectal carcinoma. International Congress Colo-Proctology, June 1978.

23. Brandman J, Bukowski RM, et al: Prognostic factors in acute non-lymphocytic leukemia. Proc ASCO & AACR 19:383, 1978. (Abstract)

24. Bukowski RM, Antunez AR, Hermann RE: Mixed beam radiotherapy and combination chemotherapy of localized pancreatic carcinoma: A pilot study. Nat Pan Can Project, November 1978.

25. Bukowski RM, Hewlett JS, et al: Antihymocyte globulin therapy of severe aplastic anemia. Clinical Research 26:709A, 1978.

26. Rothmann-Hamburger SA, Finke JH, Laffay DL, Hoffman GC, Bukowski RM, Hewlett JS: Antihymocyte globulin permits erythroid colony formation in aplastic anemia. Clinical Research 26:709A, 1978.

27. Bukowski RM, Hewlett JS, et al: Antihymocyte globulin therapy of severe aplastic anemia. Blood 52:178, 1978.

28. Rothmann-Hamburger SA, Finke JH, Laffay DL, Bukowski RM: Evidence for lymphocyte suppression of stem cells in aplastic anemia. ICN-UCLA Symposium, March 1979.

29. James RA, Stewart B, Bukowski RM, et al: Chemoimmunotherapy of metastatic renal cell carcinoma. Am Urol Assoc, 1979.

30. Bukowski RM, Groppe C, et al: Immunotherapy of metastatic renal cell carcinoma. Proc Am Assoc Cancer Research and Am Assoc Clin Oncol 20:402, 1979.

31. Rothmann-Hamburger SA, Bukowski RM, et al: Evidence for immune-mediated aplastic anemia and its treatment with ATG. Clinical Research 27:296A, 1979.

57

32. Bukowski RM, Hewlett JS, et al: Immunologic prognostic variables in stage II malignant melanoma: Relationship to survival and disease-free interval. Clinical Research 27:382A, 1979.

33. Rothmann-Hamburger SA, Finke JH, Laffay DL, Bukowski RM: Evidence for immune-mediated aplastic anemia and its treatment with ATG. Exp Hematology, 1979.

34. Rothmann-Hamburger SA, Finke JH, Laffay DL, Bukowski RM: Evidence for lymphocyte suppression of stem cells in aplastic anemia. FASEB, 1979.

35. Bukowski RM, Hewlett JS, et al: ATG therapy of severe aplastic anemia. Aplastic anemia - A stem cell disease. NIH Symposium, 1979.

36. James R, Bukowski RM, et al: Combined hormonal therapy, chemotherapy, and immunotherapy for the treatment of disseminated renal cell carcinoma. Am Urol Assoc, 1979.

37. Bukowski RM, Hewlett JS, et al: Plasmapheresis in the treatment of TTP. Blood 54: Supp. (154), 1979.

38. Bukowski RM, Gahbauer R, et al: Chemotherapy and combined modality therapy of localized pancreatic carcinoma. Nat Pan Cancer Project, 1979.

39. Mortimer J, Reimer RR, Bukowski RM, et al: Influence of estrogen receptor status on survival in metastatic breast cancer. Proc AACR & ASCO 20:144, 1979.

40. Schacter L, Bukowski RM, et al: Combination chemotherapy with 5-FU, Adriamycin, Mitomycin C and streptozotocin of pancreatic adenocarcinoma. Proc AACR & ASCO 20:420, 1979.

41. Haas C, Leichman L, Bukowski RM, Moore D, Mansfield C: Southwest oncology group (SWOG) Pilot study of radiotherapy + 5-fluorouracil + adriamycin + mitomycin-C in patients with minimal residual gastric cancer. Am Soc Clin Oncol 21(9):342, 1980. (Abstract)

42. Bukowski RM, Vaughn CB, Hamptom J, Stuckey WJ: Anguidine in gastrointestinal malignancies: SWOG phase II study. Am Soc Clin Oncol 21:352, 1980. (Abstract)

43. Budd GT, Bukowski RM, Lucas FV, et al: A therapeutic failure of prostacyclin in thrombotic thrombocytopenic purpura. Ohio Soc Int Med, 1980. (Abstract)

44. Budd GT, Bukowski RM, Lucas FV, et al: Therapeutic trial of prostacyclin in thrombotic thrombocytopenic purpura (TTP). Clinical Research 28:728A, 1980. (Abstract)

58

45. Fishleder A, Cavalier D, Lucas F, Tubbs R, Bukowski RM, Triplett D: Pathogenesis of acquired factor X deficiency in primary amyloidosis. Clinical Research 28:728A, 1980. (Abstract)

46. Valenzuela R, Turinic R, Antunez A, Bukowski R: Application of the fluorescence-activated cell sorter (FACS II) to the study of Fc-receptor-bearing normal human lymphocytes. Am Soc Clin Path, 1980. (Abstract)

47. Bukowski R, Gahbauer R, Antunez A: Phase II study of sequential mixed beam radiotherapy plus streptozotocin, mitomycin C, and 5-fluorouracil in localized pancreatic adenocarcinoma. Am Assoc Clin Res 21:175, 1980. (Abstract)

48. Reimer R, Gahbauer R, Bukowski R, Hewlett J, Groppe C, Weick J: Simultaneous radiation therapy and cisplatin chemotherapy for human solid tumors: A pilot study. Am Soc Clin Oncol 21:397, 1980.

49. Bukowski RM, Hewlett JS, Weick JK, Reimer RR, Groppe C, Livingston RB: Plasma exchange in the treatment of thrombotic thrombocytopenic purpura(TTP). Joint Meeting of the 18th Congress of the International Society of Hematology and 18th Congress of the International Society of Blood Transfusion, August 1980.

50. Bukowski RM, et al: Plasmapheresis in the treatment of TTP. Clinical Research 28:306A, 1980.

51. Bukowski RM, et al: Immunotherapy of metastatic renal carcinoma. Proc Am Soc Clin Oncol 20:486, 1979.

52. Rothmann SA, Bukowski RM, et al: Evidence for immune-mediated aplastic anemia and its treatment with ATG. Exp Hematol, August 1980.

53. Mortimer J, Bukowski RM, et al: Adriamycin, cisplatin and VP-16 salvage therapy for metastatic testicular cancer. Proc AACR & ASCO 22:162, 1981.

54. Bukowski RM, Theodors A, et al: Phase I-II study of regional infusion in patients with pancreatic carcinoma employing 5-FU, adriamycin, mitomycin-C and streptozotocin. Am Pan Assoc, November 6, 1981.

55. Inamasu M, McCracken J, Legha S, Chen T, Stephens R, Bukowski RM, et al: A phase II evaluation of m-AMSA in advanced gastric and pancreatic carcinoma - A SWOG study. Proc ASCO 1:100, 1982.

59

56. Bukowski RM: Randomized comparison of 5FU and mitomycin C (MF) versus 5FU, mitomycin C and streptozotocin in pancreatic adenocarcinoma - A SWOG study. Proc AACR & ASCO) 22:453, 1981.

57. Humphrey GB, Bukowski RM, et al: diagnosis, pathology, prognosis & treatment of childhood pancreatic malignancies. Proc ASCO 1:177, 1982.

58. Theodors A, Bukowski RM, et al: Phase II study of hepatic artery infusion with 5FU and mitomycin C in metastatic colorectal carcinoma. Proc AACR & ASCO 22:162, 1981.

59. Bukowski RM: Streptozotocin containing combination chemotherapy in adenocarcinoma of the pancreas-effects on survival. Thirteenth International Cancer Congress, 1982.

60. Bukowski RM, Mortimer J, et al: Adriamycin, cisplatin, and VP-16 salvage therapy for metastatic testicular cancer. First International Symposium on Podophyllotoxins, July 9, 1981.

61. Bukowski RM, Montie J, et al: Combination chemotherapy including VP-16 in poor prognosis germinal cell neoplasms. Proc AACR 23:153, 1982.

62. Bukowski RM: Chemotherapy of islet cell carcinoma with chlorozotocin: A SWOG study. Proc ASCO 1:90, 1982.

63. Rothmann SA, Streeter RR, Bukowski RM, et al: Treatment of severe aplastic anemia with antihymocyte globulin: Long-term follow-up. Clinical Research 30:(2) 329A, 1982.

64. Bukowski RM: Chemotherapy of islet cell carcinoma with chlorozotocin: A SWOG study. Clinical Research 30:415A, 1982.

65. Budd GT, Bukowski RM, et al: Therapeutic trial of prostacyclin in TTP. Thromb Haemost 46:274, 1981.

66. Montie J, Bukowski RM: Late retroperitoneal germ cell tumors after previous testicular cancer. Midwest Urol Assoc, 1981.

67. Cunningham J, Bukowski RM, et al: Folinic acid combined with 5-FU: Phase I-II clinical trial. Proc ASCO 2:42, 1983.

68. Sedmak D, Fishleder A, Tubbs R, DelVillano B, Bukowski RM: An immunoperoxidase study of tumor specificity and tissue localization of gastrointestinal-associated carbohydrate determinate 19-9. International Academy Path, 1983.

60

69. Inamasu M, McCracken J, Legha S, Chen T, Stephens R, Bukowski RM: A phase II evaluation of m-AMSA in advanced gastric and pancreatic carcinoma: A SWOG study. Proc ASCO 1:100, 1982.

70. Bukowski RM, Theodors A, Hermann R: Chemotherapy for metastatic carcinoma of the ampulla of vater. 71. Cunningham J, Bukowski RM: Folinic acid and 5FU: Phase I-II study. Clin Pharmacol Ther 33:221, 1983.

71. Mortimer J, Bukowski RM, et al: The addition of methotrexate to Cisplatin chemotherapy in metastatic transitional cell carcinoma of the bladder-negative interaction. Proc ASCO 2:144, 1983.

72. Inamasu M, Oishi N, Wacki D, Bukowski RM, et al: A phase II study of MGBG in pancreatic carcinoma - A SWOG study. Proc ASCO 2:145, 118374. Oishi N, Inamasu M, Wacki D, Bukowski R, et al: VM-26 in advanced renal cell carcinoma - A SWOG study. Proc ASCO 2:146, 1983.

73. Smith G, Bukowski RM, et al: Alternating chemotherapy including VP-16 in poor prognosis germinal cell neoplasms. Proc AACR 24:147, 1983.

74. Bukowski RM, Stephens R, et al: Phase II trial of 5-FU, cyclophosphamide, adriamycin and streptozotocin (FAC-S) in metastatic carcinoid. Proc ASCO 2:130, 1983.

75. Ganapathi R, Valenzuela R, Turinic R, Grabowski D, Bukowski RM: Analysis of heterogeneity in adriamycin levels in human leukemia cells using laser flow cytometry. Clinical Research 31: 407A, 1983. 76. Budd GT, Bukowski RM, et al: Phase I - Trial of ultra-pure human leukocyte interferon in patients with a variety of malignancies. Proc ASCO 2:55, 1983.

77. Andresen JW, Bukowski RM, et al: Phase II study of hepatic artery infusion with 5-FU and radiotherapy in metastatic colorectal carcinoma. Proc ASCO 2:129, 1983.

78. Bukowski RM, Montie J: Hypogastric arterial infusion of CISCA in bladder cancer. Thirteenth International Congress Chemotherapy, August 1983.

79. Cunningham J, Bukowski RM: Folinic acid and 5-FU - Phase I-II trial. Regional Meeting ACP, Ohio Chapter, September 1982.

80. Bukowski RM, Cunningham J, Sheeler L: Combination chemotherapy of parathyroid carcinoma with imidazole carboxamide (DTIC), 5-fluorouracil (5-FU), and cyclophosphamide (CTX). Clinical Research 30:746A, 1982.

61

81. Bukowski RM, Montie J: Alternating combination chemotherapy including VP-16 in poor prognosis germ cell tumors. Thirteenth International Congress Chemotherapy, August 1983.

82. Gulick P, Miller R, Grabowski D, Valenzuela R, Bukowski RM, Ganapathi R: Correlation of daunomycin levels in human leukemic cells with response to chemotherapy. Blood 62:203a, 1983.

83. Gupta M. Bocci L, Arsuaga R, Tubbs R, Bukowski RM, Deodhar S: Measurement of carbohydrate antigen (CA 19-9) in the serum from patients with malignant and non-malignant disease. Proc AACR 24:241, 1983.

84. Khauli RB, Novick AC, Stowe N, Coseriu G, Bukowski RM: Experimental evaluation of renal arterial perfusion with chemotherapeutic agents as adjunctive therapy for renal carcinoma. Urol Assoc, December 1983.

85. Bukowski RM, Montie J: Intra-arterial chemotherapy as an adjuvant to surgery in TCC of the bladder: A phase II trial. Proc AACR 25:182, 1984.

86. Bukowski RM: characteristics of long term survivors receiving chemotherapy for pancreatic adenocarcinoma in SWOG studies. Proc ASCO 3:149, 1984.

87. Smith GW, Bukowski RM, et al: Folinic acid, 5-FU, and Ara-C in metastatic colorectal adenocarcinoma: A phase I-II trial. Proc ASCO 3:42, 1984.

88. Maatman J, Montie J, Bukowski RM, et al: Intra-arterial chemotherapy as an adjuvant to surgery in transitional cell carcinoma of the bladder. Am Urol Assoc, 1985.

89. Miller R, Bukowski RM, et al: Reversal of doxorubicin resistance by the addition of trifluoperazine. Clinical Research 32:766A, 1984.

90. Rogers LR, Bukowski RM, et al: Brain metastasis of systemic cancer is more frequently visualized with MR imaging than with CT. Am Neur Assoc, 1984.

91. Budd GT, Purvis J, Bukowski RM, et al: Alternating noncross resistant chemotherapy regimens for treatment of ER negative and hormone refractory breast cancer. Breast Cancer Research & Treatment 4:342, 1984.

92. Oichi N, Inamasu M, Wachi D, Bukowski RM, et al: VM-26 advanced renal cell carcinoma - A SWOG study. Proc ASCO 3:153, 1984.

62

93. Smith AS, Weinstein MA, Modic MT, Pavlicek W, Rogers LR, Budd GT, Bukowski RM, et al: Magnetic resonance with marked T2-weighted images for increased visualization of brain lesions and differentiation of tumor and edema. AJNR, 1985.

94. Bukowski RM, Montie J: Intra-arterial chemotherapy in locally advanced transitional cell carcinoma of the bladder: Phase II trials. Am Soc Clin Pharm & Therapy, March 1985.

95. Dabich L, Grozea P, Puch R, Bukowski RM, et al: Combination chemotherapy of unfavorable histology non-Hodgkin's lymphoma with CHOP-PVB: A SWOG study. Proc ASCO 4:200, 1985.

96. Budd GT, Bukowski RM, et al: SWOG 8305: A randomized comparison of 2 dose-schedules of 5-FU and folinic acid for the treatment of metastatic colorectal cancer. Proc. ASCO 4:82, 1985.

97. Bukowski RM, Inamasu M, et al: Randomized trials of combination chemotherapy vs. a phase II drug in metastatic adenocarcinoma of the pancreas - A SWOG study. Proc ASCO 4:80, 1985.

98. Bukowski RM, Montie J: Phase II trial of combination chemotherapy in patients with extragonadal germ cell tumors - SWOG study. Proc AACR 26:658, 1985.

99. Gupta M, Arciaga R, Bukowski RM: CA19-9: A sensitive tumor marker for pancreatic cancer. Am Panc Assoc, November 1985.

100. Bukowski RM, Miller R, et al: Phase II trial of adriamycin and TFP in patients resistant to adriamycin. J Am Soc Clin Pharm Therapy, March 1986.

101. Lederman R, Bukowski R, Nickerson P: Carcinoid myopathy. Neurology 35:165, 1985.

102. Shepard KV, Fishleder A, Lucas R, Goormaster PR, Bukowski RM: Prognostic factors on TTP. Blood 66:298a, 1985.

103. Balducci L, Davis M, Crawford D, VonHoff D, Gordon J, Kim T, Bukowski RM, et al: Evaluation of fludarabine phosphate in renal cell carcinoma. Proc ASCO 4:110, 1985.

104. Shepard K, Bukowski RM, et al: Percutaneous hepatic artery infusion with 5-FU and folinic acid followed by FUDR and the infusaid pump for metastatic colon cancer. Proc ASCO 5:270, 1986.

105. Budd GT, Bukowski RM, et al: Alternating non-cross resistant chemotherapy for metastatic hormone independent breast cancer. Proc AACR 27:181, 1986.

106. Bukowski RM, Murthy S, et al: Phase I/II trial of doxorubicin and TFP in patients with clinical doxorubicin resistance. Proc AACR 27:208, 1986.

63

107. Shepard KV, Weick JK, Murthy S, Budd GT, Bukowski RM: High dose cytarabine (Ara-C) and cisplatin (CDDP) for advanced solid tumors: A phase I study. Proc AACR, 28:218, 1987.

108. Shepard KV, Weick JK, Budd GT, Bukowski RM, et al: Phase I/II trial of high dose cisplatin (CDDP) with infusion 5-FU and vinblastine in non-small cell lung carcinoma. Proc ASCO, 6:183, 1987.

109. Gupta MK, Arciaga R, Bukowski R: Measurement of a new monoclonal antibody - defined antigen CA-195 in pancreatic cancer and in benign pancreatic diseases. Proc AACR, 28:286, 1987.

110. Douglass HO, Stablein D, Kalser M, Levin B, Steele G, Barwick K, Bukowski RM: Confirmation of survival benefit as a result of multidisciplinary postoperative surgical adjuvant therapy following resection of pancreatic cancer by the GITSG. Fifth International conference Adj. Therapy Cancer, 1987.

111. Bukowski RM, Montie, JE, et al: Neoadjuvant CVAC with intra-arterial IA) cisplatin in locally advanced transitional cell carcinoma of the bladder: Phase I/II trial. J Urol, 137: 156A, 1987.

112. Bukowski RM, Levin H, Montie JE, et al: Retroperitoneal extragonadal germ cell tumors associated with unrecognized testicular cancer. J Urol, 137-560A, 1987.

113. Lee M, Bukowski RM, Montie JE, et al: Neoadjuvant CVAC with intra-arterial cisplatin or locally advanced transitional cell carcinoma of the bladder: Phase I/II trial. Proc AACR, 28:316, 1987.

114. Barna B, Caulfield M, Tubbs R, Valenzuela R, Murthy S, Bukowski RM: Phase I trial of interferon alpha in combination with a monoclonal anti-GD3 antibody (R24) in patients with malignant melanoma: Preliminary results of immunologic testing. Proc AACR, 28:337, 1987.

115. Murthy S, Bukowski RM, Barna B, et al: Phase I/II trial of interferon alpha in combination with an anti-GD3 monoclonal antibody (R24) in patients with metastatic melanoma: Preliminary results. Proc AACR, 28:387, 1987.

116. Barna B, Murthy S, Bukowski RM, et al: Results of phase IA/IB Trial of rHuIFNa2A in Combination with a Monoclonal Antibody (R24)in Patients with Malignant Melanoma.2nd CONF ON IMMUNITY TO CANCER, Williamsburg, VA 11/87.

64

117. Sharfman W, Shepard K, Ganapathi R, Broughan T, Vogt D, Bukowski R: Phase II Trial of Intraperitoneal CDDP and Sodium Thiosulfate in Advanced Gastric Cancer: preliminary report. 2nd INT CONF ON REGIONAL CHEMOTHERAPY, San Diego, CA, 2/88.

118. Bukowski RM, Montie J, et al: Phase II Trial of Combination Chemotherapy in Patients With Extragonadal Germ Cell Tumors (SWOG 8231). J Urol 139:207A, 1988.

119. Bukowski RM, Osgood B, et al: Phase IA/IB Trial of IL-2 and Interferon-α: results in metastatic renal cell carcinoma. J Urol 139:283A, 1988.

120. Finke J, Tubbs R, Connelly B, Pontes , Bukowski R, Montie J: Tumor Infiltrating Lymphocytes in Patients with Renal Cell Carcinoma: response to IL-2. J Urol 139:283A, 1988.

121. Osgood B, Sergi J, Barna B, Budd GT, Finke J, Medendorp S, Murthy S, Tubbs R, Bukowski RM: Phase IA/IB Trial of IL2 and Interferon-α. PROC ASCO 7:160, 1988.

122. Gupta MK, Arcioga R, Bukowski R, Gour PK: Ca 195 and CA19-9 in Serum from Patients with Pancreatic Cancer and Benign Pancreatic diseases. PROC AACR 29:173, 1988.

123. Sharfman W, Shepard K, Ganapathi R, Broughan T, Vogt D, Bukowski RM: Phase II Trial of Intraperitoneal Cisplatin (CDDP) and Sodium Thiosulfate in Advanced Gastric Cancer: preliminary results. PROC AACR 29:201, 1988.

124. Finke J, Krung S, Edinger M, Lewis I, Stanley J, Tubbs R, Connelly B, Pontes E, Montie J, Bukowski R: Tumor Infiltrating Lymphocytes (TIL): influence of IL2 and anti-CD3 antibody on the growth, phenotype and lytic activity. PROC AACR 29:378, 1988.

125. Bukowski RM, Montie J, Crawford D: Phase II trial Alternating combination chemotherapy in patients with extragonadal germ cell tumors. PROC ASCO 7:133, 1988.

126. Budd GT, Bukowski RM, et al: Phase I trial of dipyridamole, 5FU and leucovorin in human malignancy. ASCPT, 3:89 Meeting.

127. Murthy S, Finke J, Tubbs R, Sharfman W, Alexander J, Raymond R, Sergi J, Bukowski R: Tumor Infiltrating Lymphocytes and Continuous Infusion Recombinant IL-2 in Renal Cell Carcinoma. SBT, 11/88 Meeting.

128. Sharfman W, Barna B, Murthy S, Sergi J, Gibson V, Mendendorp S, Bukowski R: Phase I clinical trial of natural human interferon beta. SGBT, 11/88 Meeting.

129. Thomassen MJ, Barna B, Wiedemann H, Bukowski R, Sergi J, Akmad M: Induction of in vitro tumoricidal activity in alveolar macrophages from patients with renal cell carcinoma metastatic to the lung. FASED, 1988.

65

130. Thomassen MJ, Bukowski RM, et al: Induction of TNF-alpha and IL-1beta by granulocyte-macrophage colony stimulating factor treatment in patients with lung cancer. J CELL BIOCHEM 14B: 39, 1990.

131. Rayman P, Finke JH, Alexander J. Edinger M, Tubbs R, Pontes E, Murthy S, Bukowski R: Characterization of the cytolytic effects of TIL in human renal cell carcinoma. J CELL BIOCHEM 14B: 91, 1990.

132. Alexander J, Connelly R, Edinger M, Tubbs R, Boyett J, Pontes E, Bukowski RM, Finke JH: Tumor infiltrating lymphocytes (TIL) from renal cell carcinoma and their state of activation: phenotypic and functional analysis. J CELL BIOCHEM 14B: 104, 1990.

133. Budd GT, Bukowski RM, et al: Phase I trial of dipyridamole (DPM) 5-FU and leucovorin (LV) in malignancy. CLIN PHAM THERAPY, 45:136, 1989.

134. Alexander J, Finke J, Rayman P, Tubbs R, Edinger M, Pontes E, Bukowski R: The influence of autologous tumor on tumor infiltrating lymphocytes (TIL) the renal cell carcinoma (RCC) on functional activity and phenotype. Proc AACR 30:362, 1989.

135. Sharfman W, Barna B, Murthy S, Budd GT, Andresen S, Sergi J, Gibson V, Mendendorp S, Bukowski RM: Phase I clinical trial of natural human interferon beta (nhIFNB). Proc AACR 30:238, 1989.

136. Rayman P, Finke JH, Alexander J, Tubbs R, Edinger M, Pontes E, Connelly R, Bukowski R: Isolation and functional analysis of CD4+ and CD8+ subsets derived from human renal cell carcinoma (RCC). Proc AACR 30:374, 1989.

137. Slinpter T, Scher H, Denis L, Bukowski R, et al: The prognostic value of the pT-stage of the primary tumor after chemotherapy for patients with invasive bladder cancer. Proc AACR 30:259, 1989.

138. Sharfman W, Finke J, Tubbs R, Alexander J, Rayman P, Sergi J, Medendorp S. Pontes E, Bukowski RM: Tumor infiltrating lymphocytes and continuous infusion recombinant interleukin-2 in renal cell carcinoma. Proc ASCO 8:142, 1989.

139. Bukowski RM, Murthy S, et al: Phase IA/IB trials of rIL-2 and rHuIFN$\alpha$2a: results in metastatic renal cell carcinoma. J UROL 141:290A, 1989.

140. Montie J, Pontes JE, Bukowski RM: Conservative surgery following neoadjuvant chemotherapy for invasive bladder cancer. J UROL 141:244A, 1989.

66

141. Murthy S, Bukowski RM, et al: Postoperative adjuvant chemotherapy in locally advanced bladder cancer: preliminary results with M-VAC. J UROL 141:383A, 1989.

142. Bukowski RM, Finke J, Tubbs R, et al: Tumor infiltrating lymphocytes and continuous infusion interleukin-2 in renal cell carcinoma: preliminary report. J UROL 141:472A, 1989.

143. Bukowski RM, Goodman P, et al: Phase II evaluation of recombinant interleukin-2 in metastatic renal cell carcinoma: SWOG 8617. Proc ASCO, 8: 143, 1989.

144. Budd GT, Bukowski RM, et al: Phase I trial of dipyridamole with 5-FU and leucovorin. Proc ASCO 8:67, 1989.

145. Barna B, Thomassen M, Sergi J, Valenzuela R, Bukowski R: Phase II trial of recombinant interferon gamma in metastatic renal cell carcinoma: modulation of immunologic parameters. Proc AACR 30:387, 1989.

146. McKeever S, Finke J, Murthy S, Tubbs R, Gibson V, Barna B, Sergi J, Fishleder A, Boyett J, Bukowski RM: Phase Ia/Ib trial of high dose cI rIL-2 and rhuIFN$\alpha$2a: preliminary clinical and laboratory results. AACR 30:238, 1989.

147. Budd GT, Sergi J, Barna B, Finke J, Medendorp S, Murthy S, Tubbs R, Novak C, Bukowski RM: Phase I trial of rIL-2 and IFN-$\alpha$ in human malignancy. Proc AACR 30:362, 1989.

148. Fishleder A, Finke J, Tubbs R, Bukowski R: T-cell receptor gene arrangement in cultured TIL: evidence of oligoclonal expansion. Proc AACR 30:366, 1989.

149. Tubbs R, Budd GT, Finke J, Sergi JS, Murthy S, and Bukowski RM. (1990). Cellular infiltrates in tumor specimens from patients treated with cytokines and adoptive cellular therapy. Proc AACR, 31:175, 1990.

150. Murthy S, Finke J, Tubbs R, Budd GT, Sergi J, Alexander J, Gibson V, Bauer L, Pontes E, Bukowski RM. Phase Ib trial of tumor infiltrating lymphocytes and interleukin-2 in metastatic renal cell carcinoma: Immunomodulatory effects. Proc AACR, 31:267, 1990.

151. Thomassen MJ, Ahmad M, Barna B, Wiedemann H, Meeker D, Antal J, Klein J, Gibson V, Bukowski RM. Granulocyte-macrophage colony stimulating factor therapy: Effects on monocytes and alveolar macrophages. Proc AACA, 31:244, 1990.

152. Hart L, Alexander J, Rayman, P, Finke J, Tubbs R, Pontes E, Murthy S, Bukowski R. The influence of interleukin-4 on tumor infiltrating lymphocytes from renal cell carcinoma. Proc AUA 143:309A, 1990.

67

153. Alexander J, Connelly R, Edinger M, Tubbs R, Boyett J, Pontes E, Murthy S, Bukowski R, Finke J. Tumor infiltrating lymphocytes from renal cell carcinoma: State of activation, phenotypes, and functional analysis. Proc AACR 31:254, 1990.

154. Hart L, Alexander J, Rayman P, Finke J, Tubbs R, Bukowski R. The influence of interleukin-4 on tumor infiltrating lymphocytes from renal cell carcinoma. Proc AACR, 31:1411, 1990.

155. Tubbs RR, Boyett J, Pontes E, Bukowski R, Finke J. Tumor infiltrating lymphocytes (TIL) from renal cell carcinomas (RCC) and their state of activation: Phenotypic and functional analysis. J. Cellular Biochemistry, Suppl 14B, CE 500:104, 1990.

156. Bukowski RM, Sergi JS, Budd GT, Murthy S, Tubbs R, Gibson V, Herzog P, Stanley J, Finke J. Phase I trial of continuous infusion interleukin-2 and adriamycin in patients with refractory malignancy. Proc AACR 31:204, 1990.

157. Budd GT, Sergi JS, Finke J, Tubbs R, Murthy S, Gibson V. Medendorp S, Bauer L, Barna B, Boyett J, and Bukowski RM. Combination interleukin-2 and alpha-interferon therapy of metastatic renal cell carcinoma and malignant melanoma. Proc AACR 31:271, 1990.

158. Avashia J, Andresen S, Thomassen MJ, Barna B, Bauer L, Yalavarthi P, Murthy S, Budd GT, Gibson V, Herzog P, Bukowski RM: Recombinant granulocyte macrophage colony stimulating factor (rh GM-CSF) in patients with metastatic lung cancer: clinical and immunologic effects. Proc ASCO 9:251, 1990. (Abstract)

159. Yalavarthi P, Murthy S, Budd GT, Andresen S, Koletsky A, Avashia J, Gibson V, Sergi J, Bukowski RM: Phase I/II trial of 5FU, Leucovorin (LV) and rHuIFNα2a in metastatic colorectal cancer: possible decrease in myelosuppression. Proc ASCO 9:125, 1990. (abstract)

160. Bukowski RM, Montie J, Crawford D, Wolf M: Cisplatin (CDDP) and mitotane in metastatic adrenal carcinoma: a Southwest Oncology Group Study. Proc ASCO 9:136, 1990.

161. Inoshita G, Yalavarthi P, Murthy S, Budd GT, Andresen S, Netaji B, Gibson V, Sergi J, Bukowski R. Phase I trial of 5FU, leucovorin (LV), and rHuIFNα2a in metastatic colorectal cancer. Proc ASCO 10:152, 1991.

162. Budd GT, Thomassen MJ, Murthy SV, Tubbs R, Gibson V, Sergi J, Bauer L, Groves E, Bukowski RM. Phase I trial of recombinant monocyte/macrophase - colony stimulating factor in patients with refractory malignancy. Proc AACR 32:172, 1991.

68

163. Netaji B, Murthy S, Budd, GT, Finke J, Herzog P, Stanley J, Sergi J, Tubbs R, Bauer L, Bukowski RM. Phase IA/IB trial of Interleukin-2 and Interleukin-4 in refractory malignancy: Toxicity and immunologic changes. Proc AACR 32:193, 1991.

164. Bukowski RM, Murthy S, et al. Trial of tumor infiltrating lymphocytes expanded in vitro with Interleukin-4 and Interleukin-2 plus autologous tumor restimulation in patients with renal cancer. Proc AACR 34:248, 1991.

165. Thomassen MJ, Ahmad M, Antal J, Longstreet, Budd G, Murthy S, Wiedemann H, Meeker D, Gibson V, Bukowski R. Macrophage colony stimulating factor therapy. Effects on monocytes. Proc AACR 34:268, 1991.

166. Finke J, Stanley J, Rayman P, Alexander J, Edinger M, Tubbs R, Sergi J, Bukowski R: Interleukin-2 and Interleukin-4: Effects on growth and cytokine production of CD4 + CD8 + TIL lines from renal carcinoma. Proc AACR, 34:273, 1991.

167. Budd GT, Murthy SV, Finke J, Tubbs RR, Alexander J, Sergi J, Bukowski R. IL-2 based combination therapy of malignant disease. First International Symposium on Combination Therapies, March 1991.

168. Thomassen MJ, Ahmad M, Antal J, Longstreet M, Meeker D, Weidermann H, Bukowski R. Induction of tumoricidal activity in human monocytes and alveolar macrophages by recombinant Interleukin-3. FASEB, 1991.

169. Kadambi A, Sheeler L, Bukowski R, Schumacher OP. Mitotane (o,p DDD) as adjuvant therapy in non-metastatic adrenocortical carcinoma. Endocrine Society, 1991.

170. Rayman P, Finke JH, Alexander J, Edinger M, Tubbs RR, Connelly R, Pontes E, Murthy S, Bukowski R. Characterization of the cytolytic effector TIL in human renal cell carcinoma. J CELLULAR BIOCHEMISTRY, Suppl 14B CE 321:91, 1990.

171. Alexander J, Eddinger M, Connelly R, Tubbs, R, Pontes E, Bukowski R, Finke J. Isolation of activated CD8+ cells from PBL and tumor infiltrating lymphocytes (TIL) from renal cell carcinoma (RCC) and their characterization. PROC.ASBMB/AAI, A2021:1895, 1990.

172. Gupta MK, Posch A, Budd T, Bukowski RM. Inhibition of synergistic growth induced by IGF-II and estradiol in human breast cancer cells (MCF-7) by N-(4-hydroxy phenyl) retinamide: comparison with tamoxifen. Endocrine Society, 1992.

173. Thomassen MJ, Antal J, Budd GT, Ahmad M, Wiedemann H, Meeker D, Gibson V, Finke J, Tubbs R, Bukowski RM. Recombinant macrophage colony stimulating factor (M-CSF) therapy:

69

effects on cytokine gene expression and production in monocytes and alveolar macrophage. BLOOD 78:26a, 1991.

174. Olencki T, Netaji B, Budd GT, Finke J, Murthy S, Herzog P, Tubbs R, Thomassen MJ, Bauer L, Sergi J, Bukowski RM. Phase I trial of rIL-2 and rhuIL-4 in patients with refractory malignancy: Hematologic and immunologic effects. BLOOD 78:439a, 1991.

175. Budd GT, Thomassen MJ, Gibson V, Bauer L, Murthy SV, Tubbs R, Sergi J, Bukowski RM. Phase I trial of subcutaneous (SQ) recombinant monocyte/macrophage-colony stimulating factor (rM-CSF) in patients with refractory malignancies. BLOOD 78:8a, 1991.

176. Adelstein DJ, Rice TW, Boyce GA, Sivak MA, Van Kirk M, Kirby TJ, van Stolk R, Bukowski RM. Adenocarcinoma of the esophagus and gastroesophageal junction (GEJ): Clinical and pathologic assessment of response to induction chemotherapy. Proc ASCO, 11:163, 1992.

177. Bukowski RM, Peterson RF, et al. Phase II trial of 5-FU and chlorozotocin (CTZ) in patients with metastatic islet cell carcinoma: a Southwest Oncology Group Study. Proc ASCO, 11:168, 1992.

178. Budd GT, Murthy S, Klein E, Gibson V, Kulp B, Sergi J, Bukowski RM. Time-modified infusion of floxuridine in metastatic renal cell carcinoma (mRCC). Proc AACR, 33:220, 1992.

179. Olencki T, Netaji B, Budd GT, Stanley J, Finke J, Murthy S, Herzog P, Tubbs R, Thomassen MJ, Bauer L, Sergi J, Bukowski RM. Phase I trial of rK-2 and rhuIL-54 in patients with refractory malignancy: hematologic and immunologic effects. Proc. AACR, 33:245, 1992.

180. Murthy S, Bukowski RM, Young J, et al: Phase II multicenter trials of PEG IL-2 in patients with metastatic renal cell carcinoma (MROC). Proc AACR, 33:245, 1992.

181. Gupta MK, Posch A, Budd T, Bukowski RM. Inhibition of IGF-I and IGF-II induced growth of human breast cancer cells (MCF-7) by N-(4-hydroyphenyl) retinamide. Proc AACR, 33:275, 1992.

182. Bukowski RM, Rayman P, Gibson V, et al. Treatment of human metastatic renal cell carcinoma with IL-2/IL-4 grown tumor infiltrating lymphocytes (TIL) and rIL-2. Proc AACR, 33:325, 1992.

183. Liming W, Bukowski R, Church J, et al. Mutation in nm23, a putative metastasis suppressor gene in human colorectal cancer. Proc AACR, 33:384, 1992.

184. Demetri GD, Samuels B, Gordon M, Merica EA, Mazanet R, Antman KH, Hoffman R, Young DC, Samuel S, Bukowski R. Recombinant human interleukin-6 (IL-6) increases circulating

70

platelet counts and C-reactive protein in vivo: initial results of a phase I trial in sarcoma patients with normal hematopoiesis. BLOOD 80:88a, 1992.

185. Olencki T, Budd GT, Murthy S, Finke J, Herzog P, Tubbs R, Bauer L, Edinger M, Levitt D, Bukowski RM. Phase IA/IB trial of rhIL-6 in patients with refractory malignancy: hematologic and immunologic effects. BLOOD 80:89a, 1992.

186. Bhatia A, Olencki T, Murthy S, Budd GT, Finke J, Sicca D, Thomassen MJ, Sandstrom K, Tubbs R, Bauer L, Edinger M, Young D, Resta D, Bukowski RM. Phase IA/IB trial of rhIL-3 in patients with refractory malignancies: hematologic and immunologic effects. BLOOD 80:410, 1992.

187. Bukowski RM, Murthy S, Olencki T, et al. Phase II trial of 5FU, leucovorin (LV) and rHu/IFNα2a in metastatic colorectal cancer. Fourth Int. Congress on Anticancer Chemotherapy, Feb., 1993.

188. Bukowski RM, Issacs R, Gordon M, et al. Hematologic effects of recombinant human interleukin-6 (rIL-6) in patients with sarcomas: phase I trial. Fourth Int. Congress on Anticancer Chemotherapy, Feb., 1993.

189. Finke J, Kudoh S, Alexander J, Rayman P, Edinger M, Tubbs R, Hidalgo O, Klein E, Hamilton T, Bukowski RM. T cells infiltrating renal cell carcinoma and non-Hodgkins B cell lymphomas are selectively unresponsive to IL-2 and/or anti-CD3. UCLA Keystone Symposium, Mar., 1993.

190. Samuels B, Bukowski R, Gordon M, et al. Phase I study of rhIL-6 with chemotherapy (CT) in advanced sarcoma. Proc ASCO, 12:291 1993.

191. Murthy S, McLain D, Budd GT, Olencki T, Bukowski RM. Response characteristics in patients receiving rIL-2 based therapy: the Cleveland Clinic experience. Proc ASCO, 12:292, 1993.

192. Olencki T, Budd GT, Murthy S, Finke J, Herzog P, McLain D, Tubbs R, Tuason L, Edinger M, Levitt D, Bukowski RM. Immunoregulatory and hematopoietic effects of rhIL-6 in cancer patients. Proc ASCO, 12:292, 1993.

193. Bhatia A, Peterson RF, Tangen C, Fleming T, MacDonald J, Bukowski RM. Phase II trial of DTIC in patients with metastatic carcinoid tumors: a Southwest Oncology Group Study. Proc. ASCO, 12:222, 1993.

194. Kudoh S, Edinger M, Stanley J, Hamilton T, Alexander J, Tubbs R, Klein E, Bukowski R, Finke J. T cells infiltrating human renal cell carcinoma display a restricted unresponsiveness. Proc AACR, 34:487, 1993.

71

195. Bukowski RM, McLain D, Sergi J, Olencki T, Budd GT, Lorenzi V, Murthy S. Phase II Trial of GM-CSF in metastatic renal cell carcinoma (RCC). Proc AACR, 43:212, 1993.

196. Bukowski RM, Gibson JA, Bauer RJ, et al. Pharmacokinetics of subcutaneously administered rM-CSF in cancer patients. Proc AACR, 34:468, 1993.

197. Bhatia A, Olencki T, Finke J, Thomassen MJ, McLain D, Sandstrom K, Tuason L, Levitt D, Young D, Bukowski RM. Phase IA/IB trial of rhIL-3 in patients with refractory malignancies: an immunomodulatory cytokine. Proc AACR, 34:212, 1993.

198. Demetri G, Bukowski RM, et al: Stimulation of thrombopoiesis by IL-6 pre-and post-chemotherapy in previously untreated sarcoma patients with normal hematopoiesis. Blood, 82:367a, 1993.

199. Olencki T, Budd GT, Murthy S, Finke J, HERZOG P, McLain D, Tubbs R, Tuason L, Edinger M, Levitt D, Bukowski RM: Cytokine gene expression and secretion: Effects of rhIL-6 in cancer patients. Blood, 82:519a, 1993.

200. Panuto J, Rayman P, Tubbs R, Bukowski R, Finke J: Production of IFNγ by tumor infiltrating lymphocytes: effects of interleukin-12. Blood, 82:519a, 1993.

201. Stewart DJ, Goss G, Fields SZ, O'Dwyer P, Kosty M, Levitan N, Bukowski RM, Gandera J, Schacter L, Igwemezie L,: Preliminary experience with Etoposide phosphate in nonsmall cell lung cancer and other cancers. 7th World Conference on Lung Cancer, Colorado Springs, CO., 6/94.

202. Bukowski RM, Glaspy J, et al: Phase IV clinical evaluation of recombinant human erythropoietin (rHu EPO) in anemic cancer patients receiving chemotherapy. Proc. ASCO, 13: 460, 1994.

203. Rice TW, Tubbs R, Hoeltge G, Bukowski RM, et al: Tumor expression of blood group antigen A in nonsmall cell lung cancer. Soc Thoracic surgeons, 1993.

204. Olencki T, Budd GT, Murthy S, Finke J, Herzog P, McLain D, Tubbs R, Tuason L, Edinger M, Levitt D, Bukowski RM: Phase IA/IB trial of rhIL-6 in patients with refractory malignancies: an immumomodulatory cytokine. Soc Biologic Therapy, Nov., 1993.

205. Demetri G, Bukowski RM, et al: A phase I trial of rhIL-6 pre-and post-chemotherapy in previously untreated sarcoma patients with normal hematopoiesis. 18th International Congress Chemotherapy, July, 1993.

206. Olencki T, Finke J, Lorenzi V, Rayman P, Budd GT, Murthy S, Klein E, Tubbs R, McLain D, Bukowski RM: Adoptive immunotherapy for renal cell carcinoma - tumor infiltrating

72

lymphocytes cultured in vitro with rIL-2, rhIL-4 and autologous tumor: a phase II trial. Proc. ASCO, 13: 224, 1994.

207. Finke J, Wang A, Stanley J, Tubbs R, Klein E, Olencki T, Bukowski RM: In vivo studies of T-cells infiltrating human renal cell carcinoma: Altered expression of signaling elements in patients receiving cytokine therapy. Proc. ASCO, 13:123, 1994.

208. Budd GT, Bukowski RM, eta al: Randomized trial of carboplatin (CBDCA) vs CBDCA + Amifostine in advanced malignancy. Proc. ASCO, 13:442, 1994.

209. Peereboom D, Klein E, Tuason L, Bukowski R: Long term follow up of patients receiving neoadjuvant chemotherapy for invasive bladder cancer. AUA, 1994.

210. Ganapathi R, Grabowski D, Weizer K, Ford J, Rice T, Bukowski R: Mechanisms involved in the selective enhancement of Vinca-alkaloid cytotoxicity by the antieleptic phenytoin. Keystone Conference Molecular Basis of Cancer therapy, March, 1994.

211. Ganapathi R, Grabowski D, Weizer K, Ford J, Rice T, Bukowski R: Factors governing the selective enhancement of Vinca-alkaloid cytotoxicity by phenytoin. Proc AACR, 35:341, 1994.

212. Olencki T, Rayman R, Finke J, Tuason L, Greene T, Meyers L, Levitt D, Bukowski RM: Antitumor effects of IL-6 alone and in combination with IL-2 and/or cyclophosphamide in the weakly immunogenic murine RENCA tumor. Poc. AACR, 35:525, 1994.

213. Kudok S, Stanley J, Edinger M, Tubbs R, Klein E, Bukowski RM, Finke J: Granzyme B gene expression in T-lymphocytes infiltrating renal cell carcinoma. Proc AACR, 35:477, 1994.

214. Budd GT, Gupta M, Ganapathi R, Adamson P, Karnik P, Sandstrom K, McLain D, Bukowski RM: Phase I trial of trans-retinoic acid and tamoxifen in advanced breast cancer. Proc. AACR, 35:229, 1994.

215. Finke J, Stanley J, Zea A, Long D, Mizoguchi H, Tubbs R, Wiltrout R, O'Shea J, Kukoh S, Klein E, Ochoa A, Klein J, Fiocchi C, Bukowski RM: Loss of TCR$\zeta$, p56$^{lck}$ and p59$^{Fyn}$ in T-cells infiltrating human renal cell carcinoma Proc. AACR, 35:477, 1994.

216. Wang A, Stanley J, Edinger M, Tubbs R, Klein E, Bukowski R, Finke JH: T-cells in lymphoma patients have defects in proliferation and cytokine production and display an abnormality in TCR/CD3 signaling. Proc. AACR, 35:477, 1994.

73

217. Li X, Park JK, Hamilton T, Rayman P, Klein E, Bukowski R, Tubbs R, Edinger M, Finke J: T cells from renal cell carcinoma patients exhibit an abnormal pattern of kB specific DNA binding activity. Proc AACR, 35:477, 1994.

218. Bukowski RM, Olencki T, et al: Modulation of T-lymphocytes by rIL-3 in vivo: results of a phase I trial in patients with malignancy. Proc AACR, 35:525, 1994.

219. Bukowski RM, Olencki T, et al: Phase I trials of rhuIL-4 in patients with malignancy: results with subcutaneous and continuous infusion schedules. 8th NCI-EORTC Symposium, 1994.

220. Peereboom D, Ganapathi R, McLain D, Olencki TE, Herzog P, Bukowski RM: Combination treatment with phenytoin as a novel clinical strategy in tumor cell resistance of vinblastine. 8th NCI-EORTC Symposium, 1994.

221. Budd GT, Murthy S, Bukowski RM, et al: Randomized phase II trial of carboplatin vs carboplatin + amifostine in advanced malignancy. 8th NCI-EORTC Symposium, 1994.

222. Budd GT, Gupta M, Ganapathi R Adamson P, Karnik P, Sandstrom K, McLain D, Bukowski RM: Phase I trial of all trans-retinoic acid with tamoxifen in advanced breast cancer. 8th NCI-EORTC Symposium, 1994.

223. Goes G, Stewart DJ, O'Dwyer P, Fields SZ, Kosty M, Levitan N, Bukowski R, Gandora D, Schacter L, Igwemezie L, Morgenthein L: Comparative pharmacology of Etoposide phosphate vs. Etoposide, Pro ASCO, 13:131, 1994.

224. Bukowski R, Glaspy J, Steinberg D, et al: Phase IV evaluation of clinical outcomes of procrit in anemic cancer patients receiving chemotherapy. Blood, 84:129a, 1994.

225. Wang Q, Stanley J, Kudok S, Myles J, Tubbs R, Bukowski RM, Finke J. T cells infiltrating non-Hodgkin's B cell lymphomas show altered tyrosine phosphorylation pattern even though T CR/CD3- associated kinases are present. Blood, 84:285a, 1994.

226. Bukowski RM, Olencki T, McLain D, et al: Pharmacokinetics and pharmacodynamics of IL-3 following SQ administration to patients with refractory malignancies. Blood, 84:580a, 1994.

227. Wos E, Olencki T, Budd GT, Peereboom D, Finke J, Wood L, McLain D, Tubbs R, Redovan C, Ediner M, Levitt D, Bukowski RM: Hematologic effects of rhuGM-CSF and rhIL-6 administered to patients with malignancy. Blood, 84:598a, 1994.

228. Redovan C, Bukowski R, Tubbs R, Olencki T, Novick A, Finke J: IL-12 in human renal cell carcinoma: evidence of TH1 type response. J Urol, 153:387A, 1995.

74

229. Peereboom DM, Ganapathi R, Aaron R, McLain DA, Budd GT, Olencki TE, Bukowski RM. Modulation of resistance to Vinca alkaloids:  A phase I trial of vinblastine with phenytoin.  Proc AACR, 36:246, 1995.

230. Kawamura K, Grabowski D, Weizer K, Ford J, Bukowski R, Ganapathi R:  Protein phosphatase inhibitor akadaic acid selectively affects the cytotoxicity of Vinca-alkaloids in wild-type and multi-drug resistant cells.  Proc AACR, 36:435, 1995.

231. Wang Q, Redovan C, Tubbs R, Novick A, Kudoh S, Finke J, Bukowski RM:  Il-10 gene expression and production by human renal cell carcinoma:  possible origin from tumor infiltrating mononuclear cells.  Proc AACR, 36:466, 1995.

232. Redovan C, Bukowski R, Tubbs R, Olencki T, Novick A, Hamilton T, Finke J:  Cytokine gene expression induced by IL-12 in human renal cell carcinoma explants.  Proc AACR, 36:466, 1995.

233. Ganapathi M, Weizer K. Borsellino S, Bukowski R, Casey G, Plummer S:  Differential regulation of human nonsmall cell lung carcinoma cell lines by IL-6.  Proc AACR, 36:467, 1995.

234. Tannenbaum C, Wicker N, Tubbs R, Olencki T, Finke J. Bukowski R, Hamilton TA:  Patterns of chemokine expression and leukocyte infiltration in murine models of cytokine immunotherapy.  Proc AACR, 36:495, 1995.

235. Tubbs R, Kudoh S, Finke J, Bukowski R:  Defective NFkβ and AP1 induction in T-TIL from B cell non-Hodgkin's lymphomas.  Mod Path, 8:122a, 1995.

236. Bukowski RM, Olencki T, McLain D, Wang Q, Novick A, et al:  Alterations of signaling elements in peripheral blood T-cells (PBL-T) from patients with metastatic renal cell cancer:  reversal with cytokine therapy.  Proc ASCO, 14:332, 1995.

237. Budd GT, Pelley R, Samuels B, Gockerman J, Margolin K, Zalupski M, Manfreda S, George M, Bukowski R:  Phase II randomized trial of simultaneous rhIL-6 and G-CSF following MAID chemotherapy in patients with sarcomas:  preliminary results.  Proc ASCO, 14:256, 1995.

238. Kawamura K, Grabowski D, Weizer K, Ford J, Peereboom D, Aaron R, McLain D, Olencki T, Bukowski R:  Strategies for selective modulation of Vinca-alkaloid cytotoxicity by the anti-epileptic phenytoin: experimental and clinical experience.  1st Int Conf on Reversal of Multidrug Resistance in Cancer, Sept., 1994.

75

239. Budd GT, Corlon J, Bukowski RM, Ganapathi R, Egorin M, Murthy S, et al: Randomized comparison of carboplatin (CBDCA) alone vs CBDCA + amifostine in advanced malignancy. ESMO, 1994.

240. Budd GT, Adamson P, Gupta M, Ganapathi R, Sandstrom K, Peereboom D, McLain D, Bukowski RM: Phase I and pharmacokinetic trial of trans-retinoic acid and tamoxifen in advanced breast cancer. Proc ASCO, 14:111, 1995.

241. Wos E, Olencki T, Budd GT, Peereboom D, Finke J, Wood L, McLain D, Tubbs R, Redovan C, Bukowski RM. Phase IA/IB trial of rHuGM-CSF and rhIL-6 in patients with renal cell carcinoma: clinical and hematologic effects. Proc ASCO, 14:260, 1995.

242. Hussein MA, Smith HJ, Tubbs R, Sandstrom K, Bukowski RM: In vivo effect of GM-CSF on myeloma cell cycling. Proc. ASCO 14:427, 1995.

243. Kolenko VM, Tubbs R, Novick A, Bukowski RM, Finke JH: Impaired IL-2R signaling in tumor infiltrating lymphocytes. Blood 86:157a, 1995.

244. Ganapathi R, Krivacic K, Grabowski D, Bukowski R: Differential expression and phosphorylation of topoisomerase II isoforms $\alpha$ (170 $\kappa$Da) and $\beta$ (180 $\kappa$Da) during retinoic acid induced differentiation of human leukemia HL-60 cells. Blood 86:664a, 1995.

245. Connelly EF, Bukowski RM, Hussein MA: Erythropoietin therapy in patients with myelodysplastic syndrome: Response correlates with low erythropoietin levels. Blood, 86:793a, 1995.

246. Smith H, Hussein MA, Sandstrom K, Hays A, Bukowski RM: Diverse biologic activities of GM-CSF in multiple myeloma. Blood, 86:843a, 1995.

247. Peereboom D, Barnett D, Bukowski R, et al: Phase II trial of a-amino (205) camptothecin in patients with glioblastoma multiform. Am Acad Neurology, March, 1996.

248. Tannenbaum CS, Wicker N, Armstrong D, Tubbs R, Finke J, Bukowski RM< Hamilton TA: Systemic treatment with IL-12 includes specific cellular and molecular changes in murine tumors. J Interferon & Cytokine Res, 15:517a, 1995.

249. Bukowski RM, Redovan C, Don W, et al: Modulation of signal transduction abnormalities in T-lymphocytes from patients with metastatic renal cell carcinoma during cytokine therapy. Proc AACR 37:456, 1996.

76

250. Bukowski RM, Rayman P, Don W, Olencki T, Peereboom D, Budd GT, Sandstrom K, McLain D, Tubbs R, Griffin T, Tinetti A, Finke J: Interleukin-12 (IL-12) modulates cytokine gene expression in human renal cell carcinoma (RCC): In vitro and in vivo studies. Proc AACR 37:485, 1996.

251. Ganapathi R, van Tellingen O, Grabowski D, Olencki T, Budd GT, Wood L, McLain DA, and Bukowski RM: Phase I trial of vinblastine + phenytoin: pharmacokinetic analysis. Proc AACR 37:182, 1996.

252. Kolenko V, O'Shea J, Ritz J, Tubbs R, Novick A, Bukowski R, and Finke J: Tumor induced suppression of signaling events likened to T cell proliferation. Proc AACR 37:446, 1996.

253. Aoyama M, MacIsaac D, Kawamura K, Bukowski R, Ganapathi MK: Cleveland Clinic Foundation, Antitumor effects of Taxol are potentiated by IL-6 human myeloma U266 cells. Proc AACR, 37:485, 1996.

254. Pelley RJ, Ganapathi R, Wood L, Budd GT, McLain D, Elson P, Grabowski D, MacIsaac D, Bukowski RM: Pharmacologic study of pyrazoloacridine in metastatic colorectal carcinoma patients. Proc AACR 37:182, 1996.

255. Hussein MA, Finke J, Tubbs R, Snyder J, Rayman P, Bukowski RM. Signal transduction abnormalities in T-lymphocytes in multiple myeloma patients. Proc ASCO 15:446, 1996.

256. Peereboom D, Klein E, Olencki T, Connell C, Aaron R, Pratt S, Bukowski R: Phase I trial of paclitaxel and estramustine in hormone refractory prostate cancer. Proc ASCO 15:263, 1996.

257. Olencki T, Bukowski RM, Budd GT, Peereboom D, McLain D, Sandstrom K, Finke J, Elson P: Phase I/II trial of simultaneously administered rIL-2/rHuIFNα2a and 5 FU in patients with metastatic renal cell carcinoma. Proc ASCO 15:263, 1996.

258. Budd GT, Bukowski RM, Adelstein D, Pelley D, Olencki T, Petrus J, McLain D, Conlon J, Kurman M, Capizzi R, Ganapathi R: Mature results of a randomized trial of carboplatin 8) and amifostine vs C alone in patients with advanced malignancies. Proc ASCO 15:532, 1996.

259. Pelley R, Ganapathi R, Wood L, Budd FT, McLain D, Elson P, Grabowski D, MacIsaac D, Bukowski RM: Phase II trial of pyrazoloacridine in metastatic colorectal carcinoma patients. Proc ASCO 15:220, 1996.

260. Bukowski RM, Rayman P, Olencki T, Peereboom D, Andresen S, Budd, GT, Sandstrom K, McLain D, Dow W, Tinetti A, Griffin T, Finke J: Interleukin-12 administration to patients with renal cell carcinoma: effects on cytokine gene expression in peripheral blood, skin and tumor. Proc ASCO 15:354, 1996.

77

261. Ulchaker, J, Panuto J, Kolenko V. Rayman P, Novick A. Elson P. Tubbs R, Bukowski R, Finke J: Effects of interleukin-12 on interferon gamma production by peripheral blood and tumor infiltrating T-lymphocytes from renal cell carcinoma patients: evidence of impaired secretion. J Urol 155:261A, 1996.

262. Hafez K, Stowe N, Inman S, Finke J, Bukowski R, Novick A. Acute effects of intra-renal infusion of tumor necrosis factor alpha in the rat kidney. J Urol, 155:126A, 1996.

263. Kim H, Rayman P, Stanley J. Tubbs R, Novick A, Bukowski R. Finke J: Tumor induced suppression of NFκB activation in T cells derived from patients with renal cell carcinoma: the role of prostaglandin $E_2$. J Urol, 155:238A, 1996.

264. Bukowski RM, Olencki T, McLain D, Wang Q, Tuason L, Redovan C, Klein E, Novick A. Finke J: Abnormalities of signaling elements in peripheral blood T-cells from patients with metastatic renal cell cancer: effects of therapy with IL-2 and INFα. J Urol, 155:168A, 1996.

265. Peereboom D, Klein E, Pratt S, Bukowski RM: Phase II trial of paclitaxel and cisplatin in patients with advanced urothelial malignancies. J Urol, 155A:454A, 1996.

266. Tannenbaum C, Tubbs, R, Finke J, Bukowski RM, Hamilton T: Efficacy of anti-renca tumor therapy by IL-12 IFNα, IL-2 and combinations thereof correlates with induced levels of perforin within the tumor bed. Phagocyte, Oct., 1996.

267. Finke J, Rayman P, Kim H, Wang Q, McLain D, Sandstrom K, Novick A, Bukowski RM: Possible mechanisms responsible for the defect in NFκB activation in T cells from patients with renal cell carcinoma. UCLA Keystone Symposia, Feb 1-7, 1997 p 32.

268. Bukowski R: Impact of tumor response on improvement of quality of life in anemic caner chemotherapy patients receiving epoetin alfa. Blood 88:1396, 1996.

269. Hussein MA, Finke J, Rayman P, Bloom T, Snyder J, McLain DA, Bukowski RM: Signal transduction abnormalities in peripheral blood T-cells in plasma cell dyscrasia patients. Blood 88:220b, 1996.

270. Kolenko V, Rayman P, Tubbs R, Edinger M, Bukowski R and Finke J: Down regulation of JAK3 protein levels in human peripheral blood T lymphocytes by prostaglandin $E_2$ and other cycle AMP-elevating agents: Impact on IL-2R signaling pathways. Blood 88:506a, 1996.

271. Tubbs R, Nicely C, Finke J, Bukowski R, Lichtin A: Heterogeneous expression of multiple adhesion molecules by B cell non-Hodgkin's lymphoma. Blood 88:189b, 1996.

78

272. Budd GT, Samuels B, Gockerman J, Baker L, Margolin K, Zalupski M, Felser J, Johnson B, Isaacs R, Bukowski RM: Randomized trial of MAID (MESNA, adriamycin, ifosfamide, dacarbazine) chemotherapy with G-CSF alone or with G-CSF plus varying doses of Interleukin 6: Blood 88:138b, 1996.

273. Hussein MA, Snyder J, Rayman P, McLain DA, Finke J, Bukowski RM: IL-2 maintenance therapy in multiple myeloma CD4 count and CD4/CD8 ratio abnormalities might predict a poor outcome group. Blood 88:102A, 1996.

274. Hussein MA, Kurtzburg J, Snyder J, Kozak C, McLain D, Bukowski R: Peg-L-Asparaginase in advanced multiple myeloma: a novel agent with therapeutic potential. Blood 88, 220b, 1996.

275. Bukowski RM, Rayman P, Olencki T. Griffin T, Sandstrom K, McLain D, Tubbs R, Tinetti A, Finke J: Interleukin-12 effects on cytokine gene expression in vitro and in vivo in human renal cell carcinoma. 9th NCI-EORTC Symposium on new drugs in cancer therapy, Amsterdam, 3/96.

276. Bukowski RM, McLain D, et al: Induction of the CXC chemokines IP-10 and MIG in patients receiving IL-12 or IL-2. Blood, 88:315a, 1996.

277. Finke, J, Molto L, Bloom T, Kolenko V, Pohlman B, Lichtin A, McLain D, Tubbs, R, Bukowski R: CD40L is not expressed on T cells infiltrating non-Hodgkins lymphoma B cells and is poorly induced after stimulation. Blood, 90:76a, 1997.

278. Finke J, Bloom T, Rayman P, Snyder J, McLain D, Bukowski RM, Hussein MA: Activation of the transcription factor NFκB on peripheral blood T cells from multiple myeloma patients is impaired and may contribute to their increased susceptibility to activation induced apoptosis. Blood, 90:526a, 1997.

279. Hussein MA, Wood L, McLain D, Bukowski RM: Doxil, vincristine and Decadron (DVD) in the management of multiple myeloma patients: a preliminary report. Blood, 90:307b, 1997.

280. Hussein MA, Snyder J. Finke J, Rayman P, McLain D, Elson P, Bukowski, RM: The effects of IL-2 maintenance therapy on the duration of the plateau phase in responding multiple myeloma patients. Blood, 90:307b, 1997.

281. Hussein MA, Zuccaro K, Bloom T, Elson P, Bukowski RM: High-dose all-trans retinoic acid (ATRA) in multiple myeloma. Blood, 90:307b, 1997.

282. Bukowski RM, Wolff R, Hurwitz H, et al: Phase I study of interleukin-4 (rHuIL-4) combined with chemotherapy in gastrointestinal malignancies. Eur J Cancer, 33:5247, 1997.

79

283. Aoyama M, MacIssac D, Bukowski R, Ganapathi M: Role of mitogen-activated protein kinase in the cytotoxic effect of Taxol and interleukin 6 in U266 cells. Proc AACR, 38:117, 1997.

284. Ling W, Rayman P, Novick A, Bukowski R, Finke J: Mechanisms of impaired activation of NFκB in T lymphocytes by soluble products from renal cell carcinomas. Proc AACR, 38:346, 1997.

285. Tannenbaum C, Tubbs R, Finke J, Bukowski R, Hamilton T: Antibodies to IP-10 and Mig block IL-12 mediated T-cell infiltration and RENCA tumor regression. Proc AACR, 38:357, 1997.

286. Bukowski R, Rayman P, Don W, Sandstrom K, McLain D, Budd GT, Peereboom D, Olencki T, Novick A, Finke J: 5-FU, IL-2 and IFNα therapy of metastatic renal cell carcinoma (RCC): modulation of T-cell signal transduction abnormalities. Proc AACR, 38:431, 1997.

287. Chidiac T, Bukowski RM, Klein A, Schreiber M, Hussein MA: High-dose intensive dexamethasone and interferon-α in primary amyloidosis: Clinical results. Proc ASCO, 16:12a, 1997.

288. Hussein MA, Snyder J, Rayman P, Lichtin A, McLain D, Finke J, Bukowski RM: IL-2 maintenance therapy in multiple myeloma: a preliminary clinical report. Proc ASCO, 16:33a, 1997.

289. Hussein MA, Kurtzburg J, Snyder J, Kozak C, Andresen S, McLain D, Bukowski, RM: PEG-L-asparaginase in advanced multiple myeloma: clinical results. Proc ASCO, 16:33a, 1997.

290. Bukowski RM, Olencki T, Sandstrom K, et al: Phase I trial of subcutaneous interleukin-12 (rHuIL-12) in patients with metastatic renal cell carcinoma. Proc ASCO, 16:108a, 1997.

291. Schilsky R, Bukowski R, Burris H, et al: A phase II study of a five-day regimen of oral 5-fluorouracil (5-FU) plus GW776 (776C8S) with or without leucovorin in patients with metastatic colorectal cancer. Proc ASCO, 16:271a, 1997.

292. Rubin J, Anjani J, Schirmor W, Venook A, Bukowski R, et al: Results of a randomized study of the safety, tolerability and efficacy of multiple double blind dose levels of octreotide acetate LAR given at four-week intervals versus open-label subcutaneous Sandostatin in malignant carcinoid syndrome. Proc ASCO, 16:280a, 1997.

293. Tate JM, Fine RM, Walsh RM, Vogt DP, Mayes JT, Henderson JM, Bukowski RM, Pelley RJ: Phase I trial of neoadjuvant 3-dimensional and extended field radiotherapy with 5-fluorouracil for pancreatic adenocarcinoma. Proc ASCO, 16, 307a, 1997.

80

294. Olencki, T, Budd GT, Peereboom D, McLain D, Sandstrom K, Elson P, Finke J, Bukowski RM: Phase I/II trial of subcutaneous interleukin-2 (IL-2) and interferon-α (IFNα) ± 5-fluorouracil (5-FU) in metastatic renal cell carcinoma (RCC): Clinical results and effects of acquired immune dysfunction. Proc ASCO, 16:338a, 1997.

295. Peereboom D, Wood L, Connell C, Spisak J, Smith D, Liebwohl D, Bukowski RM: Phase II trial of oral BMS-182751 (JM-216) in hormone refractory prostate cancer. Proc ASCO, 16:339, 1997.

296. Bukowski RM, Don W, McLain D, et al: Induction of chemokines in patients with renal cell carcinoma receiving systemic cytokine therapy. J Urol, 157:29a, 1997.

297. Finke J, Rayman P, Kim HJ, McLain D, Sandstrom K, Novick A, Olencki T, Bukowski RM: Impaired activation of the transcription factor NFκB in T-cells from patients with renal cell carcinoma: The role of cytokine therapy in modulating this defect. J Urol, 157:386a, 1997.

298. Chidiac T, Budd GT, Pelley R, Sandstrom K, McLain D, Crownover R, Marks K, Muschler G, Zehr R, Joyce M, Bukowski RM: Phase II trial of Doxil in advanced soft tissue sarcomas. Proceedings of the Connective Tissue Oncology Society, Milan Italy, 1997.

299. Tannenbaum C, Tubbs R, Armstrong D, Finke J, Bukowski R, Hamilton T: Anti-tumor function of IP-10 and Mig. J Leukocyte Biology (abstract), 1997.

300. Aoyama M, Bukowski RM, Ganapathi M: Taxol induces phosphorylation of vimentin at the Ca2+/calmodulin-dependent protein kinase II site. Int Conf on Kinase Function, 1997.

301. Anthony L, Agani J, Schrimer W, Venook A, Bukowski R, et al: Octreotide acetate long acting release (OALAR): 5HIAA response in a randomized multicenter double-blind trial in carcinoid syndrome. Endocrine Society, 1997.

302. Hussein MA, Bocock K, Bloom T, Finke J, Rybicki L, Scott R, Bukowski RM: Biologic and clinical evaluation of high intermittent dose all trans retinoic acid (ATRA) in refractory multiple myeloma (MM) patients. Blood, 92:108a, 1998.

303. Finke J, Bloom T, Uzzo RG, Clark P, Rayman P, Tannenbaum C, McLain DA, Novick A, Hussein MA, Bukowski R: Activation induced apoptosis in T lymphocytes from cancer patients: Protection by amifostine metabolite WR-1065. Blood, 92:375a, 1998.

304. Hussein MA, Wood L, McLain D, Abramovich D, Suluan MA, Elson P, Gerhart R, Bukowski RM: Phase II study of doxil (DO), vincristine (V) and decadron (D) in newly diagnosed multiple myeloma patients. Blood, 92: 278b, 1998.

81

305. Hussein MA, Snyder J, McLain D, Elson P, Bukowski RM: Cytoxan, vincristine, prednisone and GM-CSF cycling in relapsed/refractory multiple myeloma who failed $\geq 2$ regimens. Blood, 92:279b, 1998.

306. Ling W, Rayman P, Uzzo RG, Clark PE, Bloom T, Kim HJ, Hamilton T, Tubbs R, Novick A, Bukowski R, Finke J: Impaired activation of NfκB in T cells from a subset of renal cell carcinoma patients involves nuclear degrading of RelA. Proc AACR, 39:85, 1998.

307. Aoyama M, Grabowski D, Heyman R, Bukowski R, Hickson L, Ganapathi M, Ganapathi R: Retinoid induced differentiation of human promyelocytic HI-60 cells: Proliferation, induction of topoisomerase IIβ and drug induced apoptosis. Proc AACR, 39:106, 1998.

308. Molto L, Tannenbaum C, Finke J, Rayman P, Hamilton T, Bukowski R: Expression of the CXCR3 chemokine receptor and chemokines IP-10 and MIG in RCC tissue. Proc AACR, 39, 155, 1998.

309. Aoyama M, Grabowski D, Bukowski R, Ganapathi M, Hickson I, Ganapathi R: Differential phosphorylation and drug sensitivity of the α (170KDa) and β (180KDa) isoforms of topoisomerase II in wild-type and drug-resistant tumor cells. Proc AACR, 39:374, 1998.

310. Kolenko VM, Uzzo RG, Rayman PA, Clark PE, Bukowski R, Tubbs R, Novick AC, Finke J: t cell induced apoptosis in renal cell carcinoma. Proc AACR, 39:530, 1998.

311. Clark, PE, Uzzo RG, Rayman P, Novick AC, Bukowski R, Finke J: Impaired T cell activation in a subset of patients with renal cell carcinoma may be secondary to impaired degradation of IκBβ. Proc AACR, 39:613, 1998.

312. Kim S, Grabowski D, Aoyama M, Rice TW, Bukowski RM, Ganapathi MK, Ganapathi R: Expression of multidrug resistance genes in human non-small cell lung carcinoma - relevance to prognosis. Proc ASCO, 17:245a, 1998.

313. Roy A, Jacobs A, Bukowski R, Cunningham D, Hamm J, et al. Phase 3 trial of SMS 201-995 pa LAR and continuous infusion 5-FU in unresectable stage II, III, and IV pancreatic cancer. Proc ASCO, 17:257a, 1998.

314. Anthony L, Ajani J, Schimer W, Venook A, Bukowski R: Phase IV open-label, long-term trial of the safety, tolerability, and efficacy of octreotide acetate LAR injected at 4-week intervals in malignant carcinoid syndrome. Proc ASCO, 17:268a, 1998.

315. Bukowski RM, Uzzo RG, Olencki T, Elson P, Bloom T, Rayman P, Novick A, Finke J: Impaired activation of NFkκB in peripheral blood T-cells from patients with renal cell carcinoma:

82

Preliminary evidence demonstrating an association with tumor burden. Proc ASCO, 17:310a, 1998.

316. Peereboom D, Wood, L, Connell C, Spisak J, Smith D, Vaughn D, Brassard c, Lebwohl D, Bukowski R, et al: Phase II trial of oral platinum in hormone refractory prostate cancer. Proc ASCO, 17:314a, 1998.

317. Berg WJ, Bukowski R, Thompson JA, Nemunaitis B, Murphy B, Ellerhorst J, Motzer RJ: A randomized phase II trial of recombinant human interleukin-12 versus interferon alpha-2A in advanced renal cel carcinoma. Proc ASCO, 17:318a, 1998.

318. Olencki T, Bukowski RM, Zuccaro K, Mc Lain D, Elson P, Finke J, Novick A: Adjuvant administration of subcutaneous interleukin-2 in patients following resection of renal cell carcinoma: Preliminary results of a pilot study. Proc ASCO, 17:339a, 1998.

319. Elson P, Chidiac T, Budd GT, Pelley R, Sandstrom K, McLain D, Crownover R, Marks K, Muscheler G, Zehr R, Joyce M, Bukowski R: Phase II trial of Doxil in advanced soft tissue sarcomas. Proc ASCO, 17:513a, 1998.

320. Hussein MA, Karan MA, Wood L, McLain D, Elson P, Bukowski RM. Doxil (d), vincristine (v) and decadron (dx): a tolerable salvage regimen for relapsed refractory patients with multiple myeloma. Blood 10:311b, 1999.

321. Hussein MA, Snyder J, McLain DA, Elson P, Bukowski RM. Cytoxan 8), vincristine (v), prednisone (p) and GM-CSF in the management of relapsed, refractory multiple myeloma patients who failed > 2 regimens. Blood 10:311b, 1999.

322. Olencki TE, Pratt S, Budd GT, Peereboom DM, McLain D, Bukowski RM. Phase I trial of capecitabine and subcutaneous IFNα in renal cell carcinoma (RCC). Proc ASCO 18:222a, 1999.

323. Bukowski RM, Ernstoff M, Gore M, et al. Phase I study of polyethylene glycol (PEG) interferon alpha-2b (PEG Intron) in patients with solid tumors. Proc ASCO 18:446a, 1999.

324. Uzzo RG, Kolenko V, Raynad P, Beard L, Molto L, Tannenbaum C, Novick A, Finke J, Bukowski R. Renal cell carcinomas may evade immune destruction by induction of apoptosis in activated T cells through their resistance to FAS mediated cell death. Proc ASCO 18:447a, 1999.

325. Ward AM, Uzzo RG, Rayman P, Novick AC, Bukowski RM, Finke JH. T cells from patients with renal cell carcinoma (RCC) express early apoptotic markers and undergo activation induced cell death (ACID). Proc AACR 40:180, 1999.

83

326. Molto L, Bloom T, Rayman P, Tubbs R, Hsi E, Bukowski R, Lichtin A, Olencki T, Finke J. Impaired T cell stimulatory capacity of tumor stroma NHL B cells. Proc AACR 40:180, 1999.

327. Uzzo RG, Rayman P, Kolenko V, Clark PE, Cathcart M, Bloom T, Novick AC, Bukowski RM, Hamilton T, Finke JH. Tumor induced inhibition of NfκB activation in the presence of normal IκBα degradation: the role of immunosuppressive gangliosides. Proc AACR 40:513, 1999.

328. Holmes KA, Grabowski D, Aoyama M, Bukowski R, Ganapathi M, Hickson I, Ganapathi R. Differentiated cell-cycle phase dependent phosphorylation of topoisomerase II isoforms in wild-type and drug resistance human tumor cells. Proc AACR 40:679, 1999.

329. Ward M, Uzzo RG, Bloom TE, Rayman P, Novick AC, Bukowski RM, Finke JH. Activation induced cell death (AICD) in T lymphocytes from patients with renal cell carcinoma: a potential mechanism of tumor escape. AUA 5/99.

330. Uzzo RG, Rayman P, Clark PE, Kolenko V, Bukowski R, Novick AC, Finke J. Inhibition of NfκB binding in T cells of patients with renal cell carcinoma (RCC): the role of immunosuppressive gangliosides. AUA 5/99.

331. Rayman P, Clark PE, Uzzo RG, Novick AC, Bukowski R, Finke JH. Impaired T cell activation in a subset of patients with renal cell carcinoma is secondary to impaired degradation of IκBβ or IκBε. AUA 5/99.

332. Kolenko V, Uzzo RG, Clark PE, Rayman P, Bukowski R, Tubbs R, Novick AC, Finke JH. Characterization of CD95/CD95L expression and apoptosis in T cells of patients with renal cell carcinoma. AUA 5/99.

333. Uzzo RG, Clark PE, Rayman P, Klein E, Bukowski R, Novick AC, Finke JH. Evidence that tumor suppresses NfκB activation in T cells of patients with renal cell carcinoma (RCC). AUA 5/99.

334. Molto L, Tannenbaum C, Cogen J, Finke J, Olencki T, Bukowski R. Patterns of expression of IFNγ inducible chemokines, Mig and IP-10 and FAS/FAS-L on PBMC=s and on T cells of patients with metastatic RCC following subcutaneous IFNα immunotherapy. First Int Kidney Cancer symposium 11/99.

335. Tabata R, Lopez F, Elson PJ, Lavery I, Kim NW, Ganapathi R, Bukowski RM, Ganapathi MK: Telomerase activity in stage Ii colorectal carcinoma. Proc AACR 41:168, 2000 (abstract).

336. Holmes KA, Grabowski D, Tabata M, Bukowski RM, Ganapathi MK, Ganapathi R: Apoptosis and cell death induced by topoisomerase poisons: potential signaling mechanisms on the apoptotic cascase and who is on first. Proce AACR 41:400, 2000 (abstract).

84

337. Ganapathi MK, Grabowski DR, Holmes KA, Bukowski RM, Ganapath R, Tabata M, Aoyama M: Regulation of topoisomerase II phosphorylation by calcineurin and its relevance to etoposide resistance in tumor cells. Proc AACR 41:539, 2000 (abstract).

338. Tabata M, Holes KA, Grabowski D, Tabata R, Bukowski RM, Ganapathi MK, Ganapathi R: Role of NFκB activation in chemotherapy-induced apoptotic cell death in human non-small cell lung carcinoma. Proc AACR 41:693:2000 (abstract).

339. Olencki T, Wood L, Budd G, Peereboom D, Elson P, Andresen S, Dreicer R, Pelley R, McLain D, Bukowski RM: Phase I trial of weekly docetaxel (DOC) and gemcitabine (GEM) in patients with refractory malignancy. Proc ASCO 19:233a, 2000 (abstract).

340. Peereboom D, Klein A, Vourlojianus S, Levin Hs, Elson P, Dreicer R, Bukowski RM: Phase II trial of neoadjuvant estramusine and etoposide before radical prostatectomy in patients with high risk prostate cancer. Proc ASCO 19:357a, 2000 (abstract).

341. Mekhail T, Tabata R, Ganapathi M, Ganapathi R, Tubbs R, Novick A, Elson P, Bukowski R: Renal cell carcinoma (RCC) and telomerase activity: relation to stage. Proc ASCO 19:363a, 2000 (abstract).

342. Bukowski RM, Olencki T, Peereboom D et al: Phase I trial of rhIFNα2b (IFNα) and gemcitabine (GEM) in patients with metastatic renal cell carcinoma. Proc ASCO 19:373a, 2000 (abstract).

343. Thompson JA, Figlin R, Galanis E, Bukowski R, Gillespie D, Selk L: Phase II trial of plasmid DNA/lipid (leuvectin) immunotherapy in patients with metastasis renal cell carcinoma. Proc ASCO 19:462a, 2000 (abstract).

344. Ganapathi R, Lobert S, Correia JJ, Grabowski D, Kawamura KI, Bukowski R: Structure activity relationship of hydantoins modulating the antitumor effects and toxicity of vainca alkaloids in vitro & in vivo. Proc 11th NCI-EORTC-AACR Symposium p 111, 2000.

345. Bukowski RM, Olencki T, Peereboom D, Budd GT, Rybicki L, Roos B, Mulligan T, Reigner B, Ganapathi R: Phase I trial of capecitabine in combination with IFNα in metastatic renal cell carcinoma: effects of IFNα on pharamcokinetic parameters. Proc 11th NCI-EORTC-AACR Symposium p 112, 2000.

346. Thompson J, Figlin R, Galanis E, Bukowski R, et al: Phase II trial of plasmid DNA/lipid (leuvectin) immunotherapy in patients with metastatic renal cell carcinoma. Proc 11th NCI-EORTC-AACR Symposium p146, 2000.

85

347. Uzzo RC, Kolenko V, Bukowski R, Novick AC, Finke J: Defects in the FAS signal coupling protein FADD/MORT-1 and caspace protease prevent apoptotic death in human renal cell carcinoma. Proc AUA, 2000.

348. Escudier B, Patenaude F, Bukowski R et al: Rationale for a phase III clinical trial with Neovastat (AE-941) in metastatic renal cell carcinoma patients refractory to immunotherapy. Proc ESMO, October, 2000.

349. Budd GT, Peereboom D, Adelstein D, Wood B, Elson P, Bukowski R: Phase I trial of chemotherapy using amifostine for in vitro protection of GM-CSF primed peripheral blood progenitor cells. Proc AACR 42:539, 2001.

350. Escudier B, Patenaude F, Bukowski R, et al: AE941 (Neovastat) shows an excellent safety profile and appears beneficial in patients with solid tumors: rationale for the initiation of 2 phase III clinical trials. Proc AACR 42:542, 2001.

351. Finke J, Molto L, Bloom T, Rayman P, Tannenbaum C, Bukowski R: Renal cell cancer line induces apoptosis of Jurbat T cells by a mechanism independent of capase 8. Proc AACR 42:562, 2001.

352. Tabata M, Tabata R, Grabowski D, Bukowski RM, Ganapathi MA, Ganapathi R: Regulation of apoptotic cell death pathways initiated by topoisomerase I/II poisons are similar in nonsmall lung carcinoma. Proc AACR 42:643, 2001.

353. Hutson TE, Mekhail T, Molto L, Tannenbaum C, Finke J, Olencki T, Buface K, Bukowski RM: Phase I trial of subcutaneously administered IL-12 and rHuIFN-$\alpha$2b in patients with metastatic renal cell carcinoma or malignant melanoma. Proc ASCO 20:258a, 2001.

354. Mier J, Olencki T, Atkins M, Signal M, MacDonald S, Mao J, Almassian B, Lee K, Akella U, Weiss P, Bukowski R: Phase I trial of a live attenuated salmonella typhimurium (VNP 20009) administered by direct tumor injection. Proc ASCO 20:261a, 2001.

355. Tabata M, Tabata R, Grabowski D, Bukowski RM, Ganapathi MH, Ganapathi R: Manipulating topoisomerase poison induced apoptosis by the proteosome inhibitor MG-132. Proc ASCO 20:437a, 2001.

356. Mekhail T, Kellackey C, Hutson T, Olencki T, Budd GT, Peereboom D, Dreicer R, Ganapathi R, Bukowski R: Phase I study of anvirzel in patients with advanced solid tumors. Proc ASCO 20:82b, 2001.

86

357. Schroder L, Glass T, Eisenberger M, Culkin D, Bukowski R, Crawford D: Phase II evaluation of suramin in advanced adrenal carcinoma: southwest oncology group (SWOG) trial 9427. Proc ASCO 20:153b, 2001.

358. Hutson TE, Molto L, Mekhail T, Brown N, Elson P, Finke J, Tannenbaum C, Borden E, Dreicer R, Olencki T, Bukowski RM: Phase I trial of consensus interferon (CIFN) in patients with metastatic renal cell carcinoma: toxicity and immunologic effects. Proc 2001 AACR-NCI-EORTC Conference, p 106, 2001.

359. Finke J, Tannenbaum C, Molto L, Reese L, Rayman P, Kudo D, Shurin M, Novick A, Bukowski R: Pathways of tumor induced apoptosis in T cells: a mechanism of tumor evasion. ISKR, 2001.

360. Kudo D, Rayman P, Tannenbaum C, Novick A, Bukowski RM, Finke J: Soluble products from RCC induce BCL-XL and BCL-2 cleavage and apoptosis in T lymphocytes that is caspase dependent. Second Int Kidney Cancer Symposium, 2001.

361. Molto L, Rayman P, Tannenbaum C, Novick AC, Bukowski R, Finke JH: Overexpression of BCL-XL protects T-cells from apoptosis induced by renal cell carcinomas. Second Int Kidney Cancer Symposium, 2001.

362. Vaziri S, Grabowski D, Tabata M, Tabata R, Takigawa N, Bukowski R, Ganapathi M, Ganapathi R. Potentiation of etoposide-induced apoptosis by KN-62 is associated with decreased c-IAP2 expression in resistant cells. Proc AACR 43:1106, 2002.

363. Uyar D, Takigawa N, Kennedy A, Markman M, Skillings J, Lebwohl D, Bukwoski R, Ganapathy R. Characterizatin of cell death mechanisms of BMS-310705, an epothilone derivative. Proc AACR 43:922, 2002.

364. Takigawa N, Vaziri A, Tabata M, Grabowski R, Mekhail T, Bukowski R, Ganapathi M, Ganapathi R. Signaling pathways and expression of genes regulating apoptotic cell death induced by the topoisomerase I poison SN-38 in human non-small cell lung carcinoma. Proc AACR 43:793, 2002.

365. Hutson T, Mekhail T, Weiss P, Roman S, Dreicer R, Peereboom D, Olencki T, Kelly G, Ganapathi R, Bukowski R. Phase I study of phenoxodiol given by constant intravenous infusion in patients with solid neoplasms refractory to standard therapy. Proc AACR 43:553, 2002.

366. Budd GT, Peereboom D, Weiss P, Bukowski R, Elson R. Phase I trial of daily oral cyclophosphamide and weekly doxorubicin and docetaxel with filgrastin (G-CSF) support. Proc AACR 43:551, 2002.

87

367. Creaven P, Sullivan D, Eckhardt G, Bukowski R, Bonomi P, Rao S, Ikeda M, Kambayashi Y, Y-Sawada T, Ohtani M. A phase I study of S-3304 a matrix metalloproteinase inhibitor in patients with solid tumors. Eur J Cancer 38:577, 2002.

368. Rowinsky E, Schwartz G, Dutcher J, Vogelzang N, Gollob J, Thompson J, Bukowski R, Figlin R, Foon K, Schwab G. ABX-EGF, a fully human anti-epidermal growth factor receptor (EGFr) monoclonal antibody: phase Ii clinical trial in renal cell cancer (RCC). Eur J Cancer 38:557, 2002.

369. Gries J, Kasimis B, Schwarzenberger P, Shapiro G, Fidias P, Rodrigues L, Cogswell J, Bukowski R. Phase I study of flavopiridol (HMR1275) in combination with paclitaxel and carboplatin in non-small cell lung cancer (NCSLC) patients. Eur J Cancer 38:549, 2002.

370. Mekhail T, Takigawa N, Lee F, Peck R, Skillings J, Lebwohl D, Bukowski R, Ganapathi R. Apoptotic pathways and novel activity of the epothilone B analog bms-310705 in human non-small cell lung carcinoma (NSCLC). Eur J Cancer 38:540, 2002.

371. Agrawal N, Olencki T, Mekhail T, Peereboom D, Dreicer R, Wood L, Bukowski R. A phase I/II study of GM-CSF, interleukin-2 (IL-2) and interferon-alpha (INF-$\alpha$) in metastatic renal cell carcinoma (MRCC). Proc ASCO 21:5b, 2002.

372. Hutson TE, Mekhail T, Messeril E, Molto L, Tannenbaum C, Finke J, Elson R, Dreicer R, Olencki T, Bukowski R, Tendler C. Phase I trial of PEG-Intron and IL-2 in patients with metastatic renal cell carcinoma. Proc ASCO 21:148b, 2002.

373. Olencki T, Dreicer R, Elson P, Wood L, Bukowski R. Phase I trial of thalidomide and interleukin-2 (IL-2) in patients (pts) with metastatic renal cell carcinoma (RCC). Proc ASCO 21:154b, 2002.

374. Schwqartz G, Dutcher J, Vogelzang N, Gollob J, Thompson J, Bukowski R, Figlin R, Lohner M, Roskos L, Hwang C, Foon K, Schwab G. Rowinsky E. Phase II clinical trial evaluating the safety and effectiveness of ABX-EGF in renal cell cancer (RCC). Proc ASCO 21:24a, 2002.

375. Lipton A, Ready N, Bukowski R, Zaknoen S, Heck K, Statkevich P, Zhu Y. Phase I study of continuous oral lonafarnib plus weekly paclitaxel for advanced cancer. Proc ASCO 32:94a, 2002.

376. Gries J, Kasimis B, Schwarzenberger P, Shapiro G, Fidias P, Rodrigues L, Cogswell J, Bukowski R. Phase I study of HMR1275 (flavopiridol) in non-small cell lung cancer (NCSLC) patients after 24hr IV administration in combination with paclitaxel and carboplatin. Proc ASCO 32:94a, 2002.

377. Mekhail T, Holden S, Pierson S, Lee F, Galbraith S, Cohen M, Messina M, Roedig B, Williams K, Weiss P, Persky M, Skillings J, Bukowski R, Eckhardt S. Phase I pharmacokinetic and biologic

88

study of the novel eopthilone BMS-310705 in patients with advanced cancer. Proc ASCO 21:103a, 2002.

378. Malhi S, Abou Jawde R, Bou Merhi G, Mekhail T, Raymon P, Messerli E, Elson P, Olencki T, Finke J, Bukowski R. NfkB expression in peripheral blood T-cells (TPBL) of metastatic renal cell cancer (RCC) patients: clinical and pathological correlation. Proc ASCO 21:191a, 2002.

379. Lipton A, Colombo-Berra A, Bukowski R, Rosen L, Zheng M, Urbanowitz G. Zometa reduces skeletal complications in patients with bone metastases from renal cell carcinoma. Proc Eur Urol Ass 2002.

380. Lipton A, Colombo-Berra A, Bukowski R, Delfini C, Rosen L, Seaman J, Zheng M, Urbanowitz G. Zometa is effective in preventing and delaying skeletal related events (SRE=s) in patients with bone lesions secondary to renal cell carcinoma. Proc ESMO 2002.

381. Hutson TE, Leschinsky A, Moon C, Mekhail T, Finke J, Elson P, Olencki T, Dreicer R, Tendler C, Bukowski R. Toxicity and apoptotic effects of PEG-introl and rIL-2 in pateints with metastatic renal cell carcinoma. Proc AACR 44:...., 2003.

382. Takigawa N, Vaziri SA, Grabowski D, Tabata M, Mekhail T, Chikamori K, Bukowski RM, Ganapathi MK, Ganapathi R. Initiation of apoptosis following DNA damage induced by the topoisomerase I poison, SN-38, or ionizing radiation in human nonsmall cell lung carcinoma is dependent on accumulation of cells in the $G_2$ phase. Proc AACR 44:602, 2003.

383. Dan L, Croghan G, Bukowski R, Hidalgo M, Erlichman C, Pelley R, Donehower R, Martins P, Zacharchuk C. A phase I study of EKB-569, an irreversible inhibitor of epidermal growth factor receptor, in combination with capecitabine in patients with advanced colorectal cancer: Preliminary report. Proc AACR-NCI-EORTC 9:6091s, 2003.

384. Thakkar SG, Peeger P, Wacker B, Roddy M, Loibner H, Elson P, Bukowski R. A phase Ib trial of a monoclonal andi-idiotypic antibody for Lewis Y (IGN 301) administered subcutaneously in patients with refractory solid tumors. Proc AACR-NCI-EORTC 9:6232s, 2003.

385. Agarwala SS, Bukowski RM, Kirkwood J, Weiss P, Olencki T, Grzegorzewski KJ, Melder R, Fox RA, Herpst JM, Gallant G. A phase I dose escalation and pharmacodynamic study of weekly administered Albuleukin[TM] in patients with advanced solid tumor. Proc AACR-NCI-EORTC 9:6230s, 2003.

386. Budd GT, Peereboom D, Borden E, Weiss P, Bukowski RM, Elson P. Phase I trial of daily oral cyclophosphamide and weekly doxorubicin and docetaxel with filgrastim (G-CSF) support. Proc ASCO 22:84, 2003.

89

387. Mekhail T, Chung C, Holden S, Bukowski RM, Eckhardt SG, Cunningham M, Messina M, Cohen M, Peck R, Sikic B. Phase I trial of novel epithilone B to analog BM310705 IV q 21 days. Proc ASCO 22:129, 2003.

388. Ratain MJ, Undevia S, Janisch L, Roman S, Mayer P, Buckwaiter M, Foss D, Hamilton BL, Fischer J, Bukowski RM. Phase I and pharmacological study of HTI-286, a novel antimicrotubule agetn: Correlation of neutropenia with time above a threshold serum concentration. Proc ASCO 22:129, 2003.

389. Al-Atrash G, Hutson TE, Nemec C, Mekhail T, Molto L, Tannenbaum C, Finke J, Olencki T, Bukowski RM. Toxicity and immunologic effects of subcutaneously (SC) administered IL-12 and IFN-$\alpha$2b in patients (pts) with metastatic renal cell carcinoma (RCC) or malignant melanoma (MM). Proc ASCO 22:576, 2003.

390. Morgan JA, Bukowski RM, Xiong H, Clark J, Zacharchuk C, Plazney D, Pelley R, Fuchs C. Preliminary report of a phase I study of EKG-569, an irreversible inhibitor of the epidermal growth factor receptor (EGFR), given in combination with gemcitabine to patients with advanced pancreatic cancer. Proc ASCO 22:197a, 2003.

391. Schacter LP, Bukowski RM, Carducci MA, Donehower R, dunlop D, Evans TR, Gilby E, Johnston S. Safety profile of DHA-paclitaxel (TXP) in 8 phase II trials. Proc ASCO 22:214, 2003.

392. Hutson TE, Plavney D, Mekhail T, Dreicer R, Budd GT, Peereboom D, Olencki T, Kelly G, Ganapathi R, Bukowski RM. A dose finding and pharmacokinetic study of the novel isoflavanoid phenoxodiol in patients with refractory malignancies. Proc ASCO 22:991, 2003.

393. Agrawal NR, Takigawa N, Canetta R, Peck RA, Mass R, Bukowski RM, Ganapathi R, Mekhail T. Cell death mechanisms induced by BMS-310705 and the impact of gemcitabine (Gem) and erlotinib HCL (Erl) on the apoptotic response. Proc ASCO 22:227, 2003.

394. Saad F, Bukowski RM, Lipton A, Colombo-Berra A, Delfino C, Rosen L, Zheng M, Urbanowitz G. Zoledronic acid is effective in preventing and delaying skeletal events in patients with bone metastases secondary to prostate and renal cancer. Proc ASCO 22:379, 2003.

395. Majhail NS, Urbain CP, Olencki TE, Albani J, Mekhail T, Rice TW, Novick AC, Elson P, Bukowski RM. F-18 fluorodeoxyglucose positron emission tomography in the evaluation of distant metastases from renal cell carcinoma. Proc ASCO 22:384, 2003.

90

396. Abou-Jawde RM, Mekhail T, Merhi GF, Malhi S, Wood L, Olencki T, Lowrie M, Bukowski RM, Elson P. Prognostic factors (PF) for survival in previously untreated metastatic renal cell cancer (RCC): A comprehensive evaluation and validation of established risk groups. Proc ASCO 22:385, 2003.

397. Olencki T, Malhi S, Mekhail T, Dreicer R, Elson P, Wood L, Bukowski RM. Phase I trial of thalidomide and interleukin-2 (IL-2) in patients with metastatic renal cell carcinoma (RCC). Proc ASCO 22:387, 2003.

398. Malhi S, Mekhail T, Abou Jawde GF, Bou Merhi GF, Wacker B, Elson P, Bukowski RM. Factors associated with response and rapid progression in patients with metastatic renal cell cancer (RCC). Proc ASCO 22:401, 2003.

399. Thompson JA, Swerdloff J, Escudier B, Dutcher JP, Bukowski RM, Vaishampayan U, Hussein A, Negrier S, Rothermel J. Phase II trial evaluating the safety and efficacy of EP0906 in patients with advanced renal cancer. Proc ASCO 22:405, 2003.

400. Bou Merhi GF, Mekhail T, Abou Jawde R, Malhi S, Olencki T, Leschinsky A, Elson P, Bukowski RM. Prognostic factors for survival in previously treated patients (pts) with metastatic renal cell cancer (RCC). Proc ASCO 22:410, 2003.

401. Segota E, Mekhail T, Olencki t, Hutson T, Wacker B, Dreicer R, Osterwalder B, Cowen D, Elson P, Bukowski RM. Phase II trial of capecitabine and rHuINF-α2a in patients (pts) with metastatic renal cell carcinoma (RCC). Proc ASCO 22:417, 2003.

402. Shah JJ, Mekhail T, Comb C, Leschinsky A, Moon C, Rayman P, Elson P, Finke J, Bukowski RM. Renal cell cancer: Correlation of tumor characteristics with peripheral blood T cell NfκB activation and activation induced cell death (AICD). Proc ASCO 22:440, 2003.

403. Bukowski R, Rosen L, Gordon D, Tchekmedyian, Hirsh V, Yanagihara R, Coleman R. Long-term therapy with zoledronic acid is effective and safe in reducing the risk of skeletal complications in patients with bone metastases from non-small cell lung cancer. World Conference Lung Cancer, 8/03.

404. Thompson JA, Kuzel T, Bukowski R, Masciari F, Schmalbach T. Phase Ib trial of a targeted TLR9 CpG immunomodulator (CPG 7909) in advanced renal cell carcinoma. Proc ASCO 23:416, 2004.

405. Escudier B, Venner P, Stern L, Donovan M, Croteau D, Champagne P, Bukowski R. Prognostic facators in metastatic renal cell caracinoma after failure of immunotherapy: Lessons from a large phase III trial. Proc ASCO 23:392, 2004.

91

406. Zhu AX, Bukowski R, Lockhart AC, Wang KK, Cooper W, Grover J, cohen M, Appleman L, Shapiro M, Rothenberg ML. Phase I trial of oral MAC-321 in subjects with advanced malignant solid tumors. Proc ASCO 23:137, 2004.

407. Thakkar SG, Heeger P, Wacker B, Roddy M, Waxenecker G, Himmler G, Loibner H, Elson P, Bukowski R. A phase Ib trial of an anti-idiotypica vaccine for Lewis Y (IGN 301) administered subcutaneously in patients with refractory solid tumors. Proc ASCO 23:184, 2004.

408. Kalmadi SR, Mekhail T, Adelstein D, Giannini C, Peereboom D, Olencki T, Davis M, Bukowski R. Weekly docetaxel-gemcitabine as first-line treatment in advanced non-small cell lung cancer: Preliminary results of a phase II study. Proc ASCO 23:672, 2004.

409. Avigan DE, George DJ, Kantoff PW, Figlin RA, Kufe DW, Olencki TE, Vasconcelles MJ, Vasir BS, Xu Y, Bukowski RM. Interim safety and efficacy results from a phase I/II study of vaccination with electrofused allogeneic dendritic cells-autologous tumor-derived cells in patients with stage IV renal cell carcinoma. Proc ASCO 23:169, 2004.

410. Misbah SA, Segota E, Mekhail T, Abou Jawde R, Olencki T, Dreicer R, Budd GT, Elson P, bukowski RM. Frequency and survival impact of osseous metastases in patients with untreated renal cell carcinoma. Proc ASCO 23:413, 2004.

411. Grozav A, Hutson T, Zhou X, Bukowski R. LC-MS/MS with online solid-phase sample extraction - a facile, sensitive and highly selective method for the measurement of docetaxel in human plasma. Proc AACR 45:1a, 2004.

412. Chikamori K, Hill J, Grabowski D, Grozav A, Gudkov A, bukowski R, Ganapathi R, Ganapathi M. Targeted down-regulation of topoisomerase Iiβ: Effects on growth characteristics and drug sensitivity. Proc AACR 45;10a, 2004.

413. Osborn BL, Gu M, Grzegorzewski KJ, Logan TF, Crowder K, Weiss GR, Syed S, Rowensky E, Tolcher A, Agarwala SS, Kirkwood J, Bukowski RM. Preliminary pharmacokinetic evaluation of albuleukin; an interleukin-2 human serum albumin fusion protein, in solid tumor patients. Proc AACR 45:1099, 2004.

414. Vaziri SA, Takigawa N, Chikamori K, Grabowski DR, Mekhail T, Bukowski RM. Synergistic enhancement of DNA damage-induced apoptosis by the proteasome inhibitor PS-341 is NF-κ B independent and involved down-regulation of survivin. Proc AACR 45:12A, 2004.

415. Vaziri SAF, Grabowski DR, Hill J, Gudkov A, Bukowski RM, Ganapathi MK. Ganapathi R. p53/VHL dependent response to proteasome inactivation in clear cell renal cell carcinoma. 3rd International Symposium RCC, 2004.

92

416. Vaziri SA, Tubbs R, Mekhail T, Finke J, Rayman P, Grabowski D, Bukowski R, Ganapathi R. Frequency of abnormalities in the von Hippel Lindau (VHL) gene in renal cancer specimens from patients and established renal cancer cell lines. 3rd International Symposium RCC, 2004.

417. Biswas K, Biswas S, Rayman P, Thornton M, Raval G, Tannenbaum CS, Novick A, Bukowski R, Finke J. GM2 overexpression in renal cell carcinoma: Potential role in tumor-induced immune dysfunction. 3rd International Symposium RCC, 2004.

418. Raval G, Biswas S, Rayman P, Biswas K, Thornton M, Tannenbaum CS, Novick A, bukowski R, Finke JH. TNF-alpha induction of GM2 by renal tumor lines promotes T cell dysfunction 3rd International Symposium RCC, 2004.

419. Al-Hazzouri A, Bukowski R, Elson P. Metastatic renal cell carcinoma to the pancreas. 3rd International Symposium RCC, 2004.

420. Bukowski RM. Oncophage (HSPPC-96): An autologous cancer vaccine for the treatment of renal cell carcinoma. The Chemotherapy Foundation Symposium XXII, 11/12/2005.

421. Takigawa N, Vaziri SA, Mekhail T, Grabowski DR, Chikamori K, Hill JE, Gudkov AV, Bukowski RM, Ganapathi R, Ganapathi MK. Modulation of DNA damage induced apoptosis by the proteasome inhibitor bortezomib (PS) in human colorectal and non-small cell lung cancer cells is p53-dependent and NF-κB-independent. Eur J Cancer 2:63, 2004.

422. Vaziri SA, Mekhail T, Hill JE, Gudkov AV, Ganapathi MK, Bukowski RM, Ganapathi R. Von Hippel-Lindau (VHL) and p53 dependent cytotoxic effects of the proteasome inhibitor bortezomib (PS) in human renal cancer cells. Eur J Cancer 2:65, 2004.

423. Desai AA, Bukowski R, Murray P, Poiesz B, Quinn D, Saltzman M, Wright J, Young A, Stadler WM, Torti FM. Interim evaluation of a multi-institution phase I/II study of antisense oligonucleotide GTI-2040 (G) and capecitabine 8) in patients with metastatic renal cell carcinoma (mRCC). Eur J Cancer 2:136, 2004.

424. Escudier B, Szczylik C, Eisen T, Oudard S, Stadler WM, Schwartz B, Shan M, Bukowski RM. Randomized phase III trial of the multi-kinase inhibitor sorafenib (BAY 43-9006) in patients with advanced renal cell carcinoma (RCC). Eur J Can 3(2):226, 2005.

425. Motzer R, Rini B, Michaelson M, Redman B, Hudes G, Wilding G, Bukowski R, George D, Kim S, Baum C. Sunitinib malate (SU11248) shows antitumor activity in patients with metastatic renal cell carcinoma: Updated results from phase II trials. Eur J Can 3(2):227, 2005.

93

426. Rojas-Espaillat LA, Uyar D, Grabowski D, Belinson J, Lee F, Canetta R, Bukowski R. Apoptotic pathways induced by ixabepilone in paclitaxel-refractory ovarian carcinoma cells. Proc AACR 46:1257, 2005.

427. Biswas K, Biswas S, Rayman P, Thornton M, Raval G, Richmond A, Chahlavi A, Tannenbaum C, Novick A, Bukowski R, Finke J. GM2 overexpression in renal cell carcinoma: Potential role in tumor induced immune dysfunction. Proc AACR 46:1254, 2005.

428. Chimori K, Hill JE, Grozav AG, Grabowski DR, Vagiri SAJ, Gudkov AV, Bukowski RM, Banapathi R, Ganapathi MK. Targeted si-RNA mediated down-regulation of topoisomerase II or β isozymes defines selectivity to inhibitors of the enzyme. Proc AACR 46:563, 2005.

429. Raval G, Biswas S, Rayman P, Biswas K, Tannenbaum C, Novick A, Bukowski R, Finke J. TNF-alpha induction of GM2 by renal tumor lines promotes T-cell dysfunction. Proc AACR 46:167, 2005.

430. Shaheen PE, Vaziri SA, Ganapathi R, Elson P, Zhou M, Wood L, Bukowski RM. VHL gene mutation and hypermethylation in patients with renal cell carcinoma: Preliminary results and clinical correlation. Proc ASCO 23:866s, 2005.

431. Misbah SA, Shaheen PE, Elson PJ, Negrier S, Motzer RJ, Andresen SW, Bukowski RM. Thrombocytosis as a prognostic factor for survival in patients with metastatic renal cell carcinoma. Proc ASCO 23:402s, 2005.

432. Escudier B, Szczylik C, Eisen T, Stadler WM, Schwartz B, Shan M, Bukowski RM. Randomized phase III trial fo the Raf kinase and VEGFR inhibitor sorafenib (BAY 43-9006) in patients with advanced renal cell carcinoma (RCC). Proc ASCO 23:434, 2005.

433. Rini B, Rixe O, Bukowski R, Michaelson MD, Wilding G, Hudes G, Bolte O, Steinfeldt H, Reich SD, Motzer R. AG-013736 a multi-target tyrosine kinase receptor inhibitor, demonstrates anti-tumor activity in a phase 2 study of cytokine-refractory, metastatic renal cell cancer (RCC). Proc ASCO 23:380s, 2005.

434. Motzer RJ, Rini BI, Michaelson MD, Redman BG, Hudes GR, Wilding G, Bukowski RM, George DJ, Kim ST, Baum CM. Phase 2 trials of SU11248 show antitumor activity in second-line therapy for patients with metastatic renal cell carcinoma (RCC). Proc ASCO 23:380s, 2005.

435. Lockhart AC, Hochster H, Wang K, Paty V, Grover J, Leister C, Shapiro M, Rothenberg ML, Bukowski R. Intravenous MST-997 (TL-909) formulated in intralipid 20% administered weekly in

94

subjects with advanced malignant solid tumors: A phase I dose-escalation study. Proc ASCO 23:160s, 2005.

436. Mekhail T, Rice T, Murthy S, Adelstein D, Videtic G, Mazzone P, Mason D, Agrawal N, Giannini C, Bukowski R. Phase I trial of neoadjuvant and postoperative paclitaxel (P), carboplatin (C) and erlotinib maintenance therapy in stage III non-small cell lung cancer (NSCLC). Proc ASCO 23:157s, 2005.

437. Chikamori K, Andersen A, Bukowski R, Ganapathi R, Ganapathi M. Truncation of the C-terminus domain of topoisomerase IIα enhances enzymatic activity and reduces drug sensitivity. Proc Am. Assoc Can Res, 47:1938, 2006.

438. Elting J, Bigwood D, Brown-Shimer S, Pickett W, Sarr T, Heald S, Schwartz B, Shan M, Lathia C, Escudier B, Bukowski R, Taylor I. Biomarkers associated with clinical outcomes in TARGETs a phase III single-agent placebo-controlled study of sorafenib in advanced renal cell carcinoma. Proc AACR, 47:2909, 2006.

439. Grozav A, Chikamori K, Grabowski D, Xu Y, Kinter M, Bukowski R, Ganapathi M, Ganapathi R. Casein kinace, δ/ε isoforms phospkorylate serine 1106 in the catalytic domain of human topoisomeriase IIa. Proc AACR, 47:4281, 2006.

440. Dhanda R, Gondek K, Song J, Cella D, Bukowski RM, Escudier B. A comparison of quality of life and symptoms in kidney cancer patients receiving sorafenib versus placebo. Proc ASCO, 24: 225s, 2006. (abstract #4534).

441. Yi T, Fan K, Finke J, Bukowski, RM, Borden EC. Activation of human peripheral blood immune cells in vitro by sodium stibogluconate (SSG) and SG/IL-2 combination. Proc ASCO 185.

442. Zhou M, Tamaskar I, Sercia L, Rini BI, Bukowski RM. . Expression of caveolin-1 in renal neoplasms. Proc ASCO, 24, No. 185:6375, 2006 (abstract #14509).

443. Figlin, Kondagunta G, Yazji S, Motzer RJ, Bukowski RM. Phase II study of volociximab (M200) an α5β1 anti-integrin antibody in refractory metastatic clear cell renal cell cancer. Proc ASCO 24, No. 185:225s, 4535 2006 (abstract #4535).

444. McNeill G, Kalamadi S, Davis M, Peereboom D, Adelstein D, Bukowski RM, Mekhail T. Phase II trial of weekly docetaxel and gemcitabine as first line therapy for patients with advanced non-small cell lung cancer. Proc ASCO, 24, No. 185: 673S 2006 (abstract #17076)

95

445.  Srinivas S, Stadler WM, Bukowski R, Figlin R, Hayes T, Yankee EW, Jonasch E. Talactoferrin alfa may prolong progression-free survival in advanced renal carcinoma patients. Proc ASCO, 24, No. 185: 240S, 2006 (abstract #4600).

446.  Al Hazzorui A, Vaziri SA, Lynch M, Schwartz B, Rini BI, Bukowski R, Ganapathi R. Anti-proliferative effects of sorafenib in clear cell renal cell carcinoma (CCRCC ) cell lines: Relationship to von Hippel Lindau protein (pVHL) expression and hypoxia. Proc ASCO, 24, No. 185: 240, 2006 (abstract #4601)..

447.  Tamaskar I, Shaheen P, Wood, L, Hodnick S, Nemec C, Garcia J, Dreicer R, Rini B, Bukowski R. Antitumor effects of sorafenib and sunitinib in patients with metastatic (mRCC) who had prior therapy with anti-angiogenic agents. Proc ASCO, 24, No. 185: 239s, 2006 (abstract #4597)..

448.  Bukowski RM, Kabbinavar F, Figlin R, Flaherty K, Srinivas S, Vaishampayan U, Drabkin H, Dutcher J, Scappaticci F, McDermott D. Bevacizumab with or without erlotinib in metastatic renal cell carcinoma. Proc ASCO, 24, No. 185: 222s, 2006 (abstract #4523).

449.  Rini BI, George DJ, Michaelson MD, Rosenberg JE, Bukowski RM. Efficacy and safety of sunitinib malate (SU11248) in bevacizumab-refractory carcinoma (mRCC). Proc ASCO, 24, No. 18s: 222s, 2006 (abstract #4522).

450.  Wong KK, Fracasso PM, Bukowski RM, Munster PN, Lynch T, Abbas R, Quinn SE, Zacharchuk C, Burris H. HKI-272, an irreversible pan erbB receptor tyrosine kinase inhibitor: Preliminary phase I results in patients with solid tumors. Proc ASCO, 24, 18p:1250, 2006 (abstract #3018).

451.  Kamaldi SR, Davis M, Dowlati A, O'Keefe S, Cline-Burkhardt M, Pelley RJ, Borden EC, Dreier R, Bukowski RM. Phase I trial of docetaxel, carboplatinand lenalidomide in patients with advanced solid tumors. Proc ASCO, 24, No. 18p:604s, 2006 (abstract #13027).

452.  Choueiri T, Dreicer B, Rini BI, Elson P, Garcia J, Mekhail T, Bukowski RM. Phase II study of lenalidomide in patients with metastatic renal cell carcinoma (MRCC). Proc ASCO, 24, No. 18p: 226p, 2006 (abstract #4539).

453.  Motzer R, Hutson TE, Tomczak P, Michaelson MD, Bukowski RM. Phase III randomized trial of sunitinib malate (SU11248) versus interferon-$\alpha$ as first-line systemic therapy for patients with metastatic renal cell carcinoma (mRCC). Proc ASCO, 24, No. 18p:LBA3, 2006.

454.  Escudier B, Szczylik C, Demkow T, Staehler, M, Rolland F, Negrier S, Hutson TE, Scheuring UJ, Schwartz B, Bukowski RM. Randomized phase II trial of the multi-kinase inhibitor sorafenib versus interferon (IFN) in treatment-naïve patients with metastatic renal cell carcinoma (mRCC). Proc ASCO, 24, No. 18p:217p, 2006 (abstract #4501)..

96

455. Eisen T, Bukowski RM, Staehler M, Szczylik C, Oudard S, Stadler WM, Schwartz B, Simantov R, Shan M, Escudier B. Randomized phase III trial os sorafenib in advanced renal cell carcinoma (RCC) impact of crossover on survival. Proc ASCO, 24, No. 18p:223s, 2006 (abstract #4524).

456. Suppiah R, Finke J, Rini BI, Richmond A, Wood L, Elson P, Shaheen P, Garcia J, Dreicer, R. Bukowski R. T regulatory cells (Treg) in patients with metastatic renal cell carcinoma (mRCC) decrease during sunitinib treatment: Correlations with clinical responses and T helper 1/T helper 2 (Th1/Th2) bias. Proc ASCO, 24, No. 18p:140p, 2006 (abstract #2526).

457. Shaheen PE, Tamaskar I, Salas RN, Rini BI, Garcia J, Wood L, Dreicer R, Bukowski R. Thyroid function tests (TFTs) abnormalities in patients with metastatic renal cell carcinoma (mRCC) treated with sunitinib. Proc ASCO, 24, No. 18p:242p, 2006 (abstract #4605).

458. Bukowski RM, Szczylik C, Porta C, Bodrogi I, Eisen T, Oudard S, Bjarnason G, Hawkins R, Wilner K, Chen I. Preliminary results of an expanded-access trial of sunitinib malate (SU11248) for the treatment of patients with refractory metastatic renal cell carcinoma. Annals of Oncology, 17 (suppl. 9):144, 2006 (abstract #4370).

459. Rini B, George D, Michaelson M, Rosenberg J, Bukowski R, Sosman J, Stadler W, Margolin K, Hutson T, Baum C. Phase II study of sunitinib malate (SU11248) in bevacizumab-refractory metastatic renal cell carcinoma. Annals of Oncology (suppl 9):144, 2006 (abstract 4380).

460. Ganapathi R, Al-Hazzouri A, Vaziri S, Grabowski D, Ganapathi M, Bukowski R. Distinct gene expression profiles and cell death pathways in clear-cell renal cell carcinoma (CCRCC) and colorectal carcinoma (CRC) cells: relationship to hypoxia, von Hippel Lindau protein (pVHL) expression and anti-tumor activity of sorafenib. EORTC-NCI-AACR Meeting, Prague, CZ, 2006.

461. Ganapathi M, Chikamori K, Hill J, Grabowski D, Zarkhin E, Grozav A, Vaziri S, Bukowski R, Yen A, Ganapathi R. Down regulation of topoisomerase IIβ in myeloid keukemia cell lines leads to activation of apoptosis following all-trans retinoic acid-induced differentiation/growth arrest. EORTC-NCI-AACR Meeting, Prague, CZ 2006.

## Chapters

1. Bukowski RM: "Suppressor Cells in Oncology" in Suppressor Cells and Their Factors. Krakauer RS, Clough JD (editors), CRC Press, Boca Raton, Fla., pp 103-122, 1981.

97

2.  Bukowski, RM: "Thrombotic Thrombocytopenic Purpura: A Review in Prog. Hemostasis & Thrombosis, Spaet TS (editor) 6:287-337, 1982.

3.  Bukowski RM: "Pancreatic Cancer" in Clinical Medicine, Spittell J (editor), Vol 10, Chap 23, 1984.

4.  Shepard KV, Bukowski RM, Manier JW: "Tumors of the Intestinal Tract Upper GI Tract, Carcinoid Syndrome, and Lower GI Tract" in Current Clinical Practice, Messerili FH (editor), 347-353, 1987.

5.  Ganapathi R, Grabowski D, Bukowski RM: "Modulation of acquired anthracycline resistance by calmodulin inhibitors" in Resistance to Antineoplastic Drugs, CRC Press, Boca Raton, Fla, 1988, pp 81-107.

6.  Ganapathi R, Grabowski D, Bukowski R: "Flow cytometric evaluation of anathracyclines in tumor cells: experimental and clinical applications" in FLOW CYTOMETRY, ed. A YEN, CRC Press, 1988.

7.  Andresen SA, Bukowski RM: "Disseminated Intravascular Coagulation" in Conn's Current Therapy 1991. Ed. Rakel RE. W.B. Saunders Co., Philadelphia, PA, 1991, pp 342-343.

8.  Andresen SA, Bukowski RM: "Thrombotic Thrombocytopenic Purpura" in Conn's Current Therapy 1991. Ed. Radel RE. W.B. Saunders Co., Philadelphia, PA, 1991 pp 344-345.

9.  Bukowski RM. "Adrenal cortical carcinoma" in Handbook of Chemotherapy in Medical Oncology. Armand ED JP, Cvitkovic E, Droz, JP, Khoury S, F.I.I.S., Paris, France.

10. Bukowski RM, McLain D, Finke J. "Clinical Pharmacokinetics of Interleukin-1, interleukin-2, interleukin-4, tumor necrosis factor, and macrophage colony stimulating factor. in Cancer Chemotherapy and Biotherapy. Ed. Chabner B. (submitted).

11. Rayman P, Finke JH, Olencki T, Lorenzi V, Tauson L, Klein E, Tubbs RR, McLain D, Bukowski RM: Adoptive Immunotherapy utilizing IL-2 and IL-4 for expansion of tumor infiltrating lymphocytes in renal cell carcinoma. In Immunotherapy of Cancer with Sensitized T Lymphocytes, Eds. Chang AE & Shu S, R. G Landes Co., Austin, TX, 1994, pp 123-131.

12. Andresen SW, Bukowski RM: "Thrombotic Thrombocytopenic purpura and variants." in : The High Risk Patient: Management of The Critically Ill. Eds: Sivak ED, Higgins TL, Sewer A. Williams & Williams, Media PA, 1995, pp 859-865.

98

13. Zea AH, Longo DL, Finke J, Bukowski RM, Ochoa AC: "Alterations in signal transduction in T cells from cancer patients" in Biology of Renal Cell Carcinoma, Eds Bukowski RM, Finke JK, Klein E. Springer-Verlag, NY, NY, 1995, pp 65-72.

14. Finke J, Kudoh S, Stanley J, Li X, Wang Q, Park J, Liu J, Kolenko V, Rayman P, Klein E, Tubbs R, Bukowski R: Impaired signal transduction in tumor infiltrating T cells from patients with renal cell carcinoma in Biology of Renal Cell Carcinoma, Eds Bukowski RM, Finke J, Klein E. Springer-Verlag, NY, NY, 1995, pp 72-83.

15. Bukowski RM, Olencki T, Peereboom D, et al: "Cytokine Therapy of Metastatic Renal cell Carcinoma: Cleveland Clinic Experience." in Biology of Renal Cell Carcinoma, Eds Bukowski RM, Finke J, Klein E. Springer-Verlag, NY, NY, 1995, pp 189-203.

16. Bukowski RM, Klein EA: "Management of Adrenal Neoplasms" in Comprehensive Textbook of Genitourinary Oncology, Eds: Vogelzang N, Scardino PT, Shipley WV, Coffey DS. Lange P. Williams & Wilkins, Baltimore, MD, 1996, pp 125-154.

17. Gerwitz AS, Bukowski RM: "Neutropenia" in Medicine for the Practicing Physician, Ed: Hurst JW. Appleton & Lange, Stanford Conn, 1996, pp 839-841.

18. Gerwitz AS, Bukowski RM: "Neutrophilia" in Medicine for the Practicing Physician, Ed: Hurst JW. Appleton & Lange, Stanford Conn, 1996, pp 841-843.

19. Bukowski RM, McLain D, Finke J: "Clinical Pharmacokinetics of interleukin-1, interleukin-2, interleukin-4, tumor necrosis factor and macrophage-colony stimulating factor" in Cancer Chemotherapy and Biotherapy: Principles & Practice. Eds: Chabner BA, Longo DL, Lippincott-Raven Pub., Phil, PA, 1996, pp 609-638.

20. Hussein MA, Bukowski RM: "Multiple Myeloma and Other Plasma Cell Disorders" in Current Diagnosis, Eds Conn RB, Borer WZ, Snyder JW. WB Sanders Co., Phil, PA 1997, pp 523-527.

21. Gewitz A, Bukowski RM: "Neutrophilia" in Medicine for the Practicing Physician, ed. Hurst JW, Appleton & Lange, Stanford, CONN, 1996, pp 841-843.

22. Gewitz A, Bukowski RM: "Neutropenia" in Medicine for the Practicing Physician," ed. Hurst JW, Appleton & Lange, Stanford Conn, 1996 pp 843-845.

23. Pelley RJ, Bukowski RM: "Recent advances in diagnosis and therapy of neuroendocrine tumors of the GI tract" in Current Opinion in Oncology, ed, MacDonald J, Rapid Science Publisher, Phil., PA, 1997 p 1-7.

99

24. Andresen SW, Bukowski RM: "Thrombotic Thrombocytopenic Purpura and Variants" in <u>The High Risk Patients: Management of the Critically Ill</u>, eds: Swak ED, Higgins TL, Seiver A. Williams & Wilkins, Media, PA, 1995, pp 859-865.

25. Bukowski RM: Therapeutic use of recombinant proteins@. In <u>Biopharmaceutical Drug Design and Development</u>, eds. Wu-Pong S, Rojanasakul Y. Totowa, NJ, Humana Press, 1999 pp 393-427.

26. Bukowski RM: Systemic therapy of renal carcinoma@ in <u>Genitourinary Cancers</u>, Eds: Movsas B and Hudes G (accepted).

27. Bukowski RM: Multimodality Therapy for Metastatic Renal Cell Carcinoma@ in <u>The Kidneys and Adrenals</u>, Eds: Vaughan D, Perlmutter A, (accepted).

28. Hamilton TA, Tannenbaum CS, Finke J, Bukowski R. Interactions between chemokines and other cytokines in host response to tumor@. In <u>Chemokines and Cancer</u>, Ed. Rolllins BJ. Totowa, NJ. Humana Press 1999, pp 115-126.

29. Bukowski RM, Dutcher JP. Low dose interleukin-2". In <u>Genitourinary Oncology</u>, Eds Vogelzang NJ, Scardino PT, Shipley WU, Coffey DS. Second edition, Lippincott Williams & Wilkins, Philadelphia PA, 2000 pp 218-233.

30. Bukowski RM, Klein EA. Adrenal neoplasms@. In <u>Genitourinary Oncology</u>, Eds Vogelzang NJ, Scardino PT, Shipley WU, Coffey DS. Second edition, Lippincott Williams & Wilkins, Philadelphia PA, 2000 pp 1073-1101.

31. Pelley RJ, Bukowski RM. Recent advances in systemic therapy for gastrointestinal neuroendocrine tumors. <u>Curr Opin Oncol</u> 1999 Jan; 11(1):32-27/

32. Bukowski RM: Role of interleukin in metastatic renal cell carcinoma: in <u>Renal and Adrenal Tumors: Biology and Management</u>. Belldegrun A, Figlin R, Vaughn DE, Ritchie A, Oliver T (eds). Oxford University Press, Oxford, UK, 2001.

33. Bukowski RM, Tannenbaum S, Finke J: Clinical pharmacokinetics of interleukin-1, interleukin-2, interleukin-4, tumor necrosis factor, interleukin-12, and macrophage colony-stimulating factor@ in <u>Cancer Chemotherapy and Biotherapy: Principles and Practice</u>, Chabner BA, Longo DL (eds). Lippincott-Raven Publishers, Philadelphia, PA, 2001.

34. Bukowski RM, Tannenbaum C: Interleukin-12: immunologic and antitumor effects in human malignant melanoma: in <u>Biology Malignant Melanoma</u>, Borden E (ed). (submitted).

100

35. Bukowski RM: Combined modality treatment of renal cell carcinoma@ in <u>Atlas of Clinical Urology - The Kidneys and Adrenals</u>. Novick AC, Margerger M (eds), Current Medicine, Philadelphia, PA, 2000, pp 72-87.

36. Bukowski R: Systemic therapy of renal cell carcinoma@ in <u>Atlas of Genitouirnary Oncology</u>, Novsas B, Hudes G, Olsson C (eds)., W B Saunders, Philadelphia, PA, pp 167-188.

37. Bukowski RM: Immunotherapy in renal cell carcinoma: in <u>Genitourinary Oncology</u>, eds. Lamm DL,2002.

38. Bukowski RM:  Immunotherapy in renal cell carcinoma@, in <u>Advances and Controversies in Genitourinary Oncology, ed. D. Lamm (submitted).</u>

39. Tatsumi T, Wesa FA, Finke JH, Bukowski RM, Storkus WJ: CD4 and T-cell mediated immunity to cancer@, in <u>Cancer Immunotherapy at the Crossroads</u>, Finke JH, Bukowski RM (eds), Humana Press, Totowa, NJ, 2004, pp 87-100.

40. Derweesh I, Molto L, Tannenbaum C, Rayman P, Moon C, Coombs C, Olencki T, Elson P, Bukowski RM, Finke JH: Alterations in T-cell signaling pathways and incerased sensitivity to apoptosis@ in <u>Cancer Immunotherapy at the Crossroads</u>, Finke JH, Bukowski RM (eds), Humana Press, Totowa, NJ, 2004, pp 119-144.

41. Alatrash G, Bukowski RM, Tannenbaum CS, Finke JH: Interleukins in <u>Cancer Chemotherapy and Biotherapy</u>, Chabner BA, Longo DL (eds), Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp 767-808.

42. Kalmadi SR, Zhou M, Novick A, Bukowski R: Uncommon tumors of the kidney in <u>Textbook of Uncommon Cancer</u> 3rd edition, Raghavan D, Brecher ML, Johnson DH, Meropol NJ, Moots P, Rose P (eds), John Wiley & Sons, 2006.

43. Hutson TE, Bukowski RM: Cytokines in <u>Comprehensive Textbook of Genitourinary Oncology</u> 3rd edition, Vogelzang NJ, Scardino PT, Shipley WU, Debruyne FMJ, Linehan WM (eds), Lippincott Williams & Wilkins, Philadelphia, PA, 2005, pp 780-788.

44. Malhi S, Moinzadeh A, Gill IS, Bukowski RM: Adrenal neoplasms in <u>Comprehensive Textbook of Genitourinary Oncology</u> 3rd edition, Vogelzang NJ, Scardino PT, Shipley WU, Debruyne FMJ, Linehan WM (eds), Lippincott Williams & Wilkins, Philadelphia, PA, 2005, pp 833-858.

101

## Monographs

1. Chemotherapy of Pancreatic Cancer: Bukowski RM. Bristol Monograph.

2. Clinical Advances in Anemia: Complications of Red Blood Transfusion Ed. RM. Bukowski. Ortho Biotech Monograph.

3. Ethyol: Clinical Prospects: Proceedings of an Investigators' Meeting. May 19, 1995.

4. Bukowski RM: ARenal Cell Carcinoma: Treatment approaches for patients with advanced disease@ Monograph Series in Urology, Ed Stamey T.

5. Bukowski RM: Update on Ethyol. Proceedings of Investigators Meeting. May 17, 1996.

6. Bukowski RM: Update on Ethyol. Proceeding of Investigators Meeting May 16 1997.

7. Bukowski RM: AMalignant Melanoma@ in Profiles in Patient Management with Ethyol. Alberts DS, Bukowski RM Vermorken JB, Budd GT (eds). October 1998.

8. Bukowski RM: Case Studies: Rectal Cancer and Extragonadal Germ Cell Tumor in Profiles in Patient Management with Ethyol. Alberts DS, Bukowski RM, Vermorken JB, (eds). March, 1998.

9. Bukowski RM: ARenal Cell Carcinoma: Treatment Approaches for Patients with Advanced Disease in Monographs in Urology, Stamey TA (ed), 1998, pp 59-73.

10 .Bukowski R: ARenal Cell Carcinoma in Therapeutic Advances In Oncology, Bukowski R, Eggermont, Kaye S, Maloney D, (ed). Colwood House Med. Publishers, UK, 1998, pp 14-17.

11. Bukowski RM: ACase Study in Bladder Cancer - Commentary@ in Profiles in Patient Management with Ethyol, July, 1999.

12. Bukowski RM: AAmelioration of Side Effects Associated with Docetaxel and Epirubicin in a Patient with Metastatic Breast Cancer - Commentary in Profiles in Patient Management with Ethyol, July, 1999.

13. Bukowski RM: ACurrent Status of IL-2 and IFNα in Patients with Renal Cell Carcinoma@ in Biological Therapy of Genitourinary Tumors, June, 1999.

14. Bukowski RM: AEnhancing and expanding the benefits of interferon alfa 2b: use in melanoma and new options in oncology. ECCO, 2001.

102

15. Bukowski RM. Ongoing clinical trials using interleukin-2-based combinations for metastatic renal cell carcinoma. IL-2-Based Therapy for Kidney Cancer and Melanoma 10-11, October 2003.

16. Bukowski RM. Oncology consultations: Treatment of patients with renal cell carcinoma: The emergence of targeted agents. PER, 2005.

17. Bukowski RM. Integrin inhibitors: Rationale for development and clinical results in patients with solid tumor. Angiogenesis in Oncol 1:11-13, 2005.

18. Bukowski RM. Development of the kinase inhibitor sorafenib for advanced renal cell carcinoma. PER, 2005.

**Books Edited**

1. Immunotherapy of renal cell carcinoma, Eds: Debuyne FMJ, Bukowski RM, Pontes JE, deMalder PHM. Springer-Verlag, Berlin-Heidelberg, West Germany, 1991.

2. Clinical Management of Renal Cell Cancer, Eds: Montie JE, Pontes JE, Bukowski RM. Year Book Medical Publishers, Inc., Chicago, 1990.

3. Renal Cell Carcinoma: Immunotherapy and Cellular Biology, Eds: Klein E, Bukowski RM, Finke J. Marcel Dekker, Inc., New York, N.Y. 1993.

4. Biology of Renal Cell Carcinoma, Eds: Bukowski RM, Klein E, Finke J. Springer-Verlag, New York, N.Y., 1995.

5. Renal Cell Carcinoma: Molecular Biology, Immunology and Clinical Management, Eds: Bukowski RM, Novick AC. Humana Press Inc., 2000.

6. Cancer Immunotherapy at the Crossroads, Eds: Finke JM, Bukowski RM. Humana Press Inc, Totowa, NJ, 2004.

7. Cancer in the Spine, Eds: McLain RF, Bukowski RM, Macklis R, Benzel EC, Markman M. Humana Press Inc, 2006.

103

8.     Clinical Management of Renal Tumors. Eds: Ronald M Bukowski, Andrew C Novick. Humana Press, 2008.

9.     Renal Cell Carcinoma : Molecular Targets & Clinical Applications. Eds : Ronald M Bukowski, Robert Motzer, Robert Figlin. Humana Press/Springer, 2009.

# Attachment B

**Dr. Ronald Bukowski Materials Considered**

## Publications

1. Addeo R, et al. Management of pain in elderly patients receiving infusion of zoledronic acid for bone metastasis: a single-institution report, *Support Care Cancer* 2008; 16:209-214.

2. Adekeye E, Cornah J. Osteomyelitis of the Jaws: A Review of 141 Cases, *Br J Oral Maxillofac Surg* 1985; 23: 24-35.

3. Agarwala S, et al. Alendronate in the Treatment of Avascular Necrosis of the Hip, *Rheumatol* 2002; 41: 346-347.

4. Aguiar Bujanda D, et al. Assessment of renal toxicity and osteonecrosis of the jaws in patients receiving zoledronic acid for bone metastasis, *Ann Oncol* 2007; 18:556-560.

5. Allen M, Burr D. Mandible matrix necrosis in Beagle dogs after 3 years of daily oral bisphosphonate treatment, *J Oral Maxillofac Surg* 2008; 66: 987-994.

6. American Association of Oral and Maxillofacial Surgeons Position Paper on Bisphosphonate-Related Osteonecrosis of the Jaw-- 2009 Update. Task Force on Bisphosphonate-Related Osteonecrosis of the Jaws. January 15, 2009. Available at http://www.aaoms.org/docs/position_papers/bronj_update.pdf.

7. American Association of Oral and Maxillofacial Surgeons. American Association of Oral and Maxillofacial Surgeons position paper on bisphosphonate-related osteonecrosis of the jaws, *J Oral Maxillofac Surg* 2007; 65(3): 369-376.

8. American Cancer Society. *Cancer Facts & Figures 2008*. Atlanta: American Cancer Society; 2008.

9. Amgen Announces Positive Top-Line Results for Denosumab in Trial for Delay of Skeletal Related Events in Bone Metastases Patients Compared to Zometa(R), *RedOrbit News* 08/03/2009; URL: http://www.redorbit.com.news/display/?id=1731.

10. Amgen to Present Pivotal Data From Four Phase 3 Studies at the ECCO 15 - ESMO 34 Congress 09/16/2009; Downloaded September 21, 2009 from: http://www.amg en.com/media/m edia_pr_detail.j sp?releaseID= 1 332477.

11. Ardine M, et al. Could the Long-Term Persistence of Low Serum Calcium Levels and High Serum Parathyroid Hormone Levels During Bisphosphonate Treatment Predispose Metastatic Breast Cancer Patients to Undergo Osteonecrosis of the Jaw? *Ann Oncol* 2006; 1-2.

12. Assael LA. A Time for Perspective on Bisphosphonates, *J Oral Maxillofac Surg* 2006; 64: 877-79.

13. Assael LA. New Foundations in Understanding Osteonecrosis of the Jaws, *J Oral Maxillofac Surg* 2004; 62: 125-126.

14. Assouline-Dayan, et al. Pathogenesis and Natural History of Osteonecrosis, *Semin Arthritis Rheum* 2002; 32(2): 94-124.

15. Badros A, et al. Osteonecrosis of the Jaw in Multiple Myeloma Patients: Clinical Features and Risk Factors, *J Clin Oncol* 2006; 24(6): 945-952.

16. Baer AR, *et al.* Implementing Clinical Trials: A Review of the Attributes of Exemplary Clinical Trial Sites. *J Oncol Pract* 2010; 6:328-330.

17. Bagan JV, et al. Avascular Jaw Osteonecrosis in Association with Cancer Chemotherapy: Series of 10 Cases, *J Oral Pathol Med* 2005; 34: 120-123.

18. Bamias A, et al. Osteonecrosis of the Jaw in Cancer After Treatment with Bisphosphonates: Incidence and Risk Factors, *J Clin Oncol* 2005; 23(34): 8580-8587.

19. Berenson JR, et al. Efficacy of pamidronate in reducing skeletal events in patients with advanced multiple myeloma, N Engl J Med 1996; 334(8): 488-493.

20. Berenson JR, Lipton A, Rosen LS, et al: Phase I clinical study of a new bisphosphonate, zoledronate (CGP-42446), in patients with osteolytic bone metastases, Blood 88 1996; (Suppl 1):586a.

21. Berenson JR, et al. Long-term pamidronate treatment of advanced multiple myeloma patients reduces skeletal events. Myeloma Aredia Study Group, J Clin Oncol 1998; 16(2): 593-602.

22. Bertoldo F. Bisphosphonates and osteomyelitis of the jaw: a pathogenic puzzle, *Nat Clin Pract Oncol* 2007; 4(12): 711-21.

23. Bilezikian JP. Osteonecrosis of the Jaw—Do Bisphosphonates Pose a Risk? *N Engl J Med* 2006; 355(22): 2278-81.

24. Black D, et al. Once-yearly zoledronic acid for treatment of osteoporosis, *N Engl J Med* 2007; 356(18): 1809-22.

25.    Body JJ, Lortholary A, Romieu G,. Vigneron AM, Ford J: A Dose-Finding Study of Zoledronate in Hypercalcemic Cancer Patients. J Bone and Mineral Res1999; 14: 1557-61.

26.    Body JJ, Bartl R, Burckhardt P, Delmas PD, Diel IJ, Fleisch H, Kanis JA, Kyle RA, Mundy GR, Paterson AHG, Rubens RD, for the International Bone and Cancer Study Group: Current use of bisphosphonates in oncology. J Clin Oncol 1998; 16:3890–3899.

27.    Body JJ, Dumon JC. Treatment of tumor-induced hypercalcaemia with the bisphosphonate pamidronate: Dose–response relationship and influence of the tumor type. Ann Oncol 1994; 5: 359–363.

28.    Boonyapakorn T. Bisphosphonate-induced osteonecrosis of the jaws: prospective study of 80 patients with multiple Myeloma, *Oral Oncol* 2008; 44: 857-869.

29.    Bouquot JE, McMahon RE. Neuropathic Pain in Maxillofacial Osteonecrosis, *J Oral Maxillofac Surg* 2000; 58: 1003-1020.

30.    Brufsky AM, et al. Zoledronic Acid Effectively Prevents Aromatase Inhibitor–Associated Bone Loss in Postmenopausal Women with Early Breast Cancer Receiving Adjuvant Letrozole: Z-FAST Study 36-Month Follow-up Results, Clin Breast Cancer 2009; 9(2):77-85.

31.    Cafro A. Osteonecrosis of the jaw in patients with multiple myeloma treated with bisphosphonates: Definition and management of the risk related to zoledronic acid, *Clin Lymphoma Myeloma* 2008; 8:111-116.

32.    Calvo-Alén F, et al. Systemic Lupus Erythematosus in a Multiethnic US Cohort (LUMINA) XXIV: Cytotoxic Therapy Is an Additional Risk Factor for the Development of Symptomatic Osteonecrosis in Lupus Patients. Results of a Nested Matched Case-Control Study, *Ann Rheum Dis* 2006; 65(6): 785-90.

33.    Caminis J, Mesenbrink P & Hua Y, Maxillofacial Complications Adjudication Committee Final Charter, June 8, 2005.

34.    Carlson ER, et al. Symposium on update on bisphosphonate-related osteonecrosis of the jaw, *J Oral Maxillofac Surg* 2007; 65 (9 Suppl. 1):15-16.

35.    Cartsos VM, et al. Bisphosphonate use and the risk of adverse jaw outcomes: a medical claims study of 714,217 people, *J Am Dent Assoc* 2008; 139(1): 23-30.

36.    Chow SC and Liu JP: Design and Analysis of Clinical Trials: Concepts and Methodologies, 2004. ISBN 0-471-24985-8.

37.    Christodoulou C, et al. Combination of Bisphosphonates and Antiangiogenic Factors Induces Osteonecrosis of the Jaw More Frequently than Bisphosphonates Alone, *Oncology* 2009; 76(3): 209-211.

3

38. Ciba-Geigy Pharma Division, Basle, Switzerland: International Investigator's Brochure CGP 42446 (Bisphosphonic Acid). October, 1994.

39. Ciba Pharmaceuticals, Basle, Switzerland: Investigational Drug Brochure Orientation Data Aredia. September, 1993.

40. Ciba-Geigy: Investigational Drug Brochure Orientation Data CGP-23339A. January, 1990.

41. Clinical development Aclasta/Reclast® (zoledronic acid) injection: CZOL446H - Postmenopausal osteoporosis. Special Expert Evaluation Report (SpEER) of maxillofacial adverse events of 5 mg zoledronic acid given once yearly. Grbic J, Landesberg, Jan 3, 2007.

42. Coombes RC, Dady P, Parsons C, et al: Assessment of response of bone metastases to systemic treatment in patients with breast cancer. Cancer 1983; 52 :610-4.

43. Coleman R, et al. Adjuvant treatment with zoledronic acid in stage II/III breast cancer. The AZURE trial (BIG 01/04). SABCS 2010 Annual Meeting. Abstract S 4-5. Presented December 10, 2010.

44. Coleman RE, Major P, Lipton A, et al: Predictive value of bone resorption and formation markers in cancer patients with bone metastases receiving the bisphosphonate zoledronic acid. J Clin Oncol 2005; 23: 4925-4935.

45. Coleman RE: Metastatic bone disease: Clinical features, pathophysiology and treatment strategies. Cancer Treat Rev 2001; 27:165-176.

46. Cooper C et al. The epidemiology of osteonecrosis: findings from the GPRD and THIN databases in the UK. Osteoporos Int. 06/23/2009. Epublished ahead of print.

47. Corso A, et al. A Different Schedule of Zoledronic Acid Can Reduce the Risk of Osteonecrosis of the Jaw in Patients With Multiple Myeloma. Advance online production, *Leukemia* 2007; 21(7): 1545-1548.

48. Cummings SR, et al. Denosumab for Prevention of Fractures in Postmenopausal Women with Osteoporosis, *N Engl J Med* 2009.

49. Denosumab Demonstrates Superiority Over Zometa(R) in Pivotal Phase 3 Head-to-Head Trial in Breast Cancer Patients With Bone Metastases 07/07/2009; URL: http://www.news.com.

50. Department of Health and Human Services/National Institutes of Health, Pathophysiology of Bisphosphonates-associated Osteonecrosis of the Jaw (2006) [request for grant applications for research re ONJ; available at http://grants.nih.gov]

51. Dilts D M, et al. Phase III Clinical Trial Development: A Process of Chutes and Ladders. Clin Can Res 2010; 16(22); 5381–9.

4

52. Dimopoulos MA, et al. Osteonecrosis of the Jaw in Patients with Multiple Myeloma Treated with Bisphosphonates: Evidence of Increased Risk after Treatment with Zoledronic Acid. *Haematologica* 2006; 91: 968-971.

53. Dimopoulos MA, et al. Reduction of osteonecrosis of the jaw (ONJ) after implementation of preventive measures in patients with multiple myeloma treated with zoledronic acid, *Ann Oncol* 08/9/2008, Epublished ahead of print.

54. Drake M. Bisphosphonates: Mechanism of Action and Role in Clinical Practice, *Mayo Clin Proc* 2008; 83(9): 1032-1045.

55. Dudek AZ, et al. Autologous large multivalent immunogen vaccine in patients with metastatic malanoma and renal cell carcinoma, *Am J Clin Oncol* 2008; 31(2): 173-181.

56. Durie BD. Osteonecrosis of the Jaws in Myeloma: Time Dependent Correlation with Aredia® and Zometa® Use (abstract & slides), *Blood* 2004; 104(11).

57. Durie BG, et al. Osteonecrosis of the Jaw and Bisphosphonates, *N Eng J Med* 2005; 353(1): 99-102.

58. Efficacy and safety of Zoledronic acid (every 4 weeks vs. every 12 weeks) in Patients with documented bone metastases from breast cancer. Clinicaltrials.gov: NCT003320710.

59. Estilo C, et al. Osteonecrosis of the Jaw Related to Bevacizumab, *J Clin Oncol* 2008; 26: 4037-38.

60. Estilo CL, et al. Osteonecrosis of the Maxilla and Mandible in Patients Treated with Bisphosphonates: A Retrospective Study (abstract & slides), *J Clin Oncol* 2004; 22: 8008.

61. Farrugia MC, et al. Osteonecrosis of the Mandible or Maxilla Associated with the Use of New Generation Bisphosphonates, *Laryngoscope* 2006; 116: 115-120.

62. Fehm T et al. Bisphosphonate-associated osteonecrosis of the jaw in breast cancer patients: Recommendations for prevention and treatment. Breast. 08/01/2009. Epublished ahead of print.

63. Felsenberg D. Osteonecrosis of the Jaw-A Potential Adverse Effect of Bisphosphonate Treatment, *Nat Clin Pract Endocrinol Metab* 2006; 2(12): 662-663.

64. Fizazi K, Carducci MA, Smith MR, et al: A randomized phase III trial of denosumab versus zoledronic acid in patients with bone metastases from castrationresistant prostate cancer. J Clin Oncol 2010; 28: 951s, (suppl; abstr LBA4507)

5

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 151 of 167

65. Fizazi K, et al. Randomized phase II trial of denosumab in patients with bone metastases from prostate cancer, breast cancer, or other neoplasms after intravenous bisphosphonates, *J Clin Oncol* 2009; 27(10):1564-1571.

66. Fleisch H, Bisphosphonates: New class of drugs in diseases of bone and calcium metabolism. Rec Res Cancer Res 1989; 116: 1-28.

67. Food and Drug Administration: FDA-approved label: Xgeva (denosumab). http://www.accessdata .fda.gov/drugsatfda_docs/label/2010/125320s007lbl.pdf.

68. Food and Drug Administration, Center for Drug Evaluation and Research, Office of New Drugs, Division of Reproductive and Urologic Products. Background Document for Meeting of Advisory Committee for Reproductive Health Drugs (August 13, 2009). Denosumab (Proposed trade name: PROLIA). Amgen, Inc. 07/21/2009; pp. 1-87.

69. Food and Drug Administration Oncologic Drugs Advisory Committee, March 4, 2005: Novartis Pharmeceutical and FDA Briefing Materials.

70. Food and Drug Administration: FDAapproved label: Zoledronic acid packet insert; URL: http://www.accessdata.fda.gov/drugsatfda_docs/label/2009/021223s018lbl.pdf

71. Food and Drug Administration: FDA-approved label: Aredia, pamidronate disodium packet insert; URL http:// www.accessdata.fda.gov/drugsatfda_docs/label/2008/020036s035lbl.pdf

72. García Sáenz JA, et al. Osteonecrosis of the jaw as an adverse bisphosphonate event: Three cases of bone metastatic prostate cancer patients treated with zoledronic acid, *Med Oral Patol Oral Cir Bucal* 2007; 12(5): E351-6.

73. Gebhard KL, Maibach HI. Relationship between Systemic Corticosteroids and Osteonecrosis, *Amer J Clin Dermatol* 2001; 2(6): 377-388.

74. Gnant M, Mlineritsch B, Schippinger W, et al: Endocrine Therapy plus Zoledronic Acid in Premenopausal Breast Cancer. N Eng J Med 2009; 360: 679-91,.

75. Green J, Lipton A. Anticancer properties of zoledronic acid. Cancer Invest. 2010 Nov; 28(9):944-57.

76. Grbic J & Landesberg R, Special Expert Evaluation Report (SpEER) of Maxillofacial Adverse Events of 5 mg Zoledronic Acid Given Once Yearly, January 3, 2007.

77. Grbic JT, et al. Incidence of osteonecrosis of the jaw in women with postmenopausal osteoporosis in the health outcomes and reduced incidence with zoledronic acid once yearly pivotal fracture trial, *J Am Dent Assoc* 2008; 139(1):32-40.

6

78.     Green JR, et al. Preclinical Pharmacology of CGP 42'446, a New, Potent, Heterocyclic Bisphosphonate Compound. J Bone and Mineral Res1994; 9: 745-51.

79.     Green S, Benedetti J, Crowley J: "Clinical trials in oncology". CRC Press, 2003. ISBN 1-58488-302-2.

80.     Greuter S, et al. Bevacizumab-associated osteonecrosis of the jaw, *Annals of Oncolog,* advance access, e-published October 31, 2008.

81.     Gucalp, et al. Comparative study of pamidronate disodium and etidronate disodium in the treatment of cancer-related hypercalcemia, J Clin Oncol. (1992); 10(1):134-42.

82.     Guarneri V, et al. Renal Safety and Efficacy of i.v. Bisphosphonates in Patients with Skeletal Metastases Treated for up to 10 Years, *The Oncologist* 2005; 10:842-48.

83.     Hansen T, et al. Osteonecrosis of the Jaws in Patients Treated with Bisphosphonates—Histomorphologic Analysis in Comparison with Infected Osteoradionecrosis, *J Oral Pathol Med* 2006; 35: 155-60.

84.     Hasling C, et al. Etidronate disodium for treating hypercalcemia of malignancy: A double-blind, placebo controlled study. Eur J Clin Invest 1986; 16: 433-437.

85.     Hellstein J. Bis-Phossy Jaw, Phossy Jaw, and the 21st Century: Bisphosphonate-Associated Complications of the Jaws, *J Oral Maxillofac Surg* 2004; 62:1563-1566.

86.     Hellstein JW, Marek CL. Bisphosphonate Osteochemonecrosis (Bis-Phossy Jaw): Is this Phossy Jaw of the 21st Century? *J Oral Maxillofac Surg* 2005; 63(5): 682-689.

87.     Henry DH, et al: Randomized, double-blind study of denosumab versus zoledronic acid in the treatment of bone metastases in patients with advanced cancer (excluding breast and prostate cancer) or multiple myeloma. J Clin Oncol 2011; 29:1125-1132.

88.     Hess L, et al. Factors Associated with Osteonecrosis of the Jaw Among Bisphosphonate Users, *Amer J Medicine* 2008; 121, 475-83.

89.     Hillner BE, Ingle JN, Chlebowski RT, et al: American Society of Clinical Oncology 2003 Update on the Role of Bisphosphonates and Bone Health Issues in Women With Breast Cancer. J Clin Oncol 2003; 21: 4042-4057.

90.     Hillner BE, et al for the American Society of Clinical Oncology Bisphosphonates Expert Panel: American Society of Clinical Oncology Guideline on the Role of Bisphosphonates in Breast Cancer.J Clin Oncol 2000; 18:1378-1391.

91.     Hoff A, et al. Bisphosphonates and Osteonecrosis of the Jaw, Conference entitled "What is New in Bisphosphonates? Eighth and Valedictory Workshop on Bisphosphonates From the Laboratory to the Patient" (Davos, Switzerland March 2006) (Slides).

7

92.     Hoff AO, et al. Frequency and risk factors associated with osteonecrosis of the jaw in cancer patients treated with intravenous bisphosphonates, *J Bone Miner Res* 2008; 23(6): 826-836.

93.     Hortobagyi GN: Commentary: Role of Bone-Modifying Agents in MetastaticBreast Cancer. J Oncology Practice 2011, DOI: 10.1200/JOP.2011.000218.

94.     Hortobagyi GN: Systemic therapy for bone metastasis: Past, present, and future. Am Soc Clin Oncol Education Book 2010; 1-7.

95.     Hortobagyi GN, Theriault RL, Lipton A, Porter L, Blayney D, and the Breast Cancer Study Group: Long-term prevention of skeletal complications of metastatic breast cancer with pamidronate. J Clin Oncol 1998;16: 2038–2044.

96.     Hortobagyi GN, Theriault RL, Porter L, et al: Efficacy of pamidronate in reducing skeletal complications in patients with breast cancer and lytic bone metastases: Protocol 19 Aredia Breast Cancer Study Group. N Engl J Med 1996; 335: 1785-1791.

97.     Ibrahim T, et al. Osteonecrosis of the jaw in patients with bone metastases treated with bisphosphonates: A retrospective study, *The Oncologist* 2008; 13:330-336.

98.     What is informed consent? US National Institutes of Health. Clinicaltrials.gov.

99.     Jadu F. A retrospective study assessing the incidence, risk factors and comorbidities of pamidronate-related necrosis of the jaws in multiple myeloma patients, *Ann Oncol* 2007; 18: 2015-19.

100.    Jones LC, et al. Procoagulants and Osteonecrosis, *J Rheumatol* 2003; 30(4): 783-791.

101.    Jung TI, Hoffmann F, Glaeske G, Felsenberg D. Disease-specific risk for an osteonecrosis of the jaw under bisphosphonate therapy. J Cancer Res Clin Oncol. 08/22/2009. Epublished ahead of print.

102.    Kaiser LD, *et al.* Optimizing Collection of Adverse Event Data in Cancer Clinical Trials Supporting Supplemental Indications. *J Clin Oncol* 2010; 28:5046-5053.

103.    Kenzora JE, Glincher MJ. Accumulative Cell Stress: The Multifactorial Etiology of Idiopathic Osteonecrosis, *Orthop Clin North Amer* 1985; 16(4): 669-679.

104.    Khamaisi M, et al. Possible Association Between Diabetes and Bisphosphonate-Related Jaw Osteonecrosis, *J Clin Endocrinol Metab* 2007; 92(3): 1172-1175.

105.    Khosla S. American Society for Bone and Mineral Research. Bisphosphonate-Associated Osteonecrosis of the Jaw: Report of a Task Force of the ASBMR, *J Bone Mineral Research* 2007; 22(10): 1479-91.

106.    Kohno N, Aogi K, Minami H, et al: Zoledronic acid significantly reduces skeletal complications compared with placebo in Japanese women with bone metastases from

8

breast cancer: A randomized, placebo controlled trial. J Clin Oncol 2005; 23:3314-3321.

107. Kos M, Kuebler JF, Luczak K, Engelke W. Bisphosphonate-related osteonecrosis of the jaws: A review of 34 cases and evaluation of risk. J Craniomaxillofac Surg. 07/08/2009. Epublished ahead of print.

108. Kraj M, et al. Incidence of Jaw Osteonecrosis in Multiple Myeloma Patients Treated with Bisphosphonates, *Acta Pol Pharm* 2006; 63(5): 450-452.

109. Kyle RA, et al. American Society of Clinical Oncology. Clinical Practical Guideline Update on the Role of Bisphosphonates in Multiple Myeloma, *J Clin Oncol* 2007; 25(17): 2464-72.

110. Kyrgidis A, et al. Bisphosphonate-Related Osteonecrosis of the Jaws: A Case-Control Study of Risk Factors in Breast Cancer Patients, *J Clin Oncol* 6/23/2008, Epublished ahead of print.

111. La Verde N, et al. Osteonecrosis of the jaw (ONJ) in cancer patients treated with bisphosphonates: how the knowledge of a phenomenon can change its evolution, *Support Cancer Care* 2008; 16(11): 1311-15.

112. Lacy MQ, et al. Mayo Clinic consensus statement for the use of bisphosphonates in multiple myeloma, *Mayo Clin Proc* 2006; 81(8): 1047-1053.

113. Landesberg R, et al. Inhibition of oral mucosal cell wound healing by bisphosphonates, *J Oral Maxillofac Surg* 2008; 66:839-847.

114. Landesberg R, et al.. Alternative Indications for Bisphosphonate Therapy, *J Oral Maxillofac Surg* 2009; 67(5): 27-34.

115. Lenz J, et al. Does Avascular Necrosis of the Jaws in Cancer Patients only Occur Following Treatment with Bisphosphonates? *J Craniomaxillofac Surg* 2003; 33:395-403.

116. Lind , J: A Treatise of the Scurvy (1754)", 2001. http://www.bruzelius.info/Nautica/Medicine/Lind(1753).html.

117. Lipton A, et al. Extended efficacy and safety of denosumab in breast cancer patients with bone metastases not receiving prior bisphosphonate therapy, *Clin Cancer Res* 2008; 14(20): 6690-6696.

118. Lipton A, et al. RANKL inhibition in the treatment of bone metastases, *Curr Opin Support Palliat Care* 2008; 2(3): 197-203.

119. Lipton A. The safety of zoledronic acid. Expert Opin Drug Saf 2007; 6: 305–13,.

9

120. Lipton A, et al: Pamidronate prevents skeletalcomplications and is effective palliative treatment in women with breast carcinoma and osteolytic bone metastases: Long term follow-up of two randomized, placebo- controlled trials. Cancer 2000; 88: 1082-1090.

121. Lugassy G, et al. Letter to the Editor: Severe Osteomyelitis of the Jaw in Long-Term Survivors of Multiple Myeloma: A New Clinical Entity, *Am J Med* 2004; 117(6): 440-441.

122. Major PP, Coleman RE, Zoledronic acid in the treatment of hypercalcemia of malignancy: results of the international clinical development program, Semin Oncol (2001) 28(2 Suppl 6): 17-24.

123. Major PP, et al. Zoledronic acid is superior to pamidronate in the treatment of hypercalcemia of malignancy - A pooled analysis of two randomized, controlled clinical trials. J Clin Oncol 2001; 19: 558-67.

124. Martin TJ: Humoral hypercalcemia of malignancy. Bone Miner 1988; 4:83-89.

125. Marx R et al. Bisphosphonate-Induced Exposed Bone (Osteonecrosis/Osteopetrosis) of the Jaws: Risk Factors, Recognition, Prevention, and Treatment, *J Oral Maxillofac Surg* 2005; 63: 1567-1575.

126. Marx RE, Stern D. *Oral and Maxillofac Pathology: A Rationale for Diagnosis and Treatment*. Chicago, IL: Quintessence Publishing Co, Inc. (2003); 36-38.

127. Marx RE. *Oral & Intravenous Bisphosphonate-Induced Osteonecrosis of the Jaws: History, Etiology, Prevention, and Treatment*. Chicago, IL: Quintessence Publishing Co. Inc, 2007: 39-76.

128. Marx RE. Osteoradionecrosis: A New Concept of Its Pathophysiology, *J Oral Maxillofac Surg* 1983; 41(5): 283-288.

129. Marx RE. Pamidronate (Aredia) and Zoledronate (Zometa) Induced Avascular Necrosis of the Jaws: A Growing Epidemic, *J Oral Maxillofac Surg* 2003; 61: 1115-1118.

130. Mehrotra B, et al. Osteonecrosis of the Maxilla: An Unusual Complication of Prolonged Bisphosphonate Therapy. A Case Report, *Amer Society of Clin Oncol* 2003; 22: 795.

131. Meinert CL, Tonascia S, Clinical trials: design, conduct, and analysis. Oxford University Press, USA, 1986. ISBN 978-0195035681.

132. Migliorati CA, et al. Bisphosphonate-associated osteonecrosis: a long-term complication of bisphosphonate treatment, *Lancet Oncol* 2006; 7: 508-14.

10

133. Migliorati CA, et al. Bisphosphonate-Associated Osteonecrosis of Mandibular and Maxillary Bone: An Emerging Oral Complication of Supportive Cancer Therapy, *Cancer* 2005; 104(1): 83-93.

134. Migliorati CA. Bisphosphanates and Oral Cavity Avascular Bone Necrosis, *J Clin Oncol* 2003; 21(22): 4253-4254.

135. Migliorati CA. Managing the care of patients with bisphosphonate-associated osteonecrosis: An American Academy of Oral Medicine position paper, *J Amer Dent Assoc* 2005; 136: 1658-1668.

136. Miller PD, et al. Effect of denosumab on bone density and turnover in postmenopausal women with low bone mass after long-term continued, discontinued, and restarting of therapy: a randomized blinded phase 2 clinical trial, *Bone* 2008; 43(2): 222-229.

137. Morgan GJ, Davies FE, Gregory WM, et al on behalf of the National Cancer Research Institute Haematological Oncology Clinical Study Group: First-line treatment with zoledronic acid as compared with clodronic acid in multiple myeloma (MRC Myeloma IX): a randomised controlled trial. Lancet 2010; 376: 1989–99.

138. Moss A J, et al. Collaborative Clinical Trials - Perspective. N Engl J Med 2011; 364: 789-91.

139. Mundy GR, Wilkinson R, Heath DA: Comparative study of available medical therapy for hypercalcemia of malignancy. Am J Med 1983; 74: 421-432.

140. Murad O, et al. Bisphosphonates and Osteonecrosis of the Jaw: A Retrospective Study, *Endocrine Practice* 2007; 13: 232-38.

141. Nandakumar H. Massive Sequestration of the Upper Jaw: A Case Report, *British J of Oral & Maxillofac Surg* 1990; 28: 55-56.

142. Orlic D, et al. Frequency of Idiopathic Aseptic Necrosis in Medically Treated Alcoholics, *International Orthopaedics (SICOT)* 1990; 14: 383-386.

143. Ortega C, et al. Jaw complications in breast and prostate cancer patients treated with zoledronic acid, *Acta Oncologica* 2006; 45:216-217.

144. Ortega C. Osteonecrosis of the jaw in prostate cancer patients with bone metastases treated with zoledronate: A retrospective analysis, *Acta Oncologica* 2007; 46:664-8.

145. Peduzz P, et al. Methodological Issues in Comparative Effectiveness Research: Clinical Trials. Am J Med 2010; 123: e8-e15.

146. Perlmutter RM. UBS Global Life Sciences Conference 09/21/2009.

11

147. Peters E, Lovas GL, Wysocki GP. Lingual mandibular sequestration and ulceration, *Oral Surg Oral Med Oral Pathol* 1993; 75(6): 739-743.

148. Phase 3 Trial Shows Denosumab Delayed Skeletal Related Events in Advanced Cancer Patients With Bone Metastases 09/21/2009; Downloaded September 21, 2009 from: http://www.amg en.com/media/m edia_pr_detail.j sp?releaseID= 1 333574.

149. Pires FR, et al. Oral Avascular Bone Necrosis Associated with Chemotherapy and Bisphosphonate Therapy, *Oral Dis* 2005; 11: 365-369.

150. Pocock SJ: Clinical Trials: A Practical Approach, John Wiley & Sons, 2004, ISBN 0-471-90155-5.

151. Pogrel MA, Miller CE. A Case of Maxillary Necrosis, *J Oral Maxillofac Surg* 2003; 61: 489-493.

152. Potter PM: Adaptive dose finding for phase I clinical trials of drugs used for chemotherapy of cancer, Statist Med, 2002; 21: 1805–1823.

153. Pozzi S, et al. Bisphosphonate-associated Osteonecrosis of the jaw: a review of 35 cases and an evaluation of its frequency in multiple myeloma patients, *Leuk Lymphoma* 2007; 48(1): 56-64.

154. Protasevich G. Extensive Necrosis of the External Nose, Nasal Septum and Maxilla in a Patient with Acute Pancreatitis Complicated by Secondary Diabetes Mellitus, *Vestn Otorinolaringol* 1983; (2): 70-71.

155. Rang HP, Dale MM, Ritter JM, Moore PK: Pharmacology 5 ed. Edinburgh: Churchill Livingstone, 2003. ISBN 0-443-07145-4.

156. Reid I. Osteonecrosis of the Jaw – Who Gets It, and Why? *Bone* 2008; accepted manuscript available on-line but not formally published.

157. Reid IR, et al. Is bisphosphonate-associated osteonecrosis of the jaw caused by soft tissue toxicity? *Bone* 2007; 41(3):318-320.

158. Reid IR. Osteonecrosis of the jaw – who gets it and why?, Bone 2009; 44:4-10.

159. Ripamonti CI, et al. Decreased occurrence of osteonecrosis of the jaw after implementation of dental preventive measures in solid tumor patients with bone metastases treated with bisphosphonates. The experience of the National Cancer Institute of Milan, *Ann Oncol* 07/22/2008, Epublished ahead of print.

160. Rosen LS, et al. Zoledronic acid is superior to pamidronate for the treatment of bone metastases in breast carcinoma patients with at least one osteolytic lesion, Cancer 2004; 100:36-43.

Case 5:11-cv-00680-D    Document 114    Filed 03/14/14    Page 158 of 167

161. Rosen LS, et al. Long-term efficacy and safety of zoledronic acid in the treatment of skeletal metastases in patients with nonsmall cell lung carcinoma and other solid tumors: a randomized, Phase III, double-blind, placebo-controlled trial, Cancer 2004; 100(12): 2613-2621

162. Rosen LS, et al. Long-term efficacy and safety of zoledronic acid compared with pamidronate disodium in the treatment of skeletal complications in patients with advanced multiple myeloma or breast carcinoma: a randomized, double-blind, multicenter, comparative trial, Cancer 2003; 98(8): 1735-1744.

163. Rosen LS, et al. Zoledronic acid versus placebo in the treatment of skeletal metastases in patients with lung cancer and other solid tumors: a phase III, double-blind, randomized trial – the zoledronic acid lung cancer and other solid tumors study group, J Clin Oncol 2003; 21(16): 3150-3157.

164. Ruggiero S, et al. Practical Guidelines for the Prevention, Diagnosis and Treatment of Osteonecrosis of the Jaw in Patients with Cancer, *J Oncol Pract* 2006; 2(1): 7-14.

165. Ruggiero S. Osteonecrosis of the Jaws and Bisphosphonate Therapy, *J Dent Res* 2007; 86(11): 1013-21.

166. Ruggiero SL, et al. Osteonecrosis of the Jaws Associated with the Use of Bisphosphonates: A Review of 63 Cases, *J Oral Maxillofac Surg* 2004; 62: 527-534.

167. Ruggiero SL, Fantasia J, Carlson E. Bisphosphonate-related osteonecrosis of the jaw: background and guidelines for diagnosis, staging and management, *Oral Surg Oral Med Oral Pathol Oral Radiol Endod* 2006; 102(4): 433-441.

168. Ryzen E, et al: Intravenous etidronate in the management of malignant hypercalcemia. Arch Intern Med 1985; 145: 449-452.

169. Saad F, et al. A randomized, placebo-controlled trial of zoledronic acid in patients with hormone-refractory metastatic prostate carcinoma, J Natl Cancer Inst 2002; 94(19): 1458-1468.

170. Saad F. Treatment of bone complications in advanced prostate cancer: rationale for bisphosphonate use and results of a phase III trial with zoledronic acid, Semin Oncol 2002; 29(6 Suppl 21): 19-27.

171. Saad F, et al. Zoledronic acid significantly reduces bone pain in patients with advanced prostate cancer metastatic to bone [abstract]. 3rd North American Symposium: Skeletal Complications of Malignancy; April 25-27, 2002; Bethesda, Maryland.

172. Saad F, et al. Long-term efficacy of zoledronic acid for the prevention of skeletal complications in patients with metastatic hormone-refractory prostate cancer, J Natl Cancer Inst 2004; 96(11): 879-882.

173. Sambrook P, et al. Bisphosphonates and Osteonecrosis of the Jaw, *Australian Family Physician* 2006; 35: 801-03.

174. Sanna G, et al. Bisphosphonates and Jaw Osteonecrosis in Patients with Advanced Breast Cancer. *Ann Oncol* 2006; 17: 1512-6.

175. Sargent DJ, George SL. Clinical Trials Data Collection: When Less Is More. *JCO* 2010; 5019-5021.

176. Schieszer J. AZURE trial reveals no benefit with zoledronic acid with adjuvant therapy in stage II/III disease. Oncology News International. December 10, 2010. Retrieved at *cancernetwork.com.*

177. Schwartz HC. Bisphosphonate Associated Osteonecrosis of the Jaws, *J Oral Maxillofac Surg* 2005; 63: 1555-1556.

178. Schwartz HC. Osteonecrosis and Bisphosphonates: Correlation Versus Causation, *J Oral Maxillofac Surg* 2004; 62: 763-764.

179. Schwartz HC. Osteonecrosis of the Jaws: A Complication of Cancer Chemotherapy, *Head Neck Surg* 1982; 4: 251-253.

180. Schwartz HC. Osteonecrosis: The Need for an Evidence-Based Approach. *J Oral Maxillofac Surg* 2006; 64: 1177.

181. Shankland WE. Medullary and Odontogenic Disease in the Painful Jaw: Clinicopathologic Review of 500 Consecutive Lesions, *J Craniomandibular Practice* 2002; 20(4): 295-303.

182. Silverman SL, Landesberg R. Osteonecrosis of the jaw and the role of bisphosphonates: a critical review. Am J Med. 02/00/2009. 122(2A): S33-S45.

183. Smith MR, et al. Denosumab HALT Prostate Cancer Study Group Denosumab in men receiving androgen-deprivation therapy for prostate cancer, *N Engl J Med* 2009; 361(8): 745-755.

184. Smith IE: Do BIG1-98 and ZOFAST demand a change in guidelines for endocrine therapy? Breast Cancer Research 2009; 11(Suppl 3):S18.

185. Socié G, et al. Avascular Necrosis of Bone After Allogeneic Bone Marrow Transplantation: Analysis of Risk Factors for 4388 Patients by the Société Francaise de Greffe de Moëlle (SFGM), *British J Haematology* 1997; 97(4): 865-870.

186. Sonnier KE, Horning GM. Spontaneous Bony Exposure: A Report of 4 Cases of Idiopathic Exposure and Sequestration of Alveolar Bone, *J Periodontol* 1997; 68(8): 758-762.

187.    Starck WJ, Epker BN. Failure of Osseointegrated Dental Implants After Diphosphonate Therapy for Osteoporosis: A Case Report, *Int J Oral Maxillofac Implants* 1995; 10: 74-78.

188.    Stopeck AT, et al: Denosumab compared with zoledronic acid for the treatment of bone metastases in patients with advanced breast cancer: A randomized, double-blind study. J Clin Oncol 2010; 28: 5132-5139.

189.    Stopeck A, et al. Denosumab versus zoledronic acid for the treatment of breast cancer patients with bone metastases: results of a randomized phase 3 study [abstract 2LBA] 09/00/2009 Downloaded September 21, 2009 from: http://ex2.excer ptamedica.com /ciw-09ecco/abs tracts.

190.    Sung EC, et al. Osteonecrosis of the Maxilla as a Complication to Chemotherapy: A Case Report, *Spec Care Dentist* 2002; 22(4): 142-146.

191.    SWOG 0307: Zoledronate, Clodronate, or Ibabdronate in ttreating women who have undergone surgery for stage I, stage II, or Stage III Breast Cancer. Clinicaltrials.gov: NCT00127205.

192.    Tassinari D, et al. Zoledronic acid treatment at home: Safety data from an observational prospective trial, *J Palliative Med* 2007; 10:352-358.

193.    Theriault RL, et al. Pamidronate reduces skeletal morbidity in women with advanced breast cancer and lytic bone lesions: a randomized, placebo-controlled trial, J Clin Oncol 1999; 17(3): 846-854.

194.    Tosi P, et al. Osteonecrosis of the jaws in newly diagnosed multiple myeloma patients treated with zoledronic acid and thalidomide-dexamethasone, *Blood* 2006; 108:3951-3952.

195.    Vahtsevanos K et al. Longitudinal Cohort Study of Risk Factors in Cancer Patients of Bisphosphonate-Related Osteonecrosis of the Jaw. J Clin Oncol. 10/05/2009.Epublished ahead of print.

196.    Van den Wyngaert T, Huizing MT, Vermorken JB. Bisphosphonates and Osteonecrosis of the Jaw: Cause and Effect or a *post hoc* Fallacy? *Ann Oncol* 2006; 17: 1197-1204.

197.    Van den Wyngaert T. Osteonecrosis of the jaw related to the use of bisphosphonates, *Curr Opin Oncol* 2007; 19: 315-22.

198.    Van Poznak CH, Temin S, Yee GC, et al: American Society of Clinical Oncology Executive Summary of the Clinical Practice Guideline Update on the Role of Bone-Modifying Agents in Metastatic Breast Cancer, jco.ascopubs.org/cgi/doi/10.1200/JCO.2010.32.5209.

199.    Van Poznak C, Estilo C. Osteonecrosis of the Jaw in Cancer Patients Receiving IV Bisphosphonates. *Oncol (Williston Park)* 2006; 20(9): 1053-62; discussion 1065-6.

15

200. Van Poznak C, Ward BB. Osteonecrosis of the jaw, *Curr Opin Orthop* 2006; 17: 462-468

201. Van Poznak CH. Osteonecrosis of the Jaw in Patients with Metastatic Breast Cancer (abstract & slides), *Blood,* 2004: 104(11).

202. Vogel CL, Yanagihara RH, Wood AJ, et al: Safety and pain palliation of zoledronic acid in patients with breast cancer, prostate cancer, or multiple myeloma who previously received bisphosphonate therapy. Oncologist 2004; 9: 687-695.

203. Walter C, et al. Prevalence and risk factors of bisphosphonate-associated osteonecrosis of the jaw in prostate cancer patients with advanced disease treated with zoledronate, *Eur Assoc Urol* 2008; 54(5): 1066-107.

204. Walter C. Prevalence of bisphosphonate associated osteonecrosis of the jaw within the field of osteonecrosis, *Support Cancer Care* 2006 (e-published ahead of print).

205. Wang EP, et al. Incidence of Osteonecrosis of the jaw in patients with multiple myeloma and breast or prostate cancer on intravenous bisphosphonate therapy, *J Oral Maxillofac Surg* 2007; 65(7): 1328-1331.

206. Wessel J, Dodson T, Zavras A. Zoledronate, smoking, and obesity are strong risk factors for osteonecrosis of the jaw: A Case-Control Study, *J Oral Maxillofac Surg* 2008; 66: 625-631.

207. West H: Denosumab for Prevention of Skeletal-Related Events in Patients With Bone Metastases From Solid Tumors: Incremental Benefit, Debatable Value. J Clin Oncol 2011; e-published ahead of print.at www.jco.org

208. Wilkinson G, et al. Intravenous Bisphosphonate Therapy and Inflammatory Conditions or Surgery of the Jaw: A Population-Based Analysis, *J Natl Cancer Inst* 2007; 99(13): 1016-24.

209. Winer HJ, et al. Palatal Necrosis Secondary to Cytotoxin Therapy: Report of Case, *J Amer Dent Assoc* 1972; 84: 862-866.

210. Winter MC, Syddall SP, Cross SS, et al: A randomized neoadjuvant biomarker study investigating the anti-tumor acxtivity of the addition of zoledronic acid to chemotherapy in breast cancer. San Antonio Breast Cancer Conference, 12/9/10 (abstract P1-11-01).

211. Zavras A, Zhu S. Bisphosphonates Are Associated with Increased Risk for Jaw Surgery in Medical Claims Data: Is it Osteonecrosis? *J Oral Maxiollofac Surg* 2006; 64: 917-23.

212. Zervas K, et al. Incidence, Risk Factors and Management of Osteonecrosis of the Jaw in Patients with Multiple Myeloma: A Single-Centre Experience in 303 Patients, *Br J Haematol* 2006; 134(6): 620-3.

**Novartis Pharmaceuticals Corporation Documents:**

1. ZA-1045260     ZA-1045493
2. ZA-1039760     ZA-1040139
3. ZA-1044730     ZA-1044890
4. ZA-1043066     ZA-1043408
5. ZA-1043888     ZA-1044415
6. ZA-1041088     ZA-1041382
7. ZA-1041945     ZA-1042327
8. ANDA-0000004     ANDA-0000009
9. ANDA-0045223     ANDA-0045223
10. ANDA-0045225     ANDA-0045226
11. ANDA-0045244     ANDA-0045252
12. ANDA-0054735     ANDA-0054751
13. ANDA-0055081     ANDA-0055116
14. ANDA-0055180     ANDA-0055204
15. ANDA-0055205     ANDA-0055238
16. ANDA-0055451     ANDA-0055538
17. ANDA-0055836     ANDA-0055941
18. ANDA-0057969     ANDA-0058062
19. ANDA-0058682     ANDA-0058708
20. ANDA-0061093     ANDA-0061151
21. ANDA-0062100     ANDA-0062147
22. ANDA-0063092     ANDA-0063123
23. ANDA-0063124     ANDA-0063124
24. ANDA-0063125     ANDA-0063139
25. ANDA-0063140     ANDA-0063154
26. ANDA-0073760     ANDA-0073763
27. ANDA-0073766     ANDA-0073772
28. ANDA-0077208     ANDA-0077256
29. ANDA-0077258     ANDA-0077286
30. ANDA-0077307     ANDA-0077326
31. ANDA-0078379     ANDA-0078414
32. ANDA-0078416     ANDA-0078475
33. ANDA-0079181     ANDA-0079305
34. ANDA-0082933     ANDA-0083010
35. ANDA-0084190     ANDA-0084283
36. ANDA-0086244     ANDA-0086320
37. ANDA-0089609     ANDA-0089715
38. ANDA-0114091     ANDA-0114095
39. ANDA-0114100     ANDA-0114104
40. ANDA-0114287     ANDA-0114355
41. ANDA-0114357     ANDA-0114413
42. ANDA-0117193     ANDA-0117280
43. ANDA-0117818     ANDA-0117915

| | |
|---|---|
| 44. ANDA-0119246 | ANDA-0119280 |
| 45. ANDA-0119282 | ANDA-0119316 |
| 46. ANDA-0119423 | ANDA-0119463 |
| 47. ANDA-0119604 | ANDA-0119643 |
| 48. ANDA-0119884 | ANDA-0119925 |
| 49. ANDA-0120299 | ANDA-0120337 |
| 50. ANDA-0121393 | ANDA-0121399 |
| 51. ANDA-0121404 | ANDA-0121409 |
| 52. ANDA-0123134 | ANDA-0123194 |
| 53. ANDA-0123196 | ANDA-0123284 |
| 54. ANDA-0124543 | ANDA-0124692 |
| 55. ANDA-0145767 | ANDA-0145848 |
| 56. ANDA-0149188 | ANDA-0149278 |
| 57. ANDA-0154424 | ANDA-0154428 |
| 58. ANDA-0154434 | ANDA-0154439 |
| 59. ANDA-0154746 | ANDA-0154805 |
| 60. ANDA-0154828 | ANDA-0154918 |
| 61. ANDA-0156732 | ANDA-0156910 |
| 62. ANDA-0181745 | ANDA-0181944 |
| 63. ANDA-0213548 | ANDA-0213701 |
| 64. ANDA-0214841 | ANDA-0214883 |
| 65. ANDA-0275322 | ANDA-0275326 |
| 66. ANDA-0275331 | ANDA-0275334 |
| 67. ANDA-0275485 | ANDA-0275726 |
| 68. ANDA-0276985 | ANDA-0277033 |
| 69. ANDA-0285055 | ANDA-0285287 |
| 70. ANDA-0286591 | ANDA-0286640 |
| 71. ANDA-0294559 | ANDA-0294617 |
| 72. ANDA-0294619 | ANDA-0294695 |
| 73. ANDA-0347335 | ANDA-0347419 |
| 74. ANDA-0348554 | ANDA-0348588 |
| 75. ANDA-0348619 | ANDA-0348657 |
| 76. ANDA-0348708 | ANDA-0348740 |
| 77. ANDA-0348775 | ANDA-0348812 |
| 78. ZA-1043066 | ZA-1043408 |
| 79. ZA-1039780 | ZA-1040139 |
| 80. ZA-1041088 | ZA-1041382 |
| 81. ZA-1043888 | ZA-1044415 |
| 82. ZA-1044730 | ZA-1044890 |
| 83. ZA-1045260 | ZA-1045493 |
| 84. ZAED-02060349 | ZAED-02060465 |
| 85. ZAED-02061009 | ZAED-02061097 |
| 86. ZAED-02115294 | ZAED-02115329 |
| 87. ZAED-02115331 | ZAED-02115376 |
| 88. ZAED-02115377 | ZAED-02115416 |
| 89. ZAED-02116014 | ZAED-02116037 |

18

90. ZAED-02116539    ZAED-02116629
91. ZAED-02118183    ZAED-02118251
92. ZAED-02136783    ZAED-02136851
93. ZAED-02138803    ZAED-02138874
94. ZAED-02140961    ZAED-02141034
95. ZNDA-0000001    ZNDA-0000008
96. ZNDA-0030777 ZNDA-0030782
97. ZNDA-0031386    ZNDA-0031411
98. ZNDA-0046289    ZNDA-0046293
99. ZNDA-0046336    ZNDA-0046362
100. ZNDA-0063228    ZNDA-0063303
101. ZNDA-0063645    ZNDA-0063707
102. ZNDA-0064024    ZNDA-0064041
103. ZNDA-0065174    ZNDA-0065252
104. ZNDA-0065993    ZNDA-0066055
105. ZNDA-0066890    ZNDA-0066962
106. ZNDA-0067709    ZNDA-0067762
107. ZNDA-0068762    ZNDA-0068800
108. ZNDA-0068891    ZNDA-0068959
109. ZNDA-0069718    ZNDA-0069763
110. ZNDA-0070003    ZNDA-0070061
111. ZNDA-0071985    ZNDA-0072024
112. ZNDA-0072703    ZNDA-0072739
113. ZNDA-0074717    ZNDA-0074802
114. ZNDA-0085566    ZNDA-0085631
115. ZNDA-0087324    ZNDA-0087368
116. ZNDA-0088972    ZNDA-0089006
117. ZNDA-0089322    ZNDA-0089345
118. ZNDA-0089417    ZNDA-0089489
119. ZNDA-0089823    ZNDA-0089857
120. ZNDA-0090737    ZNDA-0090805
121. ZNDA-0091460    ZNDA-0091558
122. ZNDA-0120172    ZNDA-0120227
123. ZNDA-0120976    ZNDA-0121072
124. ZNDA-0121780    ZNDA-0121827
125. ZNDA-0123069    ZNDA-0123164
126. ZNDA-0123465    ZNDA-0123595
127. ZNDA-0139827    ZNDA-0139873
128. ZNDA-0140705    ZNDA-0140814
129. ZNDA-0144541    ZNDA-0144606
130. ZNDA-0148118    ZNDA-0148229
131. ZNDA-0150379    ZNDA-0150434
132. ZNDA-0152220    ZNDA-0152337
133. ZNDA-0154814    ZNDA-0154989
134. ZNDA-0179542    ZNDA-0179590
135. ZNDA-0179849    ZNDA-0179900

19

136. ZNDA-0180583    ZNDA-0180661
137. ZNDA-0180932    ZNDA-0181025
138. ZNDA-0193736    ZNDA-0193742
139. ZNDA-0193874    ZNDA-0193926
140. ZNDA-0198951    ZNDA-0199038
141. ZNDA-0199420    ZNDA-0199583
142. ZNDA-0200484    ZNDA-0200570
143. ZNDA-0200815    ZNDA-0200866
144. ZNDA-0200870    ZNDA-0200879
145. ZNDA-0202265    ZNDA-0202277
146. ZNDA-0214947    ZNDA-0215011
147. ZNDA-0216970    ZNDA-0217043
148. ZNDA-0217701    ZNDA-0217804
149. ZNDA-0221607    ZNDA-0221767
150. ZNDA-0228788    ZNDA-0228883
151. ZNDA-0231078    ZNDA-0231149
152. ZNDA-0231153    ZNDA-0231207
153. ZNDA-0234014    ZNDA-0234116
154. ZNDA-0241051    ZNDA-0241099
155. ZNDA-0241887    ZNDA-0241989
156. RNDA22080-0816175    RNDA22080-0816323
157. RNDA22080-0838507    RNDA22080-0838510
158. ACNDA21817-0007386    ACNDA21817-0007428
159. ACNDA21817-0019450    ACNDA21817-0019488
160. ACNDA21817-0022997    ACNDA21817-0023056
161. ACNDA21817-0024424    ACNDA21817-0024497
162. ACNDA21817-0024498    ACNDA21817-0024576
163. ACNDA21817-0059420    ACNDA21817-0059465
164. ACNDA21817-0070190    ACNDA21817-0070234
165. ANDA-0003211    ANDA-0003233
166. ANDA-0004529    ANDA-0004553
167. ANDA-0005804    ANDA-0005826
168. ANDA-0007962    ANDA-0007998
169. ANDA-0016692    ANDA-0016750
170. ANDA-0032148    ANDA-0032213
171. ANDA-0040933    ANDA-0040986
172. ZNDA-0000019    ZNDA-0000070
173. ZNDA-0005298    ZNDA-0005369
174. ZNDA-0008820    ZNDA-0008895
175. ZNDA-0014496    ZNDA-0014501
176. ZNDA-0031190    ZNDA-0031275
177. ZNDA-0016992    ZNDA-0017091
178. ZNDA-0024220    ZNDA-0024288
179. ZNDA-0018392    ZNDA-0018475
180. ZNDA-0020783    ZNDA-0020855
181. ZNDA-0028801    ZNDA-0028927

20

| | | |
|---|---|---|
| 182. | ZNDA-0046120 | ZNDA-0046287 |
| 183. | ZAED-02136502 | ZAED-02136693 |
| 184. | ZAED-02141336 | ZAED-02141556 |
| 185. | SZAED-00901379 | SZAED-00901687 |
| 186. | SZAED-00902992 | SZAED-00903275 |
| 187. | RNDA22080-0845397 | RNDA22080-0845443 |
| 188. | ZA-0803849 | ZA-0803856 |

**Other Materials Considered**

1. Deposition transcripts of: September 9, 2008 Rule 30(b)(6) Deposition of Lynn Mellor. Exhibits 5815, 5816, 5817, 5818, 5819, 5820. Stephanie Petrone (1/18/08) and (8/21/08); Yong Hei, MD (4/3/2008); Nicholas Sauter (9/3/08).

2. Background Information for Oncologic Drugs Advisory Committee Meeting. March 4, 2005

3. Novartis Pharmaceuticals Corporation. Zometa package inserts.

4. Novartis Pharmaceuticals Corporation. Aredia package inserts.

5. All exhibits produced at my deposition testimony *In Re: Aredia® and Zometa® Products Liability Litigation* (MDL No. 1760), United States District Court Middle District of Tennessee at Nashville

6. Reports, as supplemented, and deposition testimony of plaintiffs' experts, including: Robert H. Fletcher, MD M.Sc.

21