# EXHIBIT 4

# Oral & Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws

## History, Etiology, Prevention, and Treatment

**Robert E. Marx, DDS**

Professor of Surgery and Chief
Division of Oral and Maxillofacial Surgery
Miller School of Medicine
University of Miami
Miami, Florida



**Quintessence Publishing Co, Inc**

Chicago, Berlin, Tokyo, London, Paris, Milan, Barcelona,
Istanbul, São Paulo, Mumbai, Moscow, Prague, and Warsaw

Case 5:11-cv-00680-D    Document 123-4    Filed 03/21/14    Page 2 of 9

Library of Congress Cataloging-in-Publication Data

Marx, Robert E.
    Oral & intravenous bisphosphonate–induced osteonecrosis of the
jaws : history, etiology, prevention, and treatment / Robert E. Marx.
        p. ; cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-86715-462-7 (softcover)
    1. Jaws--Necrosis.  2. Diphosphonates--Toxicology.  3. Osteope-
trosis--Etiology.    I. Title.  II. Title: Oral and intravenous bisphos-
phonate–induced osteonecrosis of the jaws.
    [DNLM:  1. Jaw Diseases--etiology--Case Reports.  2. Osteone-
crosis--etiology--Case Reports.  3. Diphosphonates--adverse effects
--Case Reports.  4. Drug Therapy--adverse effects--Case Reports.
5. Jaw Diseases--therapy--Case Reports.  6. Osteonecrosis--therapy
--Case Reports.    WU 140.5 M392o 2007]
RC936.M365 2007
617.5'22--dc22

                                        2006029745



© 2007 Quintessence Publishing Co, Inc

Quintessence Publishing Co, Inc
4350 Chandler Drive
Hanover Park, Illinois 60133
www.quintpub.com

All rights reserved. This book or any part thereof may not be reproduced, stored in a retrieval system, or
transmitted in any form or by any means, electronic, mechanical, photocopying, or otherwise, without prior
written permission of the publisher.

Editor: Lisa C. Bywaters
Design: Dawn Hartman
Production: Patrick Penney

Printed in Canada

# Table of C

Dedication     vi
Preface     vii

1  Description and
   Induced Osteon

2  Modes of Action
   Bisphosphonate

3  Medical Indicati

4  Osteopetrosis:
   to Bisphosphon
   of the Jaws     3

5  Risks, Preventio
   Intravenous Bis
   Osteonecrosis o

6  Risks, Preventio
   Oral Bisphosph
   Osteonecrosis o

7  Clinical Patholo

Glossary     143
Index     147

Case 5:11-cv-00680-D     Document 123-4     Filed 03/21/14     Page 3 of 9

# Table of Contents

Dedication    vi

Preface    vii

**1 Description and History of Bisphosphonate-Induced Osteonecrosis of the Jaws**    1

**2 Modes of Action and Pharmacokinetics of the Bisphosphonate Family**    9

**3 Medical Indications for Bisphosphonates**    21

**4 Osteopetrosis: A Genetic Analogue to Bisphosphonate-Induced Osteonecrosis of the Jaws**    39

**5 Risks, Prevention, and Management of Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws**    49

**6 Risks, Prevention, and Management of Oral Bisphosphonate–Induced Osteonecrosis of the Jaws**    77

**7 Clinical Pathologic Case Samples**    97

Glossary    143

Index    147

stored in a retrieval system, or
ying, or otherwise, without prior

# Risks, Prevention, and Management of Intravenous Bisphosphonate–Induced Osteonecrosis

**5**

## Clinical Manifestations

As described in chapter 1, *bisphosphonate–induced osteonecrosis of the jaws refers to a condition of exposed bone in the mandible or maxilla that persists for more than 8 weeks in a patient who has been or currently is taking a bisphosphonate and who has no history of radiation therapy to the jaws.* Of necessity, the diagnosis is based on clinical rather than radiologic or histopathologic evidence. Radiographically, the condition manifests either a normal appearance or one identical to either bacterial osteomyelitis or osteoradionecrosis (Fig 5-1). Microscopically, it presents an appearance of nonspecific necrotic bone with some bacterial colonization, similar to that of osteomyelitis or osteoradionecrosis (Fig 5-2). The clinical description and history alone will distinguish bisphosphonate-induced

osteonecrosis from these other conditions of delayed bone and wound healing.

Intravenous bisphosphonate–induced osteonecrosis of the jaws is a serious side effect of the drugs Aredia (pamidronate) or Zometa (zoledronate), which are taken for control of metastatic deposits from breast cancer or multiple myeloma or, less frequently, from prostate cancer, renal cancer, or even lung cancer. Originally noted as early as 2002,[1] the condition was first described in detail in 2003[2] and has since been recognized by many other authors.[3–8] The onset of osteonecrosis is related to the potency and half-life of the specific bisphosphonate used. The most potent, Zometa, when administered at the recommended dose of 4 mg per month, may produce exposed bone within 6 to 12 months.[8] An equally potent dose of Aredia (ie, 90 mg per month), if administered on a regular basis, may produce exposed bone in 10 to 16 months.[8] As a basis for comparison,

Case 5:11-cv-00680-D    Document 123-4    Filed 03/21/14    Page 5 of 9

a higher-than-average risk of infection. Prophylactic antibiotic coverage requires penicillin coverage during the procedure and penicillin VK 500 mg four times daily for 5 days after the procedure. For the penicillin-allergic patient, either levofloxacin 500 mg 1 to 2 hours prior to the procedure and once daily for 5 days or azithromycin 500 mg 1 to 2 hours prior to the procedure and once daily for 5 days are good second choices, as are appropriate doses of erythromycin or doxycycline. Clindamycin alone is not recommended because it lacks activity against *Eikenella* and *Moraxella* species and its low activity against *Actinomyces* species, which are the microorganisms known to colonize bisphosphonate-induced osteonecrosis of the jaws.

As a general rule, for patients requiring only noninvasive dental care such as dental cleanings (prophylaxis), fluoride carriers, restorations, or dentures, intravenous bisphosphonate therapy need not be delayed. If the indication for intravenous bisphosphonate is cancer metastasis and it cannot be withheld for 2 to 3 months, then it must take precedence and should be started promptly. Nevertheless, the dental team should provide the same care considerations promptly, understanding that the intravenous bisphosphonate will begin accumulating in the alveolar bone and that the risk of osteonecrosis increases with each dose. The patient should also be informed of this risk. Our current data indicate that intravenous bisphosphonate–induced osteonecrosis of the jaws requires a minimum of 5 to 6 doses before disease occurs. Therefore, initiat-

ing dental care simultaneously with a course of intravenous bisphosphonates, while less than ideal, nonetheless reduces the risk for osteonecrosis, allows for invasive dental procedures aimed at eliminating infection, and prevents the need for future invasive procedures.

## During intravenous bisphosphonate therapy

The dental profession has now been alerted to the risks of jaw osteonecrosis in patients on intravenous or oral bisphosphonates. Dental providers must question patients about their bisphosphonate use in the dental/medical history, distinguishing between the intravenous and oral forms because of their varied risks related to drug duration, comorbidities, and severity of the disease. The medical history should include the drug name, indication, route and frequency of administration, duration, and any concomitant medications. The dental history specific to intravenous bisphosphonate must include the presence of exposed bone, mobility of teeth, onset of constant deep bone pain, fistulae, intermittent swelling, or recent gingival recession, among others.

The medical profession is now also aware of the risks that intravenous bisphosphonates pose related to osteonecrosis of the jaws. Medical oncologists in particular as well as other medical providers should refer all patients receiving intravenous bisphosphonates to an experienced dentist or oral and maxillofacial surgeon for an initial examination and placement on a surveillance schedule.



**Fig 5-17** Loss or absence of [...] represent an early sign of bisph[...] the alveolar bone.

**Fig 5-18** Sclerosis of the lamin[...] of bisphosphonate toxicity to the [...]

The dental team shoul[...] uate the oral cavity for th[...] exposed bone, paying p[...] tion to the posterior lingua[...] mandible and areas of tor[...] radiograph is recommend[...] graphs should be surveye[...] osteolysis and any genera[...] in the density of the a[...] Special attention should b[...] periodontal ligament spac[...]

Case 5:11-cv-00680-D    Document 123-4    Filed 03/21/14    Page 6 of 9

own no benefit because gic mechanisms of the completely different. The osteoradionecrosis aris-linear energy transfer to ling elements of bone in osteal osteoblasts and st importantly the capil- severely reduced. The sult of lost blood supply nitor cells to regenerate d new bone. The radiat- and the hypoxia is most e center and gradually oves outward from the ation field all the way to sue, which has normal Figs 5-35 and 5-36). en *gradient defect*, this l tissue and in most dia-perbaric oxygen can pillaries only in wounds gen gradient defect; it lating oxygen receptors embrane surfaces of hich in turn secrete ed angiogenic factors es to develop the new surprisingly, hyperbaric cumented efficacy is in s and in diabetic ulcer ntrast, bisphosphonate-rosis arises from a fail-nd renew bone as the chemical toxicity to the physical injury such as r, the capillaries die off e death, not as the pri-as in radiated tissue. oxygradient defect is

 

**Fig 5-35** In radiated tissue, the oxygen gradient is between the center of the radiation field and adjacent areas, which is below the 20–mm Hg level required for macrophage secretion of growth factors.

**Fig 5-36** Hyperbaric oxygen is useful in radiated tissue because it increases the gradient within the radiated field so that it stimulates the elaboration of macrophage-derived growth factors.

created, and hence hyperbaric oxygen's basic therapeutic mechanism of reversing an oxygen gradient defect is of no value.

## Should Intravenous Bisphosphonate Be Discontinued?

Discontinuation of the intravenous bisphosphonate can be undertaken only by the medical oncologist. Any exposed bone is already necrotic and usually will not sequester or granulate over with bisphosphonate discontinuation. The goal of dental providers is (a) to prevent the development of osteonecrosis by eliminating the factors that initiate it, and (b) to control the accompanying pain and infection that often occurs so that the patient may continue to obtain the benefits of controlling

the cancer deposits in bone. Therefore, discontinuation of the intravenous bisphosphonate is not an absolute requirement. This recommendation is based on the success of the pre–bisphosphonate therapy screening and prevention measures and the pain and infection-control measures in 90% of individuals with Stage I through Stage III osteonecrosis, as described earlier in this chapter. Even for refractory Stage III patients who ultimately require a resection, pain control and preservation of function with titanium plate reconstructions have been sufficient so that discontinuation of bisphosphonate therapy is not absolutely required. If intravenous bisphosphonate is no longer required to control the metastatic deposits in bone, the drug can and should be discontinued, of course, like any other drug that no longer provides the patient with a therapeutic effect. At this writing, studies of the potential benefits of using intermittent dosing and "drug holidays" (periods when the bis-

Case 5:11-cv-00680-D    Document 123-4    Filed 03/21/14    Page 7 of 9

phosphonate is not taken) are being conducted to evaluate the effect of such a strategy on the size and number of cancer deposits. With the exceedingly long half-life of intravenous bisphosphonates, it is quite possible that a therapeutic level in bone sufficient to control the metastasis can be reached without continuous dosing.

## References

1. Marx RE, Stern DS. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago: Quintessence, 2002:36–38.
2. Marx RE. Pamidronate (Aredia) and zoledronate (Zometa) induced avascular necrosis of the jaws. A growing epidemic. J Oral Maxillofac Surg 2003;61:1115–1117.
3. Migliorati CA, Casiglia J, Epstein J, Jacobsen PL, Siegel MA, Woo SB. Managing the care of patients with bisphosphonate-associated osteonecrosis. An American Academy of Oral Medicine position paper. J Am Dent Assoc 2005;136:1658–1668.
4. Markiewicz MR, Margarone JE 3rd, Campbell JA, Aguirre A. Bisphosphonate-associated osteonecrosis of the jaws. J Am Dent Assoc 2005;136:1669–1674.
5. Melo MD, Obeid G. Osteonecrosis of the jaws in patients with a history of receiving bisphosphonate therapy. Strategies for prevention and early recognition. J Am Dent Assoc 2005;136:1675–1681.
6. Ruggiero SL, Gralow J, Marx RE, et al. Practical guidelines for the prevention, diagnosis, and treatment of osteonecrosis of the jaws in patients with cancer. J Oncol Pract 2005;2:7–14.
7. Ruggiero SL, Mehrotra B, Rosenberg TJ, Engroff SL. Osteonecrosis of the jaws associated with the use of bisphosphonates. A review of 63 cases. J Oral Maxillofac Surg 2004;62:527–534.
8. Marx RE, Sawatari Y, Fortin M, Broumand V. Bisphosphonate-induced exposed bone (osteonecrosis/osteopetrosis) of the jaws: Risk factors, recognition, prevention, and treatment. J Oral Maxillofac Surg 2005;63:1567–1575.
9. Dixon RB, Tricker ND, Garetto LP. Bone turnover in elderly canine mandible and tibia [abstract 2579]. J Dent Res 1997;76:336.
10. Hoff AO, Toth BB, Hortobagyi GN, Gagel RF, Luna MA. Retrospective chart review to collect information on the frequency of osteonecrosis in patients treated with intravenous bisphosphonate therapy [study]. Houston, TX: University of Texas, M.D. Anderson Cancer Center, 2005.
11. Marx RE. Osteoradionecrosis. A new concept of its pathophysiology. J Oral Maxillofac Surg 1983;41:283.
12. Marx RE, Johnson RP, Kline SN. Prevention of osteoradionecrosis. A randomized prospective clinical trial of hyperbaric oxygen versus penicillin. J Am Dent Assoc 1985;111:49–54.
13. Fleming HA. General principles of the treatment of infective endocarditis. J Antimicrob Chemother 1987;20(suppl A):142–145.
14. Marx RE, Stern DS. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago: Quintessence, 2002:57–61.
15. Marx RE, Carlson ER, Smith BR, Toraya NJ. Isolation of *Actinomyces* species and *Eikenella corrodens* from patients with chronic diffuse sclerosing osteomyelitis of the mandible. J Oral Maxillofac Surg 1994;52:26–33.
16. Knighton DR, Hunt TK, Scheuenstuhl H, Halliday BJ, Werb Z, Banda MJ. Oxygen tension regulates the expression of angiogenesis factor by macrophages. Science 1983;221:1283–1285.
17. Hunt TK, Zederfeldt B, Goldstick TK. Oxygen and healing. Am J Surg 1969;118:521–525.
18. Marx RE. Radiation injury to tissue. In: Kindwall EP, Whelan HT (eds). Hyperbaric Medicine Practice, ed 2. Flagstaff, AZ: Best, 1999:665–723.
19. Matos LA, Nunez AA. Enhancement of healing in selected problem wounds in hyperbaric medicine practice. In: Kindwall EP, Whelan HT (eds). Hyperbaric Medicine Practice, ed 2. Flagstaff, AZ: Best, 1999:813–849.

# Risks, P
# Manage
# Bisphos
# Induced

Oral bisphosphonates are
scribed for the treatment
and, in particular, osteopo
a serious and progressive
ciated with significant m
some mortality.[1,2] Recent r
oral bisphosphonates can
necrosis of the jaws shou
minimize the seriousness
sis and the ongoing treatme
affected patients.[3] Instead,
each practitioner and of the
and medical professions s
reduce or eliminate the pote
necrosis of the jaws withou
the management of osteopo
vention of the fractures and
resulting from this condition.

As of this writing, all docum
of osteonecrosis of the jaws
caused by two bisphosphon
alendronate (Fosamax, Mer
fewer cases) residronate (Ac
and Gamble). Ibandronate (Bo

Case 5:11-cv-00680-D   Document 123-4   Filed 03/21/14   Page 8 of 9

## Outcome

This man's dental needs were met with an assurance of low risk. The final result corrected his dental disrepair and disease and possibly prevented or at least reduced the need for invasive dental procedures in the future.

## Case Points

1. Knowledge of the type of bisphosphonate used, the dose, and the duration of exposure is invaluable in assessing the risk for osteonecrosis. Therefore, questions related to these facts should be a routine part of dental and medical history taking.
2. Attorneys and other patients are aware of the concerns that have been raised about bisphosphonates. Physicians and dentists need to become familiar with the mechanism, risks, prevention, and treatment of this problem.
3. In this case the CTX value confirmed the low risk of this patient, as was suggested by the clinical history, and served as documentation of the low risk.
4. Patients should not be intimidated to seek dental care because they take bisphosphonates. The prevention and treatment guidelines presented in this text provide a great measure of risk reduction. This patient benefited from these guidelines. Nevertheless, practitioners should not deny their patients comprehensive oral health and dental care because they feel threatened by treating such patients.
5. Characteristic of attorneys, this man faxed a letter with the following questions about 1 week after his consultation.

Q1: When ca
A1: When we
   than 150

Q2: Do you b
   week?
A2: As you k
   safety pro
   physician
   tests shou
   use of Act

Q3: Would it b
A3: Once agai
   low-up DE
   gained ma
   of CTX me

Q4: If the CTX
   this prove t
A4: So that the
   tests, has va
   particularly
   induced ost
   the Actonel
   CTX value o
   current CTX
   invasive den

Q5: How often s
   osteonecros
A5: Osteonecros
   made throug
   al dental-oral
   of bone turno
   osteonecrosis
   mend a serur

Case 5:11-cv-00680-D    Document 123-4    Filed 03/21/14    Page 9 of 9