IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-cv-00680-D

| | |
|---|---|
| JIMMY EARP AND PATRICIA EARP, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING NOVARTIS** |
| ) | **PHARMACEUTICALS CORPORATION'S** |
| NOVARTIS PHARMACEUTICALS ) | **CONSENT MOTION TO SUBMIT EXHIBITS** |
| CORPORATION, ) | **IN ELECTRONIC FORMAT** |
| ) | |
| Defendant. ) | |

This matter is before the Court on defendant Novartis Pharmaceuticals Corporation's Consent Motion to Submit Exhibits In Electronic Format. Having reviewed the papers submitted and for good cause shown, the Court hereby **GRANTS** Novartis's motion to:

1. submit solely electronic versions of all its exhibits on a hard drive by April 15, 2014;

2. provide the Court with tabbed hard-copy binders of all marked exhibits Novartis intends to use each day before the start of trial; and

3. mark the electronic exhibits with an electronic stamp that Novartis will convert to the blue Defense Exhibit Stamp required by the Court for all of the hard-copy exhibits in each day's tabbed binders.

SO ORDERED. This **10** day of April 2014.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge