IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00680-D

| | |
|---|---|
| JIMMY EARP AND PATRICIA EARP, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING NOVARTIS** |
| ) | **PHARMACEUTICALS CORPORATION'S** |
| NOVARTIS PHARMACEUTICALS ) | **CONSENT MOTION TO EXCUSE LOCAL** |
| CORPORATION, ) | **COUNSEL'S ATTENDANCE AT TRIAL** |
| ) | |
| Defendant. ) | |

This matter is before the Court on defendant Novartis Pharmaceuticals Corporation's Consent Motion to Excuse Local Counsel from attendance at the trial of this case. Having reviewed the papers submitted and for good cause shown, the Court hereby **GRANTS** Novartis's motion and **ORDERS** that:

Novartis' Local Counsel, Peter G. Pappas, Esquire, be and hereby is excused from attendance at the trial of this case.

SO ORDERED. This _22_ day of April 2014.

JAMES C. DEVER III
Chief United States District Judge