AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**
**5:11-CV-680-D**

| | | |
|---|---|---|
| JIMMY EARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DECISION BY THE COURT:** This action came before the Court for a trial by jury with Chief Judge James C. Dever III presiding. During the course of the trial, Chief Judge James C. Dever III granted in part Defendant's Motions for Judgment as a Matter of Law [D.E. 211, 217] pursuant to Fed. R. Civ. P. 50(a), and the jury rendered a verdict as to the remaining claims.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Jimmy Earp have and recover nothing from Defendant Novartis Pharmaceuticals Corporation.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>May 14, 2014</u> WITH A COPY TO:

Elizabeth R. Odette (via CM/ECF Electronic Notification)
Lyn K. Broom (via CM/ECF Electronic Notification)
Ranchor Harris III (via CM/ECF Electronic Notification)
Buffy Mims (via CM/ECF Electronic Notification)
Susan P. McWilliams (via CM/ECF Electronic Notification)
William J. Cople III (via CM/ECF Electronic Notification)

<u>May 14, 2014</u>                                                                JULIE A. RICHARDS, Clerk
Date                                                                                            Eastern District of North Carolina


                                                                                                /s/ Debby Sawyer
                                                                                                (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:11-cv-00680-D   Document 229   Filed 05/14/14   Page 1 of 1